# PHILLIPS, GOLDMAN & SPENCE, P. A.

ATTORNEYS AT LAW

JOHN C. PHILLIPS, JR.
STEPHEN W. SPENCE
ROBERT S. GOLDMAN
LISA C. McLAUGHLIN
JAMES P. HALL
JOSEPH J. FARNAN, III
BRIAN E. FARNAN
DAVID A. BILSON
MELISSA E. CARGNINO

PENNSYLVANIA AVE. AND BROOM ST
1200 N. BROOM STREET
WILMINGTON, DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)

SUSSEX COUNTY OFFICE
1509 COASTAL HIGHWAY
DEWEY BEACH, DE 19971
(302) 226-4200
(302) 226-1205 (F)

REPLY TO: _____

June 4, 2008

Via Hand Delivery
Clerk's Office
United States District Court for
the District of Delaware
844 N. King Street, Wilmington, Delaware 19801

Re:   **W. Neudorff GmbH KG v. Falcon Lab LLC**

Dear Sir or Madam:

Pursuant to instructions we received from your office this afternoon, enclosed is the Complaint initiating the above action, which is to be filed under seal. As requested, we have included the original and a copy of the Complaint in separate sealed envelopes along with a CD containing a pdf of the Complaint. This matter is being filed under seal because it involves Plaintiff's confidential trade secrets. Specifically, the Complaint reveals the components of products developed by Plaintiff and currently under license with various third parties.

We are available at your convenience should you have any questions. Thank you for your assistance with this filing.

Very truly yours,

John C. Phillips, Jr.