UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| W. Neudorff GmbH KG, ) | |
| ) | Civil Action No. 08-C-333 |
| Plaintiff, ) | |
| v. ) | |
| ) | MOTION FOR PRELIMINARY |
| Falcon Lab LLC ) | INJUNCTION |
| ) | |
| Defendant. ) | |

Plaintiff W. Neudorff GmbH KG ("Neudorff") hereby moves this Court, pursuant to Federal Rule of Civil Procedure 65(a) and 35 U.S.C. § 102(b) to enter a preliminary injunction enjoining defendant Falcon Lab LLC ("Falcon") from communicating its bad faith, baseless allegations of patent infringement to third parties until further Order of this Court.

In support hereof, Neudorff states:

1. Falcon has alleged that certain of Neudorff's herbicidal soap products infringe U.S. Patent No. 6,323,156 (the "'156 patent") and has demanded that Neudorff pay royalties to it for purported past infringement and future sales. It has also contacted Neudorff's licensees, customers, and at least one retailer of Neudorff's products to allege infringement and demand that these parties stop selling Neudorff products and instead license and pay royalties to Falcon under the '156 patent.

2. Neudorff's products do not infringe the '156 patent.

3. Even assuming, for purposes of the Motion only, that the '156 patent were infringed by the use of Neudorff's herbicidal soaps, the '156 patent would be anticipated by the

use of the herbicidal soaps in the United States more than one year before the filing date of the '156 patent application. As such, the '156 patent is invalid under 35 U.S.C. § 102(b).

4. Falcon is aware of the overwhelming evidence of invalidity due to prior use and cannot refute it. Yet, Falcon continues to assert its infringement claims to Neudorff's licensees, customers, and a retailer of its products, Wal-Mart, in an admitted effort to exact royalty payments and, it appears, to interfere with Neudorff's relationships with these parties.

5. Falcon's bad faith conduct has irreparably harmed and, if unchecked, will continue to irreparably harm Neudorff's goodwill, reputation, and actual and prospective business relationships.

6. Neudorff is thus entitled to a preliminary injunction enjoining Falcon from continuing to communicate its bad faith, baseless infringement claims to Neudorff's actual and prospective licensees, retailers, and customers and from otherwise interfering with Neudorff's relationships with these parties.

WHEREFORE plaintiff Neudorff moves this Court to enter a preliminary injunction enjoining defendant Falcon Lab LLC, and its members, principals, agents, servants, employees, officers, directors, related companies, subsidiaries, successors, assigns, attorneys, and all others in active concert or participation with it are hereby restrained from directly or indirectly communicating to any third party, other than in connection with the events of this lawsuit, that Neudorff, or the customers, licensees, or retailers of Neudorff products, are infringing, contributing to infringement, or inducing infringement of U.S. Patent No. 6,323,156 by virtue of the licensing, selling offering to sell, or use of any brand of H01 herbicidal soap.

Dated: June 4, 2008

W. NEUDORFF GmbH KG,

By its attorneys,

_____
John C. Phillips, Jr. Esquire (DE Bar I.D. No. 110)
Phillips, Goldman & Spence, P.A.
Pennsylvania Ave. and Broom Street
1200 North Broom Street
Wilmington, DE 19806
Phone: (302) 655-4200


Of Counsel:
Stephen J. Brake
Rachel J. Sherman
Nutter McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
T: 617-439-2000
F: 617-310-9000

1727463.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| W. Neudorff GmbH KG, | ) | |
| | ) | |
| | ) | Civil Action No. 08-C-333 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Falcon Lab LLC | ) | **PROPOSED ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon application of plaintiff W. Neudorff GmbH KG, and after notice and a hearing, this Court GRANTS plaintiff's Motion for Preliminary Injunction (Docket No. ___).

WHEREFORE, this Court hereby orders:

That defendant Falcon Lab LLC, and its members, principals, agents, servants, employees, officers, directors, related companies, subsidiaries, successors, assigns, attorneys, and all others in active concert or participation with it are hereby restrained from directly or indirectly communicating to any third party, other than in connection with the events of this lawsuit, that Neudorff, or the customers, licensees, or retailers of Neudorff products, are infringing, contributing to infringement, or inducing infringement of U.S. Patent No. 6,323,156 by virtue of the licensing, selling offering to sell, or use of any brand of Neudorff's H01 herbicidal soap products.

This Order is to remain in effect until further Order of this Court.

_____           _____
DATE                                DISTRICT JUDGE

1727453.1