UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

W. Neudorff GmbH KG,                    )
                                        )
            Plaintiff,                  )        Civil Action No.  08-C-333
                                        )
     v.                                 )
                                        )        DECLARATION OF
Falcon Lab LLC                          )        GEORGE PURITCH, Ph.D
                                        )
            Defendant.                  )
                                        )

I, George Puritch, hereby depose and state as follows:

1.     I am the founder, President, and CEO of Eco-Care Technologies, Inc. ("Eco-Care"). Eco-Care and Neudorff GmbH KG ("Neudorff") have entered into an agreement, pursuant to which Eco-Care provides research and development services to Neudorff. I have personal knowledge of the matters stated herein.

2.     I hold a Master's degree in Biochemistry and Plant Physiology from the University of Massachusetts, and a Ph.D. in Tree Physiology from University of Aberdeen, Scotland. I am the inventor or co-inventor of over 30 patented inventions, many of which pertain to the field of biological plant care products, especially fatty acid compounds for organic pest control. As President of Eco-Care, I oversee all of its operations and administration, including scientific research. A copy of my curriculum vitae is attached as Exhibit A.

3.     Neudorff is a manufacturer and supplier of natural and organic plant protection products. Neudorff has administration and production headquarters in Emmerthal, Germany. Neudorff manufactures and sells herbicide products, which are used to kill weeds and other unwanted plant matter. Two of Neudorff's herbicides are known as "H01 RTU Herbicidal Soap" and "H01 Concentrate Herbicidal Soap" (collectively "H01 Herbicidal Soaps").

4.     Two of the beginning materials to make H01 Herbicidal Soaps are pelargonic acid and ammonium hydroxide. Pelargonic acid is a fatty acid whose molecule has 9 carbon atoms. Thus, it is referred to as a "$C_9$ fatty acid." Ammonium hydroxide is a base. These two ingredients combine to form a salt or soap (technically, a salt of a fatty acid is called a soap), known as ammonium pelargonate or ammonium nonanoate or even ammonium C9.

5.     The nomenclature of the chemicals present in herbicides may be confusing to the lay person, but it is fairly straightforward to those with knowledge of the chemistry of the field. The EPA approved the use of the term "ammonium soaps of fatty acids" to specifically identify the ammonium salts of $C_8$-$C_{18}$ and $C_{18}{}^1$ (indicating one double bond) fatty acids. See Exhibit B, EPA Pesticide Registration (PR) Notice 97-5: Use of Common Names for Active Ingredients on Pesticide Labeling ("EPA PR Notice 97-5"). This common term is allowed to be used on EPA registered pesticides such as H01. Thus, the ammoniated soap made from the C9 fatty acid— ammonium nonanoate—is included in this group. Because chemical compounds can go by many names, the American Chemical Society has implemented the Chemistry Abstract Service ("CAS") numbering system to provide unique identifiers to make identifying chemicals straightforward. The CAS # 84776-33-0 is identified in EPA PR Notice 97-5 as identifying ammonium salts of $C_{8-18}$ and $C_{18}{}^1$ fatty acids. Chemfinder.com identifies this CAS number in the same way, i.e., ammonium salts of $C_{8-18}$ and $C_{18}{}^1$ fatty acids.

6.     Ammonium nonanoate soap is biologically active, which is to say, it kills the unwanted plant matter. As such, the combination of the $C_9$ fatty acid and ammonium hydroxide gives ammonium nonanoate soap, which is the active ingredient in Neudorff's H01 Herbicidal Soaps. The remaining ingredients in H01 Herbicidal Soaps are inert: their purpose is to mix with the ammonium nonanoate to help deliver the ammonium nonanoate (by spraying, for

example) to the unwanted plant matter.

7.      If an individual combined one mole of $C_9$ fatty acid with one mole of ammonium hydroxide, then all the fatty acid will combine with the entire base to form one mole of ammonium nonanoate soap. If, however, a slightly greater amount of $C_9$ fatty acid is used in the combination, the additional amount of $C_9$ fatty acid will remain in the solution after the compounds combine. This is known as an acid soap. The remaining $C_9$ fatty acid, however, is irrelevant to the herbicidal property of the ammonium nonanoate soap in the level of the H01 products. This is true whether the free fatty acid exists at a proportion between .5% and 1%, for example, as compared to the amount of ammonium nonanoate soap. For instance, 99% ammonium nonanoate soap and 1 part fatty acid. Although $C_9$ fatty acid (pelargonic acid) is known as a herbicide by itself, it is not herbicidal at the levels in the H01 products.

8.      The active purpose ingredient in the concentrate version of the H01 Herbicidal Soap is the same as the RTU, namely, ammonium nonanoate or ammoniated soap of fatty acids.

9.      Pursuant to certain regulatory requirements of the U.S. Environmental Protection Agency ("EPA") pertaining to sale of certain pesticides, Neudorff applied for registration of both its ready to use and concentrate formulations of the H01 Herbicidal Soaps. In connection with its applications, Neudorff disclosed that the "sole active ingredient" of its products is "ammonia nonanoate soap, which is ammoniated soap of fatty acids." See letter from Walter Talarek, Esq., dated August 29, 1997, to the EPA attached as Exhibit C.[1]

10.     Neudorff has developed a "Statement of Formula" for the H01 RTU Herbicidal Soap, sent to the EPA as part of the original registration documentation on August 29, 1997. An

---

[1] In this letter, the word "ammonia" should have read "ammonium." The reader would recognize the term to mean "ammonium nonanoate," since there is no compound known as "ammonia nonanoate." This is a simple error that is easy to make, and the EPA's internal report of its own chemistry review of the product also misstated the compound as "ammonia" nonanoate.

excerpted copy is attached hereto as Exhibit D. The statement discloses "Pelargonic acid" and "Ammonium hydroxide" as beginning materials used to make the active ingredient of the H01 Herbicidal Soap, listed as "ammoniated soap of fatty acids."[2] The other ingredients listed, dimethylpolysilozane, isopropanol, Xanthan gum, and distilled water ("dH$_2$0") are inert. By way of example, dimethylpolysiloxane acts to assist in defoaming. Id. Neudorff's Confidential Statement of Formula provided to the EPA lists "ammoniated soap of fatty acids (CAS # 84776-33-0)" as the active ingredient. Exhibit E.

11.     The label Neudorff submitted to the EPA listed the "active ingredient" in the H01 Herbicidal Soaps as "ammoniated soap of fatty acids." See EPA Form 8570-1, Application for Pesticide, attached as Exhibit F. The label as approved by EPA also contains "directions for use," stating, in part, as follows:

> Shake well before using. Do not dilute. Spray weeds thoroughly when weather is dry and warm (application rate: 6 – 9 oz/yd$^2$). If rain falls within three hours of application an additional application may be required. Repeat treatment every 2 to 3 weeks for control of new growth. Avoid spraying desirable plants. For optimum results spray weeds before they reach 5 inches in size. For control of dandelions and other large rooted weeds, first injure plant by splitting top of root; then apply 0.7 oz. of H01 onto damaged root.

12.     One document created by the EPA in connection with its analysis of the H01 Herbicidal Soap discloses that the H01 Herbicidal Soaps' particular active ingredient was ammonium nonanoate. The January 9, 1998, EPA "Product Chemistry Review" for the "RTU Herbicidal Soap" states as follows: "This is a ready to use product containing ammonia nonanoate soap (ammoniated soap of the fatty acids) as the only active ingredient. Ammonia nonanoate soap belongs to class of pesticides called ammonium salts of higher fatty acids [C$_8$-C$_{18}$ saturated and C$_{18}$ unsaturated] . . . ." Exhibit G. This is an internal EPA document that I

---

[2] I use the phrases "active ingredient" and "active purpose" to mean that the ingredient is biologically active—that is, it is herbicidal either itself or in combination with another active ingredient. I do not mean to express any opinion of the meaning of "active ingredient" as that term is used in the '156 patent.

obtained from a FOIA request for documents concerning the H01 Herbicidal Soap registrations.

  13. Neudorff obtained EPA registrations for the H01 Herbicidal Soaps with EPA registration numbers 67702-7 (for the ready-to-use formulation) and 67702-8 (for the concentrated formulation).

  14. The active ingredient in the H01 Herbicidal Soaps—ammonium nonanoate—is the same today as it was in 1998. As in 1998, it is made from pelargonic acid and ammonium hydroxide. While the inert ingredients have changed to a minor degree, the inert ingredients are not herbicidal.

  15. During 1997, Neudorff conducted a field test, in conjunction with scientists at California Polytechnic University at San Luis Obispo ("Cal Poly"), to develop data regarding the use of the H01 Herbicidal Soaps on common weed species in California. Pursuant to this field test, researchers used the H01 Herbicidal Soap in California during the spring and winter of 1997. A description of the field test is attached as Exhibit H. Cal Poly researchers sprayed H01 Herbicidal Soap on nearly 20 types of weeds growing outdoors in California. This test was not experimental in the sense of trying to refine the H01 Herbicidal Soap. H01 Herbicidal Soap was already fit for its intended purpose of killing weeds. The researchers were instead documenting their use of the product on the weeds in California so that Neudorff would have this data to support its California registration.

  16. There was no duty on the Cal Poly researchers to keep this field test confidential. Rather, Neudorff intended that the data would be submitted publicly and did this: the information gathered in connection with this trial was later provided to the Department of Pesticide Regulation in the California Environmental Protection Agency to obtain registration in the State of California of the H01 Herbicidal Soaps.

17.    The H01 Herbicidal Soaps are marketed and sold by certain distributors in the United States under agreements with Neudorff.  I am aware that in 1998, Neudorff granted a license to a company called Necessary Organics, Inc. to make and sell the Neudorff H01 RTU Herbicidal Soap (the "License Agreement").  Pursuant to this agreement, Neudorff supplied Necessary Organics with the manufacturing specification to make and package the product.

18.    Necessary Organics marketed and sold this product under the brand name "CONCERN® Fast-Acting Weed Killer" ("CONCERN®").  "CONCERN®'s active ingredient was ammonium nonanoate and was the H01 product registered with the EPA.

19.    Pursuant to the License Agreement, Neudorff received royalty payments resulting from Necessary Organics's sale of "CONCERN®.  Attached as Exhibit I is an accounting Neudorff received for the "CONCERN® sales for the period of October 1998 through May 1999, indicating a royalty payment due.

20.    By letter November 4, 1998, from Neudorff to the California Environmental Protection Agency, Neudorff confirmed that "Concern Fast Acting Weed Killer, EPA Reg. 67702-7-50932" is "identical in composition and labeling (with certain minor exceptions allowed by law) to Neudorff's products . . . H01 RTU Herbicidal Soap, EPA Reg. 67702-7." Exhibit J.

21.    U.S. Patent 6,323,156 (the '156 patent) is described as a "Method of Using Ammonium Fatty Acid Salts as Non-Selective Herbicides."  It was issued by the United States Patent and Trademark Office on November 27, 2001.  The application that eventually matured into this patent was filed on April 27, 2000.  The '156 patent designates Robert A. Smiley as "inventor," and Falcon Lab LLC as "assignee."  A copy of the '156 patent is attached to the Complaint.

22.    The '156 patent has two independent claims:  Claim 1 and Claim 10.  Claim 1 is

limited to a method for the prevention or elimination of undesired vegetation which comprises applying a herbicidally effective amount of an aqueous solution which contains, as the active ingredient, an ammonium salt of a fatty acid represented by the general formula: $R_1COO^-X^+$ wherein no more than 0.5 wt. % of the active ingredient is free fatty acid. Claim 10 of the '156 patent is limited to a method for the prevention or elimination of undesired vegetation which comprises applying a herbicidally effective amount of an aqueous solution which contains, as the active ingredient, an ammonium salt of a fatty acid represented by the general formula: $R_1COO^-$ $X^+$ wherein no more than 0.1 wt. % of the active ingredient is free fatty acid. Thus, claims 1 and 10 are identical, except for the limitation that no more than a certain amount "wt. % of the active ingredient is free fatty acid." For Claim 1 this amount is 0.5, and for Claim 10 this amount is 0.1.

23.    If the '156 patent purports to embody the "innovation" that ammonium salts of certain fatty acids are herbicidal, this is no innovation at all. Other patents already identified the fatty acids identified in the '156 patent and their ammonium salts as herbicidal. Further, ammonium salts of the fatty acids identified in the '156 patent are herbicidal irrespective of whether the percentage by weight of the free fatty acid that remains is 0.5% or less after the reaction of the acid with the base. This was well known before the filing date of the '156 patent. Indeed, it would not be correct to call the free fatty acid that remains after the reaction as an "active ingredient" as that term is generally understood in the field or as used by the EPA: at such a small percentage, the remaining free fatty acid would not be biologically active and thus would not have herbicidal properties.

24.    One patent that demonstrates knowledge that ammoniated soap of pelargonic acid is herbicidal is Puritch and McHarg, "Biodegradable Herbicidal Composition," W08903178,

International Publication Date April 20, 1989. (Exhibit K.) In this patent application, for which I am listed as a co-inventor, ammonium soaps of fatty acids, especially the $C_9$ fatty acid and others, are identified as herbicidal alone and could be synergized by mixing them with ammonium compounds. For example, we state in the description that "[f]atty acids and their salts containing eight to twelve carbon atoms cause easily observed topical burn to plants when applied at concentrations of about 0.5% by weight or higher" and that "[t]hese fatty acids may be in the pre-acid form or in herbicidally acceptable salt forms. These salts can include, for example, ammonium . . . ammonium salts are preferred." (Id., p. 5-6.) One of the examples in the patent is of a herbicidal soap including ammonium nonanoate mixed with ammonium decanoate. (Id. at p. 8-9.)

25.    Another example is Mason, "Improved Fatty Acid-Based Herbicidal Composition," EP0556283, International Publication Date February 11, 1998. In this patent application, the herbicidal composition of the invention was described as "two active ingredients in an aqueous solution" where "one active ingredient comprises one or a mixture of fatty acids or salts of fatty acids." (Exhibit L, p. 3.) The fatty acid salts or mixtures of fatty acid salts may include "ammonium salts of . . . pelargonic acid." (Id.)

26.    Even were the '156 patent construed in such a way as to cover the H01 RTU Herbicidal Soap, its sale in the United States (as CONCERN®) more than one year before the April 27, 2000 filing date of the '156 patent would render the patent invalid pursuant to 35 U.S.C. § 102(b). The composition of the active ingredient in the H01 Herbicidal Soap is identical to that of the product sold by Necessary Organics in 1998 under the brand name CONCERN®. The composition of the active ingredient in the H01 Herbicidal Soaps, since the first sale of the ready-to-use formulation in 1998 under the CONCERN® brand name, has not

changed. The EPA registrations, under which the H01 Herbicidal Soaps are offered for sale,

have never been amended with respect to the products' active ingredient.

27.    This is true even if the accused products are in the concentrate formulation

because the concentrate and the RTU contain the same active ingredient. That is, one following

the label instructions of the H01 Concentrate Herbicidal Soap (such as the Weed-Aside™

product) would obtain and apply the same formulation of active ingredient that was sold as the

CONCERN® ready-to-use formulation by Necessary Organics in 1998.

28.    Sales of CONCERN® in the United States at least as early as November 20, 1998,

show that it was used as a herbicide according to its label instructions before April 27, 1999, the

date that is one year before the April 27, 2000 filing date of the '156 patent. Thus, if the H01

Herbicidal Soap, such as the Weed-Aside™ brand, infringes the '156 patent, CONCERN®

anticipates it.

29.    In November 2006, Falcon Lab asserted that Neudorff's herbicidal soap (branded

as Weed-Aside™) infringes the '156 patent. On December 20, 2006, Neudorff's attorney,

William Geary, sent a letter to Falcon Lab stating that Neudorff's herbicidal soaps did not

infringe the '156 patent, and that, in any event, Neudorff's herbicidal soaps have been sold in the

United States since 1998.

30.    Nevertheless, Falcon Lab has persistently made its infringement claim not only to

Neudorff but to a number of Neudorff's customers and to Wal-Mart Stores, which carries one a

brand of the H01 Herbicidal Soap sold under license with Neudorff. Since December 20, 2006,

Falcon Lab has sent at least five letters directly to Neudorff's customers or retailers, including

one dated February 15, 2008, that accused all of Neudorff's licensees and customers of

infringing the '156 patent. These allegations are false. Further, they have harmed the good

reputation of Neudorff and its business relationships with these parties.  If Falcon Lab's allegations do not cease immediately, further harm will accrue to Neudorff's reputation and business goodwill.

31.     The documents that I have attached to my Declaration as <u>Exhibits C, D, E, F, H, I,</u> <u>and J</u> are documents that have been maintained by or on behalf of Eco-Care as a part of its regularly conducted business activities performing research and development and attendant functions for Neudorff.  As President and CEO of Eco-Care, I have personal knowledge of the existence and maintenance of these documents.  The documents were created on or near the dates contained on them.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Signed this 28th day of May, 2008.

George Puritch

# EXHIBIT A

# CURRICULUM VITAE

## George Sydney Puritch, C.D., B. Sc., M.S. Ph.D.

---

## RESEARCH AND BUSINESS EXPERIENCE

**1991 - Present**

**Founder, President and Chief Executive Officer of Eco-Care Technologies Inc.**

- Founded Eco-Care Technologies Inc. and currently direct and administer all aspects of corporate activities including financial planning, personnel staffing and supervision, legal, accounting, business contractual agreements, and corporate direction.

- Project Leader and principal investigator, mollusc control project including researching and developing products to control mollusc pests such as barriers, antifeedants and baits. Original discoverer of the effectiveness of iron complexes and combinations as ingested mollusc poison.

**1981 - 1991**

**Co-founder and Vice-President Research and Development of Safer, Inc. and Safer Ltd.**

- Co-founded the Safer companies and planned for, organized, coordinated and supervised a research division consisting of up to 28 scientific, technical, and administrative staff for Safer, a leader in innovative products for bio-gardening.

- Administered daily operation of laboratories, staffing, equipment selection, research programs and purchasing.

- Administered pesticide registration and patent applications, and detail procedures for product manufacture.

- Planned financial expenditures for the research division including preparation of annual budgets, annual projected cash flows, staff salaries and financial projections and authorize all expenditures (about $1,700,000 annually) while maintaining cost accountability.

- Developed policy decisions for corporate strategy as a Director of Safer and directed the expansion of the company into a multimillion-dollar International enterprise.

- Evaluated Third Party, University, and Corporate, technologies and recommended acquisitions.

**1966 - 1981**       **Senior Research Scientist (RS 3):    Environment Canada, Canadian Forestry Service**

- Research Leader investigating the structure, physiology and biochemistry of trees in relation to insect attack in an attempt to elucidate mechanisms of resistance and causes of metabolic disorders.

- Project leader and coordinator of two research teams involved in host pathogen relationships of conifers.

- Discovered the potential of botanical lipids including fatty acids and their salts (soaps) as effective environmentally friendly pesticides and obtained patent rights from the Government of Canada.

## MAJOR ACCOMPLISHMENTS, PATENTS AND PUBLICATIONS

- Pioneered the introduction and worldwide use of fatty acids and their derivatives (soaps), as organic plant care products, including miticides, insecticides, fungicides and especially herbicides.

- Invented and developed a wide array of naturally occurring and biological plant care products for organic pest control.

- Total of 27 peer-reviewed scientific publications, 34 worldwide patents (23 granted US patents) and patent applications, 36 formal scientific papers presented to National and International scientific audiences.

## PROFESSIONAL AFFILIATIONS

DIRECTOR:       Board of Directors, Eco-Care Technologies Inc., Neudorff of North American Marketing Inc.

MEMBER:        Entomological Society of America

RECOGNITION     Canadian Decoration (CD) for 12 years continuous military service.

## ACADEMIC QUALIFICATIONS AND BACKGROUND

**1961 - 1965**       I. University of Victoria, Victoria, B.C.
Degree:  B.Sc. (First Class Honors)

**1965 - 1966**       II. University of Massachusetts, Amherst, MA, U.S.A.
Degree:  M.S. Majors:  Biochemistry, Plant Physiology

**1967 - 1969**       III. University of Aberdeen, Aberdeen, Scotland.
Degree:  Ph.D. Major:  Tree Physiology

**EXHIBIT B**

You are here: EPA Home    Pesticides    Regulating Pesticides    Pesticide Registration
(PR) Notices    Pesticide Registration (PR) Notice 97-5

# Pesticide Registration (PR) Notice 97-5: Use of Common Names for Active Ingredients on Pesticide Labeling

**Resources**

**Notice To:** Manufacturers, Producers, Formulators, and Registrants of Pesticide Products

- Pesticide Registration Notices

**Attention:** Persons Responsible for the Registration of Pesticides

**Subject:** Use of Common Names for Active Ingredients on Pesticide Labeling

This notice announces EPA policy to expand the use of common names on pesticide labeling. EPA will permit the use of common names approved by the American National Standards Institute (ANSI) in the label ingredients statement without the accompanying scientific chemical names, and will permit the use of other common names listed in this notice without the accompanying scientific chemical name. EPA also recommends the inclusion on labels of Chemical Abstracts Service (CAS) numbers to identify ingredients definitively.

A registrant is not required to revise a product label in this manner; chemical names may be retained in the ingredients statement. EPA urges registrants of consumer products in particular to modify their labels to use common names.

Label revisions in response to this notice may be done by notification.

## I. BACKGROUND

Chemicals (including pesticide ingredients) have scientific names based upon their chemical structure. In many instances, these names are long, complicated and understandable only by those with a scientific or technical background. Chemical naming systems have been developed, but a single chemical structure may have several chemical name variants. Historically, some chemicals have been identified by shorter, acronym-like names, often based upon combinations of the chemical name or chemical family to which the chemical belongs. These are called "common names" and are widely used in lieu of the chemical names on a day-to-day basis, particularly in the agricultural pesticide community.

In the past, common names for pesticide active ingredients were established by the now-defunct Intergovernmental Committee on Pest Control (e.g., captan), or by the Food and Drug Administration. Others may have become well-known merely by common usage through the years. Typically, these were agricultural chemicals whose use predates standardization processes. Newer common names are generally developed through an established approval process, such as one of the national standards

organizations. In the United States, common names for pesticide active ingredients are established by the K-62 Committee of the American National Standards Institute (ANSI). Other national standards organizations (British, Canadian) and the International Standards Organization also coordinate standardization of common names.

EPA encourages the development and use of common names. Common names promote user understanding of chemical-based products, provide a ready reference for persons without technical or scientific background, and can foster informed choice in purchasing and using products, both pesticide and non-pesticide.

## II. THE CONSUMER LABELING INITIATIVE

In 1996, EPA began a Consumer Labeling Initiative (CLI), which has as its goal the improvement of consumer labeling in general (focussing on pesticide products). In the first phase of the CLI, individual interviews were conducted with users of household pesticides (both indoor and outdoor) and pesticide and non-pesticide cleaning agents. Interviews with consumers and comments submitted to EPA indicated that average consumers have very little knowledge of technical chemical names and found them uninformative and difficult to use. Based on these comments, the Consumer Labeling Initiative Phase I Report recommended that EPA increase the use of common names on labels.

Although users of pesticides are the primary audience of the pesticide label, others rely on the label for information about the pesticide. In particular, medical personnel and poison control centers may need to know the identity of the active ingredients in order to provide proper treatment in an emergency. Persons suspecting pesticide exposure or poisoning are instructed to bring the labeled container with them when they seek treatment. Hazardous materials personnel may require a full chemical name in case of a spill, leakage, or transportation incident. Consequently, EPA must balance the desire by consumers and users for simplicity in chemical names with the potential need for more technical information for others.

EPA believes that it can forego scientific chemical names on the labels of many products where a common name has been established either by a standards organization, by the Agency itself, or through long usage. EPA also believes that medical personnel and others who may need a more specific chemical name have numerous resources at their disposal to translate a common name into its chemical name and are knowledgeable or trained enough to do so quickly and easily.

## III. NAMING ACTIVE INGREDIENTS IN PESTICIDE PRODUCTS

FIFRA sec. 2(q)(2)(A) requires that each pesticide product bear an ingredients statement, which must include the name and percentage of each active ingredient. Labeling regulations in 40 CFR 156.10(g) require that the name used in the ingredient statement be:

". . the accepted common name, if there is one, followed by the chemical name. The common name may be used alone only if it is well-known. If no common name has been established, the chemical name alone shall be used."

The regulations do not define "accepted common name." Currently, the

common name (both ANSI-approved names and other common names), the Chemical Abstracts Service Registry number (the CAS number), multiple chemical names and multiple trade names. Moreover, EPA has not specified which common names are "well-known" enough that a common name alone suffices for the ingredients statement. Today's notice states a new Agency position which allows the use of ANSI-approved common names and certain other common names alone in label ingredients statements.

When required, the chemical name that must be used in ingredients statements is that established by the Chemical Abstracts Service. The CAS name corresponds to a unique CAS Registry number (CAS number) by which the chemical may be identified regardless of what chemical name variant, common names, synonyms or trade names the chemical may also have.

IV. POLICY

This policy applies only to pesticide active ingredients; inert ingredients are not eligible.

A. ANSI common names. A common name that is approved by ANSI may be used in the label ingredients statement without the accompanying chemical name. A registrant who is unsure whether a common name has been approved by ANSI, and thus may be used alone in the ingredients statement may contact Kerry Leifer of EPA at 703-308-8811, or Mr. Glenn Hanes of the K-62 Committee, at the address at the end of this notice. Appendix A of this notice lists all pesticide active ingredient names currently approved by ANSI for which a product is registered. EPA believes this list to be comprehensive, but if an ANSI-approved common name has been omitted, it may still be used alone in the ingredients statement.

B. Other acceptable common names. Appendix B to this notice lists other names, not established by ANSI, which may also be used alone in the ingredients statement without an accompanying chemical name. These names may be:

☐ Names adopted by EPA for use on labels
☐ Shorter and more familiar chemical name variants
☐ Names that have become well-known through wide usage
☐ Names that have been approved by another recognized standards-setting organization.

Most of these additional common names are those approved by the International Standards Organization (ISO) or the British Standards Institute (BSI). This list may be expanded in the future. EPA welcomes suggestions for additional common names that could be included on this list. Currently the list does not include biochemical or microbial active ingredients. EPA is exploring how such names may be best expressed for user understanding.

Finally, EPA intends to modify its new OPUS-based chemical vocabulary database system to include a specific field for the label ingredients name which would identify the acceptable name for use in the ingredients statement, whether that name is a common name alone, a chemical name alone, or a combination of common and chemical name.

