UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| W. Neudorff GmbH KG, | ) | Civil Action No.  08-C-333 |
| Plaintiff, | ) | |
| v. | ) | |
| Falcon Lab LLC | ) | DECLARATION OF FRANCIS ADDY |
| Defendant. | ) | |

I, Francis Addy, hereby depose and state as follows:

1.      I am an individual residing in Dublin, Ohio.  I am the former President of Necessary Organics, Inc. ("Necessary Organics"), a company formerly located in New Castle, Virginia that was in the business of supplying natural garden products, including herbicides and pesticides.  As President, I oversaw all of Necessary Organics' operations, sales, and administration.  In 1999, Necessary Organics was purchased by Intagra of Minneapolis, Minnesota.  As a result of the sale, I left my job as President.  Later, Intagra was purchased by Woodstream Corporation of Lititz, Pennsylvania.

2.      I am familiar with the maker of H01 herbicidal soap, Neudorff GmbH KG ("Neudorff").  Sometime in the spring of 1998, Neudorff informed Necessary Organics that it had a formula for a herbicide, known as the H01 herbicidal soap, available to license.  I looked at the formula and thought it looked interesting; Neudorff provided me with samples of it, and I tried it out by spraying it on weeds.  It was effective, and I felt that it would be a good product for my company to make and sell.

3.      I negotiated with Neudorff to enter into a license agreement to make and sell the

ready-to-use formulation of the H01 herbicidal soap. Attached as <u>Exhibit A</u> is a true and complete copy of a letter I sent to Neudorff, dated May 18, 1998, confirming that Necessary Organics would take a license of the H01 herbicidal soap (and other products) on the terms Neudorff offered, and asking that Neudorff forward a licensing agreement for my review. A true and complete copy of the license agreement that Necessary Organics entered into with Neudorff (the "License Agreement"), dated June 24, 1998, is attached as <u>Exhibit B</u>.

4.    The License Agreement required that Necessary Organics make the H01 herbicidal soap to Neudorff's specifications. Neudorff supplied us with the manufacturing specification, which included a list of ingredients and a method to manufacture it, and we manufactured the product exactly to the specification.

5.    Beginning in 1998, Necessary Organics began selling the ready-to-use formulation of the H01 herbicidal soap under the name "CONCERN® Fast-Acting Weed Killer" ("CONCERN®"). The composition of CONCERN® as manufactured was identical to the H01 herbicidal soap. The active ingredient was ammoniated soap of fatty acids. We also sold both a 32 fluid ounce and a 64 fluid ounce containers of CONCERN®. The CONCERN® product had a label with directions for use, which instructed the user to spray the product directly onto weeds. The 64 fluid ounce came with a special detached sprayer used to spray the product over larger areas. Attached as <u>Exhibit C</u> is a true and accurate copy of the front of the 32 fluid ounce container of CONCERN® and a true and complete copy of a Fact Sheet for the product. Attached as <u>Exhibit D</u> is a true and complete copy of the Material Safety Data Sheet for the product.

6.    We began selling CONCERN® to distributors during the week of November 20, 1998. That week we sold 61 cases of the 32 fl. oz. product (12 bottles to a case), and two cases

of the 64 fl. oz. product (8 bottles to a case). From the week of November 20, 1998, until the week of April 16, 1999, we sold 1075 cases of the 32 fl. oz. product and 118 cases of the 64 fl. oz. product. Attached as Exhibit E is a Necessary Organics's sales spreadsheet for the period from October 9, 1998 to September 30, 1999. Columns N and O on the spreadsheet, containing Item #s 98632 and 98664, contain sales numbers (in cases) for the sales of the 32- and 64-fluid ounce CONCERN®, respectively. Attached as Exhibit F is a Necessary Organics's sales spreadsheet demonstrating the dollar sales, amounts of each product, and shipment dates by distributor. The first shipment of the product (designated as "FAST 32" on the spreadsheet) was to Fosters, Inc., located in Iowa, on December 15, 1998.

7.    Based on these sales, Necessary Organics paid royalties to Neudorff under the License Agreement. Attached as Exhibit G is an accounting of the royalties due to Neudorff for sales from October 1998 until May 1999, reflecting Necessary Organics's sales of nearly $REDACTED, and a $REDACTED royalty due to Neudorff.

8.    We sold and shipped CONCERN® to distributors in Iowa, Missouri, and Kansas. These distributors supplied hundreds of retailers with the product. Attached as Exhibit H are certain Necessary Organics's sales and marketing documents, including a 1999 Distributor Price List and 1999 Product Specifications (listing the prices for Necessary Organics's "Fast-Acting Weed Killer-RTU" in the 32- and 64-fluid ounce sizes, denoted as Item #s 98632 and 98664, respectively), the list of 1998 Manufacturer's Representatives, and the list of Lawn and Garden Distributors.

9.    Attached as Exhibit I is a form that Necessary Organics submitted to the EPA that identifies the H01 RTU Herbicidal Soap as the name of the registered product, and Concern Fast Acting Weed Killer Ready to Use as the distributor product name.

10.     There is no question, based both on my memory and on Necessary Organics's business records, that Necessary Organics manufactured CONCERN® as specified by Neudorff's specification for the ready-to-use H01 herbicidal soap.

11.     Further, there is no question that CONCERN® was in use in the United States prior to April 27, 1999.  I used it in the spring of 1998 in Virginia to see how effective the product was at killing weeds.  Based on this use, I decided that Necessary Organics should license the formula from Neudorff and make it and sell it.  The distributors I sold the product to in turn supplied retailers and I am confident based on the volume of my sales that the product was sold to consumers who used it according to the directions to kill weeds prior to April 27, 1999.