C. Seeking ANSI approval. EPA prefers that common names for chemicals be established through standards-setting organizations such as

ANSI. Registrants are strongly encouraged to seek ANSI approval of additional common names for chemicals for which common names are not yet available. Appendix C to this notice is an information sheet issued by the K-62 Committee on how to apply for ANSI common names.

D. CAS numbers. When a common name alone is permitted on the label, registrants should include the CAS registry number of the active ingredient to provide a reference for those who need to know the chemical name. The CAS number need not figure prominently in the ingredients statement, but may appear as a substatement or footnote to the ingredients statement.

This policy applies solely to label declarations of ingredients. This policy does not supersede or modify requirements for identifying ingredients in applications, documents, studies, or reports to EPA, including the Confidential Statement of Formula. These must continue to identify fully, as applicable, chemical names, common names, synonyms, trade names and numerical identifiers of each chemical.

EPA will initiate rulemaking to revise its labeling regulations in 40 CFR 156.10 to conform to this policy change; however, in the interest of improving pesticide labeling, EPA is proceeding immediately to permit registrants to make this change voluntarily. No registrant is required to revise its labels in response to this notice; however, EPA encourages registrants to do so when labels are routinely revised for other reasons.

## V. PROCEDURE

To make it convenient and easy for this policy to be implemented, EPA will allow the change to be made by notification to the Agency, as follows:

A. Products currently bearing both a common name and a chemical name. Registrants who wish to modify a label to delete the chemical name of an active ingredient with an ANSI or EPA-approved common name may do so by notification to EPA. The registrant should:

1. Submit an Application for Amended Registration, listing in section II, "Notification to modify ingredients statement to delete chemical name."

2. Submit two copies of the modified labeling.

3. Submit a modified Confidential Statement of Formula if the current CSF does not already include the common name.

B. Products currently bearing only a chemical name. A registrant who wishes to modify a label to substitute an ANSI- or EPA-approved common name for the chemical name of an active ingredient should:

1. Submit an Application for Amended Registration, listing in Section II, "Notification to modify ingredients statement to substitute common name for chemical name";

2. Submit two copies of the modified labeling; and

3. Submit a modified Confidential Statement of Formula if the current CSF does not already include the common name.

Each notification under under V.A. or B. should include the following

certification statement:

This notification is consistent with the provisions of PR Notice 97-5 and EPA regulations at 40 CFR 152.46, and no other changes have been made to the labeling or the confidential statement of formula of this product. I understand this it is a violation of 18 U.S.C. 1001 to willfully make any false statement to EPA. I further understand that if this notification is not consistent with the terms of PR Notice 97-5 and 40 CFR 152.46, this product may be in violation of FIFRA and I may be subject to enforcement action and penalties under sections 12 and 14 of FIFRA.

C. To add a CAS Registry number. Registrants who wish to add CAS numbers for ingredients to their ingredients statement may do so without notification to EPA (a "non-notification" under 40 CFR 152.46).

VI. COMPLIANCE

No registrant is required to make this change; a registrant may continue to include both the common name and the chemical name of the active ingredient(s) in the ingredients statement. EPA will not consider a product bearing a permitted common name without the accompanying chemical name to be misbranded within the meaning of FIFRA sec. 12 solely because of that change.

VII. ADDRESSES

Notifications should be sent to:

For US Postal Service submissions:

Document Processing Desk (NOTIF)
Office of Pesticide Programs (7504C)
U.S. Environmental Protection Agency
401 M Street, S.W.
Washington, D.C. 20460-0001

For courier deliveries:

Document Processing Desk (NOTIF)
Office of Pesticide Programs (7504C)
U.S. Environmental Protection Agency
Room 266A, Crystal Mall 2
1921 Jefferson Davis Highway
Arlington, VA 22202

VIII. FOR FURTHER INFORMATION

For further information on this notice, contact Jean M. Frane, Field and External Affairs Division, at 703-305-5944 or by e-mail to Frane.Jean@epamail.epa.gov.

Questions concerning technical information on pesticide active ingredient names and EPA procedures may be directed to Kerry Leifer, Registration Division, at 703-308-8811, or by e-mail to Leifer.Kerry@epamail.epa.gov.

For information on how to obtain ANSI approval of a proposed common name, contact the Chairman of the ANSI K-62 Committee:

Glenn Hanes, USDA
NRI, PRS, Building 1072
10300 Baltimore Avenue
Beltsville, Md. 20705

Phone: 301-504-8137
FAX: 301-504-8142 (Attn: G. Hanes)
E-mail: ghanes@asrr.arsusda.gov

Daniel M. Barolo, Director
Office of Pesticide Programs

Appendix A
PR Notice 97-5

COMMON NAMES FOR USE ON PESTICIDE LABELS
APPROVED BY
THE AMERICAN NATIONAL STANDARDS INSTITUTE

COMMON NAME CHEMICAL NAME CAS # PC CODE

Abamectin Avermectin B1 65195-56-4 122804
65195-55-3
71751-41-2

Acephate O,S-Dimethyl acetylphosphoramidothioate 30560-19-1 103301

Acetochlor 2'-Ethyl-6'-methyl-N-(ethoxymethyl)-2-chloroacetanilide 34256-82-1
121601

Acifluorfen 5-(2-Chloro-4-(trifluoromethyl)phenoxy)-2-nitrobenzoic acid 50594-66-6
114401

Alachlor 2-Chloro-N-(2,6-diethylphenyl)-N-(methoxymethyl)acetamide 15972-60-8
090501

Aldicarb 2-Methyl-2-(methylthio)propionaldehyde O-(methylcarbamoyl)oxime 116-06-3 098301

Aldoxycarb 2-Methyl-2-(methylsulfonyl)propanal O-((methylamino)carbonyl)oxime
1646-88-4 110801

Ametryn 2-(Ethylamino)-4-(isopropylamino)-6-(methylthio)-s-triazine 834-12-8
080801

Amitraz N'-(2,4-Dimethylphenyl)-N-(((2,4-dimethylphenyl)imino)methyl)- 33089-61-1
106201
N-methylmethanimidamide

Amitrole 3-Amino-s-triazole 61-82-5 004401

Ancymidol Â^-Cyclopropyl-Â^-(4-methoxyphenyl)-5-pyrimidinemethanol 12771-68-5 108601

Asulam Methyl sulfanilylcarbamate 3337-71-1 106901

Atrazine 2-Chloro-4-(ethylamino)-6-(isopropylamino)-s-triazine 1912-24-9 080803

Bendiocarb 2,2-dimethyl-1,3-benzoldioxol-4-yl methylcarbamate 22781-23-3 105201

Benomyl Methyl 1-(butylcarbamoyl)-2-benzimidazolecarbamate 17804-35-2 099101

Bensulfuron Methyl 2-(((((4,6-dimethoxy-2-pyrimidinyl)amino)carbonyl)amino) 83055-99-6 128820
sulfonyl)methyl)benzoate

Bentazon 3-Isopropyl-1H-2,1,3-benzothiadiazin-4(3H)-one-2,2-dioxide 25057-89-0 275200

Bifenthrin (2-Methyl{1,1'-biphenyl}-3-yl)methyl 3-(2-chloro-3,3,3-trifluoro-1-propenyl)- 83322-02-5
2,2-dimethylcyclopropanecarboxylate, {1Â^,3Â^(Z)}-(.+-.)- 82657-04-3 128825

Brodifacoum 3-(3-(4'-(Bromo-(1,1-biphenyl)-4-yl)-1,2,4,4-tetrahydro-1-naphthyl)- 56073-10-0 112701
4-hydroxycoumarin

Bromacil 5-Bromo-3-sec-butyl-6-methyluracil 314-40-9 012301

Bromethalin N-Methyl-2,4-dinitro-N-(2,4,6-tribromophenyl)-6-(trifluoromethyl) 63333-35-7 112802
benzenamine

Bromoxynil 3,5-Dibromo-4-hydroxybenzonitrile 1689-84-5 035301

Butralin 4-(1,1-Dimethylethyl)-N-(1-methylpropyl)-2,6-dinitrobenzenamine 33629-47-9 106501

Carbaryl 1-Naphthyl-N-methylcarbamate 63-25-2 056801

Carbofuran 2,3-Dihydro-2,2-dimethyl-7-benzofuranyl methylcarbamate 1563-66-2 090601

Carboxin 5,6-Dihydro-2-methyl-1,4-oxathiin-3-carboxanalide 5234-68-4 090201

Chlorethoxyfos O,O-Diethyl O-(1,2,2,2-tetrachloroethyl) phosphorothioate 54593-83-8 129006

Chlorimuron 2-(((((4-Chloro-6-methoxy-2-pyrimidinyl)amino)carbonyl)amino) 90982-32-4 128901
sulfonyl)
benzoic acid, ethyl ester

Chloroneb 1,4-Dichloro-2,5-dimethoxybenzene 2675-77-6 027301

Chlorothalonil Tetrachloroisophthalonitrile 1897-45-6 081901

Chlorpyrifos O,O-Diethyl O-(3,5,6-trichloro-2-pyridyl) phosphorothioate 2921-88-2 059101

Chlorpyrifos-Methyl O,O-Dimethyl O-(3,5,6-trichloro-2-pyridyl) phosophorothioate 5598-13-0 059102

Chlorsulfuron 2-Chloro-N-(((4-methoxy-6-methyl-1,3,5-triazin-2-yl)amino)carbonyl) 64902-72-3 118601
benzenesulfonamide

Clethodim 2-Cyclohexen-1-one, 2-(1-(((3-chloro-2-propenyl)oxy)imino)propyl)- 99129-21-2 121011
5-(2-ethylthio)propyl)-3-hydroxy-

Clofencet 4-Pyridazinecarboxylic acid, 2-(4-chlorophenyl)-3-ethyl-2,5- 82697-71-0 128726
dihydro-5-oxo-, potassium salt

Clofentezine 3,6-Bis(2-chlorophenyl)-1,2,4,5-tetrazine 74115-24-5 125501

Clomazone 2-(2-Chlorophenyl)methyl-4,4-dimethyl-3-isoxazolidinone 81777-89-1 125401

Clopyralid 3,6-Dichloropicolinic acid 1702-17-6 117403

Cypermethrin Cyclopropanecarboxylic acid, 3-(2,2-dichloroethenyl)-2,2-dimethyl-, 52315-07-8 109702
cyano(3-phenoxyphenyl)methyl ester

Zeta-Cypermethrin S-Cyano(3-phenoxyphenyl)methyl (+/-)-cis/trans-3-(2,2- None 129064
dichloethenyl)- 2,2-dimethylcyclopropanecarboxylate

Cyromazine N-Cyclopropyl-1,3,5-triazine-2,4,6-triamine 66215-27-8 121301

Daminozide Butanedioic acid mono(2,2-dimethylhydrazide) 1596-84-5 035101

Desmedipham Ethyl m-hydroxycarbanilate carbanilate 13684-56-5 104801

Diazinon O,O-Diethyl O-(2-isopropyl-6-methyl-4-pyrimidinyl)phosphorothioate 333-41-5 057801

Dicamba 3,6-Dichloro-o-anisic acid 1918-00-9 029801

Dichlobenil 2,6-Dichlorobenzonitrile 1194-65-6 027401

Diclofop 2-(4-(2,4-Dichlorophenoxy)phenoxy)propanoic acid 40843-25-2 110901

Difenzoquat 1H-Pyrazolium, 1,2-dimethyl-3,5-diphenyl- 49866-87-7 106402

Diflubenzuron 1-(4-Chlorophenyl)-3-(2,6-difluorobenzoyl)urea 35367-38-5 108201

Dikegulac 2,3:4,6-Bis-O-(1-methylethylidene)-Â^-L-xylo-2-hexulofuranosonic acid, 52508-35-7 109601
sodium salt

Dimethipin 2,3-Dihydro-5,6-dimethyl-1,4-dithiin-1,1,4,4-tetraoxide 55290-64-7 118901

Dimethoate O,O-Dimethyl S-((methylcarbamoyl)methyl) phosphorodithioate 60-51-5 035001

Diphacinone 2-(Diphenylacetyl)-1,3-indandione 82-66-6 067701

Diquat Diquat ion 2764-72-9 032202

Dithiopyr 3,5-Pyridinedicarbothioic acid, 2-(difluoromethyl)-4-(2-methylpropyl)- 97886-45-8 128994
6-(trifluoromethyl)-, S,S-dimethyl ester

Diuron 3-(3,4-Dichlorophenyl)-1,1-dimethylurea 330-54-1 035505

Dodine Dodecylguanidine acetate 2439-10-3 044301

Endosulfan 6,7,8,9,10-Hexachloro-1,5,5a,6,9,9a-hexahydro-6,9-methano-2,4,3- 115-29-7 079401
benzodioxathiepin-3-oxide

Endothall 7-Oxabicyclo(2.2.1)heptane-2,3-dicarboxylic acid 145-73-3 038901

Ethalfluralin Benzenamine, N-ethyl-N-(2-methyl-2-propenyl)-2,6-dinitro- 55283-68-6 113101
4-(trifluoromethyl)-

Ethephon (2-Chloroethyl)phosphonic acid 16672-87-0 099801

Ethion O,O,O',O'-Tetraethyl S,S'-methylene bis(phosphorodithioate) 563-12-2 058401

Ethofumesate 2-Ethoxy-2,3-dihydro-3,3-dimethyl-5-benzofuranyl methanesulfonate, 
(+-)- 26225-79-6 110601

Ethoprop O-Ethyl S,S-dipropyl phosphorodithioate 13194-48-4 041101

Fenarimol Â^-(2-Chlorophenyl)-Â^-(4-chlorophenyl)-5-pyridinemethanol 60168-88-9 206600

Fenbuconazole 2-Cyano-2-phenyl-2-( -p-chlorophenethyl)ethyl-1H-1,2,4-triazole 114369-43-6 129011

Fenoxaprop 2-(4-((6-Chloro-2-benzoxazolyl)oxy)phenoxy)propionic acid, ethyl ester, 
(+-)- 66441-23-4 128701

Fenoxycarb Ethyl 2-(p-phenoxyphenoxy)ethyl carbamate 72490-01-8 253011

Fenpropathrin Â^-Cyano-3-phenoxybenzyl 2,2,3,3-
tetramethylcyclopropanecarboxylate 39515-41-8 127901

Fenridazon Potassium 1-(p-chlorophenyl)-1,4-dihydro-6-methyl-4-oxo-pyridazine- 83588-43-6 119001
3-carboxylate

Fluazifop Butyl 2-(4-((5-(trifluoromethyl)-2-pyridinyl)oxy)phenoxy)propanoate 69806-50-4 122805

Flumetsulam (1,2,4)Triazolo(1,5-a)pyrimidine-2-sulfonamide, N-(2,6-difluorophenyl)- 98967-40-9 129016
5-methyl-

Flumiclorac Pentyl 2-chloro-4-fluoro-5-(3,4,5,6-tetrahydrophthalimido) 
phenoxyacetate 87546-18-7 128724

Fluometuron 1,1-Dimethyl-3-(Â^,Â^,Â^-trifluoro-m-tolyl)urea 2164-17-2 035503

Fluridone 1-Methyl-3-phenyl-5-(3-(trifluoromethyl)phenyl)-4(1H)-pyridinone 59756-60-4 112900

Flurprimidol Â^-Isopropyl-Â^-(p-(trifluoromethoxy)phenyl)-5-pyrimidinemethanol 56425-91-3 125701

Fluvalinate N-(2-Chloro-4-trifluoromethyl)phenyl)-D-valine(+-)-cyano 69409-94-5 109302
(3-phenoxyphenyl)methyl ester

Folpet N-((Trichloromethyl)thio)phthalimide 133-07-3 081601

Fomesafen 5-(2-Chloro-4-(trifluoromethyl)phenoxy)-N-(methylsulfonyl)- 108731-70-0 123802
2-nitrobenzamide, sodium salt

Formetanate m-(((Dimethylamino)methylene)amino)phenyl-N-methylcarbamate 22259-30-9 465200

Fosamine Ammonium ethyl carbamoylphosphonate 25954-13-6 106701

Glufosinate Butanoic acid, 2-amino-4-(hydroxy-methylphosphinyl)-, 77182-82-2 128850
monoammonium salt

Glyphosate N-(Phosphonomethyl)glycine 1071-83-6 417300

Hexaflumuron Benzamide, N-(((3,5-dichloro-4-(1,1,2,2-tetrafluoroethoxy) 86479-06-3 118202
phenyl)amino)carbonyl)-2,6-difluoro-

Hexazinone 3-Cyclohexyl-6-(dimethylamino)-1-methyl-1,3,5-triazine-2,4(1H,3H)-dione 51235-04-2 107201

Hydramethylnon Tetrahydro-5,5-dimethyl-2(1H)-pyrimidinone, (3-(4-(trifluoromethyl) 67485-29-4 118401
phenyl)-1-(2-(4-(trifluoromethyl)phenyl)ethenyl)-2-propenylidene)hydrazone

Hydroprene Ethyl(2E,4E)-3,7,11-trimethyl-2,4-dodecadienoate 65733-18-8 128966
41096-46-2 486300

Imazalil 1-(2-(2,4-Dichlorophenyl)-2-(2-propenyloxy)ethyl)-1H-imidazole 35554-44-0 111901

Imazamethabenz m(or p)-Toluic acid, 6-(4-isopropyl-4-methyl-5-oxo-2-imidazolin-2-yl)-, 81405-85-8 128842
methyl ester

Imazapyr 2-(4-Isopropyl-4-methyl-5-oxo-2-imidazolin-2-yl)-nicotinic acid 81334-34-1 128821

Imazaquin 2-(4,5-Dihydro-4-methyl-4-(1-methylethyl)-5-oxo-1H-imidazol-2-yl)- 81335-37-7 128848
3-quinolinecarboxylic acid

Imazethapyr (+-)-2-[4,5-Dihydro-4-methyl-4-(1-methylethyl)-5-oxo-1H-imidazol-81335-77-5 128922
2-yl)-5-ethyl-3-pyridinecarboxylic acid

Iprodione 3-(3,5-Dichlorophenyl)-N-(1-methylethyl)-2,4-dioxo-1- 36734-19-7 109801
imidazolidinecarboxamide

Isazofos O,O-Diethyl O-(5-chloro-1-(1-methylethyl)-1H-1,2,4-triazol-3-yl) 42509-80-
8 126901
phosphorothioate

Isoxaben N-(3-(1-Ethyl-1-methylpropyl)-5-isoxazolyl)-2,6-dimethoxybenzamide
82558-50-7 125851

Kinoprene 2-Propynyl (E,E)-3,7,11-trimethyl-2,4-dodecadienoate 42588-37-4 107501

Lactofen 1'-(Carboethoxy)ethyl 5-(2-chloro-4-(trifluoromethyl)phenoxy)- 77501-63-4
128888
2-nitrobenzoate

Linuron 3-(3,4-Dichlorophenyl)-1-methoxy-1-methylurea 330-55-2 035506

Mefluidide N-(2,4-Dimethyl-5-(((trifluoromethyl)sulfonyl)amino)phenyl)acetamide
53780-34-0 114001

Metalaxyl N-(2,6-Dimethylphenyl)-N-(methoxyacetyl)alanine, methyl ester 57837-19-
1 113501

Methamidophos O,S-Dimethyl phosphoramidothioate 10265-92-6 101201

Methidathion O,O-Dimethyl phosphorodithioate, S-ester with 4-(mercaptomethyl)-
950-37-8 100301
2-methoxy- 2)-1,3,4-thiadiazolin-5-one

Methomyl S-Methyl N-((methylcarbamoyl)oxy)thioacetimidate 16752-77-5 090301

Methoprene Isopropyl (2E,4E)-11-methoxy-3,7,11-trimethyl-2,4-dodecadienoate
40596-69-8 105401

Metolachlor 2-Chloro-N-(2-ethyl-6-methylphenyl)-N-(2-methoxy-1-methylphenyl)
51218-45-2 108801
acetamide

Metsulfuron Methyl 2-(((((4-methoxy-6-methyl-1,3,5-triazin-2-yl)amino) 74223-64-6
122010
carbonyl)amino)sulfonyl)benzoate

Myclobutanil Â^-Butyl-Â^-(4-chlorophenyl)-1H-1,2,4-triazole-1-propanenitrile 88671-
89-0 128857

Naled 1,2-Dibromo-2,2-dichloroethyl dimethyl phosphate 300-76-5 034401

Nicosulfuron 2-(((((4,6-Dimethoxy-2-pyrimidinyl)amino)carbonyl)amino)sulfonyl)-
111991-09-4 129008
N,N-dimethyl-3-pyridinecarboxamide

Nitrapyrin 2-Chloro-6-(trichloromethyl)pyridine 1929-82-4 692031

Norflurazon 4-Chloro-5-(methylamino)-2-(Â^,Â^,Â^-trifluoro-m-tolyl)-3(2H)-

pyridazinone 27314-13-2 105801

Octhilinone 2-Octyl-3(2H)-isothiazolone 26530-20-1 099901

Oryzalin 3,5-Dinitro-N4,N4-dipropylsulfanilamide 19044-88-3 104201

Oxadiazon 2-tert-Butyl-4-(2,4-dichloro-5-isopropoxyphenyl- 2-1,3,4-oxadiazoline-5-one 19666-30-9 109001

Oxamyl Oxamimidic acid, N',N'-dimethyl-N-((methylcarbamoyl)oxy)-1-thio-, 23135-22-0 103801
methyl ester

Oxycarboxin 5,6-Dihydro-2-methyl-1,4-oxathiin-3-carboxanilide 4,4-dioxide 5259-88-1 090202

Oxyfluorfen 2-Chloro-1-(3-ethoxy-4-nitrophenoxy)-4-(trifluoromethyl)benzene 42874-03-3 111601

Paclobutrazol (2RS,3RS)-1-(4-Chlorophenyl)-4,4-dimethyl-2-(1H-1,2,4-triazol-1-yl) 76738-62-0 125601
pentan-3-ol

Paraquat 4,4'-Bipyridinium, 1,1'-dimethyl- 4685-14-7 061603

Pendimethalin N-(1-Ethylpropyl)-3,4-dimethyl-2,6-dinitrobenzenamine 40487-42-1 108501

Permethrin Cyclopropanecarboxylic acid, 3-(2,2-dichloroethenyl)-2,2-dimethyl-, 52645-53-1 109701
(3-phenoxyphenyl)methyl ester

Phenmedipham Methyl m-hydroxycarbanilate m-methylcarbanilate 13684-63-4 098701

Phorate O,O-Diethyl S-((ethylthio)methyl) phosphorodithioate 298-02-2 057201

Picloram 4-Amino-3,5,6-trichloropicolinic acid 1918-02-1 005101

Pirimiphos-methyl O-(2-(Diethylamino)-6-methyl-4-pyrimidinyl) O,O-dimethyl 29232-93-7 108102
phosphorothioate

Prodiamine 2,4-Dinitro-N3,N3-dipropyl-6-(trifluoromethyl)-1,3-benzenediamine 29091-21-2 110201

Profenofos O-(4-Bromo-2-chlorophenyl) O-ethyl S-propyl phosphorothioate 41198-08-7 111401

Prometon 2,4-Bis(isopropylamino)-6-methoxy-s-triazine 1610-18-0 080804

Prometryn 2,4-Bis(isopropylamino)-6-(methylthio)-s-triazine 7287-19-6 080805

Propamocarb Propyl 3-(dimethylamino)propylcarbamate 24579-73-5 119301

Propargite 2-(p-tert-Butylphenoxy)cyclohexyl 2-propynyl sulfite 2312-35-8 097601

Propetamphos 2-Butenoic acid, 3-(((ethylamino)methoxyphosphinothioyl)oxy)-,

1-methylethyl

Pyrithiobac Sodium 2-chloro-6-(4,6-dimethoxypyrimidin-2-ylthio)benzoate 123343-16-8 078905

Quizalofop Propanoic acid, 2-(4-((6-chloro-2-quinoxalinyl)oxy)phenoxy)-, ethyl ester 76578-14-8 128711

Resmethrin (5-Benzyl-3-furyl)methyl 2,2-dimethyl-3-(2-methylpropenyl) 10453-86-8 097801
cyclopropanecarboxylate

Rimsulfuron N-((4,6-Dimethoxypyrimidin-2-yl)aminocarbonyl)-3-(ethylsulfonyl)-2- 122931-48-0 129009
pyridinesulfonamide

Siduron 1-(2-Methylcyclohexyl)-3-phenylurea 1982-49-6 035509

Simazine 2-Chloro-4,6-bis(ethylamino)-s-triazine 122-34-9 080807

Sulfentrazone Methanesulfonamide, N-(2,4-dichloro-5-(4-(difluoromethyl)-4,5-dihydro- 122836-35-5 129081
3-methyl-5-oxo-1H-1,2,4-triazol-1-yl)phenyl)-

Sulfluramid 1-Octanesulfonamide, N-ethyl-1,1,2,2,3,3,4,4,5,5,6,6,7,7,8,8,8- 4151-50-2 128992
heptadecafluoro-

Sulfometuron Methyl 2-(((((4,6-dimethyl-2-pyrimidinyl)amino)carbonyl) 74222-97-2 122001
amino)sulfonyl)benzoate

Tebufenozide Benzoic acid, 3,5-dimethyl-, 1-(1,1-dimethylethyl)-2-(4-ethylbenzoyl) 112410-23-8 129026
hydrazide

Tebuthiuron N-(5-(1,1-Dimethylethyl)-1,3,4-thiadiazol-2-yl)-N,N'-dimethylurea 34014-18-1 105501

Tefluthrin (2,3,5,6-Tetrafluoro-4-methylphenyl)methylcis-3-(2-chloro-3,3,3- 79538-32-2 128912
trifluoro-1-propenyl)-2,2-dimethylcyclopropanecarboxylate

Temephos Phosphorothioic acid, O,O'-(thiodi-4,1-phenylene) 3383-96-8 059001
O,O,O',O'-tetramethyl ester

Terbacil 3-tert-Butyl-5-chloro-6-methyluracil 5902-51-2 012701

Terbufos S-(((1,1-Dimethylethyl)thio)methyl) O,O-diethyl phosphorodithioate 13071-79-9 105001

Terbuthylazine 2-tert-Butylamino-4-chloro-6-ethylamino-s-triazine 5915-41-3 080814

Tetramethrin (1-Cyclohexene-1,2-dicarboximido)methyl 2,2-dimethyl-3-(2- 7696-12-0 069003
methylpropenyl)
cyclopropanecarboxylate