12.     Exhibits A through I, above, are documents that were created by Necessary Organics on or near the dates contained therein, and were maintained as a part of its regularly conducted business activities.  As the former President of Necessary Organics, I have personal knowledge of the existence and maintenance of these documents and, after Necessary Organics was sold to Intagra, I continued to maintain copies of these documents so that they would be available in the event that I ever needed to refer to them.

I declare under penalty of perjury that the foregoing is true and correct.  Signed this 29th

date of May 2008.

Francis Addy

# EXHIBIT A

FROM : NECESSARY ORGANICS INC          PHONE NO. : 540 864 5186          May. 18 1998 01:23PM P1



May 18, 1998

Mr. Detlef Meyer
W. Neudorff GmbH KG
Postfach 1209
31857 Emerthall

Dear Detlef,

I received your faxed letter of May 15, 1998 and have found the conditions you have offered for a non-exclusive licensing agreement on your Copper Soap Fungicide, Vegol, and the Ready to Use Herbicide to be acceptable.

We intend to introduce these products for the 1999 season which means that we will be producing labels and all marketing materials immediately.

In order to apply for state registrations we are required to have a number of support documents. We are, therefore, asking George Puritch to provide us with the following: a current material safety data sheet on each product, a hard copy of the EPA stamped approved label on each product, a confidential statement of formula on each product, and a 2 - 5 gallons sample of each product.

Please have the licensing agreement(s) prepared and forwarded to me for review.

Cordially,

Francis X. Addy
President


cc:    George Puritch


Necessary Organics, Inc. makers of Concern®, New Castle, Virginia 24127-0305

**EXHIBIT B**



## License Agreement

This License Agreement is made and entered into by and between the firm of W. Neudorff GmbH KG. represented by its managing directors, Dr. Ekkehard Lohmann and Hans Joachim Lohmann, An der Mühle 3, 31860 Emmerthal, Federal Republic of Germany (hereinafter referred to as "Neudorff "), and Necessary Organics, Inc., a Virginia corporation with offices located at One Nature's Way, New Castle, Virginia 24127-0305, USA (hereinafter referred to as "Licensee").

WHEREAS, Neudorff develops and produces products for organic, gardening in Germany and has developed and owns certain trade secrets and proprietary and confidential know-how for the manufacture and use of these products, which trade secrets and know-how have been commercially utilized by Neudorff for a long period of time in Germany,

WHEREAS, Licensee desires a license from Neudorff under these trade secrets and know-how to manufacture and sell certain of these products in the United States market.

WHEREAS, Neudorff is willing to disclose such trade secrets and know-how to Licensee for use in manufacturing such products in such geographical area, on the terms and subject to the conditions set froth herein.

NOW, THEREFORE, in consideration of the foregoing promises and the mutual covenants and agreements contained herein, the parties hereto agree as follows:

1.    DEFINITIONS.    For purposes of this Agreement, the following terms shall have the following meanings and shall include the plural as well as the singular:

1.1    "Products" shall mean the products identified in Annex 1 attached hereto.  Further products may be added to Annex 1 upon mutual agreement by the parties.

1.2    "Know-How" shall mean any trade secret, technical fact, know-how, data (in the form of reports, drawings, designs, manufacturing process specifications, quality control. inspection and testing procedures, methods, techniques, processes, and the like), used commercially by Neudorff in the manufacturing, processing and inspecting of the Products in the regular course of its business development, and in existence on the date and after this Agreement becomes effective.



Necessary Organics - Neudorff Agreement 1998
June 24, 1998
Page 2/12





Necessary Organics - Neudorff Agreement 1998
June 24, 1998
Page 3/12





Necessary Organics - Neudorff Agreement 1998
June 24, 1998
Page 4/12



6.    ROYALTY.

6.1    With respect to each Product(s) sold, Licensee shall pay to Neudorff a royalty in the amount of *Redacted* percent of the Total Net Sales Dollars received by Licensee as identified in Annex 3.



Necessary Organics - Neudorff Agreement 1998
June 24, 1998
Page 5/12

REDACTED

7.     QUALITY CONTROL AND GOVERNMENTAL APPROVAL.

7.1     All Products sold by Licensee shall be manufactured in accordance, with US. regulations thereto and shall be in conformance with quality specifications agreed upon by the parties. The quality of all Products sold shall at least correspond with the quality of samples supplied to Licensee by Neudorff, to be tested by Licensee at Licensee's expense. For audit purposes, Neudorff may request a reasonable number of sample Products for testing by Neudorff at Neudorff's expense, such request not to exceed twice in each calendar year.



7.6     Prior to sale, Licensee shall submit all product specific labels to Neudorff to ensure that they comply with the registered EPA master label.





Necessary Organics – Neudorff Agreement 1998
June 24, 1998
Page 6/12
If Licensee wishes to alter the approved label, then it will first obtain Neudorff's approval and then revise the label at its own expense and on its own responsibility.





Necessary Organics – Neudorff Agreement 1998
June 24, 1998
Page 7/12





Necessary Organics - Neudorff Agreement 1998
June 24, 1998
Page 8/12





Necessary Organics - Neudorff Agreement 1998
June 24, 1998
Page 9/12







Necessary Organics ~ Neudorff Agreement 1998
June 24, 1998
Page 10/12



Necessary Organics - Neudorff Agreement 1998
June 24, 1998
Page 11/12

REDACTED



Necessary Organics - Neudorff Agreement 1998
June 24, 1998
Page 12/12
**IN WITNESS WHEREOF**, the parties hereto have caused this Agreement to
be executed in the manner appropriate to each,

Necessary Organics, Inc.

By: _Francis X. Adolf_

Title: _President_

W. Neudorff GmbH KG

By: _Detlef_

Title: _CEO_

**ANNEX 1**
To The License Agreement 1998.

between

W. Neudorff GmbH KG

and

Necessary Organics Inc.