Thiazopyr 3-Pyridinecarboxylic acid, 2-(difluoromethyl)-5-(4,5-dihydro-2-thiazolyl)-

4-(2-methylpropyl)-6-(trifluoromethyl)-, methyl ester

Thidiazuron N-Phenyl-N'-(1,2,3-thiadiazyl)urea 51707-55-2 120301

Thifensulfuron Methyl 3-(((((4-methoxy-6-methyl-1,3,5-triazin-2-yl)amino)carbonyl)
79277-27-3 128845
amino)sulfonyl)-2-thiophenecarboxylate

Thiodicarb Dimethyl N,N'-(thiobis((methylimino)carbonyloxy))bis(ethanimidothioate)
59669-26-0 114501

Thiophanate-methyl Dimethyl ((1,2-phenylene)bis(iminocarbonothioyl))bis
(carbamate) 23564-05-8 102001

Tralomethrin 2,2-Dimethyl-3-(1,2,2,2-tetrabromoethyl)cyclopropanecarboxlic acid,
66841-25-6 121501
cyano(3-phenoxyphenyl)methyl ester

Tribenuron Methyl 2-(((((4-methoxy-6-methyl-1,3,5-triazin-2-yl)methylamino)
101200-48-0 128887
carbonyl)amino)sulfonyl)benzoate

Triclopyr 3,5,6-Trichloro-2-pyridinyloxyacetic acid 55335-06-3 116001

Tridiphane 2-(3,5-Dichlorophenyl)-2-(2,2,2-trichloroethyl)oxirane 58138-08-2 123901

Trifluralin Â^,Â^,Â^-trifluro-2,6-dinitro-N,N-dipropyl-p-toluidine 1582-09-8 036101

Triflusulfuron Benzoic acid, 2-(((((4-(dimethylamino)-6-(2,2,2-trifluoroethoxy)-
126535-15-7 129002
1,3,5-triazin-2-yl)amino)carbonyl)amino)sulfonyl)-3-methyl-,
methyl ester

Triforine N,N'-(1,4-Piperazinediylbis(2,2,2-trichloroethylidine)bis(formamide) 26644-
46-2 107901

Thiobencarb S-((4-Chlorophenyl)methyl) N,N-diethylthiocarbamate 28249-77-6
108401

Uniconazole (S-(E))-1-(4-Chlorophenyl)-4,4-dimethyl-2-(1,2,4-triazol-1-yl)- 83657-
17-4 128976
pent-1-ene-3-ol

Appendix B
PR Notice 97-5

COMMON NAMES FOR USE ON PESTICIDE LABELS
APPROVED BY
THE ENVIRONMENTAL PROTECTION AGENCY

COMMON NAME CHEMICAL NAME CAS # PC CODE

Acrolein 2-Propenal 107-02-8 000701

Alcohols, Cx - Cxx Fatty alcohols (% of various carbon chain lengths in parentheses)
68603-15-6 079029
85566-12-7 079059
68603-15-6 079089

Aliphatic petroleum solvent Aliphatic petroleum hydrocarbons Numerous 063503

Allethrin 2-Methyl-4-oxo-3-(2-propenyl)-2-cyclopenten-1-yl 2,2-dimethyl-3- 584-79-2
004001
(2-methyl-1-(2-methyl-1-propenyl) cyclopropanecarboxylic acid 004003
42534-61-2 004005

Ammonium soaps of fatty acids Ammonium salts of C8-C18 and C18' fatty acids
84776-33-0 031801

Aromatic petroleum solvent Aromatic petroleum derivative solvent, distillate, oil, or
hydrocarbons 68477-31-6 006501
68602-80-2 006601

Azadirachtin 2',3',22,23-Tetrahydroazadirachtin Several 121701

Azinphos-methyl O,O-Dimethyl S-((4-oxo-1,2,3-benzotriazin-3(4H)-yl)methyl) 86-50-
0 058001
phosphorodithioate

Basic copper zinc sulfate complex Basic copper III-zinc sulfate complex 55072-57-6
008102

Benfluralin N-Butyl-N-ethyl-Â^,Â^,Â^-trifluoro-2,6-dinitro-p-toluidine 1861-40-1
084301

Bensulide S-(O,O-Diisopropyl phosphorodithioate)ester of N-(2-mercaptoethyl) 741-
58-2 009801
benzenesulfonamide

Benzocaine Ethyl p-aminobenzoate 94-09-7 097001

Benzyladenine N-(Phenylmethyl)-1H-purin-6-amine 1214-39-7 116901

Betadine Polyvinylpyrrolidone - iodine complex 25655-41-8 046914

Bioallethrin d-trans-Chrysanthemum monocarboxylic acid ester of d-2-allyl-4-
hydroxy- 28434-00-6 004004
3-methyl-2-cyclopenten-1-one

Bioresmethrin Benzyl-3-furylmethyl(+)-trans-chrysanthemate 28434-01-7 097802

Bromadiolone 3-(3-(4'-Bromo-(1,1'-biphenyl)-4-yl)-3-hydroxy-1-phenylpropyl)-
28772-56-7 112001
4-hydroxy-2H-1-benzopyran-2-one

Bronopol 2-Bromo-2-nitropropane-1,3-diol 52-51-7 216400

Butoxycarboxim 3-(Methylthio)-2-butanone O-(methylcarbamoyl)oxime 34681-23-7
113001

Butylate S-Ethyl diisobutylthiocarbamate 2008-41-5 041405

Capsaicin Capsaicin (in oleoresin of capsicum) 404-86-4 070703

Captan cis-N-Trichloromethylthio-4-cyclohexene-1,2-dicarboximide 133-06-2 081301

Carbendazim Methyl 2-benzimidazolecarbamate 10605-21-7 128872

Chlorflurenol, methyl ester Methyl 2-chloro-9-hydroxyfluorene-9-carboxylate 2536-31-4 098801
37339-61-0

Chlormequat chloride 2-Chloroethyl trimethyl ammonium chloride 999-81-5 018101

Chlorophacinone 2-((p-Chlorophenyl)phenylacetyl)-1,3-indandione 3691-35-8 067707

Chloroxylenol 4-Chloro-3,5-xylenol 88-04-0 086801

Chlorpropham Isopropyl N-(3-chlorophenyl)carbamate 101-21-3 018301

N-(coco alkyl)trimethylenediamine 1-(Alkyl* amino)-3-aminopropane *(as in fatty acids of coconut oil) 61791-63-7 067301

Cocoamine acetate Alkyl* amine acetate (5%C8, 7%C10, 54%C12, 19%C14, 8%C16, 7%C18) 61790-57-6 067329

Copper ethylene diamine complex Copper as elemental from copper-ethylenediamine complex 13426-91-0 024407

Copper ethanolamine complex Copper as elemental from copper-ethanolamine complex 14215-52-2 024409

Coumaphos O,O-Diethyl O-(3-chloro-4-methyl-2-oxo-2H-1-benzopyran-7-yl) 56-72-4 036501
phosphorothioate

Cyanazine 2-Chloro-4-((1-cyano-1-methylethyl)amino)-6-(ethylamino)-s-triazine 21725-46-2 100101

Cycloate S-Ethyl cyclohexylethylthiocarbamate 1134-23-2 041301

Cyfluthrin Cyano(4-fluoro-3-phenoxyphenyl)methyl 3-(2,2-dichloroethenyl)- 68359-37-5 128831
2,2-dimethylcyclopropanecarboxylic acid

Cyhalothrin (R+S)-Â^-Cyano-3-phenoxybenzyl (1S+1R)-cis-3-(Z-2-chloro- 91465-08-6 128897
3,3,3-trifluoroprop-1-enyl)2,2-dimethylcyclopropanecarboxylic acid

Cyphenothrin Â^-cyano-3-phenoxybenzyl 2,2-dimethyl-3- 39515-40-7 129013
(2-methylpropenyl)cyclopropanecarboxylate

Cyproconazole Â^-(4-Chlorophenyl)-Â^-(1-cyclopropylethyl)-1H-1,2,4- 94361-06-5 128993
triazole-1-ethanol

2-4,D 2,4-Dichlorophenoxyacetic acid 94-75-7 030001
2,4-D, lithium salt 3766-27-6 030002
2,4-D, sodium salt 2702-72-9 030004
2,4-D, alkanolamine salt None 030010
2,4-D, tetradecylamine salt 28685-18-9 030013

2,4-D, diethanolamine salt 5742-19-8 030016
2,4-D, dimethylamine salt 2008-39-1 030019
2,4-D, isopropylamine salt 5742-17-6 030025
2,4-D, triisopropanolamine salt 32341-80-3 030035
2,4-D, butoxyethyl ester 1929-73-3 030053
2,4-D, 2-ethylhexyl ester 1928-43-4 030063
2,4-D, isopropyl ester 94-11-1 030066

Dazomet Tetrahydro-3,5-dimethyl-2H-1,3,5-thiadiazine-2-thione 533-74-4 035602
Dazomet, sodium salt 53404-60-7 035607

DCPA (or chlorthal-dimethyl?) Dimethyl tetrachloroterephthalate 1861-32-1 078701

Deltamethrin (S)-Â^-Cyano-m-phenoxybenzyl (1R,3R)-3-(2,2-dibromovinyl)2,2- 52918-63-5 097805
dimethylcyclopropanecarboxylate

Dicofol 1,1-bis(chlorophenyl)-2,2,2-trichloroethane 115-32-2 010501

Dichlorprop 2-(2,4-Dichlorophenoxy)propionic acid 120-36-5 031401
Dichlorprop-P 15165-67-0 031402

Dichlorvos 2,2-Dichlorovinyl dimethyl phosphate 62-73-7 084001

Dicloran 2,6-Dichloro-4-nitroaniline 99-30-9 031301

Dicrotophos Dimethyl phosphate ester with 3-hydroxy-N,N-dimethyl-cis-crotonamide 141-66-2 035201

Diethyl toluamide N,N-Diethyl-m-toluamide and other isomers 134-62-3 080301

Dienochlor Decachlorobis(2,4-cyclopentadiene-1-yl) 2227-17-0 027501

Difenoconazole 1H-1,2,4-Triazole, 1-((2-(2-chloro-4-(4-chlorophenoxy)phenyl)- 119446-68-3 128847
4-methyl-1,3-dioxolan-2-yl)methyl)-

Difethialone 2H-1-Benzothiopyran-2-one, 3-(3-(4'-bromo- 104653-34-1 128967
(1,1'-biphenyl)-4-yl-1,2,3,4-tetrahydro-1-naphthalenyl-4-hydroxy-

Dimethenamid Acetamide, 2-chloro-N-(2,4-dimethyl-3-thienyl)- 87674-68-8 129051
N-(2-methoxy-1-methylethyl)-

Dinocap 2,4-Dinitro-6-octyl phenyl crotonate 39300-45-3 036001

Dipropylene glycol Oxybis(propanol) 25265-71-8 068604

Disulfoton O,O-Diethyl S-2-(ethylthio)ethyl) phosphorodithioate 298-04-4 032501

DSMA Disodium methanearsonate 144-21-8 013802

EDTA Ethylenediaminetetraacetate
EDTA, tetrasodium salt Tetrasodium ethylenediaminetetraacetate 64-02-8 039107
EDTA, copper salt Copper ethylenediamine tetraacetate 12276-10-6 039105

Egg solids Putrescent whole egg solids 51609-52-0 105101

Ethoxyquin 6-Ethoxy-1,2-dihydro-2,2,4-trimethyl quinoline 91-53-2 055501

Esfenvalerate (S)-(R*,R*)-4-Chloro-Â^-(1-methylethyl)benzeneacetic acid, 66230-04-4 109303
cyano(3-phenoxyphenyl)mesthyl ester

Etridiazole 5-Ethoxy-3-(trichloromethyl)-1,2,4-thiadiazole 2593-15-9 084701

Farnesol 3,7,11-Trimethyl-2,6,10-dodecatriene-1-ol 4602-84-0 128910

Fenamiphos Ethyl 4-(methylthio)-m-tolyl isopropylphosphoramidate 22224-92-6 100601

Fenthion O,O-Dimethyl O-(4-(methylthio)-m-tolyl)phosphorothioate 55-38-9 053301

Fenbutatin-oxide Hexakis (2-methyl-2-phenylpropyl)distannoxane 13356-08-6 104601

Fenitrothion O,O-Dimethyl O-(4-nitro-m-tolyl)phosphorothioate 122-14-5 105901

Fentin hydroxide Triphenyltin hydroxide 76-87-9 083601

Fenvalerate 4-Chloro-Â^-(1-methylethyl)benzeneacetic acid, 51630-58-1 109301
cyano(3-phenoxyphenyl)methyl ester

Ferbam Ferric dimethyldithiocarbamate 14484-64-1 034801

Fipronil 5-Amino-1-(2,6-dichloro-4-(trifluoromethyl)phenyl)-4- 120068-37-3 129121
(1,R,S)-(trifluoromethyl)sulfinyl)-1H-p

Fludioxonil 1H-Pyrrole-3-carbonitrile, 4-(2,2-difluoro-1,3-benzodioxol-4-yl)- 131341-86-1 071503

Flumetralin 2-Chloro-N-(2,6-dinitro-4-(trifluoromethyl)phenyl)-N-ethyl-6- 62924-70-3 123001
fluorobenzenemethanamine

Flutolanil Â^,Â^,Â^-Trifluoro-3'-isopropoxy-o-toluanilide 66332-96-5 128975

Fonofos O-Ethyl S-phenyl ethylphosphonodithioate 944-22-9 041701

Fosetyl-Al Aluminum tris(O-ethylphosphonate) 39148-24-8 123301

Garlic oil Allium sativum 8000-78-0 128827

Halosulfuron 3-Chloro-5-(((((4,6-dimethoxy-2-pyrimidinyl)amino)carbonyl) 100784-20-1 128721
amino)sulfonyl)-1-methyl-1H-pyrazole

Heptachlor 1,4,5,6,7,8,8-Heptachlorotetrahydro-4,7-methanoindene 76-44-8 044801

Hexythiazox trans-5-(4-Chlorophenyl)-N-cyclohexyl-4-methyl-2- 78587-05-0 128849
oxo-3-thiazolidinecarboxamide

Hydrochloric acid Hydrogen chloride 7647-01-0 045901

Hymexazol 5-Methylisoxazol-3-ol 10004-44-1 129107

Imidacloprid 1-((6-Chloro-3-pyridinyl)methyl)-N-nitro-2-imidazolidinimine 138621-41-3 129099

Isofenphos 1-Methylethyl 2-((ethoxy((1-methylethyl)amino)phosphinothioyl)oxy) 25311-71-1 109401
benzoate

Isopropyl alcohol Isopropanol 67-63-0 047501

Linalool 3,7-Dimethyl-1,6-octadien-3-ol 78-70-6 128838

Lindane Gamma isomer of benzene hexachloride 58-89-9 009001

Malathion O,O-Dimethyl phosphorodithioate of diethyl mercaptosuccinate 121-75-5 057701

Maleic hydrazide 1,2-Dihydro-3,6-pyridazinedione 123-33-1 051501
Maleic hydrazide, potassium salt 28382-15-2 051503

Mancozeb Coordination product of zinc ion and manganese ethylenebis- 8018-01-7 014504
(dithiocarbamate)

Maneb Manganese ethylenebis(dithiocarbamate) 12427-38-2 014505

MCPA (and salts and esters) 2-Methyl-4-chlorophenoxyacetic acid 94-74-6 030501
MCPA, sodium salt 3653-48-3 030502
MCPA, diethylamine salt 2039-46-5 030516
MCPA, 2-ethylhexyl ester 29450-45-1 030564

MCPB (and salts) 4-(2-Methyl-4-chlorophenoxy)butyric acid 94-81-5 019201
MCPB, sodium salt 6062-26-6 019202

Mecoprop (and salts and esters) 2-(2-Methyl-4-chlorophenoxy)propionic acid 7085-19-0 031501
Mecoprop, potassium salt 1929-86-8 031503
Mecoprop, dimethylamine salt 32351-70-5 031519
Mecoprop, isooctyl ester 28473-03-2 031563

Mepiquat chloride N,N-Dimethylpiperidinium chloride 24307-26-4 109101

Metam-sodium Sodium N-methyldithiocarbamate 137-42-8 039003

Metaldehyde 2,4,6,8-Tetramethyl-1,3,5,7-tetroxocane 108-62-3 053001

Methiocarb 4-(Methylthio)-3,5-xylyl methylcarbamate 2032-65-7 100501

Methoxychlor 2,2-bis(p-methoxyphenyl)-1,1,1-trichloroethane) 72-43-5 034001

Methyl chloroform 1,1,1-Trichloroethane 71-55-6 081201

Methyl parathion O,O-Dimethyl O-p-nitrophenyl phosphorothioate 298-00-0 053501

Metiram Mixture of 5.2 parts by weight of (ethylenebis(dithiocarbamato)) zinc 9006-42-2 014601
with 1 part ammonia

Metribuzin 1,2,4-Triazin-5(4H)-one, 4-amino-6-(1,1-dimethylethyl)-3-(methylthio)- 21087-64-9 101101

Molinate S-Ethyl hexahydro-1H-azepine-1-carbothioate 2212-67-1 041402

MSMA (and salts) Monosodium acid methanearsonate 2163-80-6 013803
MSMA, calcium salt 5902-95-4 013806

Nabam Disodium ethylenebis(dithiocarbamate) 142-59-6 014503

Napropamide N,N-Diethyl-2-(1-naphthalenyloxy)propanamide 15299-99-7 103001

Naptalam Sodium N-1-naphthylphthalamate 132-67-2 030703

Neem oil Fats and glyceridic oils, margosa None 025006

Nerolidol 3,7,11-Trimethyl-1,6,10-dodecatrien-3-ol 7212-44-4 128911

Niclosamide 2-Aminoethanol salt of 2',5-dichloro-4'-nitrosalicylanilide 1420-04-8
077401

Oil of jasmine Oils, jasmine 8022-96-6 040501

Oil of mustard Allyl isothiocyanate 57-06-7 004901

Oil of wintergreen Methyl salicylate 119-36-8 076601

Oxadixyl N-(2,6-Dimethylphenyl)-2-methoxy-N-(2-oxo-3-oxazolidinyl)acetamide
77732-09-3 126701

Oxazolidine-E 7a-Ethyldihydro-1H,3H,5H-oxazolo(3,4-c)oxazole 7747-35-5 128909

Oxydemeton-methyl S-(2-(Ethylsulfinyl)ethyl) O,O-dimethyl phosphorothioate 301-
12-2 058702

Oxytetracycline hydrochloride Hydroxytetracycline monohydrochloride 2058-46-0
006308

Oxythioquinox Methyl-2,3-quinoxalinedithiol cyclic S,S-dithiocarbonate 2439-01-2
054101

Parathion O,O-Diethyl O-p-nitrophenyl phosphorothioate 56-38-2 057501

Pebulate S-Propyl butylethylthiocarbamate 1114-71-2 041403

Phenothrin (3-Phenoxyphenyl)methyl d-cis and trans* 2,2-dimethyl-3- 26002-80-2
069005
(2-dimethyl-3-(2-methylpropenyl)cyclopropanecarboxylic acid

Phosmet N-(Mercaptomethyl)phthalimide S-(O,O-dimethyl phosphorodithioate 732-
11-6 059201

Phostebupirim Phosphorothioic acid, O-(2-(1,1-dimethylethyl)-5-pyrimidinyl) 96182-
53-5 129086
O-ethyl O-(1-methylethyl) ester

Pindone 2-Pivalyl-1,3-indandione 83-26-1 067703
Pindone, sodium salt 6120-20-3 067704

Piperalin 3-(2-Methylpiperidino)propyl 3,4-dichlorobenzoate 3478-94-2 097003

Piperonyl butoxide (Butylcarbityl)(6-propylpiperonyl) ether 80% and related
compounds 51-03-6 067501

Potassium bicarbonate Carbonic acid, monopotassium salt 298-14-6 073508

Potassium laurate Potassium salts of fatty acids Numerous 079021

Potassium triiodide Iodine - potassium iodide complex 12298-68-9 046917

Primisulfuron-methyl Methyl 2(((((4,6-bis(difluoromethoxy)-2- 86209-51-0 128973
pyrimidinyl)amino)carbonyl)amino)sulfonyl)benzoate

Propachlor 2-Chloro-N-isopropylacetanilide 1918-16-7 019101

Propanil 3',4'-Dichloropropionanilide 709-98-8 028201

Propiconazole 1-((2-(2,4-Dichlorophenyl)-4-propyl-1,3-dioxolan-2-yl) 60207-90-1
122101
methyl)-1H-1,2,4-triazole

Propoxur o-Isopropoxyphenyl methylcarbamate 114-26-1 047802

Propylene glycol 1,2-Propanediol 57-55-6 068603

Propyzamide 3,5-Dichloro-N-(1,1-dimethyl-2-propynyl)benzamide 23950-58-5
101701

Prosulfuron 1-(4-Methoxy-6-methyl-triazine-2-yl)-3-(2- 94125-34-5 129031
(3,3,3-trifluoropropyl)phenylsulfonyl)urea

Pyrethrum Pyrethrum flowers 8003-34-7 069000

Pyridate O-(6-Chloro-3-phenyl-4-pyridazinyl) S-octyl carbonothioate 55512-33-9
128834

Quinclorac 3,7-Dichloro-8-quinolinecarboxylic acid 84087-01-4 128974

Quintozene Pentachloronitrobenzene 82-68-8 056502

Red squill Scilliroside 507-60-8 070801

Sabadilla alkaloids Veratrine (mixture, Cevadine +veratridine, with other alkaloids)
8051-02-3 002201

Sethoxydim 2-(1-(Ethoxyimino)butyl)-5-(2-(ethylthio)propyl)- 74051-80-2 121001
3-hydroxy-2-cyclohexen-1-one

Sodium dichromate Sodium dichromate 10588-01-9 068304
Sodium dichromate, dihydrate 7789-12-0 068306

Sodium pyrithione Sodium-2-pyridinethiol-1-oxide 15922-78-8 088004

Streptomycin Streptomycin A 7773-06-0 005501

Sulfosate Trimethylsulfonium carboxymethylaminomethylphosphonate 81591-81-3
128501

Sulfotepp O,O,O,O-Tetraethyl dithiopyrophosphate 3689-24-5 079501

Tebuconazole 1H-1,2,4-Triazole-1-ethanol, Â^-(2-(4-chlorophenyl)ethyl)- 107534-96-
3 128997

A^-(1,1-dimethylethyl)

Tetrachlorvinphos 2-Chloro-1-(2,4,5-trichlorophenyl)vinyl dimethyl phosphate 961-11-5 083701

Thiabendazole 2-(4'-Thiazolyl)benzimidazole 148-79-8 060101
Thiabendazole hypophosphite 28558-32-9 060102

Thiram Tetramethyl thiuram disulfide 137-26-8 079801

Triadimefon 1-(4-Chlorophenoxy)-3,3-dimethyl-1-(1H-1,2,4-triazol-1-yl)-2-butanone 43121-43-3 109901

Triadimenol -(4-Chlorophenoxy)-Â^-(1,1-dimethylethyl)- 55219-65-3 127201
1H-1,2,4-triazole-1-ethanol

Triallate S-(2,3,3-Trichloroallyl)diisopropylthiocarbamate 2303-17-5 078802

Triasulfuron 3-(6-Methoxy-4-methyl-1,3,5-triazin-2-yl)- 82097-50-5 128969
1-(2-(2-chloroethoxy)phenylsulfonyl)urea

Tribuphos S,S,S-Tributyl phosphorotrithioate 78-48-8 074801

Tributyltin oxide Bis(tributyltin) oxide 56-35-9 083001

Trichlorfon Dimethyl (2,2,2-trichloro-1-hydroxyethyl)phosphonate 52-68-6 057901

Triethanolamine Tris(2-hydroxyethyl)amine 102-71-6 004208

Triflumizole 1-(1-((4-Chloro-2-(trifluoromethyl)phenyl)imino)- 68694-11-1 128879
2-propoxyethyl)-1H-imidazole

Trinexapac-ethyl Cyclohexanecarboxylic acid, 4-(cyclopropylhydroxymethylene)-3,5-dioxo-, 95266-40-3 112602
ethyl ester

Vernolate S-Propyl dipropylthiocarbamate 1929-77-7 041404

Vinclozolin 3-(3,5-Dichlorophenyl)-5-ethenyl-5-methyl-2,4-oxazolidinedione 50471-44-8 113201

Vinegar Acetic acid 64-19-7 044001

Warfarin 3-(Â^-Acetonylbenzyl)-4-hydroxycoumarin 81-81-2 086002
Warfarin, sodium salt 129-06-6 086003

Zinc pyrithione Zinc 2-pyridinethiol-1-oxide 13463-41-7 088002

Ziram Zinc dimethyldithiocarbamate 137-30-4 034805

Appendix C
PR Notice 97-5

April 1996

PROCEDURES TO BE FOLLOWED BY SPONSORS OF PROPOSED
COMMON NAMES FOR PEST CONTROL CHEMICALS

The basic instructions to complete the application are contained in
the document K62.1-1985, Common Name for a Pest Control Chemical -
Procedure for Acceptance. Another document useful in selecting a common
name is ISO 257. Both are available from ANSI's Sales Department, 11 West
42nd Street, New York, New York 10036 (telephone number 212-642-4900).

Some of the information needed in the application is the Chemical
Abstracts (CA) chemical name, the Chemical Abstracts Service Registry
Number, and both molecular and structural formulae. Prior to submit the
application, a copy of the chemical information should be sent to the K62
committee contact with the Chemical Abstracts Service:

Dr. Dan Stossel
Chemical Abstracts Service
Department 64
P.O. Box 3012
Columbus, Ohio 43210

Phone: 614-447-3600, ext. 2950
FAX: 614-447-3713, Attn: Dr. Dan Stossel, Dept 64

He will verify the CAS nomenclature, drawing of the structures, and
the CAS registry numbers that are cited. He is also the person to contact
if a CAS registry number assignment is needed. Often, Dr. Stossel can
supply helpful comments on the use of ISO Recommended Syllables and give an
opinion as to the likelihood of acceptance of the selected common name.
His letter of response/approval should then be included in the submission.

It is a principle that common names shall not be liable to confusion
with commercial trademarks. To check this as far as is practicable,
sponsors of common names are required to obtain, pay for, and submit to the
Secretariat, reports of trademark searches in classes 1 and 5 of the
following registers.