Product under the agreement shall be the following products as described and with their registration numbers, where applicable, as follows:

1    Redacted

2    Redacted

3    Redacted

4    Herbicidal Soap (HO1) RTU

The Licensing period for Redacted and H01 herbicide shall have a duration of 5 years, beginning with the date of this annex, and then will be extended for another three years, unless one of the parties terminates the Agreement with at least a six month notice.

Dated: _July 20, 1998_ _____        _August 10, 1998_



**ANNEX 2**
To The License Agreement 1998.

between

W. Neudorff GmbH KG

and

Necessary Organics Inc.

According to §5.2 of the Agreement, the Licensee shall sell a minimum quantity, or pay minimum royalties thereon, of Neudorff's Redacted Redacted
·· Herbicidal Soap RTU (H01) listed under Annex 1 as follows:

Annual Sales For First Seven Years ($ "000):



3.    Herbicidal Soap (H01) RTU

| 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|------|------|------|------|------|------|
| Redacted | | Redacted | | Redacted | |



**ANNEX 3**
To The License Agreement 1998.

between

W. Neudorff GmbH KG

and

Necessary Organics Inc.

According to Section 6.0 of the Agreement, the Licensee shall pay Neudorff royalties for each product under Annex 1, based on net sales of the Licensee to their customers.  Freight, recalls and take-backs of products will not reduce the royalties and the royalties will apply to the net selling price regardless of the unit sold, either RTU or concentrate.  The royalty schedules are as follows:

1  Redacted                    Redacted

2  Redacted                    Redacted

3. Redacted                    Redacted

4  Herbicidal Soap (H01) RTU   Redacted

**EXHIBIT C**



# *Concern*®
# FAST-ACTING WEED KILLER™

## Kills Within
# HOURS
### Won't Stain Bricks, Concrete or Asphalt

Active Ingredients:
Ammoniated Soap of Fatty Acids .... 3.69%
Inert Ingredients .................... 96.32%
Total ............................... 100.00%

**Herbicidal Soap**



# KILLS WEEDS, ALGAE AND MOSS
# ELIMINATES UNWANTED VEGETATION FAST

# *Concern*®

**FACT SHEET**
*Fast-Acting Weed Killer*

**Description:**    *Concern Fast-Acting Weed Killer* is a non-selective herbicide that is made from ammoniated salts of fatty acids in a water base.

**Target Pests:**    Chickweed, corn spurry, dandelion, groundsel, lambsquarters, mustards, plantain, redroot pigweed, round leaved mallow, sheep sorrel, shepherd's purse, stinkweed, thistle

**For Use On:**    Patios, driveways, sidewalks, roofs and in planting beds prior to planting grass, flowers and vegetables.

**Formulation:**    Herbicidal soap

**Active Ingredients:**    Ammoniated soap of fatty acids

**Packaging:**    The ready-to-use 32 oz. spray bottle will treat up to 48 sq. ft.; the 64 oz. bottle will treat up to 96 sq. ft.

**Retail Price:**    32 oz. ready-to-use          $5.99
                            64 oz. with detachable sprayer     $10.99

**Distribution:**    Garden centers, hardware stores, natural food stores and fine catalogs nationwide.

Necessary Organics, Inc. • One Nature's Way • New Castle, Virginia 24127-0305 • PHONE 540/864-5103 • FAX 540/864-5186
ORDERS 800/447-5354 • EMAIL concern@swva.net • WEB SITE www.concerngarden.com

© All rights reserved, 1997. All ®, TM property of Necessary Organics, Inc.
99FACSHT FWG-6/97 CON./9/25

*Prices & specifications subject to change*

**EXHIBIT D**

# MATERIAL SAFETY DATA SHEET

## Concern® Fast-Acting Weed Killer

### 1. COMPONENTS:

Concern® Fast-Acting Weed Killer is a ready to use formulation of ammonium salts of fatty acids and isopropyl alcohol.

### 2. PHYSICAL PROPERTIES:

Concern® Fast-Acting Weed Killer is a clear, odorless liquid with an odor of soap, ammonia. The product is stable with no known hazardous polymerization conditions. It is easily mixed with water.

### 3. HAZARD DATA: 29CFR 1910.1200

NFPA HAZARD SIGNAL:

| Health | Flammability |
|---|---|
| 1 | 0 |
| 0 | 0 |
| Stability | Specific Hazard |

HAZARDS CODE

| | |
|---|---|
| 0 | Insignificant |
| 1 | Slight |
| 2 | Moderate |
| 3 | High |
| 4 | Extreme |

DOT HAZARD CLASS: None
HAZARD WASTE CLASS: III CAUTION.

### 4. SAFE USAGE DATA:

PROTECTIVE EQUIPMENT
   Eyes: None required.
   Respiratory: None required.
   Gloves: None required
VENTILATION
   General Mechanical: Specific ventilation is not normally necessary.
   Local Exhaust: Not normally necessary.
PRECAUTIONS
   Handling & Storage: Store at ambient temperatures, tightly capped. Avoid exposure to excessive heat.

### 5. EMERGENCY RESPONSE:

FIRE:
   Extinguishing Media: Water, carbon dioxide, foams
   Special Procedures: Normal extinguishing procedures.
   Hazardous Decomposition Products: Carbon dioxide, carbon monoxide, nitrates, ammonia.
EXPOSURE:
   First-Aid Measures:
     Inhalation: Remove to fresh air. If irritation persists, consult a physician.
     Skin: Wash with soap and water.
     Eyes: Flush eyes for at least 15 minutes, consult a physician.
     Ingestion: Drink plenty of water.
SPILLS: Absorb large spills with absorbent materials. Will be very slippery.
WASTE DISPOSAL METHOD: Dispose of in accordance with local regulations.