If for U.S. use only, ANSI requires a search from:

(a) The United States of America. This includes a Patent and
Trademark Office (PTO) and common law search.

If for international use, ISO requires a trademark search from:

(a) International listings
(b) The United States of America (as above)
(c) The United Kingdom
(d) The sponsor's country (same as (b) if U.S.A. submission)

If the proposed common name is already established as an International
Nonproprietary Name (INN) for the same pesticide or other agrochemical,
only a United States of America trademark search is required. Additional
information on trademark searches is available.

Note: It is permissible for the name that is being proposed as a common
name to be registered as a trademark in order to protect it until the
common name has been adopted by ISO. All such rights have, however, to be
relinquished as soon as the common name has been so adopted.

It should be noted, however, that if a proposed common name be unacceptable at any stage for any reason, and a replacement common name considered, it is usually necessary for further trademark reports to be submitted. The reports are not required for common name proposals formed by attaching suffixes to common names for which trademark reports have previously been submitted.

Submit 25 copies of each document you submit. This is indicated in ANSI K62.1-1985. Be sure to include 25 copies of any required trademark searches. All of these requested copies can be photocopies of the original materials.

ANSI charges an application fee of $900. When making your formal submission, a check should be made out to, and sent directly to: ANSI, c/o Fran Schrotter (Re: K62 Application Fee), 11 West 42nd Street, New York, New York 10036. Your cover letter should indicate the proposed common name for which the fee applies. Please courtesy copy Glenn Hanes. Only the check is to go to Ms. Schrotter. The formal submission and all correspondence is to be sent to Mr. Hanes at the address below.

In summary, to complete the application:

1. Obtain CA names, CAS registry numbers, structures.

2. Have Dr. Stossel verify the chemical information.

3. Send application as stated in ANSI K62.1-1985 document.

4. Include Dr. Stossel's letter of response in the submission.

5. In the application or in a cover letter, clearly indicate if the proposed name is approved, or is pending approval, as an ISO name. If a U.S. trademark search was done as part of a recent ISO submission, that search is probably sufficient to accompany this application.

6. Include the U.S. trademark search. Also include U.K. and international (WIPO) trademark searches if consideration as an international common name is requested.

7. Send 25 copies (photocopies) of the entire submission to Mr. Glenn Hanes, Chairman, K62 Committee, at USDA, ARS, PRS, Bldg 1072, BARC-East, 10300 Baltimore Avenue, Beltsville, Maryland 20705-2350.

8. Only the application fee should be sent to: ANSI, c/o Fran Schrotter (Re: K62 Application Fee), 11 West 42nd Street, New York, New York 10036.

If you have procedural questions, please direct them to Mr. Glenn Hanes. Voice: 301-504-8137, FAX: 301-504-8142, Attn: G. Hanes).

# EXHIBIT C

LAW OFFICES OF

WALTER G. TALAREK, P.C.
1006 RIVA RIDGE DRIVE
GREAT FALLS, VIRGINIA 22066

PHONE: (703) 759-4837
FAX: (703) 759-5548

August 29, 1997

DELIVERED BY COURIER
Joanne Miller
Product Manager, Team 23
Fungicide-Herbicide Branch
c/o Document Processing Desk (7504C)
Office of Pesticide Programs (APPL)
U. S. Environmental Protection Agency
Room 266A, Crystal Mall 2
1921 Jefferson Davis Highway
Arlington, VA 22202

Re:    Application for Registration of H01 RTU Herbicidal Soap

Dear Ms. Miller:

With this letter I am submitting W. Neudorff GmbH KG's ("Neudorff")
application for registration of "H01 RTU Herbicidal Soap". This
product is a ready-to-use ("RTU") end-use product containing
ammonia nonanoate soap, which is an ammoniated soap of fatty
acids, as the sole active ingredient. The product is a broad-spectrum
herbicide which controls weeds, algae and moss around sidewalks,
buildings and fences. The uses for this product are new uses for an
old conventional pesticide. The product is applied by spraying.

Ammonia nonanoate soap falls within the class of pesticides called
ammonium salts of higher fatty acids [$C_8$-$C_{18}$ saturated and $C_{18}$
unsaturated], including ammonium oleate, covered by EPA's
Reregistration Eligibility Document ("RED") on Soap Salts, 540/RS-93-
231 (September 1992). As such, Neudorff has relied on this
document in defining the data requirements applicable to the
registration of its product.

Neudorff is using the selective method with the cite-all option to
fulfill the data requirements applicable to its product. Product-
specific product chemistry data are being submitted on the end-use
product. With regard to acute toxicology data, Neudorff is submitting

1

acute oral, dermal and inhalation toxicity and dermal sensitization studies conducted on the concentrated form of this product, i. e., "H01 Herbicidal Soap Concentrate", in support of this application and requesting that EPA bridge from the results of those studies to what would be expected if these studies had been conducted on the RTU. Eye and skin irritation studies conducted on the RTU are also being submitted. With regard to the generic data, Neudorff is relying on the Soap Salts RED to define the applicable data and is requesting waivers for all product chemistry, toxicology, occupational and residential exposure, residue chemistry and environmental fate data which may be applicable to its product. With regard to any applicable generic ecological effects data, Neudorff is relying on the RED and using the cite-all option. See the enclosed "Data Requirements Listings for the Selective Method of Support" and "Correspondence Document".

Once an EPA File Symbol is issued for this application, Neudorff will send a letter to Mr. Peter Caulkins of EPA requesting a 1998 priority review for this application under PR Notice 97-2. This application will be designated as Neudorff's highest priority for 1998.

Please feel free to call me if you have any questions or need further information about this product.

Sincerely yours,

Walter G. Talarek

Enclosures

# EXHIBIT D

SERIES 61 PRODUCT IDENTITY AND COMPOSITION

61-1        Product Identity and Disclosure of Ingredients

61-1 (a)       Product Name:  H01 RTU

61-1 (b)        Statement of Formula

Ammoniated Soap of Fatty Acids:

Molecular Formula:  $C_9H_{17}O_2$ $(NH_4)^+$

Structural Formula:

$$\text{H-C-C-C-C-C-C-C-C-C-O}^- \quad \left[ \text{H-N-H} \right]^+$$

Molecular Weight = 177.26

| Ingredient | Concentration | | Certified Limit | | Purpose |
|---|---|---|---|---|---|
| | Amount | % by Weight | Upper | Lower | |
| Ammoniated soap of fatty acids | 36.80 | 3.680 | 3.860 | 3.500 | Active |
| Dimethylpolysiloxane | 1.25 | 0.125 | 0.138 | 0.113 | Antifoam |
| Isopropanol | 20.00 | 2.000 | 2.100 | 1.900 | Solvent |
| Xanthan gum | 0.80 | 0.080 | 0.088 | 0.072 | Thickener |
| $dH_2O$ | 941.15 | | | | |

61-2 (a)       Beginning Materials

Table 1:     Beginning Materials to Produce H01 RTU

| Ingredient | Weight (kg) | % Pure a.i. |
|---|---|---|
| Pelargonic acid (Ave. MW = 159.59) | 35.00 | } 3.68 |
| Ammonium hydroxide (29%) | 12.44 | |
| Dimethylpolysiloxane | 1.25 | 0.125 |
| Isopropanol | 20.00 | 2.00 |
| Xanthan gum | 0.80 | 0.08 |
| $dH_2O$ | 930.51 | |

1.    Pelargonic acid
      (CAS #112-05-0;  Tradename:  n-Pelargonic acid)

      Hoechst Celanese
      P.O. Box 819005
      Dallas, TX  75381-9005

2.    Ammonium hydroxide (29%)
      (CAS #1336-21-6)

      J.T. Baker Inc.
      222 Red School Lane
      Phillipsburg, NJ  08865

      This chemical under the broad chemical category:

      "Ammonium hydroxide"

      is exempted from the requirement of a tolerance under 40 CFR
      180.1001 (c) for use as a solvent in pesticide formulations applied to
      growing crops or to raw agricultural commodities after harvest.

3.    Dimethylpolysiloxane
      (No CAS #; Tradename:  Antifoam 8810 IND)

      Harcros Chemicals Inc.
      5200 Speaker Road
      Kansas City, KS  66106-1095

      This chemical under the broad chemical category:

      "Dimethylpolysiloxane"

      is exempted from the requirement of a tolerance under 40 CFR
      180.1001 (c) for use as a defoaming agent in pesticide formulations
      applied to growing crops or to raw agricultural commodities after
      harvest.

4.    Isopropanol
      (CAS #67-63-0)

      This chemical under the broad chemical category:

      "Isopropyl alcohol"

is exempted, from the requirement of a tolerance under 40 CFR 180.1001 (c) for use as a solvent in pesticide formulations applied to growing crops or to raw agricultural commodities after harvest.

5.   Xanthan Gum
     (CAS #11138-66-2; Tradename: Kelzan S)

     Kelco Division of Merck & Co., Inc.
     8355 Aero Drive
     San Diego, CA  92123

     This chemical under the broad chemical category:

     "Xanthan gum"

     is exempted from the requirement of a tolerance under 40 CFR 180.1001 (c) for use as a thickener in pesticide formulations applied to growing crops or to raw agricultural commodities after harvest.


The following document will provide additional information on the ingredients used in H01 RTU:

     Appendix 1 - MSDS Sheets for Product Ingredients

61-2 (b)     Manufacturing Process:

In the case of the H01 RTU the production of the active ingredient is included in the formulation of the final product.   There is no separate process wherein the active ingredient is produced.   By-products of the production of the active ingredient remain in the final product.

1.   Characterization of the process  [40 CFR 158.162 (b) (2)]

     The process is a batch process.

2.   Description of the production/formulation process

     a)   Use a clean dry vessel with a paddle stirrer.

     b)   Put water in vessel (retain 1% of total water volume), add ammonium hydroxide and stir.

     c)   Add pelargonic acid and stir.

   d)    Add dimethylpolysiloxane to retained water then add both to mixing vessel and stir.

   e)    Add isopropyl alcohol.

   f)    Add Kelzan S using high shear.

3.    Equipment used  [40 CFR 158.162 (b) (5)]

The equipment includes a stainless steel mixing vessel, a paddle stirrer and the filling lines to charge the ingredients into the mixing vessel and to remove the formulated product into individual retail containers.  Other details can be found in the process description below.

4.    Conditions of the process  [40 CFR 158.162 (b) (6)]

Ambient temperature and pressure are used for the process.

5.    The process for producing the product involves intended chemical reactions (see flow chart).

6    Flow chart of the chemical equations  [40 CFR 158.162 (b) (3)]



**EXHIBIT E**

United States Environmental Protection Agency
Office of Pesticide Programs (TS-767)
Washington, DC 20460

# Confidential Statement of Formula

Basic Formulation ☑
Alternate Formulation ☐

| 1. Name and Address of Applicant/Registrant (Include ZIP Code) | 2. Name and Address of Producer (Include ZIP Code) | Page 1 of 1 | Size |
|---|---|---|---|
| NEUDORFF GmbH KG<br>Postfach 1209<br>An der Mühle 3<br>D-31860 Emmerthal, GERMANY | NEUDORFF GmbH KG<br>Postfach 1209<br>An der Mühle 3<br>D-31860 Emmerthal, GERMANY | | |

| 3. Product Name | 4. Registration No./File Symbol | 5. EPA Product Mgr/Team No. | 6. Country Where Formulated |
|---|---|---|---|
| HO1 RTU Herbicidal Soap | 67102-7 | Joanne Miller/23 | Germany |
| | 7. Pounds/Gal or Bulk Density<br>0.994 +/- 0.002 g/mL | 8. pH<br>7.85 +/- 0.10 | 9. Flash Point/Flame Extension<br>N/A |

| 10. Components in Formulation (List as actually introduced into the formulation. Give commonly accepted chemical name, trade name, and CAS number.) | 11. Supplier Name & Address | 12. EPA Reg. No. | 13. Each Component in Formulation a. Amount | 13b. % by Weight | 14. Certified Limits % by Weight (Upper Limit & Lower Limit) | | 15. Purpose in Formulation |
|---|---|---|---|---|---|---|---|
| Ammoniated Soap of fatty acids (CAS # 84776-33-0) | Own manufacture | | 36.80 | 3.680 | 3.86 | 3.50 | Active |
| Dimethylpolysiloxane (No CAS #; Tradename: Antifoam 8810 IND) | Harcros Chemicals Inc.<br>5200 Speaker Road<br>Kansas City, KS 66106-1095 | | 1.25 | 0.125 | 0.138 | 0.113 | Anti-foam |
| Isopropanol (CAS #67-63-0) | Van Waters & Rogers Ltd.<br>9800 Van Horne Way<br>Richmond, BC V6X 1W5 CAN | | 20.00 | 2.000 | 2.100 | 1.900 | Solvent |
| Xanthan Gum (CAS #11138-66-2; Tradename: Kelzan S) | Kelco Division of Merck & Co.<br>8355 Aero Drive<br>San Diego, CA 92123 | | 0.80 | 0.080 | 0.088 | 0.072 | Thickener |
| Distilled Water (CAS #7732-18-5) | | | 941.15 | 94.115 | 96.939 | 91.291 | Solvent |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | 17. Total Weight | |
|---|---|---|
| | 1000.00 | 100% |

| 16. Typed Name of Approving Official | 19. Title | 20. Phone No. (Include Area Code) | 21. Date |
|---|---|---|---|
| Detlef Meyer | General Manager | 05155/62421 | Aug. 29, 1997 |
| 18. Signature of Approving Official | | | |

EPA Form 8570-4 (Rev. 12-90)    Previous editions are obsolete.

White: EPA File Copy (original)    Yellow: Applicant Copy

**EXHIBIT F**

Please read instructions on reverse before comp  ; form.                    Form Approved.  ; No. 2070-0060.  Approval expires 05-31-38

| | United States | | Registration | OPP Identifier Number |
|---|---|---|---|---|
| ◊EPA | **Environmental Protection Agency** Washington, DC 20460 | | Amendment [X] Other | |

## Application for Pesticide - Section I

| 1. Company/Product Number 67702-7 | 2. EPA Product Manager Joanne Miller | 3. Proposed Classification |
|---|---|---|
| 4. Company/Product (Name) HOI RTU Herbicidal Soap | PM# 23 | [X] None    [ ] Restricted |

| 5. Name and Address of Applicant (Include ZIP Code) W. Neudorff GmbH KG c/o Walter G. Talarek, PC 1008 Riva Ridge Drive Great Falls, VA 22066-1620 [ ] Check if this is a new address | 6. Expedited Review. In accordance with FIFRA Section 3(c)(3) (b)(i), my product is similar or identical in composition and labeling to: EPA Reg. No. _____ Product Name _____ |
|---|---|

## Section - II

| [ ] Amendment - Explain below. | [X] Final printed labels in response to Agency letter dated  March 16, 1998 |
|---|---|
| [ ] Resubmission in response to Agency letter dated _____ | [ ] "Me Too" Application. |
| [ ] Notification - Explain below. | [ ] Other - Explain below. |

Explanation: Use additional page(s) if necessary. (For section I and Section II.)

Five copies of the final printed label are attached.

## Section - III

1. Material This Product Will Be Packaged In:

| Child-Resistant Packaging [ ] Yes [ ] No | Unit Packaging [ ] Yes [ ] No | Water Soluble Packaging [ ] Yes [ ] No | 2. Type of Container [ ] Metal [ ] Plastic [ ] Glass [ ] Paper [ ] Other (Specify) |
|---|---|---|---|
| * Certification must be submitted | If "Yes" Unit Packaging wgt.    No. per container | If "Yes" Package wgt    No. per container | |

| Location of Net Contents Information [ ] Label  [ ] Container | 4. Size(s) Retail Container | 5. Location of Label Directions [ ] On Label [ ] On Labeling accompanying product |
|---|---|---|
| 6. Manner in Which Label is Affixed to Product | [ ] Lithograph [ ] Paper glued [ ] Stenciled | [ ] Other _____ |

## Section - IV

1. Contact Point (Complete items directly below for identification of individual to be contacted, if necessary, to process this application.)

| Name Walter G. Talarek | Title Authorized Agent | Telephone No. (Include Area Code) 703-759-4837 |
|---|---|---|

### Certification

I certify that the statements I have made on this form and all attachments thereto are true, accurate and complete. I acknowledge that any knowingly false or misleading statement may be punishable by fine or imprisonment or both under applicable law.

| 2. Signature | 3. Title Authorized Agent | 6. Date Application Received (Stamped) |
|---|---|---|
| 4. Typed Name Walter G. Talarek | 5. Date November 11, 1998 | |

EPA Form 8570-1 (Rev. 8-94) Previous editions are obsolete.     White - EPA File Copy (original)     Yellow - Applicant Copy

# H01 RTU HERBICIDAL SOAP

ELIMINATES UNWANTED VEGETATION FAST
WON'T STAIN BRICKS, CONCRETE OR ASPHALT
KILLS WITHIN HOURS
FAST ACTING
KILLS WEEDS, ALGAE AND MOSS

Active Ingredient:
Ammoniated soap of fatty acids.......................3.68%
Inert Ingredients .......................................96.32%
Total:...............................................100.00%

## KEEP OUT OF REACH OF CHILDREN

## CAUTION

**STATEMENT OF PRACTICAL TREATMENT**
If In Eyes: Flush eyes with plenty of water. Call physician if irritation persists. If Inhaled: Remove victim to fresh air. If not breathing, give artificial respiration, preferably mouth-to-mouth. Get medical attention.

**PRECAUTIONARY STATEMENTS**
**HAZARDS TO HUMANS AND DOMESTIC ANIMALS**
*CAUTION:* Causes moderate eye irritation. Harmful if inhaled. Avoid contact with eyes or clothing. Avoid breathing vapor. Prolonged or frequent repeated skin contact may cause allergic reactions in some individuals. Wash thoroughly with soap and water after handling. Remove contaminated clothing and wash clothing before reuse.
**ENVIRONMENTAL HAZARDS**
This product may be hazardous to aquatic invertebrates. Do not apply directly to water.

Registrant:    W. Neudorff GmbH KG, Postfach 1209, An der Mühle 3,
D-31860 Emmerthal, Germany

US Patent Number:

EPA Reg. No. 67702-7                    EPA Est. No. 67702-WG-1

NET CONTENTS

---

H01 is a fast-acting non-selective herbicide and algae and moss killer. It does not stain bricks, concrete or pavement. H01 suppresses the growth of some bi-annual and perennial weeds. It can be used in cultivated areas prior to planting grass, flowers and vegetables. Areas can be re-sown five days after treatment. H01 can be used at any time during the year. Best results are obtained with young, actively growing weeds, less than five inches in size.

**DIRECTIONS FOR USE**
*It is a violation of Federal Law to use this product in a manner inconsistent with its labeling.*
Shake well before using. Do not dilute. Spray weeds thoroughly when weather is dry and warm (application rate: 6 - 9 oz/yd²). If rain falls within three hours of application an additional application may be required. Repeat treatment every 2 to 3 weeks for control of new growth. Avoid spraying desirable plants. For optimum results spray weeds before they reach 5 inches in size. For control of dandelions and other large rooted weeds, first injure plant by splitting top of root; then apply 0.7 oz. of H01 onto damaged root.

Controls: chickweed, corn spurry, dandelion, groundsel, lamb's-quarters, mouse-eared chickweed, mustards, plantain, redroot pigweed, round leaved mallow, sheep sorrel, shepherd's-purse, stinkweed, thistle

Use Sites: patios, driveways, sidewalks, roofs and in planting beds prior to planting grass, flowers and vegetables.

**STORAGE AND DISPOSAL**
Do not contaminate water, food or feed by storage or disposal. STORAGE: Store unused material, tightly closed, in original container only, away from open flame. Do not store at temperatures below 39°F. PESTICIDE AND CONTAINER DISPOSAL: Securely wrap original container in several layers of newspaper and discard in trash.

Buyer assumes all responsibility for safety and use not in accordance with directions.

**EXHIBIT G**

DATE OUT: <u>January 9, 1998</u>

SUBJECT:   PRODUCT CHEMISTRY REVIEW OF MP [ ]    EP [X]
           DP BARCODE No.:<u>D239035</u>  REG./File Symbol No.:<u> 67702-T </u>
           PRODUCT NAME:<u> RTU Herbicidal Soap</u>

FROM:      Shyam Mathur, Chemist
           Product Chemistry Team
           Technical Review Branch/RD (7505C)           *Signature* 01-08-1998

TO:        Joanne Miller, PM 23
           Herbicide Branch/RD(7505C)

<u>INTRODUCTION:</u>

The registrant has submitted an application for the registration of
the end use product H01RTU Herbicidal Soap. This is a ready to use
product containing ammonia nonanoate soap(ammoniated soap of the
fatty acids) as the only active ingredient. Ammonia nonanoate soap
belongs to class of pesticides called ammonium salts of higher
fatty acids[$C_9$-$C_{18}$ saturated and $C_{18}$ unsaturated] including ammonium
oleate covered by RED on Soap Salts(Case No. 4083) of the EPA. The
registrant has submitted product specific product chemistry data
for this end use product. EPA has waived all generic data
requirements for the soap salts except basic product identity and
chemistry studies and acute ecotoxicity studies.
<u>SUMMARY OF FINDINGS:</u>
1. The basic formualtion CSF(dated 08-29-97)is filled out correctly
and completely in compliance with PR Notice 91-2 and agree with the
label claim nominal concentration. The data submitted corresponding
to the guideline reference 61-1[830.1550] and 62-2[830.1750]
satisfy the data requirements of  40CFR§158.155 and 158.175
respectively.
2. The data submitted corresponding to the guideline reference 61-2
[830.1650]and 61-3[830.1670] satisfy the data requirements of
40CFR158.165 and 158.167 respectively.
3. The data submitted corresponding to the guideline reference 62-3
[830.1800]satisfy the data requirements of 40CFR§158.180.
4. The data submitted corresponding to the guideline reference
63-3,7,12,14-21 satisfy the data requirements of 40CFR§158.190.

<u>CONCLUSIONS:</u>

1.All the product chemistry data requirements are satisfied in
compliance with 40CFR Sec.158.150 for the end-use product H01 RTU
Herbicidal Soap.
2.The registrant has submitted the results of one month storage
stability study at higher temperature; the test material was found
to be stable.
3. The brass, zinc & copper containers should be avoided to store
or package this product.

2

PRODUCT CHEMISTRY REVIEW OF MP [ ]    EP [X]
DP BARCODE No.: D239035    REG./File Symbol No.: 67702-T
PRODUCT NAME: H01 RTU Herbicidal Soap
DATE: 09/JAN/1998
1.    Reviewer: S.B.Mathur    2. Company: W.Neudroff GMBH KG

3.    Type of Submission: Registration   [X]    Reregistration [ ]
New [X]    Resubmission [ ]    Amendment [ ]    "ME-TOO" [ ]
Alternate Formulation [ ]    Experimental Use Permit [ ] Other
(Specify)_____

4.    If "Me-TOO" Registration, this product is  [ ]   is not  [ ]
      similar or substantially similar to EPA's Reg. No.:_____

      If not, comment in Confidential Appendix A on the differences
      between the registered and the new source where significant

CONFIDENTIAL STATEMENT OF FORMULA

5.    Type of formulation and the sources of active ingredients:

      ● Non-integrated formulation system.................[ ]
      ● Are all technical grade active ingredients used registered?
      ● yes [X]  ● no [ ], If no, specify _____
      ● Integrated formulation system......................[X]

6.    Clearance   of   intentionally   added   ingredients   in   the
      formulation for the intended use (indicate in the Confidential
      Appendix those that are not cleared; the PC Codes should be
      provided by the chemist on the CSF for those that are
      cleared):

6(a)  Formulation intended for food use under 40CFR§180.1001:
      ● yes [ ]  ● no [X] ● Some are cleared, others are not  [ ]
      Cleared under list:    ● c[ ]    ● d[ ]    ● e [ ]
      Are there any limitations for use as an inert under 40CFR§180.
      1001?
      ● yes [ ]  ● no [ ], If yes, specify _____
6(b)  Formulation intended for non-food use:
      ● yes [X]  ● no [ ] ● Some are cleared, others are not  [ ]

6(c)  Clearance by the FDA of certain formulations under 21CFR§170
      to 199.  Examples: (a) indirect food additives, such as food
      contact surface sanitizers; adhesives, coatings, paper and
      paperboard products that may contact food in packaging or
      holding; and (b) substances generally recognized as safe
      (GRAS).

3

7.  The density, pH, and flammability values given on the CSF are identical with those of GRN 63-7, 63-12, and 63-15, respectively:    ● yes [X]               ● no [ ]

8.  The nominal concentrations (NC) of the active ingredients and the upper and lower certified limits (UCL & LCL) are as follows:

| Active ingredient(s) | % by weight | | |
|---|---|---|---|
| | NC | UCL | LCL |
| Ammoniated Soap of fatty acids | 3.68 | 3.86 | 3.50 |

9.  The calculated NCs, based on the pure active ingredients (PAI), are identical to those on the label:
        ● yes    [X]               ● no    [ ]

10. The certified limits are within the standard limits as per 40CFR§158.175 or are adequately explained if different:
        ● yes    [X]               ● no    [ ]

---

**PRODUCT LABEL**

11. The chemical names of the active ingredients on the label are identical to those on the CSF:    ● yes [X]               ● no [ ]

12. The appropriate physical and chemical hazards statement regarding flammability or explosive characteristics of the product are given on the label:
        ● yes [ ]        ● no [ ]        ● not applicable [X]

13. The storage and disposal instructions for the pesticide and container are in compliance with PR Notice 84-1 for household use products or PR Notice 83-3 for all other uses:
        ● yes [X]                   ● no [ ]

4

PRODUCT CHEMISTRY DATA (SERIES 61, 62, 63)

| 14. Chemical IDs/Manufacture/ Analytical Information New Guideline:830.-- | Data Required Fulfilled | MRID No. |
|---|---|---|
| 1550.(61-1)Chemical Identity(CSF) | Y | 08-29-97 |
| 1600.(61-2a) Beginning Materials 1620.(61-2b) Formulation Process | Y | 443656-01 |
| 1670.(61-3) Discussion of Impurities | Y | 443656-01 |
| 1700.(62-1) Preliminary Analysis | Y | 443656-02 |
| 1750.(62-2) Certified Limits(CSF) | Y | 08-29-97 |
| 1800.(62-3)Enforcmnt. of Anal.Method | Y | 443656-02 |

| 15. Physical/Chemical Properties New Guideline No. 830.---- | Data Required Fulfilled | Value or Qualitat. Descrip. | MRID No. |
|---|---|---|---|
| 6303.(63-3)Physical State | Y | Liquid | " -03 |
| 7300.(63-7)Density/Bulk Den. | Y | 0.994g/ml | " " |
| 7000.(63-12) pH | Y | 7.85 | " " |
| 6314.(63-14)Oxid/Red Action | NA | | |
| 6315.(63-15a)Flamm.-Flsh Pt. | NA | | " " |
| 6315.(63-15b) Flame Exten. | NA | | |
| 6316.(63-16)Explodability | NA | | |
| 6317.(63-17)Storage Stablty. | I | 1 mnth | " " |
| 7100.(63-18)Viscosity | Y | 16.3 cPs | " " |
| 6319.(63-19) Miscibility | NA | | |
| 6320.(63-20)Corrosion Charac | Y | Note 1 | " " |
| 6321.(63-21)Dielec.Bkd.Vltg | NA | | |

Explanations: Y = The Requirements Were Fulfilled; N = The Requirements Were Not Fulfilled; NA = Not Applicable; G = Data Gap; U = Requires Upgrading; I = Incomplete or In Progress; W = Waived.