### 6. HEALTH HAZARD INFORMATION:

EFFECTS OF OVER-EXPOSURE:
   Skin: May cause irritation; prolonged or frequent contact may cause allergic reaction.
   Eyes: Can be expected to cause moderate irritation.
   Ingestion: May cause irritation.
   Inhalation: Can be expected to cause irritation if fine droplets are inhaled.
   Medical Conditions Aggravated: Chronic skin, eye respiratory disease.
EMERGENCY TREATMENT: Remove from exposure. Contact physician.

MANUFACTURER:
Necessary Organics, Inc.
One Nature's Way
New Castle, Virginia 24127-0305

EMERGENCY PHONE #: 540/864-5103
DATE: 7/13/98
SIGNATURE: *Carrie Gaudance*

The information presented above is believed to be correct and is the most accurate information available to us at this time. However, Necessary Organics, Inc. makes no warranty, express or implied a assumes no liability for this information and the product described herein.

CAS = Chemical Abstracts Service
CFR = Code of Federal Regulations
NFPA = National Fire Protection Association

DOT = U.S. Department of Transportation
EPA = U.S. Environmental Protection Agency
TLV = Threshold Limit Value

All ®, TM property of Necessary Organics, Inc.
© All rights reserved, 1996
MSDS PMS

# EXHIBIT E

**EXHIBIT F**

**EXHIBIT G**



Makers of

# Concern®
## NATURAL GARDEN PRODUCTS

## NEUDORFF

### FAST ACTING WEED KILLER
### Oct. 98 - May 99 Sales

| Item # | Description | # Cases | Total $ |
|--------|-------------|---------|---------|
| 98632-A | Fast Acting Weed Killer | 3 | $ Redacted |
| 98632-D | Fast Acting Weed Killer | 58 | $ Redacted |
| 98632-N | Fast Acting Weed Killer | 1,139 | $ Redacted |
| | | Total | $ Redacted |
| | Redacted | | - Redacted |
| | Redacted | | - Redacted |
| | Total Net Sales | | $ Redacted |
| Redacted - Royalty Due | | | $ Redacted |

# EXHIBIT H



**Concern**®
NATURAL GARDEN PRODUCTS

*Effective October 1, 1998*
**To Order Call 800/447-5354**
*Fax 540/864-5186*
*or Email concern@swva.net*
**Visit our Website www.concemgarden.com**

# 1999 DISTRIBUTOR PRICE LIST

| ITEM # | PRODUCT | UNIT SIZE | CASE PAK | CASE WT. | SUGGESTED RETAIL | DISTRIBUTOR CASE | COST UNIT |
|---|---|---|---|---|---|---|---|
| **WEED CONTROL** | | | | | | | |
| 98632 | Fast-Acting Weed Killer-RTU | 32 fl.oz. | 12 | 30 lb. | $5.99 | $32.40 | $2.70 |
| 98664 | Fast-Acting Weed Killer-RTU | 64 fl.oz. | 8 | 38 lb. | $10.99 | $39.60 | $4.95 |
| 97180 | Weed Prevention Plus-New ShakerPAK™! | 5 lb. | 8 | 42 lb. | $9.99 | $36.00 | $4.50 |
| **HOME PEST CONTROLS** | | | | | | | |
| 98232 | Citrus Home Pest Control-RTU | 32 fl.oz. | 12 | 30 lb. | $5.99 | $32.40 | $2.70 |
| 98264 | Citrus Home Pest Control-RTU | 64 fl.oz. | 8 | 38 lb | $12.99 | $46.80 | $5.85 |
| **GARDEN PEST CONTROLS** | | | | | | | |
| 98932 | Copper Soap Fungicide-RTU | 32 fl.oz. | 12 | 30 lb | $5.99 | $32.40 | $2.70 |
| 98824 | Pesticidal Spray Oil-concentrate | 24 fl.oz. | 12 | 22 lb | $8.99 | $48.60 | $4.05 |
| 97024 | DE Crawling Insect Killer-shaker box | 1½ lb. | 12 | 22 lb. | $5.99 | $32.40 | $2.70 |
| 97064 | DE Crawling Insect Killer-economy bag | 4 lb. | 8 | 36 lb. | $9.99 | $36.00 | $4.50 |
| 98512 | Multi-Purpose Insect Killer-RTU | 12 fl.oz. | 12 | 12 lb. | $3.49 | $19.20 | $1.60 |
| 98532 | Multi-Purpose Insect Killer-RTU | 32 fl.oz. | 12 | 30 lb. | $5.99 | $32.40 | $2.70 |
| 98408 | Multi-Purpose Insect Killer-concentrate | 8 fl.oz. | 12 | 6 lb. | $9.99 | $54.00 | $4.50 |
| 98112 | Insect Killing Soap-RTU | 12 fl.oz. | 12 | 12 lb | $3.49 | $19.20 | $1.60 |
| 98132 | Insect Killing Soap-RTU | 32 fl.oz | 12 | 30 lb | $5.99 | $32.40 | $2.70 |
| 98024 | Insect Killing Soap-concentrate | 24 fl.oz | 12 | 22 lb | $8.99 | $48.60 | $4.05 |
| 98332 | Rose & Flower Insect Killer-RTU | 32 fl.oz | 12 | 30 lb | $5.99 | $32.40 | $2.70 |
| 98732 | Tomato & Vegetable Insect Killer-RTU | 32 fl.oz. | 12 | 30 lb. | $5.99 | $32.40 | $2.70 |
| 96205 | Slug Stop Slug & Snail Barrier-squeeze tube | 5 oz | 12 | 6 lb | $5.99 | $32.40 | $2.70 |
| **PLANT FOODS** | | | | | | | |
| 91057 | Vitalize 7-5-5 Granular-New Shaker Box! | 3.6 lb. | 12 | 45 lb. | $5.99 | $32.40 | $2.70 |
| 95024 | Vitalize 3-2-2 Fish & Kelp Blend-concentrate | 24 fl.oz. | 12 | 25 lb. | $5.99 | $32.40 | $2.70 |
| **COMPOST STARTER** | | | | | | | |
| 93016 | Compost BioActivator-one ton formula | 1 lb. | 12 | 15 lb. | $5.99 | $32.40 | $2.70 |

## DISTRIBUTOR TERMS

Minimum prepaid shipment 100 cases. 2% May 10 dating / Net 60 days.
Call Customer Service for Truckload and LTL pickup allowances.