5

Note 1: Corrosion characteristics (830.6320):

The registrant provided the following information on this topic:

| Sample Composition | Corrosion rate (Mpy) | Comments |
|---|---|---|
| Aluminum | 1.467 | No effect evident |
| Brass | 6.727 | Reacts with product |
| Galvanized | -1.989 | Films formed on metal surface |
| Stainless steel | 0.687 | No effect evident |
| Zinc | 3.968 | Reacts with product |
| Copper | 2.448 | Reacts with product |

Brass, zinc & copper should not be used with the product.

04/19/1999  12:54    7037595548                WALTER TALAREK PC                              PAGE  02

DATE OUT: February 24, 1998

SUBJECT:   PRODUCT CHEMISTRY REVIEW OF MP [ ]   EP [X]
           DP BARCODE No.: D243395   REG./File Symbol No.: 67702-I
           PRODUCT NAME: HO1 Concentrate Herbicidal Soap

FROM:      Shyam Mathur, Chemist
           Product Chemistry Team
           Technical Review Branch/RD (7505C)

TO:        Joanne Miller, PM 23
           Herbicide Branch/RD(7505C)

INTRODUCTION:

The registrant has submitted an application for the registration of
the end use product HO1 Concentrate Herbicidal Soap, containing
ammonia nonanoate soap(ammoniated soap of the fatty acids) as the
only active ingredient. The product is a broad-spectrum herbicide
which controls weeds, algae and moss around domestic and commercial
crops, sidewalks, building 7 fences.
Ammonia nonanoate soap belongs to class of pesticides called
ammonium salts of higher fatty acids[$C_8$-$C_{18}$ saturated and $C_{18}$
unsaturated] including ammonium oleate covered by RED on Soap
Salts(Case No. 4083) of the EPA. The registrant has submitted
product specific product chemistry data for this end use product.
EPA has waived all generic data requirements for the soap salts
except basic product identity and chemistry studies and acute
ecotoxicity studies.

SUMMARY OF FINDINGS:
1. The basic formualtion CSF(dated 01-22-98)is filled out correctly
and completely in compliance with PR Notice 91-2 and agree with the
label claim nominal concentration. The data submitted corresponding
to the guideline reference 61-1[830.1550] and 62-2[830.1750]
satisfy the data requirements of  40CFR§158.155 and 158.175
respectively.
2. The data submitted corresponding to the guideline reference 61-2
[830.1650]and 61-3[830.1670] satisfy the data requirements of
40CFR158.165 and 158.167 respectively.
3. The data submitted corresponding to the guideline reference 62-3
[830.1800]satisfy the data requirements of 40CFR§158.180.
4. The data submitted corresponding to the guideline reference
63-3,7,12,14-21 satisfy the data requirements of 40CFR§158.190.

2

SUBJECT:   PRODUCT CHEMISTRY REVIEW OF MP [ ]    EP [X]
           DP BARCODE No.:D243395  REG./File Symbol No.: 67702-I
           PRODUCT NAME: HO1 Concentrate Herbicidal Soap

CONCLUSIONS:

1.All the product chemistry data requirements are satisfied in
compliance with 40CFR Sec.158.150 for the end-use product HO1
Concentrate Herbicidal Soap.

2.The registrant has submitted the results of one month storage
stability study at higher temperature; the test material was found
to be stable.

3. The brass, zinc, galvanized & copper containers should be
avoided to store or package this product.

Note to PM: The registrant should explain why the upper certified
limit for the AI is much higher than the standard certified limit
and the lower certified is lower than the standard certified limit
as per 40CFRSec.158.175.

3

PRODUCT CHEMISTRY REVIEW OF MP [ ]    EP [X]
DP BARCODE No.: D243395    REG./File Symbol No.: 67702-I
PRODUCT NAME: H01 Concentrate Herbicidal Soap
DATE: 24/FEB/1998
1.    Reviewer: S.B.Mathur    2. Company: W.Neudroff GMBH KG

3.    Type of Submission: Registration  [X]  Reregistration [ ]
New [X]    Resubmission [ ]    Amendment [ ]    "ME-TOO" [ ]
Alternate Formulation [ ]    Experimental Use Permit [ ] Other
(Specify)_____

4.    If "Me-TOO" Registration, this product is  [ ]   is not  [ ]
similar or substantially similar to EPA's Reg. No.:_____

If not, comment in Confidential Appendix A on the differences
between the registered and the new source where significant

CONFIDENTIAL STATEMENT OF FORMULA

5.    Type of formulation and the sources of active ingredients:

    ⊛ Non-integrated formulation system.................[ ]
    ⊛ Are all technical grade active ingredients used registered?
    ⊛ yes [ ]  ⊛ no [ ], If no, specify _____
    ⊛ Integrated formulation system.....................[X]

6.    Clearance  of  intentionally  added  ingredients  in  the
    formulation for the intended use (indicate in the Confidential
    Appendix those that are not cleared; the PC Codes should be
    provided  by  the  chemist  on  the  CSF  for  those  that  are
    cleared):

6(a) Formulation intended for food use under 40CFR§180.1001:
    ⊛ yes [X]   ⊛ no [ ] ⊛ Some are cleared, others are not  [ ]
    Cleared under list:   ⊛ c[X]        ⊛ d[ ]        ⊛ e [X]
    Are there any limitations for use as an inert under 40CFR§180.
    1001?
    ⊛ yes [ ]  ⊛ no [ ], If yes, specify _____
6(b) Formulation intended for non-food use:
    ⊛ yes [ ]   ⊛ no [X] ⊛ Some are cleared, others are not  [ ]

6(c) Clearance by the FDA of certain formulations under 21CFR§170
    to 199.  Examples: (a) indirect food additives, such as food
    contact  surface  sanitizers;  adhesives,  coatings,  paper  and
    paperboard products that may contact food in packaging or
    holding; and (b) substances generally recognized as safe
    (GRAS).

4

7.   The density, pH, and flammability values given on the CSF are
     identical with those of GRN 63-7, 63-12, and 63-15,
     respectively:        ● yes [X]                    ● no [ ]

8.   The nominal concentrations (NC) of the active ingredients and
     the upper and lower certified limits (UCL & LCL) are as
     follows:

|                             | % by weight |       |       |
|-----------------------------|-------|-------|-------|
| Active ingredient(s)        | NC    | UCL   | LCL   |
| Ammoniated Soap of fatty acids | 22.11 | 23.56 | 20.66 |

9.   The calculated NCs, based on the pure active ingredients
     (PAI), are identical to those on the label:
              ● yes [X]                    ● no    [ ]

10.  The certified limits are within the standard limits as per
     40CFR§158.175 or are adequately explained if different:
              ● yes  [ ]                    ● no    [X]

_____

**PRODUCT LABEL**

11.  The chemical names of the active ingredients on the label are
     identical to those on the CSF:    ● yes [X]        ● no [ ]

12.  The appropriate physical and chemical hazards statement
     regarding flammability or explosive characteristics of the
     product are given on the label:
              ● yes [ ]        ● no [ ]      ● not applicable [X]

13.  The storage and disposal instructions for the pesticide and
     container are in compliance with PR Notice 84-1 for household
     use products or PR Notice 83-3 for all other uses:
              ● yes [X]                    ● no [ ]

PRODUCT CHEMISTRY DATA (SERIES 61, 62, 63)

| 14. Chemical IDs/Manufacture/ Analytical Information New Guideline:830.-- | Data Required Fulfilled | MRID No. |
|---|---|---|
| 1550.(61-1)Chemical Identity(CSF) | Y | 01-22-98 |
| 1600.(61-2a) Beginning Materials<br>1620.(61-2b) Formulation Process | Y | 444830-01 |
| 1670.(61-3) Discussion of Impurities | Y | 444830-01 |
| 1700.(62-1) Preliminary Analysis | Y | 444830-02 |
| 1750.(62-2) Certified Limits(CSF) | Y | 01-22-98 |
| 1800.(62-3)Enforcmnt. of Anal.Method | Y | 444830-02 |

| 15. Physical/Chemical Properties New Guideline No. 830.--- | Data Required Fulfilled | Value or Qualitat. Descrip. | MRID No. |
|---|---|---|---|
| 6303.(63-3)Physical State | Y | Liquid | " -03 |
| 7300.(63-7)Density/Bulk Den. | Y | 1.004g/ml | " " |
| 7000.(63-12) pH | Y | 7.71 | " " |
| 6314.(63-14)Oxid/Red Action | NA | | |
| 6315.(63-15a)Flamm.-Flsh Pt. | NA | | " " |
| 6315.(63-15b) Flame Exten. | NA | | |
| 6316.(63-16)Explodability | NA | | |
| 6317.(63-17)Storage Stablty. | I | 1 mnth | " " |
| 7100.(63-18)Viscosity | Y | 1.2 cPs | " " |
| 6319.(63-19) Miscibility | NA | | |
| 6320.(63-20)Corrosion Charac | Y | Note 1 | " " |
| 6321.(63-21)Dielec.Bkd.Vltg | NA | | |

Explanations: Y = The Requirements Were Fulfilled; N = The Requirements Were Not Fulfilled; NA = Not Applicable; G = Data Gap; U = Requires Upgrading; I = Incomplete or In Progress; W = Waived.

6

<u>Note 1: Corrosion characteristics (830.6320)</u>:

The registrant provided the following information on this topic:

| Sample Composition | Corrosion rate (Mpy) | Comments |
|---|---|---|
| Aluminum | -0.2055 | No effect evident |
| Brass | 2.3695 | Reacts with product |
| Galvanized | 146.9165 | Reacts with product |
| Stainless steel | 0.3355 | No effect evident |
| Zinc | 6.5785 | Reacts with product |
| Copper | 2.4175 | Reacts with product |

Brass, Zinc, Galvanized & Copper should not be used with the product.

**EXHIBIT H**



This trial was run in San Luis Obispo County in conjunction with California State Polytechnic University, San Luis Obispo. The trial was conducted during the winter and spring of 1997. The primary researcher was Michael Atkins, B.S. Thomas Ruehr, Ph.D. acted as consulting advisor from the university.

## Objective

This trial was conducted to establish if the test article, Neudorff's HO1 Concentrate Herbicidal Soap will control common weed species in California.

## Methods and Materials

Test article – HO1 Concentrate Herbicidal Soap was supplied by Neudorff GmbH. KG. Active Ingredient 36.8 % ammoniated soaps of fatty acids.

Distilled water.

Smith Sprayer for Home and Garden, D. B. Smith and Company, Inc.

The test plots were either approximately one square meter (1 $m^2$) or ten individual plants.

Temperature and rainfall data were collected throughout the trial and reported in Table 1.

The test article was applied to the following weeds:

| | |
|---|---|
| *Anthemis cotula* | Mayweed chamomile |
| *Brassica nigra* | Black Mustard |
| *Capsella bursa-pastoris* | Shepherd's Purse |
| *Chenopodium album* | Lamb's-quarters |
| *Erodium cirutanrium* | Redstem Filaree |
| *Hypochaeris radicata* | Spotted catsear (False dandelion) |
| *Malva neglecta* | Mallow |
| *Matricaria matricarioides* | Pineappleweed |
| *Medicago hispida* | California Burr-Clover |
| *Oxalis corniculata* | Creeping Woodsorrel |
| *Plantago lanceolata* | Buckhorn Plantain |
| *Rumex crispus* | Curly Dock |
| *Senecio vulgaris* | Groundsel |
| *Silybum marianum* | Blessed Milkthistle |
| *Sonchus oleraceus* | Annual Sowthistle |
| *Spergula arvensis* | Corn Spurry |
| *Stellaria media* | Chickweed |
| *Taraxacum officinale* | Dandelion |

**Herbicide Protocol**

Three test areas were selected for each weed species in order to run the trial in triplicate. Test areas contained at least ten healthy weeds. The test article, Neudorff's HO1 Concentrated Herbicidal Soap, was diluted by mixing one part concentrate with nine parts water. The diluted test article was applied at a rate of 200 ml/m$^2$ for small weeds (less than five inches in size without taproots), and at a rate of 300 ml/ m$^2$ for large weeds (more than five inches in size) or weeds with taproots. The weeds were sprayed with diluted test article thoroughly to runoff. Spraying was delayed when rain was imminent or was forecasted for the next day. The weeds were photographed prior to spraying, and again on day two. If any new growth appeared by day five additional photographs were taken and plants were treated with the test article for a second time. Temperature and rainfall data were recorded for the duration of the trial. Weed damage was assessed two days after spraying using a rating scale from zero to nine with zero demonstrating no effect and nine indicating plant death.

**Results and Observations**

The test article effectively controlled all of the weed species tested. Photographs are provided as documentary evidence (Appendix). Plant death was evident within two to three hours with most species of annual weeds included in the trial. The fast effects of the test article were particularly evident on the first day of trial 1 when the temperature reached 86 ° F. Generally, plant tissue necrosis was complete within 24 hours of initial spraying. Chickweed, *Stellaria media,* was extremely sensitive to the effects of the test article. The most resistant plants were two perennials, *Rumex crispus* and *Plantago lanceolata.* Plant growth was noted in several instances by the end of day five ( Table 2 ). A second application of the test article resulted in plant death with the exception of a couple of large examples of *Rumex crispus* (12 to 14 inches in height). Plant growth after day five was sporadic with *Hypochaeris radicata, Malva neglecta,* and *Taraxacum offinale,* with 0 to 20% of the treated plants showing some new leaf. Complete control of *Malva neglecta* was observed in the two out of three test plots. One test plot of *Brassia nigra* showed 50% growth after five days. *Brassia spp.* are drought tolerant and young plants quickly send down taproots which may account for their resilience. *Plantago lanceolata,* demonstrated consistent resistance to control with 10 to 30% of the targeted plants showing growth by the end of day five in each of the trials. Usually, growth showed on the larger plants. Plantain is a perennial with thick, waxy leaves and a stout fibrous rootstock, these attributes may contribute to its hardiness.

**Conclusions**

The trial demonstrated the efficacy of Neudorff's HO1 Concentrated Herbicidal Soap against several common weed species in California. Control of even large, perennial weeds with taproot i.e. *Rumex crispus* was achieved with two applications. Warm weather accelerated the effects of the test article, but even during the coolest weather the treatment remained effective.

**Table 1.  Temperature and Rainfall Data:** Reported in degrees Fahrenheit and inches.

| | Day | Maximum | Minimum | Precipitation |
|---|---|---|---|---|
| Trial 1 | | | | |
| | 1 | 86 | 61 | 0 |
| | 2 | 77 | 49 | 0 |
| | 3 | 73 | 49 | 0 |
| | 4 | 77 | 64 | 0 |
| | 5 | 79 | 45 | 0 |
| Trial 2 | | | | |
| | 1 | 73 | 49 | 0 |
| | 2 | 77 | 64 | 0 |
| | 3 | 79 | 45 | 0 |
| | 4 | 72 | 46 | 0 |
| | 5 | 63 | 43 | 0 |
| Trial 3 | | | | |
| | 1 | 61 | 52 | 0 |
| | 2 | 57 | 48 | 0 |
| | 3 | 74 | 48 | 0 |
| | 4 | 75 | 47 | 0 |
| | 5 | 70 | 48 | 0 |

## Table 2.  Phytotoxicity Data:

| Scientific Name | Common Name | Phytotoxicity | Re-growth 1st spray | Re-growth 2nd spray |
|---|---|---|---|---|
| *Anthemis cotula* | Mayweed chamomile | 9 | 0 | 0 |
| *Brassia nigra* | Mustard | 8 | + | 0 |
| *Capsella bursa-pastoris* | Shepherd's Purse | 9 | 0 | 0 |
| *Chenopodium album* | Lamb's-quarters | 9 | 0 | 0 |
| *Erodium cirutanrium* | Redstem Filaree | 9 | 0 | 0 |
| *Hypochaeris radicata* | Spotted catsear | 8 | + | 0 |
| *Malva neglecta* | Mallow | 8 | + | 0 |
| *Matricaria matricarioides* | Pineappleweed | 9 | 0 | 0 |
| *Medicago lupulina* | California Burr-clover | 9 | 0 | 0 |
| *Oxalis corniculata* | Creeping Woodsorrel | 9 | 0 | 0 |
| *Plantago lanceolata* | Buckhorn Plantain | 8 | + | 0 |
| *Rumex crispus* | Curly Dock | 7 | ++ | + |
| *Senecio vulgaris* | Groundsel | 9 | 0 | 0 |
| *Silybum marianum* | Blessed Milkthistle | 9 | 0 | 0 |
| *Sonchis oleraceus* | Annual Sowthistle | 9 | 0 | 0 |
| *Spergula arvensis* | Corn Spurry | 9 | 0 | 0 |
| *Stellaria media* | Chickweed | 9 | 0 | 0 |
| *Taraxacum officinale* | Dandelion | 8 | + | 0 |

+      Some growth after day five.
++    Consistent growth after day five.

**Appendix. Photographs**

*Anthemis cotula* – Before treatment with test article.



*Anthemis cotula* – 48 hours after treatment with test article.



*Taraxacum officinale* -- Before treatment with test article.



*Taraxacum officinale* – 48 hours after treatment with test article.



*Stellaria media* – Before treatment with test article.



*Stellaria media* – 48 hours after treatment with test article.



*Spergula arvensis* -- Before treatment with test article.



*Spergula arvensis* – 48 hours after treatment with test article.



*Sonchus oleraceus* – Before treatment with test article.



*Sonchus oleraceus* – 48 hours after treatment with test article.



*Silybum marianum* – Before treatment with test article.



*Silybum marianum* – 48 hours after treatment with test article.



*Rumex crispus* – Before treatment with test article.



*Rumex crispus* – 48 hours after treatment with test article.



*Plantago lanceolata* – Before treatment with test article.



*Plantago lanceolata* – 48 hours after treatment with test article.



*Oxalis corniculata* – Before treatment with test article.



*Oxalis corniculata* – 48 hours after treatment with test article.



*Medicago lupulina* – Before treatment with test article.



*Medicago lupulina* – 48 hours after treatment with test article.



*Matricaria matricarioides* -- Before treatment with test article.



*Matricaria matricarioides* -- 48 hours after treatment with test article.



*Malva neglecta* – Before treatment with test article.



*Malva neglecta* – 48 hours after treatment with test article.



*Erodium circutanrium* – Before treatment with test article.



*Erodium cirutanrium* – 48 hours after treatment with test article.



*Chenopodium album* – Before treatment with test article.



*Chenopodium album* – 48 hours after treatment with test article.



*Capsella bursa-pastoris* – Before treatment with test article.



*Capsella bursa-pastoris* – 48 hours after treatment with test article.



*Brassia nigra* – Before treatment with test article.



*Brassia nigra* – 48 hours after treatment with test article.



**EXHIBIT I**



Makers of

NATURAL GARDEN PRODUCTS

NEUDORFF

**FAST ACTING WEED KILLER**
**Oct. 98 - May 99 Sales**

| Item # | Description | # Cases | Total $ |
|--------|-------------|---------|---------|
| 98632-A | Fast Acting Weed Killer | 3 | $ Redacted |
| 98632-D | Fast Acting Weed Killer | 58 | $ Redacted |
| 98632-N | Fast Acting Weed Killer | 1,139 | $ Redacted |
| | | Total | $ Redacted |
| | Redacted | | - Redacted |
| | Redacted | | - Redacted |
| | Total Net Sales | | $ Redacted |
| Redacted | - Royalty Due | | $ Redacted |

# EXHIBIT J

*d' Catherine*



W. Neudorff GmbH KG · Postfach 1209 · 31857 Emmerthal

November 4, 1998

Mr. James Herota, Registration Specialist
Pesticide Registration Branch
California Environmental Protection Agency
Department of Pesticide Regulation
830 K Street
Sacramento, California 95814

RE:     Concern Copper Soap Fungicide for Flowers, Fruits & Vegetables (EPA
        Reg. 67702-1-50932)
        Concern Fast Acting Weed Killer (EPA Reg. 67702-7-50932)
        Concern Pesticidal Spray Oil (EPA Reg. 67702-4-50932)

Dear Mr. Herota:

W. NEUDORFF GMBH KG („Neudorff") hereby grants permission to Necessary
Organics, Inc. of New Castle, Virginia to cite its data on file with the California
Department of Pesticide Regulation in obtaining a supplemental registration in
the State of California for the following products:

        Concern Copper Soap Fungicide for Flowers, Fruits & Vegetables
        EPA Reg. 67702-1-50932

        Concern Fast Acting Weed Killer
        EPA Reg. 67702-7-50932

        Concern Pesticidal Spray Oil
        EPA Reg. 67702-4-50932

These products are identical in composition and labeling (with certain minor
exceptions allowed by law) to Neudorff's products:

        NEU 1140 F RTU Copper Soap
        CalEPA DPR reg. 67702-1-AA

        HO1 RTU Herbicidal Soap
        EPA Reg. 67702-7

        NEU 1160 Vegetable Oil Insecticide
        EPA Reg. 67702-4

W. Neudorff GmbH KG · Postfach 1209 · 31857 Emmerthal



-2-

This authorization shall be limited to an internal review of W. Neudorff GmbH KG´s registration data by the appropriate CDPR personnel. In addition, no part of the data in our product files shall become a part of the file of any other product, including the above listed Necessary Organics Inc. products, nor shall it be disclosed to anyone without prior written approval of W. Neudorff GmbH KG.

Regards,

W. NEUDORFF GMBH KG

Detlef Meyer

cc: Carrie Crawford - Necessary Organics, Inc.

**EXHIBIT K**



**PCT**

WORLD INTELLECTUAL PROPERTY ORGANIZATION
International Bureau

INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

| (51) International Patent Classification [4] : | | (11) International Publication Number: | **WO 89/ 03178** |
|---|---|---|---|
| A01N 37/00, 59/00 | A1 | (43) International Publication Date: | 20 April 1989 (20.04.89) |

(21) International Application Number: PCT/US88/03582

(22) International Filing Date: 14 October 1988 (14.10.88)

(31) Priority Application Number: 109,473

(32) Priority Date: 16 October 1987 (16.10.87)

(33) Priority Country: US

(71) Applicant: SAFER, INC. [US/US]; 189 Wells Avenue, Newton, MA 02158 (US).

(72) Inventors: PURITCH, George, S. ; 8120 Thompson Place, Saanichton, British Colombia V0S 1M0 (CA). McHARG, Douglas ; 1830 Carnarvon Street, Victoria, British Colombia V8R 2T8 (CA).

(74) Agent: PITCHER, Edmund, R.; Lahive & Cockfield, 60 State Street, Boston, MA 02109 (US).

(81) Designated States: AT (European patent), AU, BE (European patent), BR, CH (European patent), DE (European patent), DK, FR (European patent), GB (European patent), IT (European patent), JP, KR, LU (European patent), NL (European patent), NO, SE (European patent).

**Published**
*With international search report.*
*With amended claims and statement.*

(54) Title: BIODEGRADABLE HERBICIDAL COMPOSITION

(57) Abstract

Disclosed is a herbicidal composition and method for non-selectively controlling and retarding the growth rate, and if desired, causing extensive mortality of, unwanted vegetation. The compositions consist essentially of one or more substances selected from the group consisting of aliphatic acids or their herbicidally active salts, preferably octanoic acid, nonanoic acid, decanoic acid, undecanoic acid, or dodecanoic acid, and an ammonium compound, preferably ammonium nitrate, sulfate, or sulfamate. The composition causes a plant mortality significantly in excess of the expected additive mortalities of the individual components.

*FOR THE PURPOSES OF INFORMATION ONLY*

Codes used to identify States party to the PCT on the front pages of pamphlets publishing international applications under the PCT.

| AT | Austria | FR | France | ML | Mali |
|----|---------|----|--------|----|------|
| AU | Australia | GA | Gabon | MR | Mauritania |
| BB | Barbados | GB | United Kingdom | MW | Malawi |
| BE | Belgium | HU | Hungary | NL | Netherlands |
| BG | Bulgaria | IT | Italy | NO | Norway |
| BJ | Benin | JP | Japan | RO | Romania |
| BR | Brazil | KP | Democratic People's Republic | SD | Sudan |
| CF | Central African Republic | | of Korea | SE | Sweden |
| CG | Congo | KR | Republic of Korea | SN | Senegal |
| CH | Switzerland | LI | Liechtenstein | SU | Soviet Union |
| CM | Cameroon | LK | Sri Lanka | TD | Chad |
| DE | Germany, Federal Republic of | LU | Luxembourg | TG | Togo |
| DK | Denmark | MC | Monaco | US | United States of America |
| FI | Finland | MG | Madagascar | | |

-1-

## BIODEGRADABLE HERBICIDAL COMPOSITION

### Background of the Invention

This invention relates to compounds and
methods for non-selectively retarding and controlling
the growth rate of unwanted vegetation using a family
of environmentally safe herbicidal compositions. More
particularly, it relates to the use of certain fatty
acids or their salts in admixture with an ammonium
compound to induce an immediate topical burn followed
by a tap root kill preventing regrowth of unwanted
vegetation. As used herein, the words "retarding and
controlling" refer to partial or complete killing of
vegetation.