Necessary Organics, Inc. • One Nature's Way • New Castle, Virginia 24127-0305 • PHONE 540/864-5103 • FAX 540/864-5186
ORDERS 800/447-5354 • EMAIL concern@swva.net • WEB SITE www.concemgarden.com

REV. 8/5/98
© All rights reserved, 1998. All ®, TM property of Necessary Organics, Inc. unless noted. ShakerPAK is a TM of Kapak Corp
99PL-1.898 CONL-9001

*Prices & specifications subject to change.*



# Concern®
## NATURAL GARDEN PRODUCTS

# 1999 PRODUCT SPECIFICATIONS

*Effective October 1, 1998*

| ITEM# | PRODUCT | UNIT SIZE | UNIT WT. | DIMENSION L x W x H | UNIT CU. IN. | UNIT UPC | CASE PAK | CASE WT. | DIMENSION L x W x H | CASE CU. FT. | CASE 12 of 5 CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 99632 | Fast-Acting Weed Killer-RTU | 32 fl. oz. | 2.31 fl. oz. | 4⅛ x 3 x 11¾ | 171.85 | 0-33745-98632-2 | 12 | 30 lb. | 15 x 12¼ x 12½ | 1.32 | 100-33745-98632-9 |
| 98864 | Fast-Acting Weed Killer-RTU | 64 fl. oz. | 4.40 lb. | 6¼ x 2¾ x 9¾ | 163.28 | 0-33745-98664-5 | 8 | 38 lb. | 14 x 12 x10 | .97 | 100-33745-98664-0 |
| 97180 | Weed Prevention Plus-ShakerPak™ | 5 lb. | 5.35 lb. | 10 x 4 x 19 | 760.00 | 0-33745-97180-8 | 8 | 42 lb. | 21¼ x 5¼ x 11 | 1.25 | 100-33745-97180-6 |
| 98232 | Citrus Home Pest Control-RTU | 32 fl. oz. | 2.31 lb. | 4⅛ x 3 x 11¾ | 171.85 | 0-33745-98232-4 | 12 | 30 lb. | 15⅝ x 10 x 12 | 1.10 | 100-33745-98232-1 |
| 98264 | Citrus Home Pest Control-RTU | 64 fl. oz. | 4.40 lb. | 6¼ x 2¾ x 9¾ | 163.28 | 0-33745-98264-5 | 8 | 38 lb. | 14 x 12 x10 | .97 | 100-33745-98264-2 |
| 98932 | Copper Soap Fungicide-RTU | 32 fl. oz. | 2.31 lb. | 4⅛ x 3 x 11¾ | 171.85 | 0-33745-98932-3 | 12 | 30 lb. | 15 x 12¼ x 12½ | 1.32 | 100-33745-98932-0 |
| 98824 | Pesticidal Spray Oil-concentrate | 24 fl. oz. | 1.78 lb. | 4⅛ x 2 x 7⅞ | 63.57 | 0-33745-98824-1 | 12 | 22 lb. | 14 x 8⅝ x 8⅛ | .57 | 100-33745-98824-8 |
| 97016 | DE Crawling Insect Killer-shaker can | 1 lb. | 1.31 lb. | 4⅛ x 4⅜ x 11 | 181.54 | 0-33745-97016-1 | 12 | 17 lb. | 16⅞ x 12⅝ x 12 | 1.48 | 100-33745-97016-8 |
| 97024 | DE Crawling Insect Killer-shaker box | 1½ lb. | 1.75 lb. | 8⅞ x 2¼ x 10 | 177.00 | 0-33745-97024-6 | 12 | 20 lb. | 16⅜ x 13¼ x 10¼ | 1.40 | 100-33745-97024-3 |
| 97064 | DE Crawling Insect Killer-economy bag | 4 lb. | 4.18 lb. | 8½ x 5 x 13¼ | 563.13 | 0-33745-97064-2 | 8 | 36 lb. | 21 x 18 x 9¾ | 2.13 | 100-33745-97064-9 |
| 98512 | Multi-Purpose Insect Killer-RTU | 12 fl. oz. | .91 lb. | 3⅝ x 2 x 9 | 56.25 | 0-33745-98512-7 | 12 | 12 lb. | 11¼ x 9¼ x 9⅝ | .58 | 100-33745-98512-4 |
| 98532 | Multi-Purpose Insect Killer-RTU | 32 fl. oz. | 2.31 lb. | 4⅛ x 3 x 11¾ | 171.85 | 0-33745-98532-5 | 12 | 30 lb. | 15 x 12¼ x 12½ | 1.32 | 100-33745-98532-2 |
| 98408 | Multi-Purpose Insect Killer-concentrate | 8 fl. oz. | .51 lb. | 3 x 2 x 4¼ | 23.16 | 0-33745-98408-3 | 12 | 7 lb. | 9⅝ x 7⅜ x 5⅜ | .22 | 100-33745-98408-0 |
| 98112 | Insect Killing Soap-RTU | 12 fl. oz. | .93 lb. | 3⅝ x 2 x 9 | 56.25 | 0-33745-98112-0 | 12 | 12 lb. | 11¼ x 9¼ x 9⅝ | .58 | 100-33745-98112-6 |
| 98132 | Insect Killing Soap-RTU | 32 fl. oz. | 2.31 lb. | 4⅛ x 3 x 11¾ | 171.85 | 0-33745-98132-7 | 12 | 30 lb. | 15 x 12¼ x 12½ | 1.32 | 100-33745-98132-4 |
| 98024 | Insect Killing Soap-concentrate | 24 fl. oz. | 1.78 lb. | 4⅛ x 2 x 7⅞ | 63.57 | 0-33745-98024-5 | 12 | 22 lb. | 14 x 8⅝ x 8⅛ | .57 | 100-33745-98024-2 |
| 98332 | Rose & Flower Insect Killer-RTU | 32 fl. oz. | 2.31 lb. | 4⅛ x 3 x 11¾ | 171.85 | 0-33745-98332-9 | 12 | 30 lb. | 15 x 12½ x 12¼ | 1.32 | 100-33745-98332-8 |
| 98732 | Tomato & Vegetable Insect Killer-RTU | 32 fl. oz. | 2.31 lb. | 4⅛ x 3 x 11¾ | 171.85 | 0-33745-98732-9 | 12 | 30 lb. | 15 x 12¼ x 12½ | 1.32 | 100-33745-98732-6 |
| 96205 | Slug Stop Slug & Snail Barrier | 5 oz. | .45 lb. | 5¼ x 1⅝ x 9¾ | 98.11 | 0-33745-96205-0 | 12 | 6 lb. | 10¼ x 6 x 11⁹⁄₁₆ | .40 | 100-33745-96205-7 |
| 91057 | Vitalize 7-5-5 Granular-shaker box | 3.6 lb. | 3.85 lb. | 6⅞ x 2¾ x 10 | 177.00 | 0-33745-91057-0 | 12 | 22 lb. | 16⅜ x 13¼ x 10¼ | 1.40 | 200-33745-91057-4 |
| 95024 | Vitalize 3-2-2 Liquid Blend-concentrate | 24 fl. oz. | 2.00 lb. | 4⅛ x 2 x 7⅞ | 63.57 | 0-33745-95024-8 | 12 | 22 lb. | 14 x 8⅝ x 8⅛ | .57 | 100-33745-95024-2 |
| 93016 | Compost BioActivator | 1 lb. | 1.16 lb. | 3½ x 3⅝ x 5½ | 72.27 | 0-33745-93016-5 | 12 | 15 lb. | 15 x 11½ x 6¼ | .62 | 100-33745-93016-2 |