Herbicides control the growth rate and/or
cause mortality to flora through physiochemical
interactions with plant systems.  Many chemical
classes of herbicides are presently available with
varying modes of action, toxicities, chemical
structures, and use patterns.  Billions of dollars
are spent annually to control vegetation pests which,
due to importation or other causes, lack the natural
enemies to keep their population in check, or which
simply grow from seed in areas where they interfere
with land use.  Previously, inorganic compounds were
used to control vegetation, but these have been
superceded by effective petro-chemical products.
Mass production of petro-chemical herbicides reduced
the overall cost of vegetation control and
facilitated widespread use.

Environmental safety has become a paramount
concern due to increasing public awareness, shifting

attitudes towards better alternatives to pest
control, and the accumulation of data on longer term
environmental effects.  Many of the petro-chemical
herbicides are toxic to other forms of life and are
environmentally persistent. Therefore, there remains
a need for an environmentally safe, cost effective
method for controlling unwanted vegetation.

Ammonium compounds have been used as
fertilizers.  Generally, they are used in a form,
such as the salt form, which releases the ammonium
ion upon decomposition.  When used in sufficiently
high concentrations, these ammonimum compounds are
injurious to plants.  Ammonium sulfamate has been
used as a translocatable herbicide, and is registered
in the United States as a herbicide by E.I. Du Pont
de Nemours under the tradename Ammate.  Ammonium
sulfamate has little immediate effect on foliage, but
eventually is absorbed into the plant causing cell
damage and finally death.  However, it must be used
in very high concentrations to be effective.

WO 89/03178                                          PCT/US88/03582

-3-

## Summary of the Invention

This invention provides novel herbicidal
compositions which are environmentally safe,
biogradable, effective, and cost efficient. Broadly,
the invention comprises a family of compositions
which may be applied to retard and control the growth
of unwanted vegetation, and a method of using such
compositions. The compositions comprise one or more
substances taken from the family of organic fatty
acids, preferably straight-chained alpha
monocarboxylic acids comprising 6 to 18 carbon atoms
inclusive, and/or salts of the aforementioned acids,
in combination with one or more ammonium compounds,
preferably ammonium nitrate, ammonium sulfate or
ammonium sulfamate. It has been discovered that
mixtures of these two groups of compounds can cause a
synergistically enhanced plant mortality. That is,
the components when mixed cooperate to give a
significantly higher kill rate than the sum of the
kill rates of the individual components in a broad
range of ratios and on a broad range of plant species.

The fatty acids and inorganic ammonium
compounds employed in these compositions are
essentially non-toxic to vertebrates and are
biodegradable. Of the hundreds of fatty acids found
in nature, only a few possess herbicidal properties.
These are found on human skin, in seeds, and as part
of the total lipid composition of many organisms.
Mammals metabolize and/or excrete these fatty acids,
and many micro-organisms can utilize them as a source
of carbon.

WO 89/03178                                                PCT/US88/03582

-4-

One important embodiment of the present invention comprises a herbicidally active composition consisting essentially of a 50:50 mixture of ammonium nonanoate and ammonium decanoate at a concentration of between 0.01% and 0.50%, admixed with a water soluble inorganic ammonium compound, preferably ammonium sulfamate, at a concentration between 0.50% and 5.00%. Species of this combination results in a synergistically enhanced kill against vegetation including relatively hardy species such as Phaseolus vulgaris (green bush plant), Hypocheris radicata (false dandelion), Tropaelum majus (nasturtiums) and Zea mays (corn).

In accordance with the process of the invention, the herbicidal mixtures are applied to the leaves or soil to retard plant growth, preferably in amounts sufficient to kill the plant.

Accordingly, it is an object of the invention to provide a class of herbicidal compounds composed of medium chain fatty acids and/or their salts and inorganic ammoniated compounds. Other objects are to provide a method for nonselectively controlling unwanted vegetation by applying compounds composed of medium chain fatty acids and/or their salts and inorganic ammoniated compounds to provide a class of herbicides which are environmentally safe, and to provide a class of non-selective herbicides utilizing commercially available, relatively inexpensive constituents.

5

Description

Fatty acids and their salts containing eight to twelve carbon atoms cause easily observed topical burn to plants when applied at concentrations of about 0.5% by weight or higher. However, these compounds do not translocate within the plant and can fail to kill the root, particularly when applied to tap root plants such as dandelions. Ammonium compounds, on the other hand, can translocate and kill tap roots, but have little immediate effect on foliage. It has been discovered that mixtures of the active fatty acids or salts with the ammoniated compounds provide a unique coaction, yielding higher kill rates and a surer kill, on a wide variety of plant types, particularly annuals and small perennials. The combination in ingredients provides a rapid topical kill as well as a delayed tap root kill, providing a far superior herbicide as compared with either compound alone. Mixtures of these two types of compounds when applied to roots or foliage can provide greater mortality effects than the sum of the effects of the individual components.

Within the fatty acid group, acids posessing nine or ten carbon atoms have been observed to perform best. They are particularly advantageous because they are relatively inexpensive and readily available. Acids having eight, eleven, and twelve carbon atoms are almost as effective as the acids having nine or ten carbon atoms. Fatty acids having a carbon number smaller than eight, e.g., six or seven, and larger than 12, e.g., 13 to 18, are usable although less effective. Mixtures of the acids in

6

this group also perform well as components in the
composition of the invention.  These fatty acids may
be in the pre-acid form or in herbicidally acceptable
salt forms.  These salts can include, for example,
ammonium, alkali metal, or alkali earth metal salts.
Alkali metal salts such as the sodium or potassium
salt and ammonium salts are preferred.  The acids are
available commercially.  They may be neutralized with
bases of various types.  The acids used in the
experiments below were obtained from Emery Company.

The preferred ammonium compounds are
inorganic ammonium compound which, when applied at
appropriate concentrations, causes damage to plants.
Preferred among ammonium compounds are herbicidally
active inorganic, water-soluble ammonium salts.
Ammonium sulfamate is currently most preferred
because it is the strongest herbicide among the
ammonium compounds.  Ammonium sulfate and ammonium
nitrate are also preferred.  Other ammonium compounds
which may be used include ammonium chloride, ammonium
carbonate and ammonium acetate.  Others will be
readily apparent to those skilled in the art.

The ratio of the fatty acid or its salt to
the ammonium compound may vary widely, depending upon
a variety of factors, such as the identity of the
fatty acid or its salt, the identity of the ammonium
compound, the composition formed, the target weed,
and whether the composition is intended as a
concentrate or is to be applied as is.  Generally,
the ratio of acid compound to ammonium compound is
between 0.001 and 10, preferably between 0.01 and
1.0, more preferably between 0.02 and 1.0.

WO 89/03178                                              PCT/US88/03582

-7-

The amount of the essential components in
the composition may also vary.  Normally the total
amount is at least 0.1% by weight.  Preferably, the
total amount of the ammonium compound and the fatty
acid or its salt is at least 0.5% by weight, more
preferably at least about 1% by weight.  Neither of
the essential active ingredients have very strong
herbicidal activity, and accordingly, the total
amount of active ingredients used is relatively high
compared with petrochemical herbicides.  However,
both components are environmentally safe and
inexpensive.  The upper limit of the amount of
activity in the composition may be determined by
taking various factors into account, including
whether the composition is intended as a concentrate
or a ready-to-use product, what carrier or diluent is
to be used, solubility considerations, and the
composition's intended mode of application.

The herbicidal compositions embodying the
invention may be applied in various ways, including
topically as a spray to foliage as a post-emergence
herbicide, and also as a pre-emergence herbicide if
formulated appropriately, for example, sorbed in
powder or granules.  When applied as a post-emergence
herbicide, an aqueous solution or emulsion form is
best for a ready-to-use formulation.  Seedling weeds
are the easiest to control, as is typical of most
herbicidal compositions.  Many annuals may be
controlled with a single application.  Established
weeds with large tap roots may require additional
treatments.

−8−

Compositions of the invention typically are water based, and may include ingredients in addition to the two or more active components noted above such as stabilizers and solubility enhancing materials.

Experiments have been conducted in nursery and field conditions on growing seedlings and established vegetation. Results indicate that vegetation is non-selectively and effectively killed by the methods and compositions of the invention. The following, non-limiting examples demonstrate the unexpected properties of compositions embodying the invention, and illustrate the generality of those unexpected properties.

False dandelion (Hypochoeris radicate), crab grass (Agropyron repens) and yellow foxtail (Setaria glauca) were tested in the following experiments as model target weeds. The other plants tested, nasturtiums (Tropaeolum majus), bush beans (Phaseolus vulgaris), corn (Zea mays), and cucumber (Cucumis satirus) represent flora of varying cuticle thickness and morphology. In this specification, all percentages are by weight.

EXAMPLE 1

80 green bush plants, Phaseolus vulgaris, were randomly selected and labelled into 16 treatments with 5 replicates per treatment. The beans were grown in 5.5 cm pots with standard greenhouse soil mix. Plants were healthy and averaged 20.0 cm in height.

Treatment solutions were prepared from original chemicals. The compositions consisted of

WO 89/03178                                          PCT/US88/03582

-9-

ammonium nitrate (AN) at 1.0, 2.0, and 3.0% alone and in combination with a 50:50 mixture of ammonium nonanoate and ammonium decanoate (HS) applied at 1.0, 2.0, and 3.0%.

The procedure for the preparation of 100 grams of the test herbicides is:

a.   Weigh appropriate quantity of fatty acid or mixture into beaker.

b.   Into another beaker weigh 90.00 gram deionized $H_2O$.

c.   Add appropriate amount of ammonium salt to water.

d.   Stir water and ammonium salt and slowly add fatty acid or acid mixture.

e.   While stirring, add ammonium hydroxide (or other base) dropwise until solution clears.

f.   Add deionized $H_2O$ until weight equals 100 grams.

The pH of the resulting solution typically is slightly alkaline.  The pH of the C9/C10-ammonium nitrate mixtures used in this example was about 8.0.

Treatment involved application of a thin coating of the test solutions by paintbrush to the large true leaves of the beans.  Assessment was performed 8 days later by visually rating damage of foliar area using a pretransformed angular scale (0-10) where integers represent 0, 2.5, 10, 21, 35, 50, 65, 79, 90, 97.5, and 100% foliar damage.  The Table below summarizes the compositions of the test solutions.

-10-

Table 1:

| Treatment | Comp. | | | Treatment | Comp. | |
|---|---|---|---|---|---|---|
| Number | %HS | %AN | | Number | %HS | %AN |
| 1 | 0 | 0 | | 9 | 2 | 0 |
| 2 | 0 | 1 | | 10 | 2 | 1 |
| 3 | 0 | 2 | | 11 | 2 | 2 |
| 4 | 0 | 3 | | 12 | 2 | 3 |
| 5 | 1 | 0 | | 13 | 3 | 0 |
| 6 | 1 | 1 | | 14 | 3 | 1 |
| 7 | 1 | 2 | | 15 | 3 | 2 |
| 8 | 1 | 3 | | 16 | 3 | 3 |

AN = ammonium nitrate
HS = fatty acid salts

Analysis of variance showed a significant effect from treatment ($F = 77.36$ where $F_c = 2.06$ at 15, 64 degrees of freedom). Separation of treatment means was performed with Duncan's multiple range test. The results are set forth in Table 2.

Table 2:

| Concentration of AN | Concentration of HS | | | |
|---|---|---|---|---|
| | 0% | 1% | 2% | 3% |
| 0% | 0% | 44.0% | 100% | 100% |
| 1% | 2.0% | 100% | 100% | 100% |
| 2% | 37.0% | 100% | 100% | 100% |
| 3% | 77.0% | 100% | 100% | 100% |

Ammonium nitrate (AN) at 1.0% in combination with the fatty acid salts (HS) at 1.0% (44.0% damage) produced an observed treatment effect of 100.0% damage, significantly greater than the expected

WO 89/03178                                    PCT/US88/03582

-11-

additive treatment effect of 46.0%.  Similarly,
ammonium nitrate at 2.0% (37.0% damage) in
combination with HS at 1.0% (44.0% damage) produced
the observed treatment effect of 100.0%,
significantly greater than the expected additive
treatment effect of 81.0%.  At these ratios of active
ingredients, the compounds act synergistically in
efficacy in their kill of bush beans (Phaseolus
vulgaris).

Example 2

160 false dandelion, Hypocheris radicata,
plants were watered, selected and arranged into 20
treatments (8 replicates per treatment).  Plants were
of the same age and as uniform in growth development
as possible (8-14 true leaves).  Seedlings were grown
in 3.5 centimeter diameter plastic vials with
standard greenhouse soil mix.  Plants were healthy,
actively growing, and randomly placed into treatments.

Treatment solutions were prepared from
original components in this and all subsequent
examples disclosed herein using the procedure
disclosed in Example 1, and 500 ml of each were
bottled and labelled.  The compositions consisted of
ammonium sulfamate (AMS) applied at 0.5, 1.0 and
2.0%, alone, and in combination with a 50:50 mixture
of ammonium nonanoate and ammonium decanoate (HS) at
0.01, 0.05, 0.1, and 0.25%.  The test solutions were
applied by hand-held trigger sprayer to run off, and
the treated plants remained under artificial lights
for assessment.  Assessment was performed three days
from treatment.  In this and all subsequent examples

WO 89/03178                          PCT/US88/03582

1 2

disclosed herein, the pretransformed angular scale
(0-10) as disclosed in Example 1 was used for visual
damage assessment.  The various mixtures used are set
forth below.

Table 3:

| Treatment Number | Comp. %HS | %AMS | Treatment Number | Comp. %HS | %AMS |
|---|---|---|---|---|---|
| 1 | 0 | 0 | 11 | 0.05 | 1.00 |
| 2 | 0 | 0.50 | 12 | 0.05 | 2.00 |
| 3 | 0 | 1.00 | 13 | 0.10 | 0 |
| 4 | 0 | 2.00 | 14 | 0.10 | 0.50 |
| 5 | 0.01 | 0 | 15 | 0.10 | 1.00 |
| 6 | 0.01 | 0.50 | 16 | 0.10 | 2.00 |
| 7 | 0.01 | 1.00 | 17 | 0.25 | 0 |
| 8 | 0.01 | 2.00 | 18 | 0.25 | 0.50 |
| 9 | 0.05 | 0 | 19 | 0.25 | 1.00 |
| 10 | 0.05 | 0.50 | 20 | 0.25 | 2.00 |

The data were analyzed statistically using
ANOVA and Duncan's multiple range test to separate
treatment means.  The results were as follows.

Table 4:

| Concentration of AMS | Concentration of HS | | | | |
|---|---|---|---|---|---|
| | 0% | 0.01% | 0.05% | 0.10% | 0.25% |
| 0% | 0.0% | 0.0% | 5.0% | 24.0% | 98.0% |
| 0.5% | 15.0% | 8.0% | 50.0% | 79.0% | 99.0% |
| 1.0% | 29.0% | 22.0% | 67.0% | 94.0% | 100.0% |
| 2.0% | 85.0% | 66.0% | 96.0% | 99.0% | 100.0% |

WO 89/03178                                    PCT/US88/03582

-13-

Statistical analysis showed a significant effect due to treatment, F = 68.90 where Fc = 1.83 at 19, 140 degrees of freedom (P = 0.05). HS at 0.05% and 0.10% active ingredient combined with ammonium sulfamate at 0.5% and 1.0% active ingredient interacted synergistically to produce statistically greater mortality to <u>Hypochoeris radicata</u> plants than either herbicide applied individually. The synergy at higher concentrations results in 100% kill.

Example 3

120 <u>Tropaeolum majus</u> plants (nasturtiums) were watered, selected, and arranged into 20 treatments (6 replicates per treatment), and tested as set forth in Example 2. The compositions of the test mixtures are set forth in Table 5.

Table 5:

| Treatment Number | Comp. %HS | %AMS | Treatment Number | Comp. %HS | %AMS |
|---|---|---|---|---|---|
| 1 | 0 | 0 | 11 | 0.05 | 1.00 |
| 2 | 0 | 0.50 | 12 | 0.05 | 2.00 |
| 3 | 0 | 1.00 | 13 | 0.10 | 0 |
| 4 | 0 | 2.00 | 14 | 0.10 | 0.50 |
| 5 | 0.01 | 0 | 15 | 0.10 | 1.00 |
| 6 | 0.01 | 0.50 | 16 | 0.10 | 2.00 |
| 7 | 0.01 | 1.00 | 17 | 0.25 | 0 |
| 8 | 0.01 | 2.00 | 18 | 0.25 | 0.50 |
| 9 | 0.05 | 0 | 19 | 0.25 | 1.00 |
| 10 | 0.05 | 0.50 | 20 | 0.25 | 2.00 |

The data were analyzed statistically using

-14-

ANOVA and Duncan's Multiple Range Test to separate
treatment means.  The results were as follows:

Table 6:
Concentration of AMS        Concentration of HS

|        | 0% | 0.01% | 0.05% | 0.10% | 0.25% |
|--------|------|------|------|------|------|
| 0%   | 0.0% | 0.0% | 0.0% | 32.0% | 47.0% |
| 0.5% | 0.0% | 1.0% | 23.0% | 70.0% | 85.0% |
| 1.0% | 7.0% | 1.0% | 25.0% | 75.0% | 93.0% |
| 2.0% | 2.0% | 4.0% | 53.0% | 79.0% | 95.0% |

Statistical analysis showed a significant
effect due to treatment, F = 55.60 or Fc = 1.87 at
19, 100 degrees of freedom (P = 0.05).  HS at 0.05%,
0.10% and 0.25% combined with AMS at 0.5%, 1.0% and
2.0% active ingredient, interacted synergistically to
produce statistically greater efficacy to nasturtiums
than either compound applied individually.

Example 4

160 Zea mays, corn, plants were watered,
selected and arranged into 20 treatments (8
replicates per treatment).  Plants were of the same
age and as uniform in growth development as
possible.  Seedlings were grown in 3.5 centimeter
diameter vials with standard greenhouse soil mix.
Plants were healthy, actively growing, averaging 18.0
centimeters in height, and were randomly placed into
treatments.

The compositions consisted of ammonium
sulfamate (AMS) applied at 0.5, 1.0 and 2.0%, alone
and in combination with HS at 0.01, 0.05, 0.1, and
0.25%.  The compositions were applied by hand-held

trigger sprayer to run off, and the treated plants
remained under artificial light for assessment.
Assessment was performed five days after treatment
using the pretransformed angular scale.  The test
mixtures are set forth below.

Table 7:

| Treatment Number | Comp. %HS | Comp. %AMS | Treatment Number | Comp. %HS | Comp. %AMS |
|---|---|---|---|---|---|
| 1 | 0 | 0 | 11 | 0.05 | 1.00 |
| 2 | 0 | 0.50 | 12 | 0.05 | 2.00 |
| 3 | 0 | 1.00 | 13 | 0.10 | 0 |
| 4 | 0 | 2.00 | 14 | 0.10 | 0.50 |
| 5 | 0.01 | 0 | 15 | 0.10 | 1.00 |
| 6 | 0.01 | 0.50 | 16 | 0.10 | 2.00 |
| 7 | 0.01 | 1.00 | 17 | 0.25 | 0 |
| 8 | 0.01 | 2.00 | 18 | 0.25 | 0.50 |
| 9 | 0.05 | 0 | 19 | 0.25 | 1.00 |
| 10 | 0.05 | 0.50 | 20 | 0.25 | 2.00 |

        The data were analyzed statistically using
ANOVA and Duncan's Multiple Range Test to separate
treatment means.  The results were as follows:

Table 8:

| Concentration of AMS | Concentration of HS | | | | |
|---|---|---|---|---|---|
| | 0% | 0.01% | 0.05% | 0.10% | 0.25% |
| 0% | 0.0% | 1.0% | 6.0% | 16.0% | 22.0% |
| 0.5% | 0.0% | 0.0% | 16.0% | 27.0% | 63.0% |
| 1.0% | 1.0% | 1.0% | 24.0% | 27.0% | 55.0% |
| 2.0% | 2.0% | 13.0% | 34.0% | 32.0% | 88.0% |

Statistical analysis showed a significant effect due
to treatment, $F = 25.66$ where $Fc = 1.83$ at 19, 140

−16−

degrees of freedom (P = 0.05). Combinations of HS
and ammonium sulfamate were shown to act
synergistically in killing corn plants.


### Example 5

96 _Phaseolus vulgaris_ bean plants were
watered, selected and arranged into 12 treatments (8
replicates per treatment). Plants were of the same
age and as uniform in growth development as
possible. Seedlings were grown in 5.5 centimeter
square pots with standard greenhouse soil mix.
Plants were healthy, actively growing, averaging 24.0
centimeters in height, and randomly placed into
treatment.

The compositions consisted of AMS applied at
0.5, 1.0 and 2.0%, alone and in combination with HS
at 0.25%. The compositions were applied by hand-held
trigger sprayer to run off, and the plants remained
under artificial light for assessment. Assessment
was performed four days from treatment using the
pretransformed angular scale.

Table 9:

| Treatment Number | Comp. %HS | %AMS | Treatment Number | Comp. %HS | %AMS |
|---|---|---|---|---|---|
| 1 | 0 | 0 | 5 | 0.25 | 0 |
| 2 | 0 | 0.50 | 6 | 0.25 | 0.50 |
| 3 | 0 | 1.00 | 7 | 0.25 | 1.00 |
| 4 | 0 | 2.00 | 8 | 0.25 | 2.00 |

The data were analyzed statistically using
ANOVA and Duncan's multiple range test to separate
treatment means. The results were as follows:

WO 89/03178                                    PCT/US88/03582

-17-

Table 10:

| Concentration of AMS | Concentration of HS | |
|---|---|---|
| | 0% | 0.25% |
| 0% | 0.0% | 13.0% |
| 0.5% | 6.0% | 21.0% |
| 1.0% | 21.0% | 42.0% |
| 2.0% | 52.0% | 89.0% |

### Example 6

112 crab grass, <u>Digitaria sanguinalis</u>, plants were watered, selected and arranged into 16 treatments (7 replicates per treatment). Plants were of the same age and as uniform in growth development as possible. Seedlings were grown in 3.5 centimeter diameter vials with standard greenhouse soil mix. Plants were healthy, actively growing averaging 15.0 centimeters in height, and were randomly placed into treatment.

The compositions consisted of AMS applied at 0.5, 1.0 and 2.0%, alone and in combination with HS at 0.01, 0.05, 0.1 and 0.25%. The compositions were applied by hand-held trigger sprayer to run off, and the plants were left under artificial lights for assessment. Assessment was performed five days from treatment using the pretransformed angular scale. Test compositions are noted below.

-18-

Table 11:

| Treatment Number | Composition %HS | %AMS | Treatment Number | Composition %HS | %HMS |
|---|---|---|---|---|---|
| 1 | 0 | 0 | 9 | 0.10 | 0 |
| 2 | 0 | 0.50 | 10 | 0.10 | 0.50 |
| 3 | 0 | 1.00 | 11 | 0.10 | 1.00 |
| 4 | 0 | 2.00 | 12 | 0.10 | 2.00 |
| 5 | 0.05 | 0 | 13 | 0.25 | 0 |
| 6 | 0.05 | 0.50 | 14 | 0.25 | 0.50 |
| 7 | 0.05 | 1.00 | 15 | 0.25 | 1.00 |
| 8 | 0.05 | 2.00 | 16 | 0.25 | 2.00 |

The data were analyzed statistically using ANOVA and Duncan's multiple range test to separate treatment means. The results are set forth below:

Table 12:

| Concentration of AMS | Concentration of HS | | | |
|---|---|---|---|---|
|  | 0% | 0.05% | 0.10% | 0.25% |
| 0 | 0.0% | 15.0% | 13.0% | 63.0% |
| 0.5% | 1.0% | 36.0% | 36.0% | 79.0% |
| 1.0% | 8.0% | 24.0% | 58.0% | 92.0% |
| 2.0% | 15.0% | 79.0% | 77.0% | 99.0% |

Statistical analysis showed a significant effect due to treatment, $F = 58.64$ where $F_c = 1.98$ at 15, 90 degrees of freedom ($p = 0.05$). HS combined with ammonium sulfamate produced greater herbicidal efficacy to <u>Digitarias sanguinelis</u> plants than either herbicide applied individually.

-19-

Example 7

120 nasturtium Tropaeolum majus, plants,
were randomly selected and labelled into twelve
treatments with 10 replicates per treatment.
Nasturtium were grown in 3.5 cm diameter vials with
standard greenhouse soil mix. Plants were healthy,
actively growing and averaged 11.0 cm in height.
The compositions consisted of ammonium
sulphate (AS) at 1.0, 3.0 and 5.0%, alone and in
combination with HS applied at 0.10 and 0.20% active
ingredient. The compositions were applied by
hand-held trigger sprayer to run off. Assessment was
performed three days later using the pretransformed
angular scale.

Table 13:

| Treatment Number | Comp. %HS | %AS | Treatment Number | Comp. %HS | %AS |
|---|---|---|---|---|---|
| 1 | 0 | 0 | 7 | 0.10 | 3.0 |
| 2 | 0 | 1.0 | 8 | 0.10 | 5.0 |
| 3 | 0 | 3.0 | 9 | 0.20 | 0 |
| 4 | 0 | 5.0 | 10 | 0.20 | 1.0 |
| 5 | 0.10 | 0 | 11 | 0.20 | 3.0 |
| 6 | 0.10 | 1.0 | 12 | 0.20 | 5.0 |

The data were analyzed statistically using
ANOVA and Duncan's multiple range test to separate
treatment means. The results are set forth below:

-20-

Table 14:

| Concentration of AS | Concentration of HS | | |
|---|---|---|---|
| | 0% | 0.10% | 0.20% |
| 0% | 0.0% | 19.0% | 54.0% |
| 1.0% | 0.0% | 51.0% | 93.0% |
| 3.0% | 0.0% | 40.0% | 95.0% |
| 5.0% | 0.0% | 43.0% | 99.0% |

Statistical analysis showed a significant effect due to treatment $F = 61.78$ ($p = 0.05$). Combinations of HS and ammonium sulphate thus act synergistically in rate if mortality when applied to nasturtiums.

### Example 8

120 cucumber, *Cucumis sativus*, plants, were randomly selected and labelled into twelve treatments with 10 replicates per treatment. The plants were healthy, actively growing, and averaged 10.0 cm in height.

The compositions consisted of AS at 1.0, 3.0 and 5.0%, alone and in combination with HS applied at 0.10 and 0.20% active ingredient. The compositions were applied by hand-held trigger sprayer to run off. Assessment was performed two days later using the pretransformed angular scale.