Necessary Organics, Inc. • One Nature's Way • New Castle, Virginia 24127-0305 • PHONE 540/864-5103 • FAX 540/864-5186
EMAIL concern@nwswa.net • WEB SITE www.concerngarden.com

*Specifications subject to change without notice.*

© All rights reserved 1998    NGI®-TV property of Necessary Organics, Inc. unless noted    ShakerPak is a TM of Kapak Corp.

# *Concern*®

## 1998 MANUFACTURER'S REPRESENTATIVES



**HAWAII**

Henry Laurced Company, Ltd.
Henry Charliecombe
99-1561 Waihona Street
Pearl City, HI 96782
PHONE 808/455-0548
FAX 808/455-9755

**ALASKA, WASHINGTON, OREGON**

Limico, Inc.
Ed Hadfield
P.O. Box 8706
Portland, OR 97208
PHONE 503/236-3636
FAX 503/236-4555

Mike Herberholz
3823 40th Street CT. NW
Gig Harbor, WA 98335
PHONE 253/858-9888
FAX same as above

**CALIFORNIA, NEVADA, ARIZONA**

Westervy Sales Co.
John O'Hara
18116 Valley Spring Road
Chino Hills, CA 91709
PHONE 714/572-1957
FAX 714/572-1723

**MONTANA, IDAHO, WYOMING, UTAH, COLORADO**

ADB Marketing, Inc.
Allen Betz
Dan Telemarkes
Dean Betz
1842 South Parker Road
Suite 204
Denver, CO 80231
PHONE 303/750-8540
FAX 303/750-8575

**NORTH DAKOTA, SOUTH DAKOTA**

Necessary Organics, Inc.
Fran Addy
Nina Davis
One Nature's Way
New Castle, Virginia 24127-0305
PHONE 540/864-5103
FAX 540/864-5186

**NEW MEXICO**

Necessary Organics, Inc.
Fran Addy
Nina Davis
One Nature's Way
New Castle, Virginia 24127-0305
PHONE 540/864-5103
FAX 540/864-5186

**NEBRASKA, KANSAS, IOWA, MISSOURI**

Necessary Organics, Inc.
Fran Addy
Nina Davis
One Nature's Way
New Castle, Virginia 24127-0305
PHONE 540/864-5103
FAX 540/864-5186

**OKLAHOMA, TEXAS, ARKANSAS, LOUISIANA, MISSISSIPPI**

CHEMerchandising, Inc.
Charll Soury
Greg Phillips
Jeff School
Fancee Coleman
2750 Northaven Rd., Suite 206
Dallas, TX 75229
PHONE 972/241-5552
FAX 972/484-6552

Glenn Wilcox
11827 S. Little John Cr.
Houston, TX 77071
PHONE 713/721-3938
FAX 713/721-0002

Don Ott
70 Landfall Lane
Conroe, TX 77302
PHONE 409/273-3059
FAX 409/273-4521

Marcus Clem
1000 E. Ash Lane, Apt. 2003
Euless, TX 76039
PHONE 817/392-8640

**OHIO, Western PENNSYLVANIA, WEST VIRGINIA, KENTUCKY**

Barry Marketing, Inc.
Kent McBride
Bob Berry
Don Idsinger
Mike Tackett
Justin Haines
77 East Wilson Bridge Road
Worthington, OH 43085
PHONE 614/888-5050
FAX 614/846-7090

Roy Fowler
339 Caven Drive
Pittsburgh, PA 15236
PHONE 412/655-4945
FAX 412/653-4121 (11)