WO 89/03178                                    PCT/US88/03582

-21-

Table 15:

| Treatment Number | Comp. %HS | %HS | Treatment Number | Comp. %HS | %AS |
|---|---|---|---|---|---|
| 1 | 0 | 0 | 7 | 0.10 | 3.0 |
| 2 | 0 | 1.0 | 8 | 0.10 | 5.0 |
| 3 | 0 | 3.0 | 9 | 0.20 | 0 |
| 4 | 0 | 5.0 | 10 | 0.20 | 1.0 |
| 5 | 0.10 | 0 | 11 | 0.20 | 3.0 |
| 6 | 0.10 | 1.0 | 12 | 0.20 | 5.0 |

The data were analyzed statistically using ANOVA and Duncan's multiple range test to separate treatment means. The results are set forth below:

Table 16:

| Concentration of AS | Concentration of HS | | |
|---|---|---|---|
| | 0% | 0.10% | 0.20% |
| 0% | 0.0% | 9.0% | 19.0% |
| 1.0% | 0.0% | 12.0% | 15.0% |
| 3.0% | 2.0% | 12.0% | 39.0% |
| 5.0% | 11.0% | 33.0% | 81.0% |

Statistical analysis showed a significant effect due to treatment, $F = 27.36$ ($P = 0.05$). Combinations of HS and ammonium sulphate were shown to act synergistically in herbicidal activity when applied to Cucumus sativus plants.

### Example 9

120 yellow foxtail Setaria glauca, plants were randomly selected and labelled into twelve treatments with 10 replicates per treatment.

WO 89/03178                                                PCT/US88/03582

-22-

Foxtails were grown in 3.5 cm diameter vials with
standard greenhouse soil mix. Plants were healthy,
actively growing and averaged 14.0 cm in height. The
compositions consisted of AS at 1.0, 3.0, and 5.0%
alone and in combination with HS applied at 0.10% and
0.20%, active ingredient  The compositions were
applied by hand-held trigger sprayer to run off.
Assessment was performed seven days later using the
pretransformed angular scale.

Table 17:

| Treatment Number | Comp. %HS | %HS | Treatment Number | Comp. %HS | %AS |
|---|---|---|---|---|---|
| 1 | 0 | 0 | 7 | 0.10 | 3.0 |
| 2 | 0 | 1.0 | 8 | 0.10 | 5.0 |
| 3 | 0 | 3.0 | 9 | 0.20 | 0 |
| 4 | 0 | 5.0 | 10 | 0.20 | 1.0 |
| 5 | 0.10 | 0 | 11 | 0.20 | 3.0 |
| 6 | 0.10 | 1.0 | 12 | 0.20 | 5.0 |

The data were analyzed statistically using
ANOVA and Duncan's multiple range test to separate
treatment means. The results are set forth below:

Table 18:

| Concentration of AS | Concentration of HS | | |
|---|---|---|---|
| | 0% | 0.10% | 0.20% |
| 0% | 0.0% | 4.0% | 18.0% |
| 1.0% | 0.0% | 4.0% | 13.0% |
| 3.0% | 1.0% | 8.0% | 27.0% |
| 5.0% | 7.0% | 39.0% | 46.0% |

Statistical analysis showed a significant effect due to treatment, F = 23.75 (P = 0.05). Combinations of HS and AS were shown to act synergistically in efficacy to nasturtiums.

The invention may be embodied in other specific forms without departing from the spirit and essential characteristics thereof. The present embodiments are therefore to be considered in all respects as illustrative and not restrictive, the scope of the invention being indicated by the appended claims rather than by the foregoing description, and all changes which come within the meaning and range of equivalency of the claims are therefore intended to be embraced therein.

What is claimed is:

WO 89/03178                                    PCT/US88/03582

-24-

1.    A herbicidal composition for controlling unwanted vegetation, the composition comprising a herbicidally effective amount of a mixture of at least one herbicidally active alpha monocarboxylic acid having a hydrocarbon chain between 8 and 12 carbon atoms, salts thereof, and mixtures thereof, and at least one inorganic water soluble ammonium compound.

2.    The composition of claim 1 wherein the ammonium compound is ammonium nitrate, ammonium sulfate, or ammonium sulfamate.

3.    The composition of claim 1 wherein the acid component is nonanoic acid, decanoic acid, a salt thereof, or a mixture thereof.

4.    The composition of claim 1 comprising an aqueous solution containing at least about one percent by weight of said mixture.

5.    The composition of claim 1 wherein the ratio of said acid component to ammonium compound is withing the range of 0.001 to 10.

6.    The composition of claim 1 wherein the ratio of said acid component to ammonium compound is with the range of 0.01 to 1.0.

7.    The composition of claim 1 wherein said acid component comprises a mixture of the salts of decanoic and nonanoic acids.

-25-

8.   The composition of claim 7 comprising ammonium sulfamate.

9.   A method of controlling unwanted vegetation comprising applying to a plant having leaves and a root an amount of the composition of claim 1 effective to retard the growth rate of the plant.

10.  The method of claim 9 wherein said composition is applied to the leaves of said plant.

11.  The method of claim 9 comprising applying an amount of said composition effective to kill the root of said plant.

AMENDED CLAIMS
[received by the International Bureau on 20  March 1989 (20.03.89)
original claims 2,5 and 6 cancelled; claims 1,3,7 and 9 amended;
claims 4,8,10 and 11 unchanged; new claim  12 added (2 pages)]

1.    (Amended)  A herbicidal composition for
retarding growth of vegetation, the composition
comprising a herbicidally effective amount of an
aqueous mixture comprising:

at least one first component selected from
the group consisting of herbicidally active alpha,
monocarboxylic organic acids having a hydrocarbon
chain between 8 and 11 carbon atoms, salts thereof,
and mixtures thereof, and

at least one ammonium compound selected from
the group consisting of ammonium sulfate, ammonium
sulfamate, and ammonium nitrate, the ammonium
compound being present between about 1 and 200 parts
by weight per part by weight said first component.

2.    (Cancelled).

3.    (Amended)  The composition of claim 1
wherein the first component is selected from the
group consisting of nonanoic acid, decanoic acid,
salts thereof, and mixtures thereof.

4.    The composition of claim 1 comprising
an aqueous solution containing at least about one
percent by weight of said mixture.

5.    (Cancelled).

6.    (Cancelled).

7.  (Amended)  The composition of claim 1 wherein said first component comprises a mixture of the salts of decanoic and nonanoic acids.

8.  The composition of claim 7 comprising ammonium sulfamate.

9.  (Amended)  A method of controlling vegetation comprising applying to a plant having leaves and a root an amount of the composition of claim 1 effective to retard the growth rate of the plant.

10.  The method of claim 9 wherein said composition is applied to the leaves of said plant.

11.  The method of claim 9 comprising applying an amount of said composition effective to kill the root of said plant.

12.  (New)  The composition of claim 1 wherein said mixture is characterized by a herbicidal effectiveness greater than the sum of the herbicidal effectiveness of the first component and the ammonium compound.

WO 89/03178                                      PCT/US88/03582

2 8

STATEMENT UNDER ARTICLE 19

The foregoing Claims have been amended to
more clearly and accurately describe the subject
matter of the invention.  Claims 2, 5 and 6 have been
cancelled, and the subject matter has been
incorporated into amended Claim 1.  Support for new
Claim 12 can be found in the application on page 3,
lines 14-20, page 4, lines 8-13, and in Examples 1-9
on pages 8-23.  Support for the remaining amendments
can be found throughout the Claims and the
Application as filed.

# INTERNATIONAL SEARCH REPORT

International Application No  PCT/US 88/03582

**I. CLASSIFICATION OF SUBJECT MATTER (if several classification symbols apply, indicate all)** [6]

According to International Patent Classification (IPC) or to both National Classification and IPC

IPC4: A 01 N 37/00, 59/00

**II. FIELDS SEARCHED**

Minimum Documentation Searched [7]

| Classification System | Classification Symbols |
|---|---|
| IPC4 | A 01 N |

Documentation Searched other than Minimum Documentation
to the Extent that such Documents are Included in the Fields Searched [8]

**III. DOCUMENTS CONSIDERED TO BE RELEVANT** [9]

| Category [*] | Citation of Document, [11] with indication, where appropriate, of the relevant passages [12] | Relevant to Claim No. [13] |
|---|---|---|
| Y | GB, A, 1 243 987 (ESSO RESEARCH AND ENGINEERING COMPANY) 25 August 1971, see claim 1, page 3, lines 7-38 -- | 1,3,4,7, 9-11 |
| Y | DE, A, 1 792 119 (UNILEVER-EMERY N.V.) 13 January 1972, see claim 13 -- | 1,3,4,7, 9-11 |
| Y | US, A, 2 277 744 (MARTIN E. CUPERY ET AL.) 31 March 1942, see claims 3 and 5 -- | 1,2,8-11 |
| Y | Chemie der Pflanzenschutz- und Schädlingsbekämpfungsmittel, Vol. 5, 1977 (New York) R. Wegler: "Herbizide ", see page 48, 4.3. b) -- | 1,2,9-11 |

* Special categories of cited documents: [10]

"A" document defining the general state of the art which is not considered to be of particular relevance

"E" earlier document but published on or after the international filing date

"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)

"O" document referring to an oral disclosure, use, exhibition or other means

"P" document published prior to the international filing date but later than the priority date claimed

"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention

"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step

"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art.

"&" document member of the same patent family

**IV. CERTIFICATION**

| Date of the Actual Completion of the International Search | Date of Mailing of this International Search Report |
|---|---|
| 26th January 1989 | 1 3 FEB 1989 |

| International Searching Authority | Signature of Authorized Officer |
|---|---|
| EUROPEAN PATENT OFFICE | P.C.G. VAN DER PUTTEN |

Form PCT/ISA/210 (second sheet) (January 1985)

International Application No. PCT/US 88/03582

| III. DOCUMENTS CONSIDERED TO BE RELEVANT    (CONTINUED FROM THE SECOND SHEET) | | |
|---|---|---|
| Category* | Citation of Document, with indication, where appropriate, of the relevant passages | Relevant to Claim No |
| Y | Chemical Abstracts, volume 73, no. 2, 13 July 1970, (Columbus, Ohio, US), Nal'kina, Z.A. et al. : "Extraction of ammonium in the water-ammonium nitrate-ammonium caprylate-caprylic acid system. ", see page 305, abstract 7872b, & Inv.Sib.Old.Akad.Nauk SSSR,Ser.Khim.Nauk 1970, 1, 51- 7<br><br>-- | 1-8 |
| Y | DE, A1, 28 48 184 (RALSTON PURINA CO.) 10 May 1979, see claims 1, 4, 7, 10    -- | 1-8 |

---------

## ANNEX TO THE INTERNATIONAL SEARCH REPORT
## ON INTERNATIONAL PATENT APPLICATION NO. PCT/US 88/03582

SA    25219

This annex lists the patent family members relating to the patent documents cited in the above-mentioned international search report.
The members are as contained in the European Patent Office EDP file on        12/01/89
The European Patent Office is in no way liable for these particulars which are merely given for the purpose of information.

| Patent document cited in search report | Publication date | Patent family member(s) | | Publication date |
|---|---|---|---|---|
| GB-A- 1 243 987 | 25/08/71 | NONE | | |
| DE-A- 1 792 119 | 13/01/72 | NL-A- | 6810500 | 28/01/69 |
| | | FR-A- | 1581109 | 12/09/69 |
| | | GB-A- | 1237278 | 30/06/71 |
| | | US-A- | 3619168 | 09/11/71 |
| US-A- 2 277 744 | 31/03/42 | NONE | | |
| DE-A1- 28 48 184 | 10/05/79 | FR-A-B- | 2408310 | 08/06/79 |
| | | US-A- | 4225621 | 30/09/80 |
| | | CA-A- | 1119878 | 16/03/82 |

EPO FORM P0479

For more details about this annex : see Official Journal of the European Patent Office, No. 12/82

# EXHIBIT L



(19)

Europäisches Patentamt

European Patent Office

Office européen des brevets

(11)



EP 0 556 283 B1

(12) **EUROPEAN PATENT SPECIFICATION**

(45) Date of publication and mention
of the grant of the patent:
**11.02.1998 Bulletin 1998/07**

(21) Application number: 92900024.8

(22) Date of filing: 29.10.1991

(51) Int. Cl.[6]: **A01N 37/02**, A01N 37/06,
A01N 57/02

(86) International application number:
PCT/US91/08072

(87) International publication number:
WO 92/07467 (14.05.1992 Gazette 1992/11)

(54) **IMPROVED FATTY ACID-BASED HERBICIDAL COMPOSITION**

AUF FETTSÄUREN BASIERENDE HERBIZIDZUSAMMENSETZUNG

COMPOSITION HERBICIDE AMELIOREE A BASE D'ACIDE GRAS

(84) Designated Contracting States:
AT BE CH DE DK ES FR GB GR IT LI LU NL SE

(30) Priority: 02.11.1990 US 608306

(43) Date of publication of application:
25.08.1993 Bulletin 1993/34

(73) Proprietor: SAFER, INC.
Bloomington, Minnesota 55431-2543 (US)

(72) Inventor: MASON, Wenda
Saanichton, British Columbia V0S 1M0 (CA)

(74) Representative:
Türk, Gille, Hrabal, Leifert
Brucknerstrasse 20
40593 Düsseldorf (DE)

(56) References cited:
EP-A- 0 494 386        WO-A-89/03178
WO-A-90/07275       WO-A-92/06596
WO-A-92/11764       FR-A- 2 589 328
US-A- 2 626 862       US-A- 3 645 716
US-A- 3 977 860       US-A- 4 341 549
US-A- 4 405 531       US-A- 4 436 547
US-A- 4 834 908       US-A- 4 975 110
US-A- 5 035 741

• PLANT PROTECTION QUARTERLY vol. 4, no. 4,
1989, pages 158 - 164 A.J.WELLS 'Adjuvants,
glyphosate efficacy and post-spraying rainfall'
• JOURNAL OF AQUATIC PLANT MANAGEMENT
vol. 28, 1990, FORT MYERS, FLA, US pages 23 -
37 D.G.SHILLING ET AL. 'Influence of
Surfactants and Additives on Phytotoxicity of
Glyphosate to Torpedograss'
• DATABASE WPI Week 8705, Derwent
Publications Ltd., London, GB; AN 87-032875
(05)
• GROSSBARD, E. (Editor) et al., "The Herbicide
Glyphosate", published 1985 by Butterworth &
Co. Ltd., see pages 225-226.

Remarks:
The file contains technical information submitted
after the application was filed and not included in
this specification

EP 0 556 283 B1

Note: Within nine months from the publication of the mention of the grant of the European patent, any person may give
notice to the European Patent Office of opposition to the European patent granted. Notice of opposition shall be filed in
a written reasoned statement. It shall not be deemed to have been filed until the opposition fee has been paid. (Art.
99(1) European Patent Convention).

EP 0 556 283 B1

**Description**

Background of the Invention

5      This invention relates to herbicidal compositions which ore effective, economical and environmentally compatible. More Particularly, an improved herbicidal composition has been obtained by combining a fatty acid-based active ingredient with & glyphosate-based active ingredient.

Herbicides are widely used to control the rate of growth or to cause mortality in unwanted or undesirable plant species. Among the most widely used herbicides are those which are petrochemical-based. Although quite effective, many
10    petrochemical-based herbicides are considered to pose hazards to the environment, as well as to humans, animals and aquatic life.

Due to concerns for such hazards posed by petrochemical-based herbicides, several environmentally compatible herbicides have been developed. Fatty acid based compounds having between eight and eighteen carbon atoms serve as an example of one class of environmentally compatible herbicides. These compounds occur naturally in soil and
15    decompose quite rapidly (i.e., within about 1-3 days) within soil. An exemplary fatty acid-based herbicidal compositions is commercially available from Safer, Inc. under the trademark SHARPSHOOTER. This herbicidal composition utilizes an active ingredient which is a mixture of partially saponified fatty acids. Other fatty acid-based herbicidal compositions are disclosed in U.S. Patent Application Serial Nos. 421,146 and 421,376, both of which were filed on October 13, 1989.

Such fatty acid-based herbicides are quite effective for most applications. However, like most pesticides, they are
20    not well suited for all applications. For example, these compositions are not able to translocate and arc thus only effective on the plant tissue which is contacted by the herbicidal composition. Also, because such compositions are used in relatively high concentrations of active ingredient, i.e., 3 to 6 percent, their use can be costly.

One petrochemical-based herbicide which apparently exhibits minimal environmental impact is a glyphosate-based composition. This compound is an effective, broad spectrum herbicide which has the ability to translocate within
25    plant systems. Glyphosate-based herbicides can be expensive to use, and typically must be applied at concentrations in the range of 1 to 2 percent. One potential drawback to the use of glyphosate-based compounds is that they do not occur naturally and have an average half-life in soil slightly less than 60 days.

Patent Specification No. WO-A-89/03178 discloses the use of mixtures of a fatty acid herbicide and an ammonium compound, such as a ammonium sulphamate, ammonium nitrate, or ammonium sulphate without reference at all to
30    glyphosate.

Plant Protection Quarterly 4(4), 156-168 (1989) discloses the combination of glyphosphate and an adjuvant which includes a long chain free fatty acid.

J.Aquat.Plant.Manage. 28, 23-27 (1990) discloses a composition containing a glyphosphate and a surfactant which includes a long chain fatty acid.

35    US-A-4436547 discloses that a fatty acid may be used as a nutrient to stimulate plant growth and enhance the effectiveness of certain agricultural chemicals such a plant growth regulators, insecticides and herbicides. The fatty acid acts as a precursor of molecules required in the growth process and through degradation provides a source of ATP and NADPH, as with a carbohydrate source.

While fatty acid based herbicides are advantageous due to their environmental compatibility, they lack the ability to
40    translocate, and must be used in relatively high concentrations. Glyphosate-based herbicides must also be used in relatively high concentrations and are relatively expensive. Moreover, it would be desirable to Provide a herbicidal composition which combines the beneficial features of these herbicides, while reducing the amounts of non-naturally-occurring compounds, such as glyphosate, which are environmentally released.

It is thus an object of the invention to provide an effective, broad spectrum herbicide which is environmentally com-
45    patible and economically feasible. Another object is to provide a herbicide which has the advantages of the fatty acid-based herbicide, but which also has the ability to translocate. An additional object of the invention is to provide an effective herbicidal composition with improved efficacy. A further object of the invention is to provide a herbicidal composition which combines two known active ingredients in such a way that the concentration of each of the individual components is present at levels less than what is recommended for herbicidal activity. It is also an object of the invention to provide
50    an effective herbicide while at the same time reducing the pesticide load in the environment. Other objects will be apparent to those skilled in the art upon reading the following disclosure.

Summary of the Invention

55      The present invention provides an effective, environmentally compatible herbicidal composition which combines two known active ingredients such that each is present at a concentration below what is recommended for herbicidal activity of each ingredient alone. The composition combines a fatty acid-based herbicide with a glyphosate-based herbicide. The fatty acid component is one or a mixture of fatty acids such as caprylic acid, pelargonic acid, capric acid,

EP 0 556 283 B1

undecanoic acid, 10-undecenoic acid and lauric acid,. In another embodiment salts, or mixtures of various salts of these fatty acids may be used as one herbicidal active ingredient. The glyphosate component preferably is N-(phosphonome-thyl)glycine, its derivatives or the salts or the mixture of salts thereof. The fatty acid or fatty acid salt component is present in the range of 0.1 to 3.0 percent by weight of the composition while the glyphosate component is present at
5    0.08 to 2.0 percent by weight of the composition.

Detailed Description of the Invention

10    The herbicidal composition of the invention, as noted above, comprises a combination of two active ingredients in an aqueous solution. One active ingredient comprises one or a mixture of fatty acids or salts of fatty acids. The other active ingredient is a glyphosate-based compound such as N-(phosphonomethyl)glycine. The concentration range of fatty acid active ingredient is about 0.1 to 3 percent by weight and the concentration range of glyphosate active ingre-dient component is about 0.08 to 2.0% by weight.

15    The fatty acid component of this herbicidal composition can be one or a mixture of fatty acids. The fatty acids which may be used include caprylic acid, pelargonic acid, undecanoic acid, 10-undecenoic acid, lauric acid and mixtures thereof. Pelargonic acid is a preferred fatty acid-based active ingredient. However, in other embodiments mix-tures of fatty acids such as mixtures of pelargonic, capric and lauric acids; or a mixture of capric and lauric acids may be used as well.

20    An exemplary non-saponified fatty acid active ingredient is pelargonic acid. Also, a mixture of pelargonic acid and capric acid, at a 1:1 ratio, serves as an effective saponified active ingredient.

Various fatty acid salts or mixtures of fatty acid salts may also be used as the fatty acid component of the herbicidal composition of this invention. These include sodium, potassium and other metal salts, as well as ammonium salts of caprylic acid, pelargonic acid, capric acid, undecanoic acid, 10-undecenoic acid, lauric acid and mixtures thereof

25    Among the most preferred fatty acid salts are the sodium and potassium salts of pelargonic acid.

As noted above, a variety of combinations of fatty acids or fatty acid salts may be used in preparing the fatty acid active ingredient of the present herbicidal composition. The fatty acid active ingredient may also include a variety of sur-factants, emulsifiers and other formulation enhancers. One of ordinary skill in the art will easily be able to decide whether any such compounds arc necessary, and if so, to choose the desired compounds. By way of example, however,

30    exemplary surfactants include quarternary ammonium salt, ethoxylated phosphate esters, polyoxyethylene derivatives of fatty acid partial esters of sorbitol anhydrides, castor oil ethoxylate, nonyl phenol ethoxylates, isopropyl alcohol and mixtures thereof. Exemplary quaternary ammonium salt compounds are commercially available under the trademarks "Ethoquad" and "Arquad" from Akzo America, Inc. of Chicago, Illinois. Exemplary emulsifiers include those which arc alkylaryl sulfonate-based polyoxyethylene derivatives of fatty acid and partial esters of sorbitol anydrides. Commercially available examples include those sold under the trademark "Atlox" and "Tween" by Atkemix, Inc. and those sold under

35    the trademark "Emsorb" by Quantum Chemicals of Cincinnati, Ohio. Formulation enhancers may include alcohols and oils such as terpenoids, triglycerides and mineral oils.

A number of exemplary formulations which may be used as the fatty acid active ingredient of this invention are dis-closed in PCT Patent Application Nos. WO-A-91/05471 and WO-A-91/05472 both of which were filed on October 13,

40    1989 and are hereby incorporated by reference. However it is understood that the fatty acid active ingredient may com-prise many combinations of the fatty acids or saponified fatty acids noted above, together with the surfactants, emulsi-fiers, and formulation enhancers noted above and others well known in the art.

The other active ingredient of the herbicidal composition is the glyphosate-based compound. As used herein the term "glyphosate-based" includes N-(phosphonomethyl) glycine and various related compounds and salts as disclosed in U.S. Patent No. 3,799,758, which is incorporated herein by reference:

45    Glyphosate-based compounds typically have the general formula:

$$R-\overset{\overset{\textstyle O}{\|}}{C}-CH_2-\overset{\overset{\textstyle H}{|}}{N}-CH_2-\overset{\overset{\textstyle O}{\|}}{\underset{\underset{\textstyle R''}{|}}{P}}-R'$$

50

55    In the above formula R, R' and R" can be -OH, halogen or -SH groups. Various other glyphosate-based compounds are described in U.S. Patent No. 3,799,758 which is hereby incorporated by reference. Among the moot preferred glyphosate-based compounds is N-(phosphonomethyl) glycine in which R, R' and R" are all hydroxy groups.

In addition to the glyphosate-based compounds described above, the glyphosate-based component of this herbi-cidal composition may also include various salts of glyphosate-based compounds. Such salts may be prepared by the

3

EP 0 556 283 B1

partial or complete neutralization of the acid with the appropriate base, carbonate, ammonia or organic amine. One preferred salt of a glyphosate-based compound is the isopropyl amine salt of N-(phosphonomethyl)glycine.

The glyphosate-based component may or may not be formulated with various surfactants. One of ordinary skill in the art will easily be able to decide whether surfactants are necessary, and if so, to choose the necessary surfactants.

5    Exemplary glyphosate-based compounds are commercially available from Monsanto Company of St. Louis, Missouri under the trademarks ROUNDUP, ACCORD, HONCHO, RANGER, and RODEO.

The glyphosate-based component of the herbicidal composition may be present in the composition at a concentration range of about 0.08 to 2.0% by weight. The preferred concentration range is about 0.1 to 1.0% by weight. If used alone, the preferred concentration range would have little or no herbicidal efficiency since the recommended application
10    concentration is in the range of 1 to 2 percent by weight. Similarly, the fatty acid may be used in a concentration range of about 0.1 to 3.0 percent by weight. A more preferred concentration range for the fatty acid active ingredient is 0.5 to 1.0%. Which is below the concentration range of 3-6% ordinarily necessary to achieve herbicidal activity.

The herbicidal composition of this invention may be prepared by adding the desired amount of the glyphosate-based active ingredient to the required amount of water and mixing thoroughly. The desired amount of fatty acid (sapon-
15    ified or non-saponified) active ingredient formulation is then added and thoroughly mixed into the formulation. This formulation may be pre-formulated so as to form a ready-to-use composition, or may also be prepared just prior to use by tank mixing the two components.In some instances a pre-formulated, ready-to-use composition may require agitation immediately prior to use.

The present herbicidal compositions are foliar applied, nonselective herbicides which may be sprayed upon
20    unwanted weeds and grasses. These herbicidal compositions may be provided in a ready-to-use formulation or in a concentrated formulation which must be diluted with water before application. The formulation applied to unwanted weeds and grasses typically contains in the range of approximately 0.1 to 3 percent fatty acid and 0.08 to 2.0 glyphosate-based component. More preferably, the fatty acid component is present at 0.5-1.0% and the glyphosate-based component is present at 0.1-1.0%.

25    The herbicidal compositions of the invention are effective and environmentally compatible. They are broad-spectrum, non-selective herbicides useful in crop, non-crop, aquatic, and domestic weed control, especially in environmentally sensitive areas where reduced pesticide loads are desirable. The compositions are effective on most weed species and are applied as postemergence sprays to foliage of vegetation to be controlled. One advantage of these compositions is that they have the ability to translocate. The carrier volumes are those recommended for glyphosates (47 to 374
30    ℓ/ha, 5 to 40 gpa). Typically, 7 to 14 days are required before evidence of phytotoxicity or plant mortality appears.