**TENNESSEE, NORTH CAROLINA, SOUTH CAROLINA, ALABAMA, GEORGIA, FLORIDA**

Southeastern Marketing Svc.
Lester Youngblood
13024 Idlewild Road, Suite 1
Matthews, NC 28105
PHONE 704/847-3206
FAX 704/847-3207

Stratton Pritchard
1935 Windham Park, NE
Atlanta, GA 30324
PHONE 404/874-8231
FAX 404/873-3464

Greg Stake
P. O. Box 622706
Oviedo, FL 32762
PHONE 407/365-1411
FAX 407/365-1421

Larry Delgo
3639 Beaver Run Drive
Collierville, TN 38017
PHONE 901/853-1194
FAX 901/854-0004

**MICHIGAN**

Jili
Jerry Weisman
7025 Timberview Trail
West Bloomfield, MI 48322
PHONE 248/788-4867
FAX 248/788-4967

**ILLINOIS, INDIANA**

Complete Marketing, Inc.
Dennis Remke
6310 Main Street
Morton Grove, IL 60053
PHONE 847/583-0156
FAX 847/583-0150

**WISCONSIN, MINNESOTA**

David Leudon Sales
David Leudon
Matt McGuire
5900 North Port Washington
#2068
Milwaukee, WI 53217
PHONE 414/964-7977
FAX 414/964-3100

**MAINE, VERMONT, NEW HAMPSHIRE, MASSACHUSETTS, CONNECTICUT, RHODE ISLAND**

Schenkas Enterprises, Inc.
Wayne Smith
David Smith
120 Summit Road
Abington, MA 02351
PHONE 781/878-1800
FAX 781/878-8988

**NEW YORK, NEW JERSEY, Eastern PENNSYLVANIA, MARYLAND, DELAWARE, VIRGINIA**

J.A. Hammond Associates
Jay Hammond
Dwight Hammond
Mark Heath
RR 2, Box 2251
Polk Valley Road
Stroudsburg, PA 18360
PHONE 717/476-6530
FAX 717/476-6561

Necessary Organics, Inc. • One Nature's Way • New Castle, Virginia 24127-0305 • PHONE 540/864-5103 • FAX 540/864-5186
© All rights reserved, 1995. All ©, TM property of Necessary Organics, Inc.
RCPMAP-PMS798

# *Concern*®

## 1998 LAWN & GARDEN DISTRIBUTORS

**HAWAII**

Hawaiian Housewares, LTD.
Mutual Distributors
Pearl City, HI
808-453-8000

**ALASKA, WASHINGTON, OREGON**

Central Garden & Pet
Algona, WA
253-833-7771

D. F. Marks
Woodenville, WA
360-668-3802

L & L Nursery Supply, Inc.
Fife, WA
253-922-7714

Garden Distributors N.W.
Clackamas, OR
503-777-2244

**Northern CALIFORNIA, Northern NEVADA**

Humus
Richmond, CA
510-233-7745

**Southern CALIFORNIA, Southern NEVADA, ARIZONA**

L & L Nursery Supply, Inc.
Chino, CA
909-591-0461

GardenWest Dist. Inc.
Phoenix, AZ
602-233-2966

**NEW MEXICO**

Greenhouse & Garden Supply
Albuquerque, NM
505-345-8700

Central Garden & Pet
Albuquerque, NM
505-822-8715

**MONTANA, IDAHO, WYOMING, UTAH, COLORADO**

Gardner Distributing Co.
Billings, MT
406-656-5000

**NEBRASKA, KANSAS, IOWA, MISSOURI**

Foster's, Inc.
Waterloo, IA
319-235-0548

Hawkeye Seed Co.
Cedar Rapids, IA
319-364-7116

Gard'N Wise Distributors
Wichita, KS
316-535-1451

Central Garden & Pet
N. Kansas City, MO
816-221-9189

Tobin Standard Seed
Kansas City, MO
816-842-3836

Springfield Seed & Floral, Inc.
Springfield, MO
417-866-0230

BWI-Springfield
Springfield, MO
417-881-3003

United Garden Center
St. Louis, MO
314-353-0444

Mid-West TLC
Gothenburg, NE
308-537-3355

**OKLAHOMA, TEXAS, ARKANSAS, LOUISIANA, MISSISSIPPI**

Nitro Phos Fertilizer, Inc.
Houston, TX
713-225-1855

B.W.I.-Dallas/Ft.Worth
Dallas, TX
972-242-4755

B.W.I.-Texarkana
Texarkana, TX
903-838-8561

B.W.I.-Companies
Nash, TX
903-831-4929

B.W.I.-Schulenburg
Schulenburg, TX
409-743-4581

Harvest Supply
Fort Worth, TX
817-429-6431

B.W.I.-Jackson
Jackson, MS
601-922-8214

**MICHIGAN**

J. Mollema & Son, Inc.
Grand Rapids, MI
616-541-3000

**ILLINOIS, INDIANA**

Olson Distributing
Barrington, IL
847-381-8333

Siemer Distributing
Teutopolis, IL
217-857-3171

V.G. Supply
Park Ridge, IL
847-635-1000

Bloomington Wholesale
Garden Supply Co. (Worm's Way)
Bloomington, IN
800-316-1306