The present composition is quite effective on perennial species, and on annual or biennial species of grasses, sedges, and broadleaf weeds.

The following non-limiting examples serve to further describe the invention.

35    Example 1

Three species of weed, used in each test: Hypochoeris radicata (false dandelion), Sinapis, arvensis (wild mustard), and Avena sativa (oats), were grown in a greenhouse facility in 5.5cm square pots using a potting soil mix comprising peat, vermiculite, sand, and 4-10-10 fertilizer. Water-soluble 20-20-20 fertilizer was used as a supplement for the plants
40    as required. The plants were selected for use based on uniformity and quality and were potted separately. One plant per pot each of H. radicata (6-10 leaves) and S. arvensis (4-6 leaves) were used. Six to eight plants of A. sativa (2-4 leaves) were used per pot. After spraying with a herbicidal composition (as described below) the pots were arranged in a randomized complete block design in sub-irrigated watering trays. Six to ten replicates (pots) were used per treatment.

45    Herbicidal treatments were applied using a spray chamber fitted with a TeeJet 8006E flat fan nozzle (available from Spraying Systems Co., Wheaton, Illinois), calibrated to spray at a volume of 60 gpa at 40 psi. Treatment solutions were freshly prepared for each experiment. Plant damage was assessed at 10 to 14 days after treatment using a pre-transformed 0-10 rating scale (0 representing no damage, 10 representing plant death) in accordance with the procedure outlined in Statistical Methods in Agricultural Research, Little, T.M. et al, J. Wiley and Sons, 1975, pp.119-120, 218.
50    The results of these experiments are shown in the tables which follow.

55

EP 0 556 283 B1

TABLE I

| Herbicide | | Phytotoxicity (%) | | | | | |
|---|---|---|---|---|---|---|---|
| | | H. radicata | | S. arvensis | | A. sativa | |
| | | Observed | Expected | Observed | Expected | Observed | Expected |
| 1. | Round-Up* (0.1%) | 22 | | 1 | | 4 | |
| | Formulation A** (0.1%) | 0 | | 0 | | 4 | |
| | Combination | 28 | 22 | 18 | 1 | 3 | 8 |
| 2. | Round-Up (0.1%) | 22 | | 1 | | 4 | |
| | Formulation A (0.5%) | 1 | | 0 | | 4 | |
| | Combination | 71 | 23 | 88 | 1 | 10 | 8 |
| 3. | Round-Up (0.1%) | 22 | | 1 | | 4 | |
| | Formulation A** (1.0%) | 2 | | 1 | | 6 | |
| | Combination | 64 | 24 | 39 | 2 | 58 | 10 |

*Round-Up is commercially available from Monsanto Company. Its active ingredient is the isopropylamine salt of N-(phosphonomethyl) glycine.
**Formulation A is a mixture of potassium pelargonate, potassium caprate and potassium laurate, in ratios of 1:1:2, used in this experiment at total active ingredient concentrations of 0.1, 0.5 an 1.0 percent by weight.

Example 2

In a greenhouse facility four plant species were grown in 5.5cm square pots using a potting soil mix comprising peat, vermiculite, sand and 4-10-10 fertilizer. Water soluble 20-20-20 fertilizer was used as a supplement for the plants as required. The plant species used were corn, oats, radish and morningglory. The plants were selected for use based on uniformity and quality. The corn plants used were in the 3 to 4 leaf stage and two plants were present in each pot. The oats used were in the 2 to 4 leaf stage and four plants were present per pot. The radish plants used were in the 3 to 5 leaf stage and one plant was used per pot. The morningglory were in the 2 to 4 leaf stage with one plant per pot. After spraying with a herbicidal formulation, the pots were arranged in a randomized complete block design in sub-irri-gated watering trays, and included a water-treated control treatment. Four replicates (pots) were used for each treat-ment.

Herbicidal treatments were applied and recorded as in Example 1.

The data obtained are presented in the tables which follow.

EP 0 556 283 B1

TABLE 2

| Herbicide | | Phytotoxicity (%) | | | | | |
|---|---|---|---|---|---|---|---|
| | | H. radicata | | S. arvensis | | A. sativa | |
| | | Observed | Expected | Observed | Expected | Observed | Expected |
| 1. | Round-Up (0.1%) | 22 | | 1 | | 1 | |
| | Sodium pelargonate (0.1%) | 0 | | 0 | | 0 | |
| | Combination | 47 | 22 | 35 | 1 | 2 | 1 |
| 2. | Round-Up (0.1%) | 22 | | 1 | | 1 | |
| | Sodium pelargonate (0.1%) | 0 | | 0 | | 0 | |
| | Combination | 47 | 22 | 80 | 1 | 2 | 1 |
| 3. | Round-Up (0.1%) | 22 | | 1 | | 1 | |
| | Sodium pelargonate (0.1%) | 0 | | 0 | | 1 | |
| | Combination | 56 | 22 | 88 | 2 | 2 | 2 |

TABLE 3

| Herbicide | | Phytotoxicity (%) | | | | | |
|---|---|---|---|---|---|---|---|
| | | H. radicata | | S. arvensis | | A. sativa | |
| | | Observed | Expected | Observed | Expected | Observed | Expected |
| 1. | Round-Up (0.1%) | 0 | | 30 | | 7 | |
| | Potassium pelargonate (0.1%) | 0 | | 0 | | 6 | |
| | Combination | 12 | 0 | 31 | 30 | 8 | 13 |
| 2. | Round-Up (0.1%) | 0 | | 30 | | 7 | |
| | Potassium pelargonate (0.5%) | 0 | | 0 | | 5 | |
| | Combination | 71 | 0 | 42 | 30 | 14 | 12 |
| 3. | Round-Up (0.1%) | 0 | | 30 | | 7 | |
| | Potassium pelargonate (0.5%) | 3 | | 2 | | 7 | |
| | Combination | 46 | 3 | 45 | 32 | 10 | 14 |

6

EP 0 556 283 B1

TABLE 4: Radish Plants

| Days after Treatment | | 3 | 4 | 7 | 9 | 11 | 16 | 18 | 21 | 23 | 25 | 28 | 30 | 32 | 35 | 42 | 46 | 57 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.2% Round Up | Phyto[a] | • | • | 1 | 1.5 | 3.0 | 4.25 | 4.25 | 4.75 | 6.0 | 5.75 | 6.25 | 6.25 | 6.5 | 5.75 | 5.0 | 5.0 | 5.25 |
| | Mortality | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • |
| 0.1% CP Na+ Salt | Phyto | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • |
| | Mortality | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • |
| 0.5% CP Na+ Salt | Phyto | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • |
| | Mortality | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • |
| 1.0% CP Na+ Salt | Phyto | • | • | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| | Mortality | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • |
| 0.2% R-up[b] + 0.1% CP Na+ Salt | Phyto | • | • | 1.0 | 1.5 | 2.0 | 2.25 | 2.75 | 2.75 | 3.5 | 3.25 | 3.75 | 2.75 | 2.75 | 2.25 | 3.5 | 3.5 | 3.0 |
| | Mortality | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • |
| 0.2% R-up + 0.5% CP Na+ Salt | Phyto | • | • | 1.0 | 2.5 | 4.0 | 6.0 | 7.0 | 7.0 | 7.25 | 7.0 | 7.25 | 7.0 | 6.75 | 6.75 | 6.75 | 7.0 | 6.25 |
| | Mortality | • | • | • | • | • | • | • | • | • | • | • | • | • | • | 1/4[c] | 2/4 | 2/4 |
| 0.2% R-up + 1.0% CP Na+ Salt | Phyto | • | • | 2.0 | 3.0 | 4.5 | 6.5 | 6.5 | 6.25 | 6.75 | 6.5 | 6.5 | 6.75 | 7.0 | 7.0 | 6.5 | 7.0 | 6.25 |
| | Mortality | • | • | • | • | • | • | • | • | • | • | • | • | • | • | 1/4 | 2/4 | 1/4 |

[a] Phyto = Phytotoxicity (0-10 rating scale)
[b] R-U = Round-Up
[c] Denotes 1 of the 4 plants died.

7

EP 0 556 283 B1

TABLE 5 : Herbological

| Days after Treatment | 2 | 4 | 7 | 9 | 11 | 16 | 18 | 21 | 23 | 28 | 30 | 32 | 35 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.25 Round Up — Phyto | • | • | 0.5 | 0.5 | 0.5 | 0.75 | 1.0 | 1.0 | 1.0 | 1.25 | 1.25 | 1.25 | 1.25 |
| Mortality | • | • | • | • | • | • | • | • | • | • | • | • | • |
| 0.1% CP Na+ Salt — Phyto | • | • | • | • | • | • | • | • | • | • | • | • | • |
| Mortality | • | • | • | • | • | • | • | • | • | • | • | • | • |
| 0.5% CP Na+ Salt — Phyto | • | • | • | • | • | • | • | • | • | • | • | • | • |
| Mortality | • | • | • | • | • | • | • | • | • | • | • | • | • |
| 1.0% CP Na+ Salt — Phyto | • | • | • | • | • | • | • | • | • | • | • | • | • |
| Mortality | • | • | • | • | • | • | • | • | • | • | • | • | • |
| 0.2% R-17 0.1% CP Na+ Salt — Phyto | • | • | 1.0 | 2.0 | 4.25 | 6.5 | 6.75 | 7.25 | 7.5 | 8.0 | 8.25 | 8.25 | 8.25 |
| Mortality | • | • | • | • | • | • | • | 1/4 | 1/4 | 2/4 | 3/4 | 3/4 | 3/4 |
| 0.2% R-17 0.5% CP Na+ Salt — Phyto | • | • | 1.0 | 3.0 | 5.75 | 8.0 | 8.75 | 8.75 | 8.75 | 10 | 10 | 10 | 10 |
| Mortality | • | • | • | • | • | • | • | 2/4 | 3/4 | 4/4 | 4/4 | 4/4 | 4/4 |
| 0.2% R-17 1.0% CP Na+ Salt — Phyto | • | • | 2.0 | 4.0 | 7.5 | 9.0 | 9.0 | 10 | 10 | 10 | 10 | 10 | 10 |
| Mortality | • | • | • | • | • | • | • | 4/4 | 4/4 | 4/4 | 4/4 | 4/4 | 4/4 |

8

EP 0 556 283 B1

TABLE 6: Corn

| Days after Treatment | 2 | 4 | 7 | 9 | 11 | 16 | 18 | 21 | 23 | 25 | 28 | 30 | 32 | 35 | 42 | 46 | 57 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.2% Round Up — Phyto | • | • | 0.5 | 0.5 | 1.0 | 1.0 | 1.25 | 1.5 | 1.75 | 1.75 | 2.75 | 3.25 | 3.5 | 4.5 | 6.0 | 6.5 | 7.0 |
| 0.2% Round Up — Mortality | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • |
| 0.2% CP Na+ Salt — Phyto | • | • | • | • | 0.5 | 0.25 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | | | | | | |
| 0.2% CP Na+ Salt — Mortality | • | • | • | • | • | • | • | • | • | • | • | | | | | | |
| 0.5% CP Na+ Salt — Phyto | • | • | • | 0.25 | 0.5 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | | | | | | | |
| 0.5% CP Na+ Salt — Mortality | • | • | • | • | • | • | • | • | • | • | | | | | | | |
| 1.0% CP Na+ Salt — Phyto | • | • | • | • | • | 0.25 | 0.25 | 0.75 | 1.0 | | | | | | | | |
| 1.0% CP Na+ Salt — Mortality | • | • | • | • | • | • | • | • | • | | | | | | | | |
| 0.2% R-U 0.25% CP Na+ Salt — Phyto | • | • | 0.25 | 0.75 | 1.0 | 2.0 | 2.75 | 2.75 | 3.0 | 2.75 | 2.75 | 3.0 | 3.5 | 4.0 | 4.5 | 4.5 | |
| 0.2% R-U 0.25% CP Na+ Salt — Mortality | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | |
| 0.2% R-U 0.5% CP Na+ Salt — Phyto | • | • | 1.0 | 1.25 | 1.5 | 2.0 | 2.25 | 2.50 | 2.50 | 2.5 | 2.50 | 2.50 | 3.25 | 3.75 | 4.75 | 4.5 | 4.5 |
| 0.2% R-U 0.5% CP Na+ Salt — Mortality | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • |
| 0.2% R-U 1.0% CP Na+ Salt — Phyto | • | • | 1.0 | 2.25 | 2.25 | 5.25 | 5.25 | 6.25 | 7.25 | 7.50 | 8.0 | 8.0 | 8.25 | 8.25 | 9.0 | 9.0 | 9.25 |
| 0.2% R-U 1.0% CP Na+ Salt — Mortality | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • |

9

EP 0 556 283 B1

TABLE 7: Data*

| Days after Treatment | | 2 | 4 | 7 | 9 | 11 | 16 | 18 | 21 | 23 | 25 | 28 | 30 | 32 | 35 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.2% Round Up | Phyto | • | • | 0.75 | 1.0 | 1.5 | 1.75 | 1.5 | 1.5 | 1.75 | 2.25 | 2.0 | 2.0 | 2.0 | 2.5 |
| | Mortality | • | • | | | | | | | | | | | | |
| 0.1% C9 Na+ Salt | Phyto | • | • | • | | | | | | | | | | | |
| | Mortality | • | • | | | | | | | | | | | | |
| 0.3% C9 Na+ Salt | Phyto | • | • | | | | | | | | | | | | |
| | Mortality | • | • | | | | | | | | | | | | |
| 1.0% C9 Na+ Salt | Phyto | • | • | 1.0 | 1.0 | 1.5 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 1.25 | 1.25 | 1.5 | 1.5 |
| | Mortality | • | • | | | | | | | | | | | | |
| 0.2% R-U 0.1% C9 Na+ Salt | Phyto | • | • | | | | | | | | | | | | |
| | Mortality | • | • | | | | | | | | | | | | |
| 0.2% R-U 0.3% C9 Na+ Salt | Phyto | • | • | 0.75 | 1.5 | 1.75 | 2.0 | 2.0 | 2.0 | 2.0 | 1.75 | 1.0 | 1.0 | 1.5 | 1.5 |
| | Mortality | • | • | | | | | | | | | | | | |
| 0.2% R-U 1.0% C9 Na+ Salt | Phyto | • | • | 1.0 | 1.5 | 2.25 | 3.0 | 2.25 | 3.25 | 3.25 | 2.5 | 2.25 | 2.5 | 3.75 | 4.0 |
| | Mortality | • | • | | | | | | | | | | | | |

*Note: No mortality was observed, results presented are phytotoxicity ratings only

With respect to the above experiments, it is noted that fatty acid/glyphosate herbicides having glyphosate (Round-Up) concentrations of 0.5 to 1% usually caused so much damage to the test plants (approaching 100%) that evidence of potentiation was lost. The recommended rate of Round-Up for application to established weeds under field conditions is 1 to 2% of the product diluted in water. It is further noted that greenhouse-grown plants are generally more suscepti-ble to lower rates of herbicide than are field-grown plants.

In addition, an enhanced herbicidal effect resulting from the application of a combination herbicide (including glyphosate-based herbicide and fatty acid based herbicide) in not supported in every species in each experiment. There are a number of reasons for this. Primarily, though, in herbicidal experiments, the conditions under which the plants are grown (light, temperature-and humidity), the age of the plants, the species and variety of plant, and the rate and method of application of herbicidal components all can influence the ratios at which enhanced herbicidal activity is observed. In addition, a test method selected may, in some cases, be so hypersensitive that the additive effect of the two active ingredient components results in plant death. Therefore potentiation cannot always be detected.

EP 0 556 283 B1

Claims

1.  An agricultural composition for controlling weeds comprising:

    (a) a glyphosate-based herbicidal ingredient present at 0.08 to 2.0 percent by weight of the composition; and

    (b) a fatty acid-based herbicidal ingredient which is one or a mixture of fatty acids
        or a salt or mixture of salts thereof, the fatty acid-based herbicidal ingredient being present at 0.1 to 3.0 percent by weight of the composition,
        wherein the fatty acids are selected from the group consisting of caprylic acid, pelargonic acid, capric acid, undocanoic acid, 10-undecenoic acid, and lauric acid.

2.  A composition as claimed in claim 1 wherein the salt or mixture of salts includes a potassium salt, a sodium salt, a calcium salt or an ammonium salt.

3.  A composition as claimed in claims 1 or 2 wherein the glyphosate-based herbicidal ingredient includes a compound represented by the formula:

$$\begin{array}{ccccc} & O & & H & & O \\ & \| & & | & & \| \\ R-C-CH_2-N-CH_2-P-R' \\ & & & & & | \\ & & & & & R'' \end{array}$$

wherein R, R' and R'' are each independently -OH, halogen or -SH, or a salt or mixture of salts thereof.

4.  A composition as claimed in claim 3 wherein the glyphosate-based herbicidal ingredient includes N-phosphonomethylglycine or a salt or mixture of salts thereof.

5.  A composition as claimed in claim 4 wherein the glyphosate-based herbicidal ingredient includes an isopropylamine salt of N-phosphonomethylglycine.

6.  A composition as claimed in any of claims 1-5 wherein the composition further includes an ingredient selected from the group consisting of a formulation enhancer, an emulsifier, and a surfactant.

7.  A method for the control of weeds, said method comprising the administration to said weeds of an effective amount of a composition comprising

    (a) a glyphosate-based herbicidal ingredient present at 0.08 to 2.0 percent by weight of the composition; and
    (b) a fatty acid-based herbicidal ingredient which is one or a mixture of fatty acids
        or a salt or mixture of salts thereof, the fatty acid-based herbicidal ingredient being present at 0.1 to 3.0 percent by weight of the composition, wherein the fatty acids are selected from the group consisting of caprylic acid, pelargonic acid, capric acid, undecanoic acid, 10-Undecenoic acid, and lauric acid.

8.  A method of claim 7 wherein the glyphosate-based herbicidal ingredient includes a compound represented by the formula:

$$\begin{array}{ccccc} & O & & H & & O \\ & \| & & | & & \| \\ R-C-CH_2-N-CH_2-P-R' \\ & & & & & | \\ & & & & & R'' \end{array}$$

wherein R, R' and R'' are each independently -OH, halogen or -SH, or a salt or mixture of salts thereof.

9.  A method as claimed in claim 7 or claim 8 wherein the fatty acid is selected from the group consisting of caprylic acid, pelargonic acid, capric acids and mixture thereof; the glyphosate-based herbicidal ingredient includes N-

11

**EP 0 556 283 B1**

phosphonomethylglycine or a salt or mixture of salts thereof.

10. A method as claimed in any of claims 7 - 9 wherein the composition is administered to the weeds at a volume or 47 to 374 litres per hectare.

**Patentansprüche**

1. Landwirtschaftliche Zusammensetzung zur Unkrautbekämpfung, umfassend:

   (a) einen auf Glyphosat basierenden herbiziden Bestandteil, der zu 0,08 bis 2,0 Gewichtsprozent der Zusammensetzung vorliegt; und

   (b) einen auf Fettsäure basierenden herbiziden Bestandteil, welcher eine Fettsäure oder eine Mischung von Fettsäuren oder ein Salz davon oder eine Mischung von Salzen davon ist,
   wobei der auf Fettsäure basierende herbizide Bestandteil zu 0,1 bis 3,0 Gewichtsprozent der Zusammensetzung vorliegt,
   wobei die Fettsäuren aus der Caprylsäure, Pelargonsäure, Caprinsäure, Undecansäure, 10-Undecensäure und Laurinsäure umfassenden Gruppe gewählt werden.

2. Zusammensetzung gemäß Anspruch 1, worin das Salz oder die Mischung von Salzen ein Kaliumsalz, ein Natriumsalz, ein Calciumsalz oder ein Ammoniumsalz einschließt.

3. Zusammensetzung gemäß Anspruch 1 oder 2, worin der auf Glyphosat basierende herbizide Bestandteil eine Verbindung der Formel:

$$R-\overset{\overset{O}{\|}}{C}-CH_2-\overset{\overset{H}{|}}{N}-CH_2-\overset{\overset{O}{\|}}{\underset{\underset{R''}{|}}{P}}-R'$$

einschließt, in der R, R' und R'' jeweils unabhängig -OH, Halogen oder -SH bedeuten, oder ein Salz oder eine Mischung von Salzen davon.

4. Zusammensetzung gemäß Anspruch 3, wobei der auf Glyphosat basierende herbizide Bestandteil N-Phosphonomethylglycin oder ein Salz oder eine Mischung von Salzen davon einschließt.

5. Zusammensetzung gemäß Anspruch 4, wobei der auf Glyphosat basierende herbizide Bestandteil ein Isopropylaminsalz von N-Phosphonomethylglycin einschließt.

6. Zusammensetzung gemäß mindestens einem der Ansprüche 1 bis 5, wobei die Zusammensetzung ferner einen Bestandteil, gewählt aus der einen Formulierungsverbesserer, ein Emulgiermittel und ein oberflächenaktives Mittel umfassenden Gruppe gewählt wird.

7. Verfahren zur Unkrautbekämpfung, wobei das Verfahren das Verabreichen an das Unkraut einer wirksamen Menge einer Zusammensetzung, umfassend

   (a) einen auf Glyphosat basierenden herbiziden Bestandteil, der zu 0,08 bis 2,0 Gewichtsprozent der Zusammensetzung vorliegt; und

   (b) einen auf Fettsäure basierenden herbiziden Bestandteil, welcher eine Fettsäure oder eine Mischung von Fettsäuren oder ein Salz davon oder eine Mischung von Salzen davon ist, wobei der auf Fettsäure basierende herbizide Bestandteil zu 0,1 bis 3,0 Gewichtsprozent der Zusammensetzung vorliegt, umfaßt, wobei die Fettsäuren aus der Caprylsäure, Pelargonsäure, Caprinsäure, Undecansäure, 10-Undecensäure und Laurinsäure umfassenden Gruppe gewählt wird.

8. Verfahren gemäß Anspruch 7, wobei der auf Glyphosat basierende herbizide Bestandteil eine Verbindung der Formel:

12

EP 0 556 283 B1



einschließt, in der R, R' und R" jeweils unabhängig -OH, Halogen oder -SH bedeuten, oder ein Salz oder eine Mischung von Salzen davon.

9. Verfahren gemäß Anspruch 7 oder Anspruch 8, wobei die Fettsäure aus der Caprylsäure, Pelargonsäure, Caprinsäure und Mischungen davon umfassenden Gruppe gewählt wird; der auf Glyphosat basierende herbizide Bestandteil schließt N-Phosphonomethylglycin oder ein Salz oder eine Mischung von Salzen davon ein.

10. Verfahren gemäß mindestens einem der Ansprüche 7 bis 9, wobei die Zusammensetzung mit einem Volumen von 47 bis 374 Litern pro Hektar an das Unkraut verabreicht wird.

**Revendications**

1. Composition agricole pour le contrôle des mauvaises herbes, comprenant :

(a) un ingrédient herbicide à base de glyphosate présent à raison de 0,08 à 2,0% en poids de la composition, et

(b) un ingrédient herbicide à base d'acide(s) gras qui est constitué d'un acide gras ou d'un mélange d'acides gras, ou d'un sel ou d'un mélange de sels de ces acides, ledit ingrédient herbicide à base d'acide(s) gras étant présent à raison de 0,1 à 3,0% en poids de la composition,
composition dans laquelle les acides gras sont sélectionnés dans le groupe comprenant l'acide caprylique, l'acide pélargonique, l'acide caprique, l'acide undécanoïque, l'acide 10-undécénoïque et l'acide laurique.

2. Composition selon la revendication 1, dans laquelle le sel ou le mélange de sels comprend un sel de potassium, un sel de sodium, un sel de calcium ou un sel d'ammonium.

3. Composition selon la revendication 1 ou 2, dans laquelle l'ingrédient herbicide à base de glyphosate comprend un composé représenté par la formule :



dans laquelle R, R' et R" sont chacun indépendamment un groupe -OH, un halogène ou un groupe -SH, ou un sel ou un mélange de sels de celui-ci.

4. Composition selon la revendication 3, dans laquelle l'ingrédient herbicide à base de glyphosate comprend de la N-phosphonométhylglycine ou un sel ou un mélange de sels de celle-ci.

5. Composition selon la revendication 4, dans laquelle l'ingrédient herbicide à base de glyphosate comprend un sel d'isopropylamine de la N-phosphonométhylglycine.

6. Composition selon l'une quelconque des revendications 1 à 5, dans laquelle la composition comprend par ailleurs un ingrédient sélectionné dans le groupe comprenant un promoteur de formulation, un émulsionnant et un agent tensioactif.

7. Procédé de contrôle de mauvaises herbes, ledit procédé comprenant l'administration auxdites mauvaises herbes d'une quantité efficace d'une composition comprenant:

13

**EP 0 556 283 B1**

(a) un ingrédient herbicide à base de glyphosate présent à raison de 0,08 à 2,0% en poids de la composition, et

(b) un ingrédient herbicide à base d'acide(s) gras qui est constitué d'un acide gras ou d'un mélange d'acides gras, ou d'un sel ou d'un mélange de sels de ceux-ci, l'ingrédient herbicide à base d'acide(s) gras étant présent à raison de 0,1 à 3,0% en poids de la composition, les acides gras étant choisis dans le groupe comprenant l'acide caprylique, l'acide pélargonique, l'acide caprique, l'acide undécanoïque, l'acide 10-undécénoïque et l'acide laurique.

8.  Procédé selon la revendication 7, dans lequel l'ingrédient herbicide à base de glyphosate comprend un composé représenté par la formule :

$$R - \overset{\overset{\displaystyle O}{\|}}{C} - CH_2 - \overset{\overset{\displaystyle H}{|}}{N} - CH_2 - \overset{\overset{\displaystyle O}{\|}}{\underset{\underset{\displaystyle R''}{|}}{P}} - R'$$

dans laquelle R, R' et R'' sont chaun indépendamment un groupe -OH, un halogène ou un groupe -SH, ou un sel ou un mélange de sels de celui-ci.

9.  Procédé selon la revendication 7 ou 8, dans lequel l'acide gras est sélectionné dans le groupe comprenant l'acide caprylique, l'acide pélargonique, l'acide caprique et leurs mélanges; l'ingrédient herbicide à base de glyphosate comprend de la N-phosphonométhylglycine ou un sel ou un mélange de sels de celle-ci.

10.  Procédé selon l'une quelconque des revendications 7 à 9, dans lequel la composition est administrée aux mauvaises herbes en volume de 47 à 374 litres à l'hectare.

14