**WISCONSIN, MINNESOTA**

Carlin Sales Corp.
Milwaukee, WI
414-355-2300

Central Garden & Pet
Burnsville, MN
612-890-8367

Foster's
Rogers, MN
612-428-3514

**OHIO, Western PENNSYLVANIA, WEST VIRGINIA, KENTUCKY**

The Kruse Hardware Co.
Fairfield, OH
513-860-3600

U.S. Garden Sales, Inc.
Warrensville Hgts., OH
216-581-4400

Wetsel Seed Co.
Kittanning, PA
412-545-7181

Master Wholesale
Darlington, PA
412-827-2161

George W. Hill & Co.
Florence, KY
606-371-8423

**TENNESSEE, NORTH CAROLINA, SOUTH CAROLINA, ALABAMA, GEORGIA, FLORIDA**

Wyatt-Quarles Seed Co.
Garner, NC
919-772-4243

Piedmont Garden & Florist
Salisbury, NC
704-636-7790

Dillon Seed & Supply Co., Inc.
Dillon, SC
803-774-2494

Gro South of AL, Inc.
Montgomery, AL
334-265-5241

Gro South of GA, Inc.
Tucker, GA
770-935-1681

Central Garden & Pet
Orlando, FL
407-855-1933

Florida Seed
Lakeland, FL
941-686-6683

Pennington Seed
Columbia, SC
803-771-4222

**MAINE, VERMONT, NEW HAMPSHIRE, MASSACHUSETTS, CONNECTICUT, RHODE ISLAND**

Bramen Co.
Salem, MA
978-745-7765

Arett Sales Corp.
Waterbury, CT
203-755-0279

Commerce Inc.
Lincoln, RI
401-334-9700

**NEW YORK, NEW JERSEY, Eastern PENNSYLVANIA, MARYLAND, DELAWARE, VIRGINIA**

H. B. Davis Seed Co., Inc.
Albany, NY
516-489-5411

Page Seed Co.
Green, NY
607-656-4107

Arett Sales Corp/Good Prod Sale
Cherry Hill, NJ
609-751-1224

K. C. Schaefer SupplyCo., Inc.
York, PA
717-741-5065

P. L. Rohrer & Bro., Inc.
Smoketown, PA
717-299-2571

Meyer Seed Co.
Baltimore, MD
410-342-4224

Commerce Distributing
Baltimore, MD
410-295-3500

Wetsel Seed Co.
Harrisonburg, VA
540-434-6753

Southern States
Richmond, VA
804-281-1352
800-446-9510

Necessary Organics, Inc. • One Nature's Way • New Castle, Virginia 24127-0305 • PHONE 540/864-5103 • FAX 540/864-5186

© All rights reserved, 1997. All ®, TM property of Necessary Organics, Inc.

**EXHIBIT I**



Makers of

# Concern®

## NATURAL GARDEN PRODUCTS

August 4, 1998

Mr. George Puritch
Eco-Care Technologies, Inc.
10555 West Saanich Road
Sidney, British Columbia, Canada V8L 5L6

Dear George,

Enclosed are our completed Notice of Supplemental Distribution of a Registered Pesticide Product form. These forms need to be signed and forwarded to the U.S. Environmental Protection Agency as soon as possible.

Please send me a copy of each of the signed documents for our files.

Thank you for your assistance.

Cordially,

*Carrie*

Carrie Crawford
Vice President Administration

Enclosures

Necessary Organics, Inc., One Nature's Way, New Castle, Virginia 24127-0305
[800] 447-5354 • [540] 864-5103 • Fax [540] 864-5186



Please Read All Instructions Before Completing this Form *(Form must be typed)*  Form Approved  MB No. 2070-0044.  Approval Expires 1-31-95



United States Environmental Protection Agency
Office of Pesticide Programs (H7505C)
401 M Street SW
Washington, DC 20460

## Notice of Supplemental Distribution of a Registered Pesticide Product

### Instructions

After a registrant has obtained final registration for the basic product, the registrant may then supplementally distribute his/her product.  One form must be submitted for each distributor product and must be signed by the distributor involved.  The basic registration number and the distributor company number must be shown.

If a registrant has a potential distributor who does not have a company number assigned, she/he should have the distributor apply, on letterhead stationary, to the Registration Division to have a number assigned prior to submitting this form to the agency.

This Notice of Supplemental Distribution must be submitted by the basic registrant.  The completed form must have the concurrence and signature of both the registrant and the distributor.

| EPA Registration Number of Product | Distributor Company Number |
|---|---|
| 67702-7 | 50932 |

### Note: Do not submit distributor product labels

| Name of Registered Product *(basic product name accepted by EPA)* | Distributor Product Name |
|---|---|
| HO1 RTU Herbicidal Soap | Concern Fast Acting Weed Killer Ready to Use |

Name and Address of Distributor *(Type; include ZIP code)*

Necessary Organics, Inc.
One Nature's Way
P. O. Box 305
New Castle, Virginia 24127-0305

### Read All Conditions Before Signing

1. The distributor product must have the same composition as the basic product.
2. The distributor product must be manufactured and packaged by the same person who manufactures and packages the registered basic product.
3. The labeling for the distributor product must bear the same claims as the basic product, provided, however, that specific claims may be deleted if by doing so, no other changes to the label are necessary.
4. The product must remain in the manufacturer's unbroken container.
5. The label must bear the EPA registration number of the basic product, followed by a hypen and the distributor's company number.
6. Distributor product labels must bear the name and address of the distributor qualified by such terms as "packed for...,""distributed by..."; or sold by..." to show that the name is not that of the manufacturer.
7. All conditions of the basic registration apply equally to distributor products.  It is the responsibility of the basic registrant to see that all distributor labeling is kept in compliance with requirements placed on the basic product.

### Distributor

*We intend to market our product under the Distributor Product Name specified above, subject to the conditions specified on this Notice.*

| Signature and Title of Distributor | Date |
|---|---|
| Carrie B. Crawford, Vice President Administration | 8/4/98 |

### Registrant

*I agree that the distributor named above may distribute and sell the Distributor Product specified above, subject to the conditions specified on this Notice.*

| Signature and Title of Registrant | Date |
|---|---|
| CEO | 8/10/98 |

EPA Form 8570-5 (Rev. 2-92)  Previous editions are obsolete.