UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W. Neudorff GmbH KG,     ) | |
|                 ) | Civil Action No. 08-C-333 |
|          Plaintiff,   ) | |
|                 ) | |
|     v.                ) | DECLARATION OF |
|                 ) | WILLIAM C. GEARY |
| Falcon Lab LLC        ) | |
|                 ) | |
|          Defendant.   ) | |
|                 ) | |

I, William Geary, hereby depose and state as follows:

1.     I am a partner at the law firm Nutter, McClennen & Fish.  I represent Neudorff GmbH KG ("Neudorff") in the above-captioned lawsuit.

2.     Attached as Exhibit 1 is a true and complete copy of my letter to Herbert M. Wolfson dated December 20, 2006.

3.     Attached as Exhibit 2 is a true and complete copy of a letter from Herbert M. Wolfson to me dated January 29, 2007.

4.     Attached as Exhibit 3 is a true and complete copy of my letter to Herbert M. Wolfson dated April 13, 2007.

5.     Attached as Exhibit 4 is a true and complete copy of my letter to Herbert M. Wolfson dated April 23, 2007.

6.     Attached as Exhibit 5 is a true and complete copy of a letter from Herbert M. Wolfson to me dated May 2, 2007.

7.     Attached as Exhibit 6 is a true and complete copy of a letter from Herbert M. Wolfson to me dated May 25, 2007.

8.      Attached as Exhibit 7 is a true and complete copy of a letter from Herbert M. Wolfson to me dated November 14, 2007.

9.      Attached as Exhibit 8 is a true and complete copy of my letter to Herbert M. Wolfson dated November 27, 2007, with Exhibits A through B.

10.      Attached as Exhibit 9 is a true and complete copy of a letter from Herbert M. Wolfson to me dated December 18, 2007.

11.      Attached as Exhibit 10 is a true and complete copy of my letter to Herbert M. Wolfson dated December 20, 2007

12.      Attached as Exhibit 11 is a true and complete copy of a letter from Herbert M. Wolfson to me dated January 8, 2008.

13.      Attached as Exhibit 12 is a true and complete copy of my letter to Herbert M. Wolfson dated February 1, 2008, with Exhibits A through E.

I declare under penalty of perjury that the foregoing is true and correct.  Signed this 2 d day of June, 2008.

_____
William C. Geary, III

# EXHIBIT 1

 **Nutter**

William C. Geary III
Direct Line: 617-439-2766
Fax: 617-310-9766
E-mail: wgeary@nutter.com

December 20, 2006

Herbert M. Wolfson
Attorney at Law
1213 Brook Drive
Wilmington, DE  19803

Re: 22698-95

Dear Mr. Wolfson,

I am responding on behalf of W. Neudorff, GmbH KG ("Neudorff") to your recent (undated) letter to Garden's Alive!, Inc.  Neudorff, as I explained, is the licensor of the Gardens Alive! Weed Aside™ product.

Thank you for bringing to our attention the fact that the Weed Aside™ product label incorrectly identifies this product as being covered by U.S. Patent No. 5,919,156.  Neudorff is now in the process of requesting that Garden's Alive! (as well as the licensees of similar herbicidal products) remove any reference to this patent on the Weed Aside™ product label.

We do not understand your assertion that "Gardens Alive! is guilty of actively inducing its customers to infringe Dr. Smiley's patent" (U.S. Patent No. 6,323,156).  As I explained during our telephone conversation on December 18, 2006, the claims of the '156 patent are of no relevance to the Weed Aside™ product.

Claim 1 of the '156 patent is directed to a method for eliminating unwanted vegetation "wherein no more than 0.5 wt. % of the active ingredient is free fatty acid."  The Weed Aside™ product has <u>more than</u> 0.5 wt. % of the active ingredient as free fatty acid in its concentrated formulation and in an applied formulation that is diluted as recommended.

During our telephone conversation you contended that if the Weed Aside™ product has a pH of 8.5, it must have less than 0.5 wt. % free fatty acid.  I have confirmed with chemists employed by my client, who are quite familiar with the chemistry of fatty acid soaps, that the Weed Aside™ product has <u>more than</u> 0.5 wt. % of the active ingredient as free fatty acid in all of its forms.  Your belief that the Weed Aside™ product must have 0.5 wt. % or less free fatty acid appears to be based on an assumption that there cannot be any appreciable amount of free fatty acid in a formulation having a pH above 7.  Your assumption is incorrect.  For example, a sample of ammonium pelargonate containing 88% soap and 12% free fatty acid would have a pH of approximately 8.

NUTTER McCLENNEN & FISH LLP ∘ ATTORNEYS AT LAW

World Trade Center West ∘ 155 Seaport Boulevard ∘ Boston, Massachusetts 02210-2604 ∘ 617-439-2000 ∘ Fax: 617-310-9000
www.nutter.com

Herbert M. Wolfson
December 20, 2006
Page 2



As you also know from our December 18 telephone conversation, Necessary Organics, Inc. of New Castle, VA, another licensee of Neudorff, first offered for sale and sold in the United States as early as October 1998 a product having active ingredients identical to those of the Weed Aside™ product. The Necessary Organics product was a ready-to-use (RTU) formulation. Thus, one following the label instructions of the Weed Aside™ product, which is a concentrate product, would obtain and apply the same formulation that was sold as the RTU product by Necessary Organics.

If you believe that the '156 patent covers the Weed Aside™ product, you must also agree that the sale in the United States of the identical product by Necessary Organics more than one year before the April 27, 2000 filing date of the '156 patent would render invalid the claims of this patent at least pursuant to 35 USC § 102(b).

I trust that this letter should convince Falcon Labs that the '156 patent is of no relevance to the Weed Aside™ product or to any other product with a substantially identical formulation licensed by Neudorff.

Very truly yours,

William C. Geary III

DD:  Cam Wilson (Neudorff North America)
WCG/pev

1589760.1

*Herbert M. Wolfson*
*Attorney At Law*
*1218 Brook Drive*
*Wilmington, DE 19803*
*303-762-1476*

22698-95

Niles Kinerk, President
Gardens Alive!, Inc.
5100 Schenley Place
Lawrenceburg, IN 47025

Sir:

Re: Weed-Aside™ Herbicidal Soap

I have been asked to call your attention to the enclosed U. S. Patent 6,323,156, invented by Dr. R.A.Smiley which issued November 27, 2001 and was assigned to Falcon Lab LLC, Wilmington, DE.

U.S. Patent 6,323,156 claims *(inter alia)* " a method for eliminating undesirable vegetation by applying an effective amount of an aqueous solution containing ammonium pelargonate as the active ingredient wherein no more than 0.5% of the active ingredient is the free acid, i.e. pelargonic acid."

U. S. Patent 5,919,733, which appears on the "Weed-Aside" container claims *(inter alia)* "A herbicidal composition consisting essentially of an under saponified ammonium soap of pelargonic acid wherein the active ingredient has a soap to free fatty acid ratio in the range of about 3:4 to 2:1". That is, from 33% to 57% of the active ingredient in "Weed-Aside" is free pelargonic acid.

I am also enclosing an Affidavit of Dr. Smiley comparing the results obtained when treating weeds with the composition claimed in U.S. Patent 5,919,735 to the results obtained when using the treatment of weeds as claimed in U.S. Patent 6,323,156. You will note that the 50-50 blend of free pelargonic acid and ammonium pelargonate was inoperable. The pelargonic acid did not dissolve in the aqueous ammonium pelargonate solution.

"Weed-Aside" Herbicidal Soap, according to the information on the 16 oz. container and the enclosed Garden-Alive!'s Material Safety Data Sheet issued July 3, 2003 contains 22% of an ammoniated soap of fatty acids; is miscible with water in all proportions to give a clear solution; and displays a pH of 8.4 (moderately alkaline).

Falcon Lab's chemical analysis of "Weed-Aside" concludes that the ammoniated soaps of fatty acids present as salts is predominately ammonium pelargonate and that the pH of 8.4 eliminates the possibility of any significant amount of free acid in the active ingredient. Evaporation of "Weed-Aside" by simple exposure to air in a tray produces a solid that is identical by melting point and other chemical analyses to solid ammonium pelargonate.

It is reasonable to conclude from these data that the composition of "Weed-Aside" Herbicidal Soap does not fall within the claims of U.S. Patent 5,919,733. Instead, it seems clear that Gardens Alive! is recommending that its customers infringe at least one claim of the Smiley U.S. Patent 6,323,156. Thus, Gardens Alive! is guilty of actively inducing its customers to infringe Dr. Smiley's patent.

By placing "U.S. patent 5,919,733" on the container label, Gardens Alive! may also be guilty of misrepresenting the patent status of "Weed-Aside".

In view of the foregoing, a meeting with Falcon Lab at an early date to discuss this matter is recommended. Please contact me at the above address or phone number to arrange such a meeting.

Respectfully,

Herbert M. Wolfson
Attorney for Falcon Lab LLC

# AFFIDAVIT OF ROBERT A. SMILEY

STATE OF DELAWARE              §
                               §
COUNTY OF NEW CASTLE           §

I, Robert A. Smiley, do hereby aver and state that:

1.    I am over the age of 18;

2.    I obtained a B.S. degree in Industrial Chemistry from Case Institute of Technology in 1950 and a Ph.D. degree in Organic Chemistry from Purdue University in 1954.

3.    I have over 46 years experience as an industrial Research Chemist. From 1954 to 1990, I was employed by E.I. duPont de Nemours & Co. in Wilmington, Delaware. Subsequent to my retirement from DuPont in 1990, I have been engaged as a consulting chemist for companies in the chemical industry.

4.    I am the sole inventor of U.S. patent application serial no. 09/560,664 and am familiar with the claims of the application. I have read the Office Action of May 5, 2001 in the referenced application and have read and understand the teachings of U.S. Patent No. 5,919,733 ("*Sedun*"). I, with my attorney, was present at the interview of June 27, 2001 with Examiner A. Pryor.

5.    I made an aqueous solution containing ammonium pelargonate alone, another containing ammonium pelargonate and free fatty acid in an amount equal to 0.5% of the contained ammonium pelargonate and an aqueous mixture containing a 50:50 weight ratio of free pelargonic acid and ammonium pelargonate as follows:

Preparation of Solution Containing 3% Ammonium Pelargonate.   To a dilute ammonium hydroxide solution made by mixing 139 gm. of 28% ammonium hydroxide (2.29 moles $NH_3$) with 500 ml. of deionized water was added with stirring 361 gm. (2.29 moles) of technical pelargonic acid. The final clear solution contained 400 gm. (2.29 moles) of dissolved ammonium pelargonate in 600 gm. water or a 40 weight % ammonium pelargonate solution. To 462.5 ml. of deionized water was added 37.5 gm. of the above 40% ammonium pelargonate solution. This resulted in 500 ml. of a clear solution containing 15 gm. of dissolved ammonium pelargonate (A.P.) or 3% by weight of the total solution. This was comparison herbicide solution "3% A.P." To another identical 500 ml. of 3% ammonium pelargonate solution was added 0.075 gm. of pelargonic acid (P.A.). This gave a mixture which contained 3% dissolved ammonium pelargonate plus 0.5% of

1

the active herbicidal ingredient as free pelargonic acid. This was comparison mixture "3% A.P., .015% P.A."

Preparation of a Mixture Containing a 50:50 Weight Blend of Free Pelargonic Acid and Ammonium Pelargonate. To 462.5 ml. of deionized water was added with mixing 18.75 gm. of the 40% ammonium pelargonate solution described above and 18.75 gm. technical pelargonic acid. On standing after mixing, the pelargonic acid separated on the top of the mixture as a separate insoluble layer, i.e. the pelargonic acid did not dissolve in the aqueous ammonium pelargonate solution. This was comparison herbicide mixture (2 phases) "1.5% A.P., 1.5% P.A."

6.    I tested the herbicidal efficacy of each of the solutions and the mixture described in paragraph 5 above as follows: Three adjacent 1 foot by 2 foot plots of ground identically covered with several varieties of 2 inch tall grass, young ragweed and other unidentified weeds were chosen as test plots. Test solution "3% A.P." was sprayed from a hand spray on one of the plots in such a manner that the plants covering the plot were thoroughly wetted with the test solution. On the adjacent plot to the left of the first sprayed plot, test mixture "3% A.P., .015% P.A." was sprayed on the plants in the same manner using the same size and kind of hand sprayer used on the first plot. Finally, on the third plot to the right of the center plot, again using the same type of hand sprayer, an attempt was made to duplicate the previous sprayings with the "1.5% A.P., 1.5% P.A." mixture. However, a homogeneous spray which would contain the same total 3% active herbicidal ingredients as the 3% ammonium pelargonate solution was not possible since the pelargonic acid did not dissolve and was clearly visible in the sprayer as an insoluble layer. The plot was sprayed nevertheless but since the sprayer fed from the bottom of the spray bottle, only the ammonium pelargonate solution (1.5% concentration) wetted the plants. The day of spraying was clear, dry and the air temperature was between 75°F and 85°F.

7.    I observed the following: After 24 hrs. the vegetation on the middle and left plots had turned brown in exactly the same way, i.e. there was no difference in observable phytotoxicity between comparison solution "3% A.P." and comparison mixture "3% A.P., .015% P.A.". After 72 hrs., using the same judging method used in *"Sedum"*, i.e. 0 = no phytotoxicity and 9 = complete plant kill, both plots were judged to be 8. The results show that the addition of free pelargonic acid equal to 0.5% of the total active ammonium pelargonate ingredient made no observable difference in herbicidal activity. The third plot after 24 hrs contained substantial unaffected vegetation (green) while after 72 hrs., the observed phytotoxicity was judged to be 5. This was the expected result since a total of 3% active

2

ingredient could not be achieved in comparison mixture "1.5% A.P., 1.5% P.A." because of the insolubility of pelargonic acid in water.

8.    FURTHER AFFIANT sayeth not.

DATED:  July 9, 2001.

Robert A. Smiley, Ph.D.

STATE OF DELAWARE                §
                                 §
COUNTY OF NEW CASTLE             §

BEFORE ME, the undersigned authority, on this day personally appeared Robert A. Smiley, Ph.D., known to me to be the person whose name is subscribed to the foregoing instrument; and acknowledged to me under oath that he executed the foregoing document.

SUBSCRIBED AND SWORN TO BEFORE ME on this the 9 day of July, 2001.

Kathleen H. Carson
Printed Name:

NOTARY PUBLIC IN AND FOR
THE STATE OF DELAWARE

KATHLEEN H. CARSON
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Apr. 27, 2005

3



# MATERIAL SAFETY DATA SHEET

Page 1 of 3

## SECTION 1: PRODUCT AND COMPANY IDENTIFICATION

| | |
|---|---|
| PRODUCT NAME: | Weed-Aside ™ Weed Killer |
| IDENTIFICATION NUMBER: | 8206, 8207 |
| CHEMICAL NAME | salts of fatty acids |
| CHEMICAL FAMILY | salts of carboxylic acids |
| USE OF THE PREPARATION: | weed control |
| | |
| MANUFACTURER: | Gardens Alive®, Inc. |
| ADDRESS: | 5100 Schenley Place, Lawrenceburg, IN  47025 |
| TELEPHONE NUMBER: | (812) 537-8655, Ext. 2226 |
| | |
| ISSUE DATE | July 3, 2003 |
| SUPERCEDES DATE: | N/A |

## SECTION 2: HAZARDOUS INGREDIENTS

| Components | % | Hazard Information |
|---|---|---|
| Ammonium salts of fatty acids | 22.11% | Eye Irritant |

## SECTION 3: PHYSICAL AND CHEMICAL CHARACTERISTICS (FIRE AND EXPLOSION DATA)

| | |
|---|---|
| Solubility in Water: | miscible in all proportions |
| Appearance and Odor: | clear, colorless, odour of soap, ammonia |
| Flash Point (°C): | n/a |
| Specific Gravity, 25°C: | 1.00 |
| pH: | 8.4±0.10 |
| Extinguishing Media for Fires: | water, $CO_2$, foams |
| Special Fire Fighting Procedures: | normal extinguishing procedures |

N/A - not applicable, NAV - not available, ca. - approximately

## SECTION 4: PHYSICAL HAZARDS

| | |
|---|---|
| Stability: | product is stable |
| Conditions to Avoid: | exposure to excessive heat |
| Materials to Avoid: | none known |
| Hazardous Decomposition Products: | $CO_2$, CO, $NO_x$ $NH_3$ |
| Hazardous Polymerization Conditions: | none known |



# MATERIAL SAFETY DATA SHEET

Page 3 of 3

## SECTION 10: OTHER INFORMATION

DISCLAIMER: The information in this Material Safety Data Sheet (MSDS) is believed to be correct as of the date issued.  By making this MSDS available, Gardens Alive®, Inc. does not make any express or implied warranty (including any warranty of merchantability or fitness for a particular purpose) regarding the MSDS, its accuracy or the product to which it relates. Anyone using this information agrees that Gardens Alive shall not be held liable (based on its negligence or otherwise) for any personal injury or other damage relating to, or arising from such use, including direct, incidental, or consequential damage and such user agrees to indemnify Gardens Alive for any claims arising out of its use

US006323156B1

(12) **United States Patent**                (10) Patent No.:      **US 6,323,156 B1**
       Smiley                                 (45) Date of Patent:        **Nov. 27, 2001**

(54) **METHOD OF USING AMMONIUM FATTY ACID SALTS AS NON-SELECTIVE HERBICIDES**

(75) Inventor:  Robert A. Smiley, Wilmington, DE (US)

(73) Assignee:  Falcon Lab LLC, Wilmington, DE (US)

(*) Notice:  Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 09/560,664

(22) Filed:  Apr. 27, 2000

(51) Int. Cl.⁷ ............................................. A01N 37/00
(52) U.S. Cl. .................................................. 504/320
(58) Field of Search ......................................... 504/320

(56)                **References Cited**

             U.S. PATENT DOCUMENTS

   5,919,733  *  7/1999  Seton et al. ...................... 504/320

* cited by examiner

*Primary Examiner*—Alton Pryor
(74) *Attorney, Agent, or Firm*—Locke Liddell & Sapp LLP

(57)                   **ABSTRACT**

A method for controlling undesired vegetation that comprises contacting the vegetation with a herbicidally effective amount of a composition containing the compound of the formula $R_1COO^-X^+$ wherein $R_1$ is a $C_6$ to $C_{18}$ hydrocarbyl group optionally substituted with one or more hydroxyl or $C_1$–$C_5$ hydrocarbyl groups, and X is ammonium.

                **20 Claims, No Drawings**

US 6,323,156 B1

1

# METHOD OF USING AMMONIUM FATTY ACID SALTS AS NON-SELECTIVE HERBICIDES

## FIELD OF THE INVENTION

The present invention relates to the use of ammonium salts of fatty acids as non-selective herbicides to destroy the growth of plants.

## BACKGROUND OF THE INVENTION

There are two major categories of herbicides to treat growing weeds—selective and non-selective. Selective herbicides only kill selected weeds such as broad leafed plants like dandelion, an example being the well-known herbicide 2,4-D. The non-selective herbicides kill all weeds. Commercially known non-selective herbicides include glyphosate (such as ROUNDUP®) and paraquat. Paraquat is a known hazardous material. Roundup often has a higher than desired kill time. Non-hazardous non-selective herbicides exhibiting decreased kill time are desired.

It is therefore a principal object of this invention to provide non-hazardous non-selective herbicides having low kill time for use on unwanted vegetation.

## SUMMARY OF THE INVENTION

Vegetation may be killed by application of a composition of the formula:

$$R_1COO^-X^+ \qquad (I)$$

wherein $R_1$ is a $C_5$ to $C_{19}$ hydrocarbyl group and X is ammonium ($NH_4^+$). In the formula (I), any of the hydrogen on $R_1$ may be substituted with one or more hydroxyl or $C_1$-$C_2$ hydrocarbyl group, such as an alkyl group. The herbicidal composition of the invention contains essentially no free fatty acid content. Such compounds have been found to act as "non-selective" herbicides.

The invention relates to a method for killing unwanted vegetation, by applying to the locus of the unwanted vegetation a herbicide of formula (I). The composition may be applied as an aqueous solution and may further contain a surfactant. Since the mode of action appears to be through the leaves of the vegetation, there is little, if any, residual herbicidal effect in the ground. Thus, it is possible to grow desirable plants adjacent to and around the treated area.

## DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

Unwanted vegetation may be killed by wetting the locus of the vegetation with a composition represented by the formula:

$$R_1COO^-X^+ \qquad (I)$$

wherein $R_1$ is a saturated or unsaturated $C_5$ to $C_{19}$ hydrocarbyl (preferably a $C_7$ to $C_{13}$ hydrocarbyl), or an epoxide or cyclopropane thereof, X is ammonium, ($NH_4$), and any of the hydrogen on $R_1$ may be substituted with one or more hydroxyl or $C_1$-$C_2$ hydrocarbyl groups. This herbicidal composition contains less than 0.5 wt. % free fatty acids. More preferred, the herbicidal composition of the invention contains less than 0.1 wt. % free fatty acids. In a most preferred embodiment, the herbicidal composition of the invention contains essentially no free fatty acids. The composition of the invention may further contain a diluent.

Any solvent in which the herbicide is soluble may be employed as a diluent. As a post-emergent, the herbicides of

2

the invention are preferably applied to the locus of the unwanted vegetation as an aqueous solution.

The method of the invention may be used to control established vegetation in the vicinity of a seeded crop or in a weed concentrate area by contacting the foliage of the unwanted vegetation with the herbicidal composition. The herbicidal activity of such herbicidal compositions rapidly dissipates in the unwanted vegetation upon contact.

The herbicide is applied as a solution to the locus of the unwanted vegetation in effective amounts. Typically, the herbicide is applied as an aqueous solution wherein the amount of herbicide in the formulation is between about 5 to about 15 weight percent, preferably about 5 to about 15 weight percent, more preferably for some applications from about 5 to about 10 weight percent and for some other applications from about 10 to about 15 weight percent.

The herbicides of the invention exhibit several advantages not previously seen with other commercial herbicides. These advantages include:

More Rapid Kill Time.

Vegetation usually starts to die within an hour after receiving a single application. Typically unwanted vegetation is dead in less than 24 hours. Some readily obtainable herbicides require at least seven days. Further, herbicides evidencing quicker kill times in the prior art are highly toxic.

Based on Naturally Occurring Compounds.

Suitable herbicides for use in the invention include several based on acids found in nature. No commercially known water soluble herbicides are based on naturally occurring compounds.

Action is Through the Leaves.

In light of the quick kill time of the herbicidal compositions of the invention, reseeding can take place immediately. Most commercial herbicides must be allowed to degrade before reseeding.

Non-toxic and Biodegradable.

Herbicides within the invention are non-toxic and further are biodegradable. Most commercial herbicides are hazardous to apply.

Low Cost.

The herbicides of the invention are relatively low in cost.

Easy Transportation.

Unlike most commercial herbicides which as liquids must be shipped in containers requiring special disposal methods, the herbicides of the invention are water soluble solids and thus may be shipped in readily disposable containers. Upon reaching their desired location, the solid herbicide may be prepared into solutions at their requisite strength. Alternatively, the herbicides of the invention may be shipped as liquid compositions.

The herbicidal composition of the invention is contacted with the foliage of the unwanted vegetation by spraying or otherwise distributing the composition onto the foliage. Leaves of vegetation sprayed with herbicidal compositions of the invention usually start to shrivel or turn brown within hours after application. Necrosis is evident, usually in 24 hours. In the case of smaller weeds such as dandelions, chickweed and other common lawn weeds, the roots of the plants also shrivel and turn brown or black within 24 hours.

Spraying is a preferred method of wetting the leaves. A light spray is usually sufficient to kill the plant at ambient temperatures above 20° C. without any additional treatment. Herbicidal effectiveness generally increases with temperature.

Weeds and grasses which have been killed by use of the herbicidal composition of the invention include quack grass, buttercup, common cinquefoil, mold flora rosa, common

US 6,323,156 B1

3

yellow woodsorrel, prostrate spurge, poison ivy, poison hemlock, common speedwell, broadleaf plantain, Japanese honeysuckle, dandelion, wild violet, Bermuda grass, nutsedge, wild garlic, knotweed, red sorrel, lambs quarters, pokeweed, carpetweed, crabgrass, buckhorn plantain, nimblewill or common chickweed.

The following examples will illustrate the practice of the present invention in its preferred embodiments. Other embodiments within the scope of the claims herein will be apparent to one skilled in the art from consideration of the specification and practice of the invention as disclosed herein. It is intended that the specification, together with the examples, be considered exemplary only, with the scope and spirit of the invention being indicated by the claims which follow.

### EXAMPLE 1

A 12 liter round bottom kettle equipped with stirrer and capable of being cooled was charged with 1218.8 gm. (7.7 mole) of pelargonic acid and 3440 ml. of deionized water. To this was fed with stirring 910.7 gm. 30% ammonium hydroxide. The temperature was maintained below 30° C. by cooling and adjusting the feed rate. The mixture became very thick and difficult to stir when approximately 15% of the total ammonium hydroxide had been added. To get better stirring, more deionized water was added for a total of 5456 ml. When approximately 65% of the ammonium hydroxide was added, the solution turned crystal clear and remained so until all the ingredients were mixed. The final water white solution contained 17% ammonium pelargonate. Isolated anhydrous ammonium pelargonate from this solution is a soft, white, crystalline solid melting at 62° C. Ammonium pelargonate is extremely water soluble but is insoluble in acetone.

### EXAMPLE 2

Jimson weed, soybean, common ragweed and annual grass (combination of annual bluegrass and fall panicum) were grown in 12 inch by 12 inch flats in a greenhouse maintained at 80° F. with supplemental lighting used to extend daylength to 16 hrs. Flats were watered as needed. When the plants were 3–6 inches high they were sprayed with a solution of 5% ammonium pelargonate solution prepared by dilution of a 17% solution with the required amount of water. The spraying was done in a spray chamber with a track mounted sprayer adjusted to spray at a rate of 50 gallon/acre. The control (degree of injury) obtained was Jimson weed (85%), soybean (75%) common ragweed (30%) while annual grass control was less than 10%.

### EXAMPLE 3

Using the same procedure as set forth in Example 2, the flats were seeded with velvetleaf, annual morning glory, common ragweed and crabgrass. After growth some flats were treated with 5% ammonium pelargonate solution while others were sprayed with 10% ammonium pelargonate in the spray chamber at the same 50 gallon/acre rate. There was only a slight difference in the control are between the two concentrations. At the 10% concentration, velvetleaf control was 90%, morning glory was 90%, common ragweed was 85% and crabgrass was 70%.

### EXAMPLE 4

The same mixture used in Example 1 was sprayed on all of the leaves of larger plants including poison hemlock,

4

Japanese honeysuckle, poison ivy, multiflora rose, tall buttercup, pokeweed, ragweed, wild grape and lambsquarters. All treated plants died within 24–48 hours. There was no re-growth.

### EXAMPLE 5

The leaves of tree suckers sprouting from the stumps of a variety of sawed off trees were sprayed with the mixture used in Example 1. The sprouts all died within 24–48 hours and no new growth from the stumps occurred.

### EXAMPLE 6

Dilute ammonium hydroxide was added to 125 g. of pelargonic acid until the pH of the resulting solution was 7 as indicated by pH paper. Enough water was added to bring the total solution to 2 liters. This 6.9% neutral solution of ammonium pelargonate was sprayed from a hand sprayer on dandelion, moneywort, Japanese honeysuckle, star of Bethlehem and henbit. Damage to the plants was evident within 4 hours as evidenced by wilting and/or change of color. The treated dandelion was dead within 12 hours. The rest were dead within 24–36 hours. This solution foamed on contact with the plant leaves.

### EXAMPLE 7

The following weeds growing in the wild were treated with a 10% water solution of ammonium pelargonate: common evening primrose, Japanese honeysuckle, multiflora rose, common chickweed, henbit, wild onion, hairy bittercress, dandelion and plantain. Treatment consisted of wetting the leaves of the plants with a hand sprayer. Damage was apparent on all plants within 12 hrs as evidenced by wilting and discoloration. The treated plants were all dead within 36–48 hours.

### EXAMPLE 8–9

Large crabgrass, giant foxtail, jimsonweed, velvetleaf and annual morning-glory were seeded into 12 inch by 12 inch flats filled with potting soil maintained in a greenhouse of 80° F. Supplemental lighting was used to extend daylength to 16 hours. The flats were watered as needed. Three weeks after planting, when the grasses were about 3 inches tall and the broadleaves were 2 to 4 inches tall, individual flats were treated with 5, 7.5, 10 and 15% solutions of ammonium pelargonate. For comparison purposes, other flats were treated with the same concentrations of pelargonic acid prepared from a commercially available herbicide sold under the tradename "Scythe" by Dow AgraSciences. The solutions were applied with a track-mounted sprayer in a spray booth at the rate of 50 gal./acre.

Ammonium pelargonate application resulted in plant injury within hours of application. Symptoms were typically water-soaked lesions that quickly resulted in dead tissue. Maximum injury symptoms were observed in the first week after treatment. With morning-glory, all concentrations gave the same control of 70%. However, with jimson weed there was a rate response with increasing rates giving increased control. Velvetleaf control was better at the 10 and 15% rates than at the 5 and 7.5% rates.

In relation to pelargonic acid, ammonium pelargonate was better than the commercial "Scythe" formulation. Lower concentrations of ammonium pelargonate gave better jimsonweed control than "Scythe" at higher concentration. At equal concentrations, ammonium pelargonate gave better control of velvetleaf and morning-glory than "Scythe", particularly at one week after treatment.

US 6,323,156 B1

5

COMPARATIVE

EXAMPLE 10

The same variety of weeds set forth in Example 7 were treated with a 10% solution of potassium pelargonate made by neutralizing 80 gm. Pelargonic acid in 200 mL water with 50% aqueous potassium hydroxide to a pH of 7 as indicated by pH paper followed by dilution with water to 1 liter of solution. None of the weeds were affected by the potassium pelargonate solution even after a week. Thus, ammonium pelargonate has herbicidal properties while the potassium salts has none.

What is claimed is:

1. A method for the prevention or elimination of undesired vegetation which comprises applying to the vegetation a herbicidally effective amount of an aqueous solution which contains, as the active ingredient, a salt represented by the formula:

$$R_1COO^-X^+ \qquad (I)$$

wherein $R_1$ is a $C_6$ to $C_{19}$ hydrocarbyl group, optionally substituted with a hydroxyl or a $C_1$–$C_3$ hydrocarbyl group; and

$X$ is ammonium;

wherein no more than 0.5 wt. % of the active ingredient is free fatty acid.

2. The method of claim 1, wherein the composition contains two or more compounds of formula $R_1COO^-X^+$.

3. The method of claim 1, wherein $R_1$ is a $C_7$ to $C_{11}$ hydrocarbyl group.

4. The method of claim 3, wherein the compound of formula (I) is ammonium pelargonate.

5. The method of claim 1, wherein the composition contains two or more salts represented by formula (I) wherein $R_1$ is selected from $C_8$, $C_9$, and $C_{10}$ hydrocarbyl groups.

6. The method of claim 5, wherein one of the salts is ammonium pelargonate.

7. The method of claim 1, wherein the composition further comprises a diluent.

8. The method of claim 7, wherein the diluent is water and the compound of formula (I) is ammonium pelargonate.

9. The method of claim 1, wherein the vegetation is quack grass, buttercup, common cinquefoil, multi flora rose, common yellow woodsorrel, prostrate spurge, poison ivy, poison hemlock, common speedwell, broadleaf plantain, Japanese honeysuckle, dandelion, wild violet, Bermuda grass,

6

nutsedge, wild garlic, knotweed, red sorrel, lambs quarters, pokeweed, carpetweed, crabgrass, buckhorn plantain, nimblewill or common chickweed.

10. A method for the prevention or elimination of undesired vegetation which comprises applying to the vegetation a herbicidally effective amount of an aqueous solution which contains, as the active ingredient, a salt represented by the formula:

$$R_1COO^-X^+ \qquad (I)$$

wherein $R_1$ is a $C_6$ to $C_{19}$ hydrocarbyl group, optionally substituted with a hydroxyl or a $C_1$–$C_3$ hydrocarbyl group; and

$X$ is ammonium;

wherein no more than 0.1 wt. % of the active ingredient is free fatty acid.

11. The method of claim 10, wherein the composition contains two or more salts of the formula $R_1COO^-X^+$.

12. The method of claim 10, wherein $R_1$ is a $C_7$ to $C_{11}$ hydrocarbyl group.

13. The method of claim 12, wherein the salt of formula (I) is ammonium pelargonate.

14. The method of claim 10, wherein the composition contains two or more salts represented by formula (I) wherein $R_1$ is selected from $C_8$, $C_9$, and $C_{10}$ hydrocarbyl groups.

15. The method of claim 14, wherein one of the salts is ammonium pelargonate.

16. The method of claim 10, wherein the composition further comprises a diluent.

17. The method of claim 16, wherein the diluent is water and the compound of formula (I) is ammonium pelargonate.

18. The method of claim 10, wherein the vegetation is quack grass, buttercup, common cinquefoil, multi flora rose, common yellow woodsorrel, prostrate spurge, poison ivy, poison hemlock, common speedwell, broadleaf plantain, Japanese honeysuckle, dandelion, wild violet, Bermuda grass, nutsedge, wild garlic, knotweed, red sorrel, lambs quarters, pokeweed, carpetweed, crabgrass, buckhorn plantain, nimblewill or common chickweed.

19. The method of claim 1, wherein the composition contains from about 5 to about 10 percent by weight of the compound of formula (I).

20. The method of claim 1, wherein the composition contains from about 10 to about 15 percent by weight of the compound of formula (I).

* * * * *

# EXHIBIT 2

*Herbert M. Wolfson*
*1213 Brook Drive*
*Wilmington, DE 19803*
*302-762-1476*



January 29, 2007

William C. Geary, III, Esq.
NUTTER McCLENNAN & FISH  LLP
World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210-2604

Re: Infringement of Falcon's U.S 6,323,156

Dear Mr. Geary:

Your recent response on behalf of W. Neudorff as the licensor of the Garden Alive! Weed-Aside™ product is not completely understood.

**1.**     You state that:

"The Weed-Aside product has <u>more than 0.5% of the active ingredient as free fatty acid</u> in its concentrated formulation and in an applied formulation that is diluted as recommended,"

**a.** According to the enclosed Garden Alive! Material Safety Data Sheet (MSDS), your statement is not true!

Refer to Section 2: the only active component of Weed-Aside Weed Killer is "ammonium salts of fatty acids 22.11%." **NO FREE FATTY ACID** is stated.

In Section 3, the solubility in water is stated to be " miscible in all proportions" and the pH is $8.4 \pm 0.01$.

**b.** According to the enclosed page 1267 of the *Merck Index (13th Ed.)* and the data from the internet site CHEMICALLAND.com, pelargonic acid, the corresponding fatty acid according to Neudorff's website, is <u>insoluble</u> <u>in water.</u>

**c.** The melting points of the isolated solids obtained by evaporation of Weed Aside at room temperature and solid ammonium pelargonate crystals are identical at

57.7° C. A mixed melting point of a 50/50 mixture of the two solids was determined to be 57.0° C. showing that the two compounds are the same and roughly the same purity.

These results confirm the statement on the container and in the MSDS. The only active ingredient in Weed-Aside Weed Killer is "the ammoniated soap of fatty acids – 22%". The inert ingredients equal 78%.

**2.**    In the last paragraph of your 12/20/06 letter, you state that:

"A sample of ammonium pelargonate containing 88% soap and 12% free fatty acid would have a pH of approximately 8."

The chemists employed by my client would like to know the procedure used to dissolve the sample in water; the concentrations of the two ingredients in the water; and whether there was a single-phase solution for which the pH was approximately 8.

**3.**    Finally, you state that:

"Necessary Organics, Inc. of New Castle, VA, <u>another licensor of Neudorff,</u> first offered for sale and sold in the United States as early as October 1998 a product containing active ingredients identical to those of the Weed-Aside product."

As I understand your statement, Necessary Organics in 1998, offered for sale and sold for herbicidal use a product containing the product described in the attached MSDS for Weed-Aside Weed Killer. This product, to anticipate Falcon Lab's patent claim, contained less than 0.5% free fatty acid (Weed-Aside contains solely ammonium salts of fatty acids) and was sold under license from Neudorff.

Before recommending that Falcon lab dedicate U.S. Patent 6,323,156, please send me at least the following supporting documentation:

**a.** The offer for sale and the sale document from Necessary Organics to a specific customer dated in 1998;

**b.** The MSDS issued by Necessary Organics prior to the sale in 1998;

**c.** A list of the other Neudorff licensees who issued MSDS's as required by law;

**d**. Any other documents that you believe will support your allegation of invalidity pursuant to 35 USC§102 (b).

By copy of this letter to Gardens Alive!, we request that they cease sales of Weed Aside™ Weed-Killer in the United States until they obtain a license to do so from Falcon Lab.

By copy of this letter to Woodstream Corp., we request that they cease sales of Concern™ Fast-Acting Weed Killer in the United States until they obtain a license to do so from Falcon Lab.

By copy of this letter, we request that W. Neudorff Gmbh provide copies of their certified EPA registrations 67702-7 and 67702-8 as herbicides, along with a list of the States these herbicides are currently registered in, showing that the only active ingredient (3.68% or 22%) is either:

"Ammoniated soap of fatty acids: or ammoniated salts of fatty acids."

Nowhere in any of the Neudorff North America licensor's literature is free fatty acid listed as an active ingredient even though it has been known for decades that pelargonic acid is herbicidal and, if present, must be listed on the label since it is not an inert ingredient. It should also be noted that the CAS# 84776-33-0 listed on various registrations for Neudorff herbicides does not include free acid in its definition.

Falcon Lab would like to settle this matter amicably with Neudorff; and suggest a meeting in Wilmington at their earliest convenience.

Sincerely yours,

Herbert M. Wolfson
Attorney for Falcon Lab LLC

cc: Gardens Alive!, 5100 Schenley Place, Lawrenceburg, IN 47025
    Woodstream Corp., 109 N. Locust Street, Lititz, PA 17543
    W. Neudorff, P.O.Box 178, Brentwood Bay, BC, V8M IR3, Canada

ic  ... ge Center



# MATERIAL SAFETY DATA SHEET

Page 1 of 3

## SECTION 1: PRODUCT AND COMPANY IDENTIFICATION

| | |
|---|---|
| PRODUCT NAME: | Weed-Aside ™ Weed Killer |
| IDENTIFICATION NUMBER: | 8206, 8207 |
| CHEMICAL NAME | salts of fatty acids |
| CHEMICAL FAMILY | salts of carboxylic acids |
| USE OF THE PREPARATION: | weed control |
| | |
| MANUFACTURER: | Gardens Alive!®, Inc. |
| ADDRESS: | 5100 Schenley Place, Lawrenceburg, IN  47025 |
| TELEPHONE NUMBER: | (812) 537-8665, Ext. 2285 |
| | |
| ISSUE DATE | July 3, 2003 |
| SUPERCEDES DATE: | N/A |

## SECTION 2: HAZARDOUS INGREDIENTS

| Components | % | Hazard Information |
|---|---|---|
| Ammonium salts of fatty acids | 22.11% | Eye irritant |

## SECTION 3: PHYSICAL AND CHEMICAL CHARACTERISTICS (FIRE AND EXPLOSION DATA)

| | |
|---|---|
| Solubility in Water: | miscible in all proportions |
| Appearance and Odor: | clear, colorless, odour of soap, ammonia |
| Flash Point (°C): | n/a |
| Specific Gravity, 25°C: | 1.00 |
| pH: | 8.4±0.10 |
| Extinguishing Media for Fires: | water, $CO_2$, foams |
| Special Fire Fighting Procedures: | normal extinguishing procedures |

N/A - not applicable, NAV - not available, ca. - approximately

## SECTION 4: PHYSICAL HAZARDS

| | |
|---|---|
| Stability: | product is stable |
| Conditions to Avoid: | exposure to excessive heat |
| Materials to Avoid: | none known |
| Hazardous Decomposition Products: | $CO_2$, CO, $NO_x$ $NH_3$ |
| Hazardous Polymerization Conditions: | none known |



# MATERIAL SAFETY DATA SHEET

Page 3 of 3

## SECTION 16: OTHER INFORMATION

DISCLAIMER: The information in this Material Safety Data Sheet (MSDS) is believed to be correct as of the date issued. By making the MSDS available, Gardens Alive!, Inc. does not make any express or implied warranty (including any warranty of merchantability or fitness for a particular purpose) regarding the MSDS, its accuracy or the product to which it relates. Anyone using this information agrees that Gardens Alive! shall not be held liable (based on its negligence or otherwise) for any personal injury or other damage relating to, or arising from such use, including direct, incidental, or consequential damage and such user agrees to indemnify Gardens Alive! for any claims arising out of its use.

THE MERCK INDEX 13th EDITION

Pelletierine

7143

TABLES

**Left column (partial, cut off at margin):**

lcohol, mp 151°.
$_{28}H_{34}O_{15}$. From Klobb, *Compt.*
75, 489 (1942).
Wagner *et al.*, emplén, Bognár,
ethanol, mp 275°.
, 4.365).

.nhydro-3,5,7-tri-
ydro-2-methoxy-
yl]amino]-5,5-di-
*N*-[[6-(2,3-dime-
thyl-2*H*-pyran-2-
dimethyl-4-meth-
ederine. C$_{24}$H$_{35}$-
ederine. C$_{24}$H$_{35}$-
:.78%, O 28.59%-
les, *Paederus fus-
et Oecol.* 3, 307
(1963 to Farmi-
hesis and mitosis.
6, 3 (1966). Re-
*on Letters* 1968,
, 2815. Total syn-
s 23, 4043 (1982);

OCH$_3$

, ether + hexane.
e. Sol in methanol,
tetrachloride, ben-
er, NH$_4$OH, NaOH.
2,3-Dimethoxypro-
H-pyran-2-methy-
)-pederine; pseudo-
m from blister bee-
em. Ind. (Milan) 43,
*Letters* 1965, 2537;
; from benzene, mp

thyl-6-fluoro-1,4-di-
quinolinecarboxylic
-725. C$_{17}$H$_{20}$FN$_3$O$_3$;
.70%, N 12.61%, O
o]; analog of norflox-
; *idem*, US 4292317
Pharmacology and
*, Compt. Rend. Ser.*
are *et al., J. Pharm.*
.etabolism: A. Con-
,51 (1984); G. Mon-
, 463 (1984). HPLC
hromatog. 272, 359
clinical efficacy and
pl. B, 1-229 (1990).

COOH

Crystals from DMF, mp 270-272° (dec). Slightly sol in water; sol in alkaline and acidic solutions. LD$_{50}$ in mice (mg/kg): 225 i.v.; 1000 orally; in rats (g/kg): 1.5 i.p., 2.5 orally (Goueffon). Methanesulfonate dihydrate. [149676-40-4]. [70458-95-6] (methanesulfonate). Pefloxacin mesylate; 1589mRB; Pefla-cine; Peflox. C$_{17}$H$_{20}$FN$_3$O$_3$.CH$_3$SO$_3$H.2H$_2$O; mol wt 465.50.
THERAP CAT: Antibacterial.

**7139. Pefurazoate.** [101903-30-4] 2-[(2-Furanylmethyl)-(1*H*-imidazol-1-ylcarbonyl)amino]butanoic acid 4-pentenyl es-ter; pent-4-enyl-*N*-furfuryl-*N*-imidazol-1-ylcarbonyl-DL-homo-alaninate; UR-0003; UHF-8615; Healthied. C$_{14}$H$_{23}$N$_3$O$_4$; mol wt345.39. C 62.59%, H 6.71%, N 12.17%, O 18.53%. Ergos-terol biosynthesis inhibitor which acts as a rice seed disinfectant. Prepn: Y. Hirota *et al.*, JP 60260572; *eidem*, CA 1324608 (1985, 1993 both to Ube); and fungicidal activity: M. Takenaka *et al., J. Pestic. Sci.* 18, 15 (1993). Soil degradation and ad-sorption: *idem et al.*, 16, 631 (1991). Metabolism in rice seed-lings: S. Sakai *et al., ibid.* 18, 217 (1993). Review of properties and use as disinfectant: M. Takenaka, I. Yamane, *Japan Pestic. Inf.* 57, 33-36 (1990); T. Wada *et al., J. Pestic. Sci.* 24, 238-240 (1999).



Pale brownish liquid, dec at 235°. $n_D^{24.4}$ 1.5140. d$_4^{20}$ 1.152. Vapor pressure (23°): 6.48 × 10$^{-4}$ Pa. Soly at 25° (g/l): water 0.443; *n*-Hexane 12.0; cyclohexane 36.9; DMSO >1000; eth-anol >1000; acetone >1000; acetonitrile >1000; chloroform >1000; ethyl acetate >1000; toluene >1000. Log P (octanol/water): 3.00. LD$_{50}$ in male, female rats, male, female mice orally: 981, 1051, 1299, 946 orally; in rats (mg/kg): >2000 dermally. LC$_{50}$ in rats (mg/m$^3$): >3450 by inhalation. LC$_{50}$ (48 hr) in carp, Rainbow trout, Bluegill sunfish (ppm): 16.9, 4.0, 12.0 (Takenaka, 1990).
USE: Fungicide.

**7140. Pegvisomant.** B2036-PEG; [18-aspartic acid, 21-asparagine, 120-lysine, 167-asparagine, 168-alanine, 171-ser-ine, 172-arginine, 174-serine, 179-threonine]somatotropin (hu-man) conjugate with polyethylene glycol; Somavert; Trovert. Growth hormone receptor antagonist. Genetically engineered analog of human growth hormone conjugated to polyethylene glycol (PEG) to improve bioavailability. Prepn: B. C. Cun-ningham *et al.*, WO 97 11178; *eidem*, US 5849535 (1997, 1998 both to Genentech). Bioactivity and receptor binding: V. Goffin *et al., Endocrinology* 140, 3853 (1999). Clinical pharmacology: M. O. Thorner *et al., J. Clin. Endocrinol. Metab.* 84, 2098 (1999). Clinical trial in acromegaly: P. J. Trainer *et al., N. Engl. J. Med.* 342, 1171 (2000).
THERAP CAT: In treatment of acromegaly.

**7141. Pelargonic Acid.** [112-05-0] Nonanoic acid; nonylic acid; nonoic acid. C$_9$H$_{18}$O$_2$; mol wt 158.24. C 68.31%, H 11.46%, O 20.22%. CH$_3$(CH$_2$)$_7$COOH. Occurs as an ester in oil of pelargonium: Redtenbacher, *Ann.* 59, 41, 52, 54 (1846). Prepn from unsaturated hydrocarbons by the oxo process: Hill, US 2815355 (1957 to Standard Oil of Indiana); from tall oil unsaturated fatty acids: Maggiolo, US 2865937 (1958 to Wels-bach); by oxidation of oleic acid: Mackenzie, Morgan, US 2820046 (1958 to Celanese); from rice bran oil fatty acid: Mi-hara *et al.*, US 3060211 (1962 to Toya Koatsu Ind.). Purifica-tion: Port, Riser, US 2890230 (1959 to U.S.D.A.). Toxicity study: L. Orö, A. Wretland, *Acta Pharmacol. Toxicol.* 18, 141 (1961).
Colorless, oily liquid at ordinary temp; crystallizes when cooled; characteristic odor. d$_4^{20}$ 0.907. mp 12.5°. bp$_{756}$ 253°;

253°; bp$_{14}$ 143-145°; bp$_{6.3}$ 132-133°. $n_D^{20}$ 1.4330; $n_D^{40}$ 1.4245. Practically insol in water. Sol in alcohol, chloroform, ether. LD$_{50}$ i.v. in mice: 224±4.6 mg/kg (Orö, Wretind).
Caution: Strong irritant.
USE: In the production of hydrotropic salts (hydrotropic salts form aq solns which dissolve sparingly sol substances to a greater extent than water); in the manuf of lacquers, plastics.

**7142. Pelargonidin.** [134-04-3] 3,5,7-Trihydroxy-2-(4-hydroxyphenyl)-1-benzopyrylium chloride; 3,4',5,7-tetrahy-droxyflavylium chloride; 3,4',5,7-tetrahydroxy-2-phenylben-zopyrylium chloride. C$_{15}$H$_{11}$ClO$_5$; mol wt 306.70. C 58.74%, H 3.62%, Cl 11.56%, O 26.08%. The aglucone of pelargonin: Willstätter, Bolton, *Ann.* 408, 42 (1914). Synthesis: Malkin, Robinson, *J. Chem. Soc.* 127, 1190 (1925); Robertson *et al.*, 1928, 1533. Prepn from kaempferol: Mirza, Robinson, *Nature* 166, 997 (1950); King, White, *J. Chem. Soc.* 1957, 3901.



Reddish-brown prisms from 2% HCl or from alcoholic HCl. Not melted at 350°. Absorption max (ethanol + 0.01% HCl): 530 nm (ε 32,000). Sol in alcohol, methanol; moderately sol in water; slightly sol in chloroform.

**3,5-Diglucoside.** [17334-58-6] 3,5-Bis(β-D-glucopyrano-syloxy)-7-hydroxy-2-(4-hydroxyphenyl)-1-benzopyrylium chloride; pelargonin; monardin; salvinin; punicin. C$_{27}$H$_{31}$ClO$_{15}$; mol wt 630.98. From flowers of *Pelargonium zonale* Ait. var. *Willstätter, Bolton*, loc. cit.; from scarlet roses: Harborne, *Experientia* 17, 72 (1961). Identity with mon-ardin and salvinin: Robinson, Todd, *J. Chem. Soc.* 1932, 2488. Identity with punicin: Karrer, Widmer, *Helv. Chim. Acta* 10, 67 (1927). Structure: Leon *et al., J. Chem. Soc.* 1931, 2672. Red needles with green luster from methanol + HCl, dec 175-180°. [α]$_D$ −291°. Absorption max (methanol + HCl): 269, 505 nm. Sol in water, alc.

**3-Glucoside.** [18466-51-8] 3-(β-D-Glucopyranosyloxy)-5,7-dihydroxy-2-(4-hydroxyphenyl)-1-benzopyrylium chloride; cal-listephin. C$_{21}$H$_{21}$ClO$_{10}$; mol wt 468.84. From purple-red aster (*Callistephus chinensis* (L.) Nees, *Compositae*): Willstätter, Burdick, *Ann.* 412, 149 (1916); from strawberries: Sondheimer, Kertesz, *J. Am. Chem. Soc.* 70, 3476 (1948). Structure and syn-thesis: Robertson, Robinson, *J. Chem. Soc.* 1928, 1460. Dark brownish-red needles with bronze luster. Absorption max (eth-anol + HCl): 515 nm (ε 13,000). Sol in water, methanol, eth-anol, 0.5-7% aq HCl; moderately sol in 10% HCl.

**7143. Pelletierine.** [4396-01-4] 1-(2-Piperidinyl)-2-pro-panone; 2-acetonylpiperidine; puncine. C$_8$H$_{15}$NO; mol wt 141.21. C 68.04%, H 10.71%, N 9.92%, O 11.33%. From the rootbark of the pomegranate tree, *Punica granatum* L., *Puni-caceae*. Isoln: Tanret, *Compt. Rend.* 86, 1270 (1878). Struc-ture: Gilman, Marion, *Bull. Soc. Chim. France* 1961, 1993; Drilien, Viel, *ibid.* 1963, 2393. Abs config: H. C. Beyerman *et al., Rec. Trav. Chim.* 86, 80 (1967). Synthesis: Anet *et al., Nature* 164, 501 (1949); T. Nagasaka *et al., Heterocycles*, 29, 155 (1989).



**Isopelletierine.** [539-00-4] (±)-Pelletierine. Slightly col-ored oily liq; bp 195°; bp$_{11}$ 102-107°. d$_4^{20}$ 0.988. Sol in alc,

*Consult the Name Index before using this section.*



# n-NONANOIC ACID

## PRODUCT IDENTIFICATION

| | |
|---|---|
| CAS NO. | 112-05-0 |
| EINECS NO. | 203-931-2 |
| FORMULA | $CH_3(CH_2)_7COOH$ |
| MOL WT. | 158.24 |
| H.S. CODE | 2915.90 |
| TOXICITY | Oral rat LD50: >5 gm/kg |
| SYNONYMS | 1-Octanecarboxylic acid; n-Pelargonic Acid; |

Nonanoic Acid; 1-octanecarboxylic Acid; Nonylic Acid; Acide Nonylique Normal; Acide Pelargonique; Hexacid C-9; Octane-1-carboxylic Acid; Pelargic Acid; Pelargon (Russian);

## DERIVATION

## CLASSIFICATION

## PHYSICAL AND CHEMICAL PROPERTIES

| | |
|---|---|
| PHYSICAL STATE | clear to yellowish oily liquid |
| MELTING POINT | 11 C |
| BOILING POINT | 253 C |
| SPECIFIC GRAVITY | 0.907 |
| | Insoluble |
| pH | |
| VAPOR DENSITY | 5.45 |
| AUTOIGNITION | 405 C |
| NFPA RATINGS | Health: 3 Flammability: 1 Reactivity: 0 |
| REFRACTIVE INDEX | 1.4322 |
| FLASH POINT | 114 C |
| STABILITY | Stable under ordinary conditions |

## DESCRIPTION AND APPLICATIONS

Pelargonic acid is a clear to yellowish oily liquid. It is insoluble in water but soluble in ether, alcohol and organic solvents. The molecules of most natural fatty acids have an even number of carbon chains due to the linkage together by ester units. Analogous compounds of odd numbers carbon chain fatty acids are supplemented synthetically. Pelargonic acid, C-9 odd numbers carbon chain fatty acid, is relatively high cost fatty acid. Pelargonic acid can be prepared by ozonolysis which uses ozone is to cleave the alkene bonds. Eexample of ozonolysis in commerce is the production of odd carbon number carboxylic acids such as azelaic acid and pelargonic acid and simple carboxylic acids such as formic acid and oxalic acid.

Pelargonic acid forms esters with alcohols to be used as plasticizers and lubricating oils. It is used in modifying alkyd resins to prevent discolor and to keep flexibility and resistance to aging since saturated pelargonic acid will not be oxidized. Metallic soaps (barium and cadmium) and other inorganic salts used as a stabilizer. It is also used as a chemical intermediate for synthetic flavors, cosmetics, pharmaceuticals and corrosion inhibitors. It is known that C8 - C12 straight and saturated chain fatty acids are capable of removing the waxy cuticle of the broadleaf or weed,



# QUIK - RTU

- **Kills Weeds, Algae And Moss**
- **Eliminates Unwanted Vegetation Fast**
- **Won't Stain Bricks, Concrete Or Asphalt**
- **Fast-Acting — Kills Within Hours**

ACTIVE INGREDIENT:
Ammoniated soap of fatty acids .........................................3.68%
INERT INGREDIENTS: ....................................................... 96.32%
TOTAL ........................................... 100.00%

EPA Reg. No. 67702-7-54705          EPA Est. No. 48498-CA-1

U.S. Patent Number 5,919,733
Sold under a license of W. Neudorff GmbH KG, Germany

### NET CONTENTS: _____

For medical or transportation emergencies,
call CHEMTREC at 1-800-424-9300

Manufactured For:
## LAWN AND GARDEN PRODUCTS, INC.
P. O. Box 35000 • Fresno, CA 93745 • (559) 499-2100
www.montereylawngarden.com

## KEEP OUT OF REACH OF CHILDREN
# CAUTION

| FIRST AID | |
|---|---|
| **If In Eyes:** | • Hold eye open and rinse slowly and gently with water for 15-20 minutes. Remove contact lenses, if present, after the first 5 minutes, then continue rinsing. <br>• Call a poison control center or doctor for treatment advice. |
| **If Inhaled:** | • Move person to fresh air. <br>• If person is not breathing call 911 or an ambulance, then give artificial respiration, preferably mouth-to-mouth if possible. <br>• Call a poison control center or doctor for further treatment advice. |
| Have the product container or label with you when calling a poison control center or doctor or going for treatment. | |

## PRECAUTIONARY STATEMENTS
### HAZARDS TO HUMANS AND DOMESTIC ANIMALS

**CAUTION:** Causes moderate eye irritation. Harmful if inhaled. Avoid contact with eyes or clothing. Avoid breathing vapor. Wash thoroughly with soap and water after handling. Remove contaminated clothing and wash clothing before reuse.

### ENVIRONMENTAL HAZARDS

This product may be hazardous to aquatic invertebrates. Do not apply directly to water.

QUIK-RTU is a fast-acting weed, algae and moss killer. It does not stain concrete or pavement. QUIK-RTU is a non-selective herbicide that controls many common annual weeds. QUIK-RTU suppresses the growth of some bi-annual and perennial weeds. It can be used in cultivated areas prior to planting grass, flowers and vegetables. Areas can be re-sown five days after treatment. QUIK-RTU can be used at any time during the year. Best results are obtained with young, actively growing weeds, less than five inches in size.

## DIRECTIONS FOR USE

It is a violation of Federal Law to use this product in a manner inconsistent with its labeling.

Shake well before using. Do not dilute.

Spray weeds thoroughly when weather is dry and warm. If rain falls within three hours of application an additional application may be required. Repeat treatment every 2 to 3 weeks for control of new growth. Avoid spraying desirable plants. For optimum results, spray weeds before they reach 5 inches in size.

**Controls:** Annual bluegrass, chickweed, corn spurry, groundsel, lamb's-quarters, large crabgrass, mouse-eared chickweed, mustards, redroot pigweed, round leaved mallow, sheep sorrel, shepherd's-purse, stinkweed, thistle.

**Use Sites:** Patios, driveways, sidewalks, roofs and in planting beds prior to planting grass, flowers and vegetables.

## STORAGE AND DISPOSAL

Do not contaminate water, food or feed by storage or disposal.

**STORAGE:** Store unused material, tighly closed, in original container only, away from open flame. Do not store at temperatures below 39°F.

**PESTICIDE AND CONTAINER DISPOSAL:** Securely wrap original container in several layers of newspaper and discard in trash.

Buyer assumes all responsibility for safety and use not in accordance with directions.

# EXHIBIT 3

 **Nutter**

**William C. Geary III**
Direct Line: 617-439-2766
Fax: 617-310-9766
E-mail: wgeary@nutter.com

April 13, 2007

Herbert M. Wolfson
Attorney at Law
1213 Brook Drive
Wilmington, DE 19803

Re: 22698-95

Dear Mr. Wolfson,

I am responding to your January 29, 2007 letter to further address the allegations that you and Falcon Lab, LLC continue to make that Garden's Alive!, Inc., a licensee of our client W. Neudorff, GmbH KG ("Neudorff"), is infringing Falcon's U.S. Patent No. 6,323,156 (the "'156 patent") as a result of its sale of the Weed Aside™ product.

I confirm what I have already told you in my December 20, 2006 letter – any use of the Weed Aside™ product would not infringe the '156 patent because the Weed Aside™ product contains *more than* 0.5 wt. % of the active ingredient as free fatty acid in its concentrated formulation and in an applied formulation that is diluted as recommended.

I also informed you that the identical formulation used in the Weed Aside™ product has been on sale and sold in the United States (as the CONCERN product by Necessary Organics, Inc.) as early as 1998, well over a year before the filing date of the patent application that resulted in the '156 patent. The CONCERN product thus qualifies as prior art under 35 USC § 102(b) and constitutes anticipating prior art that renders invalid the claims of the '156 patent. I attach a copy of the CONCERN MSDS as well as a spreadsheet recording sales activity for CONCERN in the United States as early as 1998.

It is important that you understand that the Weed Aside™ and the CONCERN products have identical formulations. We do not agree that the Weed Aside™ product has a formulation that would cause one using the product as recommended to infringe the '156 patent. However, if it is true, as you claim, that Falcon Lab has analyzed the Weed Aside™ product and determined that use of the product as recommended would infringe the '156 patent, then you have succeeded in proving that the claims of the '156 patent are anticipated by the use of the CONCERN product.

Despite the evidence that I provided to you in December 2006 that use and/or sale of the Weed Aside™ product does not infringe the '156 patent, and that the patent is invalid, we understand that on April 2, 2007 Joan Smiley, the president of Falcon Lab, LLC sent a threatening email to

Herbert M. Wolfson
April 13, 2007
Page 2



Debbie Posey of Gardens Alive!, continuing to allege infringement by Gardens Alive!. (A copy of this email is attached.) We believe that actions such as this by Falcon Lab amount to intentional interference with the contractual and/or advantageous relationship that Neudorff enjoys with Gardens Alive!. Neudorff will take appropriate legal action to protect its rights if conduct such as this continues.

In the meantime, we ask that you confirm in writing, on behalf of Falcon Lab, that any party selling a herbicidal formulation that is identical to the Weed Aside™ and CONCERN products would not infringe the '156 patent. We ask that you further confirm that Falcon Lab will make no further threats of patent infringement directed to allegations of infringement to Gardens Alive! and that it will immediately cease any conduct that amounts to intentional interference with the contractual and/or advantageous relationship that Neudorff enjoys with Gardens Alive!.

Very truly yours,

William C. Geary III

WCG/pev
Attachments
cc:    Cam Wilson (Neudorff North America)
       George Puritch (EcoCare Technologies)
       Andreas Prokop (W. Neudorff, GmbH, KG)

1621826.1

# MATERIAL SAFETY DATA SHEET

## Concern® Pesticidal Spray Oil (concentrate)

### 1. COMPONENTS:
Concern® Pesticidal Spray Oil is made from emulsifiable vegetable oil.

### 2. PHYSICAL PROPERTIES:
Concern® Pesticidal Spray Oil is a yellow, clear liquid which is emulsifiable in water. It is stable. Avoid caustic agents. Carbon dioxides may form upon burning.

### 3. HAZARD DATA: 29CFR 1910.1200

NFPA HAZARD SIGNAL:



| Health | Flammability |
|--------|--------------|
| 1 | 0 |
| 0 | 0 |
| Stability | Specific Hazard |

HAZARDS CODE
0   Insignificant
1   Slight
2   Moderate
3   High
4   Extreme

OT HAZARD CLASS: None.
EPA HAZARD WASTE CLASS: III CAUTION

### 4. SAFE USAGE DATA:
PROTECTIVE EQUIPMENT: Not normally necessary.
VENTILATION:
  General Mechanical: Specific ventilation not normally necessary.
  Local Exhaust: Not normally necessary.
PRECAUTIONS:
  Handling & Storage: Keep pesticide in its original container. Store upright in a cool, dry storage area away from heat, open flame and direct sunlight. Do not contaminate food or feed.
  Other: Avoid ingestion; avoid contact with eyes. May aggravate pre-existing skin conditions.

### 5. EMERGENCY RESPONSE:
FIRE:
  Extinguishing Media: Water, foam, carbon dioxide
  Special Procedures: Wear self-contained breathing apparatus.
  Unusual Hazards: None.
EXPOSURE:
  First-Aid Measures:
    Inhalation: N/A
    Skin: May aggravate pre-existing skin conditions. Rinse well with water.
    Eyes: Rinse with water for 15 minutes. Consult physician if irritation persists.
    Ingestion: May cause gastrointestinal irritation, nausea. Consult physician.
  SPILLS: Material is slippery when spilled. Soak up with a solid absorbent and collect for disposal. Small amounts may be flushed with water.
  WASTE DISPOSAL METHOD: Dispose in accordance with local regulations.

### 6. HEALTH HAZARD INFORMATION:
EFFECTS OF OVER-EXPOSURE: May cause eye irritation; may aggravate pre-existing skin conditions; may cause gastrointestinal irritation, nausea.
EMERGENCY TREATMENT: Rinse eyes with water for 15 minutes. Rinse skin with water. Consult physician.

### MANUFACTURER:
Necessary Organics, Inc.
One Nature's Way
New Castle, Virginia  24127-0305

EMERGENCY PHONE #: 540/864-5103
DATE: 7/13/98
SIGNATURE: _Darrin Quander_

The information presented above is believed to be correct and is the most accurate information available to us at this time. However, Necessary Organics, Inc. makes no warranty, express or implied and assumes no liability for this information and the product described herein.

CAS = Chemical Abstracts Service
CFR = Code of Federal Regulations
NFPA = National Fire Protection Association

DOT = U.S. Department of Transportation
EPA = U.S. Environmental Protection Agency
TLV = Threshold Limit Value

All ®, TM property of Necessary Organics, Inc.
© All rights reserved, 1996.
BDS.PM5

ALL USERS SUMMARY

COXHAM SALES ALL TERRITORIES: REPS SB, WKS, 10589

Mossway Organics 2

Necessary/Ogrestos $

From: Joan Smiley [mailto:joaniesmiley@yahoo.com]
Sent: Monday, April 02, 2007 3:04 PM
To: Debbie Posey
Subject: More information - infringement
Debbie,

I did not share this with you on Friday. We continue to aggressively
pursue all infringers of Falcon Lab intellectual property. You may or
may not be aware of patent law so thought I would share this:

We believe that Gardens Alive is guilty of, namely "inducement to
infringe". Our
patent, covers the USE of ammonium pelargonate (AP) to kill weeds.  The
USER of
AP to kill weeds is the actual infringer unless they buy Racer from
Falco Lab or someone who has a license from us that gave them (the user)
permission to kill weeds with AP. Gardens Alive is selling AP (product
formulation for Weed-A-Side) to use as a weed killer, so they are
inducing or encouraging their customers to infringe our patent. Under
U.S. patent law, inducement to infringe carries the same penality as
infringement. If found guilty in a law suit, Gardens Alive would be
subject to triple damages, i.e. three times what they
made by selling the infringing product since our patent issued.

I am having further discussions with our attornies later today to
determine our next steps in this pursuit.

Regards,
Joanie

Joan M. Smiley, President
Falcon Lab, LLC
www.falconlabllc.com
513-310-2288

----- End of forwarded message -----

# EXHIBIT 4

 **Nutter**

William C. Geary III
Direct Line: 617-439-2766
Fax: 617-310-9766
E-mail: wgeary@nutter.com

April 23, 2007

Herbert M. Wolfson
Attorney at Law
1213 Brook Drive
Wilmington, DE 19803

Re: 22698-95

Dear Mr. Wolfson,

Further to my letter dated April 13, 2007, I attach a Material Safety Data Sheet (MSDS) for the Concern® Fast-Acting Weed Killer.

My April 13, letter inadvertently enclosed a copy of the MSDS for the Concern® Pesticidal Spray Oil (concentrate).

Very truly yours,

William C. Geary III

WCG/pev
Attachments
cc:    Cam Wilson (Neudorff North America)
       George Puritch (EcoCare Technologies)
       Andreas Prokop (W. Neudorff, GmbH, KG)

1624750.1

NUTTER McCLENNEN & FISH LLP   ATTORNEYS AT LAW

World Trade Center West   155 Seaport Boulevard   Boston, Massachusetts 02210-2604   617-439-2000   Fax: 617-310-9000
www.nutter.com

# MATERIAL SAFETY DATA SHEET

## Concern® Fast-Acting Weed Killer

## 1. COMPONENTS:

Concern® Fast-Acting Weed Killer is a ready to use formulation of ammonium salts of fatty acids and isopropyl alcohol.

## 2. PHYSICAL PROPERTIES:

Concern® Fast-Acting Weed Killer is a clear, odorless liquid with an odor of soap, ammonia. The product is stable with no known hazardous polymerization conditions. It is easily mixed with water.

## 3. HAZARD DATA: 29CFR 1910.1200

NFPA HAZARD SIGNAL:

| Health | Flammability |
|--------|--------------|
| 1 | 0 |
| 0 | 0 |
| Stability | Specific Hazard |

HAZARDS CODE

0 Insignificant
1 Slight
2 Moderate
3 High
4 Extreme

DOT HAZARD CLASS: None
HAZARD WASTE CLASS: III CAUTION

## 4. SAFE USAGE DATA:

PROTECTIVE EQUIPMENT
Eyes: None required.
Respiratory: None required.
Gloves: None required
VENTILATION
General Mechanical: Specific ventilation is not normally necessary.
Local Exhaust: Not normally necessary.
PRECAUTIONS
Handling & Storage: Store at ambient temperatures, tightly capped. Avoid exposure to excessive heat.

## 5. EMERGENCY RESPONSE:

FIRE:
Extinguishing Media: Water, carbon dioxide, foams
Special Procedures: Normal extinguishing procedures.
Hazardous Decomposition Products: Carbon dioxide, carbon monoxide, nitrates, ammonia.
EXPOSURE:
First-Aid Measures:
Inhalation: Remove to fresh air. If irritation persists, consult a physician.
Skin: Wash with soap and water.
Eyes: Flush eyes for at least 15 minutes, consult a physician.
Ingestion: Drink plenty of water.
SPILLS: Absorb large spills with absorbent materials. Will be very slippery.
WASTE DISPOSAL METHOD: Dispose of in accordance with local regulations.

## 6. HEALTH HAZARD INFORMATION:

EFFECTS OF OVER-EXPOSURE:
Skin: May cause irritation; prolonged or frequent contact may cause allergic reaction.
Eyes: Can be expected to cause moderate irritation.
Ingestion: May cause irritation.
Inhalation: Can be expected to cause irritation if fine droplets are inhaled.
Medical Conditions Aggravated: Chronic skin, eye or respiratory disease.
EMERGENCY TREATMENT: Remove from exposure. Contact physician.

MANUFACTURER:

Necessary Organics, Inc.
One Nature's Way
New Castle, Virginia 24127-0305

EMERGENCY PHONE #: 540/864-5103
DATE: 7/13/98
SIGNATURE:

The information presented above is believed to be correct and is the most accurate information available to us at this time. However, Necessary Organics, Inc. makes no warranty, express or implied and assumes no liability for this information and the product described herein.

CAS = Chemical Abstracts Service
CFR = Code of Federal Regulations
NFPA = National Fire Protection Association

DOT = U.S. Department of Transportation
EPA = U.S. Environmental Protection Agency
TLV = Threshold Limit Value

All ®, TM property of Necessary Organics, Inc.
© All rights reserved, 1995.
MSDS PM5

# EXHIBIT 5

*Herbert M. Wolfson*
*Attorney At Law*
*1213 Brook Drive*
*Wilmington, DE 19803*
*302-762-1476*

May 2, 2007

William C. Geary, III, Esq.
NUTTER McCLENNEN & FISH LLP
World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts  02210-2604

**Re: Falcon's U. S. 6,323,156 v. Neudorff's U. S. 5,919,733**

Dear Mr. Geary,

This is responsive to your April 13, 2007 letter.

You have asked me to confirm in writing, on behalf of Falcon Lab, " that any party selling a herbicidal formulation that is identical to the Weed-Aside™ and Concern products would not infringe the "156 patent"; and that "it will immediately cease any conduct that amounts to intentional interference with the contractual relationship that Neudorff enjoys with Gardens Alive!."

Before agreeing or disagreeing with your requests, I should like to review the facts in the matter:

1. Falcon Lab's U. S. Patent 6,325,156 (filed 4/27/2000, issued 11/27/2001) claims a method of killing weeds using an aqueous solution of ammonium pelargonate, wherein no more than 0.5 wt. % of the active ingredient is pelargonic acid.

2. In your December 20, 2006 letter to me, you state that "any use of the Weed-Aside™ product would not infringe the '156 patent because the Weed-Aside™ product contains more than 0.5 wt.% of its active ingredient as free fatty acid in its concentrated

1

formulation and in an applied formulation that is diluted as recommended". Since this product was being sold in 2006, we will call it in this letter "Weed-Aside 2006".

3. You also pointed out that Necessary Organics, Inc., another licensee of Neudorff, first offered for sale and sold in the United States as early as October 1998 a product having active ingredients identical to "Weed-Aside 2006". Thus, if Falcon Lab's '156 patent covers the use of "Weed-Aside 2006", then the use and sale prior to the 4/27/2000 filing date of the '156 patent would render the '156 claims invalid pursuant to 35 U.S.C 102(b).

4. In response to our request for proof of sale of a solution of ammonium pelargonate with no more than 0.5% wt. % pelargonic acid by Necessary Organics in 1998, you have sent the Material Safety Data Sheet (MSDS) for CONCERN® Pesticidal Spray Oil which states that it is emulsifiable (and which we shall call "Concern 1998") along with a spreadsheet recording $1,365,875 sales from 10/9/98 through 9/30/99 for "Concern 1998".

The MSDS for Concern states as components "a yellow, clear liquid which is emulsifiable in water". We cannot locate the mention of ammonium pelargonate anywhere in the MSDS. It is of interest that "Weed-Aside 2006" is a colorless, clear liquid which is soluble in all proportions in water, i.e. not requiring an emulsifier to form a uniform mixture of two or more insoluble liquids.

5. In our undated letter to Garden's Alive!, we pointed out that Neudorff's U. S. Patent No. 5,919,733 appeared on the "Weed-Aside 2006" container as the patent that Neudorff licensed to Garden's Alive!. The '733 patent (filed 4/4/97, issued 7/6/99) discloses a herbicidal composition of an under-saponified soap of pelargonic acid wherein the active ingredient has a soap to free fatty acid ratio in the range of about 3:4 to 2:1. Thus, from 33% to 67% of the active ingredient in "Weed-Aside 1998" licensed to Garden's Alive! is free pelargonic acid, well above the 0.5% limit in the claims of the '156 patent. And, as stated in the MSDS for Concern, the product covered in Claim 2 of '733 is emulsifiable in water.

2

6. Enclosed is the Material Safety Data Sheet issued July 3, 2003 for Weed-Aside™ Weed Killer. According to the information in the MSDS and which also appears on the 2006 (and 2007) container, "Weed-Aside 2006" is composed of 22% of an ammonium soap of a fatty acid (pelargonic acid) completely soluble in 78% water, displays a pH of 8.4 ± 0.10 and contains substantially less than 0.5% of an acid.

Recommending "Weed-Aside 2006", as set forth in the MSDS, to "control weeds" would seem to be a clear infringement of Falcon's '156 patent in accordance with 35 U.S.C. 271(b).

7. You will also note that the only document cited in the prosecution in 2000 of Falcon Lab's '156 patent is Neudorff's '733 patent. Falcon overcame the Neudorff patent and Falcon's '156 patent issued 11/27/01. Column 1, lines 62 ff of the patent reads, "In a most preferred embodiment, the invention contains essentially no free fatty acids.", similar to the MSDS for "Weed-Aside 2006".

8. Besides the Material Safety Data Sheet for Garden's Alive!'s "Weed-Aside™, we are also enclosing the MSDS's for some of Neudorff's other licensees. These MSDSs' list only "ammoniated salts (or soaps) of fatty acids" as the active ingredient. None list any free fatty acid. Pelargonic acid is a known herbicide (e.g., Neudorff's Finalsan™). If it were present in any of the herbicides licensed by Neudorff as an active ingredient in the free acid form, it would be required by the Environmental Protection Agency (EPA) in the United States to list it on the label as an active ingredient. None of the enclosed MSDSs' show such a listing.

> 1. Schultz Company, **Garden Safe Brand Weed and Grass Killer,** manufactured by Chemisco, dated July 21, 2006, light yellow colored solution of 3.68% ammoniated soap of fatty acids (no free acids listed), pH 7.8

> 2.The Scotts Company, **Scotts® Nature's Care**, dated Jan. 22, 2004, clear, colorless liquid, 3.68% ammoniated soap of fatty acid (no free acid

3

listed), completely miscible in water, pH 7.5 -8.0, boiling point the same as water.

3. Woodstream Corporation, **Concern Fast-Acting Weed Killer**, dated Jan. 8, 2003, clear liquid, 3.68% ammoniated soap of fatty acid (no free acid listed), pH - not available

4.Lawn and Garden Products, **HERBICIDAL SOAP**, dated March 2005, translucent, colorless liquid, 19 -23% ammoniated salts of fatty acids (no free acids listed), lists the product as a mixture without a specific CAS number, pH 8.4 ± 0.10

9. Falcon Lab LLC has offered licenses under the '156 patent to Garden's Alive!, Woodstream and The Scott's Company. Since these companies and the Schultz Company all appear to be Neudorff's licensees, Falcon Lab would prefer to license the '156 patent to Neudorff for licensing to their present licensees while reserving a royalty-free license for Falcon Lab to continue making and selling their product RACER™.

10. Also enclosed is a copy of EPA Registration Number 79766-1 for RACER Concentrate as a non-selective herbicide qualified by the U. S. Dept. of Agriculture's National Organic Program (NOP) to display the wording "FOR ORGANIC PRODUCTION" on its label. Thus, RACER™ does not need OMRI (Organic Materials Review Institute) approval for use in Organic farming. As stated on the registration, RACER™ contains 40 wt.% ammonium nonanoate (ammonium pelargonate) as its active ingredient and is protected by Falcon's U. S. Patent No. 6,323,156.

This EPA approval has triggered requests for licenses and distributorships. This registration would be part of any rights that were granted to Neudorff as proposed in the previous section 9.

4

It may be of interest to <u>Neudorff</u> to know that RACER<sup>TM</sup>, while currently being tested by a number of agricultural chemical companies, will also be tested this year against other herbicides for use in Organic farming at eleven U. S. Universities across the United States and at one U. S. Dept. of Agriculture site.

Very Truly Yours,

Herbert M. Wolfson

Cc: Dr. Cameron D. Wilson, Neudorff North America

    Dr. Andreas Prokop, Neudorff GmbH

    Ms. Joan Smiley, Falcon Lab LLC

5

Loading "Comcast Message Center"

10/03/2006 10:01 PM



# MATERIAL SAFETY DATA SHEET

Page 1 of 3

---

## SECTION 1: PRODUCT AND COMPANY IDENTIFICATION

PRODUCT NAME:             Weed-Aside ™ Weed Killer
IDENTIFICATION NUMBER:    8206, 8207
CHEMICAL NAME             salts of fatty acids
CHEMICAL FAMILY           salts of carboxylic acids
USE OF THE PREPARATION:   weed control

MANUFACTURER:             Gardens Alive!™, Inc.
ADDRESS:                  5100 Schenley Place, Lawrenceburg, IN  47025
TELEPHONE NUMBER:         (812) 537-8665, Ext. 2285

ISSUE DATE:               July 3, 2003
SUPERCEDES DATE:          N/A

## SECTION 2: HAZARDOUS INGREDIENTS

| Components | % | Hazard Information |
|---|---|---|
| Ammonium salts of fatty acids | 22.11% | Eye irritant |

## SECTION 3: PHYSICAL AND CHEMICAL CHARACTERISTICS (FIRE AND EXPLOSION DATA)

Solubility in Water:                miscible in all proportions
Appearance and Odor:               clear, colorless, odour of soap, ammonia
Flash Point (°C):                  n/a
Specific Gravity, 25°C:            1.00
pH:                                $8.4\pm0.10$
Extinguishing Media for Fires:     water, $CO_2$, foams
Special Fire Fighting Procedures:  normal extinguishing procedures

N/A - not applicable, NAV - not available, ca. - approximately

## SECTION 4: PHYSICAL HAZARDS

Stability:                           product is stable
Conditions to Avoid:                 exposure to excessive heat
Materials to Avoid:                  none known
Hazardous Decomposition Products:    $CO_2$, CO, $NO_x$, $NH_3$
Hazardous Polymerization Conditions: none known

---

Loading "Comcast Message Center"



# MATERIAL SAFETY DATA SHEET

Page 3 of 3

| SECTION 16:  OTHER INFORMATION |
| --- |
| DISCLAIMER: The information in this Material Safety Data Sheet (MSDS) is believed to be correct as of the date issued.  By making the MSDS available, Gardens Alive™, Inc. does not make any express or implied warranty (including any warranty of merchantability or fitness for a particular purpose) regarding the MSDS, its accuracy or the product to which it relates. Anyone using this information agrees that Gardens Alive! shall not be held liable (based on its negligence or otherwise) for any personal injury or other damage relating to, or arising from such use, including direct, incidental, or consequential damage and such user agrees to indemnify Gardens Alive! for any claims arising out of its use. |

[ Back ]

© 2006 Comcast Cable Communications, Inc. All rights reserved.

Schultz Company
P. O. Box 4406
Bridgeton, MO 63044-0406

# Material Safety Data Sheet
### Complies with OSHA's Hazard Communication Standard, 29 CFR 1910.1200

| Hazardous Material Identification System – (HMIS) | |
| --- | --- |
| HEALTH – 1 | REACTIVITY – 0 |
| FLAMMABILITY – 0 | PERSONAL – |

| I   Trade Name: Garden Safe Brand Weed & Grass Killer |
| --- |

| Product Type: Liquid Ready-to-Use Herbicide |
| --- |

| Product Item Number: 93065 | Formula Code Number: 21-0923 |
| --- | --- |

| EPA Registration Number | Manufacturer | Emergency Telephone Numbers |
| --- | --- | --- |
| 67702-7-39609 | Chemsico<br>8494 Chapin Industrial Drive<br>St. Louis, MO  63114 | For Chemical Emergency:   1-800-633-2873<br>For Information:            1-800-257-3379<br>Prepared by:               C.A. Duckworth<br>Date Prepared:             JULY 21, 2006 |

## II  Hazards Ingredient/Identity Information

| Chemical | % | OSHA PEL | ACGIH TLV |
| --- | --- | --- | --- |
| Ammoniated soap of Fatty acids<br>CAS #84776-33-0 | 3.68 ✓ | NA | NA |

## III  Physical and Chemical Characteristics

| | |
| --- | --- |
| Appearance & Odor: | Light yellow colored solution.  Mild Odor |
| Boiling Point: | N/A |
| Melting Point: | NA |
| PH | 7.8 ✓ |
| Vapor Pressure: | NA |
| Specific Gravity: | 0.99 (H₂O=1) |
| Vapor Density: | greater than 1 (Air=1) |
| % Volatile (by vol.): | greater than 95% |
| Solubility in Water: | 100% |
| Evaporation Rate: | Less than 1 (Butyl Acetate=1) |

## IV  Fire and Explosive Hazards Data

| | |
| --- | --- |
| Flash Point: | >220 F (TCC) |
| Flame Extension: | NA |
| Flammable Limits: | NA |
| Autoignition Temperature: | NA |
| Fire Extinguishing Media: | Water fog, Carbon dioxide, Dry chemical |
| Decomposition Temperature: | NA |
| Special Fire-Fighting Procedures: | Use procedures for elimination of original source of fire. |
| Unusual Fire & Explosion Hazards: | Vapors are heavier than air. |

## V  Reactivity Data

| | |
| --- | --- |
| Stability: | Stable |
| Polymerization: | Will not occur |
| Conditions to Avoid: | None |
| Incompatible Materials: | N/A |
| Hazardous Decomposition or Byproducts: | N/A |

## VI  Health Hazard Data

**Skin Contact:** Harmful if inhaled. *First Aid:* Move person to fresh air. If person is not breathing call 911 or an ambulance, then give artificial respiration, preferably mouth-to-mouth. Call a Poison Control Center or doctor for treatment advice. **Eye Contact:** Causes moderate eye irritation. *First Aid:* Hold eye open and rinse slowly and gently with water for 15-20 minutes. Remove contact lenses if present after the first 5 minutes then continue rinsing eye. Call for a Poison Control Center or doctor for treatment advice.
**Special Notes:**    Have product container with you when calling.
**Health conditions Aggravated by Exposure:**  Skin disorders
**Ingredients listed by NTP, OSHA, or IARC as Carcinogens or Potential Carcinogens:**    None

## VII  Precautions for Safe Handling and Use

**Steps to be Taken in Case Material is Released or Spilled:**
   Avoid breathing vapors. Avoid skin contact with liquid. Soak up with absorbent material.

**Waste Disposal:**
   If empty: Do not reuse this container. Place in trash or offer for recycling if available. If partially filled: Call your local solid waste agency or 1-800-CLEANUP for disposal instructions. Never pour unused product down any indoor or outdoor drain.

**Handling & Storage Precautions:**
   Do not contaminate water, food or feed by storage or disposal. Store in original container

## VIII  Control Measures

Read and follow label directions. They are your best guide to using this product effectively, and give necessary safety precautions to protect your health.

## IX  Transportation Data

**DOT:** Not Regulated by DOT (limited quantity exception)
**IMDG:** Not Regulated by IMDG (limited quantity exception)
**IATA:** Not Regulated by IATA (limited quantity exception)

The information and statements herein are believed to be reliable but are not to be construed as warranty or representation for which we assume legal responsibility. Users should undertake sufficient verification and testing to determine the suitability for their own particular purpose of any information or products referred to herein.  NO WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE IS MADE.

# MATERIAL SAFETY DATA SHEET



DATE PREPARED:01/22/2004
MSDS No:210110003

## 1. PRODUCT AND COMPANY IDENTIFICATION

**PRODUCT NAME:** Scotts® Nature's Care™ Weed & Grass Killer Ready to Use
**PRODUCT DESCRIPTION:** Herbicide

**MANUFACTURER**
The Scotts Company
Earthgro-Hyponex-Miracle Gro
Scotts-Scotts Sierra-Swiss Farms
14111 Scottslawn Road
Marysville, OH 43041

**24 HR. EMERGENCY TELEPHONE NUMBERS**
CHEMTREC (U.S.):    (800) 424-9300
Emergency Phone:    1-937-644-0011

**EPA REG. NO.:** 67702-7-538 PN: S11117

## 2. COMPOSITION / INFORMATION ON INGREDIENTS

| Chemical Name | Wt.% | CAS# |
|---|---|---|
| Ammoniated Soap of Fatty Acids | 3.68 | |
| Inert Ingredients | 96.32 | |

## 3. HAZARDS IDENTIFICATION

**EMERGENCY OVERVIEW**
  **IMMEDIATE CONCERNS:** CAUTION
    Causes eye irritation.
    Avoid contact with eyes or clothing.
    Wash thoroughly with soap and water after handling.
    KEEP AWAY FROM CHILDREN.

**POTENTIAL HEALTH EFFECTS**
  **EYES:** May cause eye irritation.

  **SKIN:** May cause irritation.

  **INGESTION:** May irritate gastrointestinal tract tissues if swallowed.

  **INHALATION:** Mists may cause upper respiratory tract irritation.

**ROUTES OF ENTRY:** Inhalation, skin.

## 4. FIRST AID MEASURES

**EYES:** If in eyes, hold eye open and rinse slowly and gently with water for 15-20 minutes. Remove contact lenses, if present, after the first 5 minutes, then continue rinsing. Call a poison control center or doctor for treatment advice.

**SKIN:** If on skin or clothing, take off contaminated clothing. Rinse skin immediately with plenty of water for 15-20 minutes. Call a poison control center or doctor for treatment advice.

**INGESTION:** If swallowed, call a poison control center or doctor immediately for treatment advice. Have person sip glass of water if able to swallow. Do not induce vomiting unless told to by a poison control center or doctor. Never give anything by mouth to an unconscious person.

**INHALATION:** Move person to fresh air. If person is not breathing, call 911 or an ambulance, then give artificial respiration, preferably mouth-to-mouth, if possible. Call a poison control center or doctor for further treatment advice.

Scotts® Nature's Care™ Weed & Grass Killer Ready to Use                                    Page 2 of 4

**COMMENTS:** See product label for specific First Aid Measures. The above measures are the most conservative - Pesticide Registration (PR) Notice 2001-1, January 2, 2001, and apply in the event a product label is not immediately available.

---

## 5. FIRE FIGHTING MEASURES

**EXTINGUISHING MEDIA:** Dry chemical, water spray, $CO_2$, foam.

**HAZARDOUS COMBUSTION PRODUCTS:** In a fire, oxides of carbon would be expected.

**EXPLOSION HAZARDS:** None known.

**FIRE FIGHTING PROCEDURES:** Flood with water to cool containers.

**FIRE FIGHTING EQUIPMENT:** Wear self-contained breathing apparatus to fight large fires.

**FLASHPOINT:** Not Flammable.

**FIRE EXPLOSION:** None known.

**HAZARDOUS DECOMPOSITION PRODUCTS:** $CO_2$, $CO$, $NO_x$, and $NH_3$ are possible.

---

## 6. ACCIDENTAL RELEASE MEASURES

**SMALL SPILL:** Absorb with towel or other absorbent material and discard in trash.

**LARGE SPILL:** Contain and absorb spillage with absorptive material. Use clean shovel and place into clean, dry, containers for disposal. Wash area with detergent and water. Do not allow spilled material to enter sewer or watercourse.

---

## 7. HANDLING AND STORAGE

**HANDLING:** See label. Wash hands with soap and water after handling product. Avoid container breakage. Avoid contact with skin, eyes, or clothing. Keep out of lakes, streams, or ponds. KEEP OUT OF REACH OF CHILDREN.

**STORAGE:** See label. KEEP OUT OF REACH OF CHILDREN. Avoid container breakage. Store in cool, dry area in closed container or package. Keep away from feed or foodstuffs.

**STORAGE TEMPERATURE:** (39°F) minimum

---

## 8. EXPOSURE CONTROLS / PERSONAL PROTECTION

**ENGINEERING CONTROLS:** When engineering controls are mandated by use conditions or a potential for exposure exists, minimize exposure to employees with general area dilution or exhaust ventilation.

**PERSONAL PROTECTION**
   **EYES AND FACE:** Handling of the product is not likely to present and eye exposure concern and no special eye protection is needed. In the event of an accidental discharge of the material during manufacture or handling which could cause eye contact, goggles or a face shield should be worn.

   **SKIN:** See label. No special skin protection is necessary under normal use conditions. Avoid prolonged or frequently repeated skin contact with this material. Skin contact can be minimized by wearing protective clothing. Wash thoroughly with soap and water after handling.

   **RESPIRATORY:** Ensure good ventilation. If ventilation inadequate, wear a suitable respirator for spray mist.

**OSHA HAZARDOUS COMPONENTS (29 CFR 1910.1200):**

|   | EXPOSURE LIMITS | | |
|---|---|---|---|
| **Chemical Name** | **OSHA PEL** | **ACGIH TLV** | **ACGIH STEL** |
| Ammoniated Soap of Fatty Acids | None | None | None |

Scotts® Nature's Care™ Weed & Grass Killer Ready to Use                    Page 3 of 4

## 9. PHYSICAL AND CHEMICAL PROPERTIES

**PHYSICAL STATE:** Liquid
**ODOR:** Soap-like, ammonia.
**APPEARANCE:** Clear liquid.
**COLOR:** Colorless
**pH:** 7.5-8.0
**BOILING POINT:** 212°F (100°C)
**SOLUBILITY IN WATER:** Completely Miscible
**SPECIFIC GRAVITY:** 0.99

## 10. STABILITY AND REACTIVITY

**STABLE:** YES

**HAZARDOUS POLYMERIZATION:** NO

**CONDITIONS TO AVOID:** Extreme heat.

**INCOMPATIBLE MATERIALS:** None known.

## 11. TOXICOLOGICAL INFORMATION

**ACUTE**
    **DERMAL LD$_{50}$:** No product toxicology available.

    **ORAL LD$_{50}$:** No product toxicology available.

    **INHALATION LC$_{50}$:** No product toxicology available.

**EYE EFFECTS:** Moderately Irritating.

**SKIN EFFECTS:** May irritate skin.

**SENSITIZATION:** May cause allergic skin reaction.

**CARCINOGENICITY:**
    **CARCINOGENICITY COMMENTS:** IARC: No; NTP: No; OSHA: No

**COMMENTS:** The acute toxicity information is from Orange Guard, Inc., Orange Guard (EPA Registration No. 61887-1-AA), MSDS 6/4/2001.

## 12. ECOLOGICAL INFORMATION

**GENERAL COMMENTS:** This product may be hazardous to aquatic invertebrates. Do not apply directly to water. Consult Label and Directions For Use for additional environmental hazards.

## 13. DISPOSAL CONSIDERATIONS

**DISPOSAL METHOD:** If empty, do not reuse container. Place in trash or offer for recycling if available. If partially filled, call local solid waste agency or 1-800-CLEANUP for disposal instructions. Never place unused product down any drain.

## 14. TRANSPORT INFORMATION

**DOT (DEPARTMENT OF TRANSPORTATION)**
    **PROPER SHIPPING NAME:** Not DOT regulated.

# Material Safety Data Sheet

**ꟺwoodstream**
**Woodstream Corporation**
**69 North Locust Street**
**Lititz, PA 17543**

| | |
|---|---|
| *MSDS No:* **341** | |
| *Domestic Emergency Phone* | **800-424-9300** |
| *International Emergency Phone* | **703- 527-3887** |
| *Information Phone* | **800-800-1819** |
| *Intl Info Phone:* | **717-626-2125** |

## SECTION I: MATERIAL IDENTIFICATION

| | |
|---|---|
| **Product Number/Size:** | 98632     32     Ounce (fluid) |
| **Trade Name:** | Fast-Acting Weed Kill 32o |
| **Also Known As:** | Fast-Acting Weed Killer |
| **Description:** | Liquid Herbicide RTU |
| **Chemical Composition:** | Liquid RTU |
| **Regulatory Licenses:** | EPA Reg. No. 67702-7-50932 |

## SECTION II: INGREDIENTS

| Hazardous Ingredient (s)* | % BY WT | CAS # | OSHA/TWA | PEL/STEL | ACGIH/TWA | TLV/STEL |
|---|---|---|---|---|---|---|
| Ammonium Salts of Fatty Acids | 3.68 | N/A | NE | NE | NE | NE |

*\* all ingredients in quantities > 1.0% (0.1% for carcinogens or teratogens) that are potentially hazardous per OSHA definitions.*

## SECTION III: PHYSICAL DATA

| | | | |
|---|---|---|---|
| **Boiling Point:** | >200 F | **Viscosity:** | Not Available |
| **Vapor Pressure (mm Hg):** | Not Available | **Odor:** | Mild Soap/Ammonia |
| **Vapor Density (AIR=1):** | Not Available | **Specific Gravity (Water=1):** | Not Available |
| **Bulk Density:** | Not Available | **Percent, Volitile by Volume %:** | Not Available |
| **Freezing Point:** | Not Available | **Evaporation Rate (Xylene=1):** | Not Available |
| **Solubility in Water:** | Complete | **Physical State:** | Liquid |
| **Appearance:** | Clear Liquid | **pH:** | Not Available |

## SECTION IV: FIRE AND EXPLOSION HAZARD DATA

| | | | |
|---|---|---|---|
| **Flash Point (method):** | >200 F | **NFPA Health Rating:** | 1 |
| **Autoignition Temp.:** | Not Available | **NFPA Fire Rating:** | 0 |
| **Flammable Lel:** | Not Available | **NFPA Reactivity Rating:** | 0 |
| **Flammable Uel:** | Not Available | **Extinguishing Material:** | Water, foams, carbon dioxide. |
| **Hazardous Products of Combustion:** | Carbon Oxides, Nitrous Oxides, Ammonia | | |

## SECTION V: HEALTH HAZARD DATA

| | |
|---|---|
| **General Statement:** | Material is not considered to be hazardous per 29 CFR 1910.1200. |
| **Occupational Exposure Limit:** | See Section II |
| **Effects of Over Exposure:** | None Expected |
| **Carcinogenicity:** | None listed per OSHA, NTP, or IARC. |
| **Chronic Effects:** | Ethanol has been shown to be a developmental toxin from chronic ingestion; such effects are not anticipated from appropriate use of this product. |
| **Rec. Exp. Limits:** | See Section II |
| **Potential Health Effects:** | None Expected |
| **Acute Oral:** | >5000 mg/kg |
| **Acute Dermal:** | >5000 mg/kg |
| **Acute Inhalation:** | >2 mg/liter |
| **Eye Irritation:** | Not an irritant |
| **Skin Irritation:** | Not an irritant |
| **Sensitization:** | Not a sensitizer |

*Wednesday, May 28, 2003*

*Page 1 of 3*

| Route of Entry | Symptoms/Eff. of Overexposure | First Aid |
|---|---|---|
| Skin | None Expected | Wash with plenty of soap and water.  Get medical attention. |
| Inhalation | None Expected | Remove victim to fresh air.  If not breathing, give artificial respiration, preferably mouth to mouth.  Get medical attention. |
| Eye | None Expected | Hold eyelids open and flush with a steady, gentle stream of water for 15 minutes.  Get medical attention. |
| Ingestion | None Expected | If swallowed, promptly drink large amounts of water.  Never give liquids to an unconscious person.  Get medical attention. |

## SECTION VI:  REACTIVITY DATA

| | |
|---|---|
| **Stability:** | Stable |
| **Conditions to avoid:** | Excessive Heat |
| **Materials to avoid:** | Concentrated mineral supplements (fertilizers), strong oxidizers, acids |
| **Hazardous Decomposition:** | Will not occur |
| **Conditions to avoid:** | None |
| **Hazardous Polymerization:** | Will not occur |
| **Conditions to avoid:** | None |

## SECTION VII:  SPILL OR LEAK PROCEDURES

| | |
|---|---|
| **Steps to be taken if material is released or spilled:** | Rinse with abundant water and mop up |
| **Waste Disposal Method:** | Dispose in accordance with local, provincial and national regulations. |
| **Product Disposal Method:** | PESTICIDE DISPOSAL:  Wastes resulting from use of this product may be disposed of on site or at an approved waste disposal facility. CONTAINER DISPOSAL: If Empty:  Do not reuse this container.  Place in trash or offer for recycling if available. If Partly Filled: Call your local solid waste agency for disposal instructions.  Never place unused product down any indoor or outdoor drain. |

## SECTION VIII:  SPECIAL PROTECTION INFORMATION

| | |
|---|---|
| **Respiratory Protection:** | In typical applications no engineering controls should be needed; if industrial hygiene surveys show that occupational exposure limits may be exceeded, use NIOSH approved respirator with organic vapor/dust/mist cartridges. |
| **Protective Gloves:** | Protective gloves (nitrile) recommended |
| **Eye Protection:** | Recommended to avoid splashing of material directly into eyes |
| **Protective Clothing:** | Not Needed |
| **Ventilation:** | Not Needed |
| **Other Protective Equipment:** | Not Needed |
| **Protection Note:** | Personal protection information provided in this Section is based upon general information as to normal uses and conditions.  Where special or unusual uses or conditions exist, it is suggested that the expert assistance of an industrial hygienist or other qualified professional be sought. |

## SECTION IX:  SPECIAL PRECAUTIONS

| | |
|---|---|
| **Storage and Handling:** | PESTICIDE STORAGE:  Store only in a cool, dry area inaccessible to children and pets.  Protect from freezing and heat.  Keep container tightly closed to prevent evaporation.  Do not contaminate water, food or feed by storage and disposal. |
| **Other Precautions:** | Store away from heat, out of reach of children.  Do not contaminate water, food or feed by storage or disposal.  Do not reuse container. |
| **Precaution Note:** | None |

## SECTION X:  ECOLOGICAL INFORMATION

| | |
|---|---|
| **Ecotoxicity:** | May be hazardous to aquatic invertebrates.  Do not apply directly to water; do not contaminate water by cleaning of equipment or disposal of wash waters. |
| **Environmental Fate:** | Not persistent |

## SECTION XI: TRANSPORTATION INFORMATION
### DOT HAZARD DESCRIPTION

| | |
|---|---|
| **DOT Proper Shipping Name:** | Not Hazardous |
| **Identification Number:** | Not Regulated |
| **DOT Hazard Class/Division:** | Not Regulated |
| **Packaging Group:** | Not Regulated |
| **Packaging Instructions:** | Not Regulated |
| **Special Instructions:** | Not Regulated |
| **Placard:** | Not Regulated |
| **Emergency Response Guide#:** | Not Regulated |
| **US Surface Freight Class:** | See NMFTA Manual |

### IATA CLASSIFICATION

| | |
|---|---|
| **IATA Proper Shipping Name:** | |
| **Identification Number:** | Not Regulated |
| **IATA Hazard Class/Division:** | |
| **Packaging Group:** | Not Regulated |
| **IATA Bulk Packaging Inst:** | Not Regulated |
| **IATA Shipping Notes:** | Not Regulated |

### IMO CLASSIFICATION

| | |
|---|---|
| **IMO Proper Shipping Name:** | |
| **Identification Number:** | Not Regulated |
| **IMO Hazard Class/Division:** | |
| **Packaging Group:** | Not Regulated |
| **IMO Shipping Notes:** | Not Regulated |
| **IMO Bulk Packaging Inst:** | Not Regulated |
| **IMO Stowage Category:** | Not Regulated |

## SECTION XII: REGULATORY INFORMATION

| | |
|---|---|
| **SARA Title III:** | Not Regulated |
| **SARA Product Classification:** | Reporting not required unless TPQ exceeded in inventory |
| **Acute:** | N/A |
| **Chronic:** | N/A |
| **Fire:** | N/A |
| **Reactivity:** | N/A |
| **Pressure Generating:** | Not Pressure Generating |
| **311/312 Hazard Categories:** | Not Subject |
| **313 Reportable Ingredients:** | Not Subject |
| **TSCA Regulatory:** | None Listed |
| **State Regulations:** | In the U.S.A. states such as Pennsylvania, New Jersey, California, Vermont, Massachusetts and Rhode Island may all have components of this product listed; consult specific state regulatory requirements for additional information. |
| **Proposition 65 Statement:** | None Listed |

## SECTION XIII: OTHER INFORMATION

| | |
|---|---|
| **Memo:** | While this information and recommendations set forth are believed to be accurate as of the date hereof, Woodstream Corp. makes no warranty with respect hereto and disclaims all liability from reliance thereon. |

| | | | |
|---|---|---|---|
| *Date MSDS Prepared:* | 1/8/2003 | *Contact:* | Nathan P. Ehresman |
| *Supercedes Date:* | 2/1/2001 | *Title:* | Regulatory Affairs |

# MATERIAL SAFETY DATA S..EET

HERBICIDAL SOAP                    Page 1 of 4                    Issue Date: 03/05

| SECTION 1. | PRODUCT AND COMPANY IDENTIFICATION |
|---|---|

<u>Chemical Product</u>
HERBICIDAL SOAP
EPA Reg. No. 67702-8-54705
Common Name:        Liquid herbicidal soap.
Chemical Description: Ammoniated salts of fatty acids.
TSCA/CAS No.:        This product is a mixture — there is no specific CAS number.

<u>Manufactured For</u>
Lawn and Garden Products, Inc.
P. O. Box 35000
Fresno, CA  93745-5000

<u>Emergency Phone Numbers</u>
Emergency Telephone:      DAYS: (559) 499-2100      EVES.: (559) 435-2163
CHEMTREC (24-Hour Emergency Number): (800) 424-9300
EPA National Response Center: (800) 424-8802

| SECTION 2. | INGREDIENTS |
|---|---|

| CHEMICAL | CAS NO. | % | TLV OR PEL | RQ (lbs) |
|---|---|---|---|---|
| Ammonium salts of fatty acids | *N.A. | 19-23 | N.A. | *N.P. |

* N.A. – Not Available.
* N.P. – Not Pertinent.

| SECTION 3. | EMERGENCY/HAZARDS OVERVIEW |
|---|---|

Translucent, colorless liquid with ammonia odor. Causes substantial but temporary eye injury and skin irritation. Avoid exposure to excessive heat. Not D.O.T. regulated.

HEALTH: 2        REACTIVITY: 0     FLAMMABILITY: 0        ENVIRONMENT: 0
(0=Insignificant  1=Slight  2=Moderate  3=High  4=Extreme)

| SECTION 4. | FIRST AID |
|---|---|

| | |
|---|---|
| Eyes: | Hold eyelids open and flush with gentle, steady stream of water for 15 minutes. Get medical attention. |
| Skin: | Wash with plenty of soap and water. Get medical attention. |
| Ingestion: | Call a physician or Poison Control Center. Drink promptly a large quantity of milk, egg whites, or gelatin solution. If none available, drink water. Do not induce vomiting or give anything by mouth to an unconscious person. |
| Inhalation: | Remove to fresh air. If irritation persists, consult a physician. |

HERBICIDAL SOAP                    Page 2 of 4                    Issue Date: 03/05

| SECTION 5. | FIRE AND EXPLOSION HAZARDS |
|---|---|

| | |
|---|---|
| Flash Point: | Not applicable. |
| Test Method: | Not available. |
| LEL Flammable Limits: | Not available. |
| UEL Flammable Limits: | Not available. |
| Autoignition Temperature: | Not pertinent. |
| Flammability Classification: | Noncombustible. |
| Known Hazardous Products of Combustion: | Not known. |
| Properties that Initiate/Contribute to Intensity of Fire: | Not known. |
| Potential For Dust Explosion: | None. |
| Reactions that Release Flammable Gases or Vapors: | Not known. |
| Potential For Release of Flammable Vapors: | None. |
| Unusual Fire & Explosion Hazards: | None. |
| Extinguishing Media: | Water, $CO_2$ or foams. |
| Special Firefighting Procedures: | Wear positive pressure, self–contained breathing apparatus and goggles. Avoid smoke inhalation. Contain any liquid runoff. |

| SECTION 6. | SPILLS AND LEAKS |
|---|---|

| | |
|---|---|
| Containment: | Prevent product spillage from entering drinking water supplies or streams. |
| Clean Up: | Material will be very slippery. Collect liquid or absorb onto absorbent material and package for disposal. |
| Evacuation: | Not necessary. |

| SECTION 7. | STORAGE AND HANDLING |
|---|---|

| | |
|---|---|
| Storage: | Store in plastic or stainless steel container in a cool, well–ventilated, dry place at temperatures above 40ºF. Do not store near food or feeds. Do not stack pallets more than two (2) high. |
| Transfer Equipment: | Transfer product using chemical–resistant plastic or stainless steel tanks, pumps, valves, etc. |
| Work/Hygienic Practices: | Keep out of reach of children. Causes substantial but temporary eye injury. Causes skin irritation. Prolonged or frequent exposure may cause allergic reactions in some individuals. Avoid breathing vapor or spray mist. Harmful if inhaled. Do not get in eyes, on skin or on clothing. Wash thoroughly with soap and water after handling. Remove contaminated clothing and wash before reuse. Keep unprotected persons out of treated areas until sprays have dried. |

| SECTION 8. | PERSONAL PROTECTIVE EQUIPMENT |
|---|---|

| | |
|---|---|
| Eyes: | Protective eyewear. As a general rule, do not wear contact lenses when handling. |
| Skin: | Wear long–sleeved shirt, long pants, socks, shoes and rubber gloves. |
| Respiratory: | Not normally needed. If use generates an aerosol mist or respiratory irritation, |

HERBICIDAL SOAP                    Page 3 of 4                    Issue Date: 03/05

            use NIOSH–approved dust/mist respirator (such as 3M #8710).

Ventilation:   Recommended but no TLV established.

| SECTION 9. | PHYSICAL AND CHEMICAL DATA |
|---|---|

| | |
|---|---|
| Appearance: | Translucent, colorless liquid. |
| Odor: | Ammonia odor. |
| pH: | $8.40 \pm 0.10$ |
| Vapor Pressure: | Not available. |
| Vapor Density (Air=1): | Not available. |
| Boiling Point: | Not available. |
| Freezing Point: | Not available. |
| Water Solubility: | Miscible. |
| Density: | 8.34 lbs./gal. |
| Evaporation Rate: | Not available. |
| Viscosity: | Not available. |
| % Volatile: | Not available. |
| Octanol/Water Partition Coefficient: | Not available. |
| Saturated Vapor Concentration: | Not available. |

| SECTION 10. | STABILITY AND REACTIVITY |
|---|---|

| | |
|---|---|
| Stability: | Stable. |
| Conditions To Avoid: | Exposure to excessive heat. |
| Incompatibility: | Copper, brass and galvanized metals react with the product. |
| Hazardous Decomposition Products: | $CO_2$, CO, $NO_x$ |
| Hazardous Polymerization: | None known. |

| SECTION 11. | POTENTIAL HEALTH EFFECTS |
|---|---|

<u>Acute Effects:</u>

| | |
|---|---|
| Eyes: | Can be expected to cause moderate to severe reversible injury. |
| Skin: | Causes irritation, reddening; prolonged or frequent contact may cause allergic reaction.  Dermal $LD_{50}$ >5000 ppm |
| Ingestion: | May cause gastrointestinal irritation and/or nausea. $LD_{50}$> 5000 mg/kg. |
| Inhalation: | Can be expected to cause irritation if fine droplets are inhaled.  $LD_{50}$> 20 mg/l. |
| <u>Subchronic Effects:</u> | None known. |
| <u>Chronic Effects:</u> | May aggravate chronic skin, eye or respiratory disease. |

| SECTION 12. | ECOLOGICAL INFORMATION |
|---|---|

| | |
|---|---|
| Algal/Lemna Growth Inhibition: | Not known. |
| Toxicity to Fish and Invertebrates: | Not known. |
| Toxicity to Plants: | Not known. |
| Toxicity in Birds: | Not known. |

HERBICIDAL SOAP                    Page 5 of 4                    Issue Date: 03/05

| SECTION 13. | DISPOSAL |
|---|---|

Do not contaminate lakes, streams, ponds, estuaries, oceans or other waters by discharge of waste effluents or equipment washwaters. Dispose of waste effluents according to state and local regulations. Also, chemical additions or other alterations of this product may invalidate any disposal information in this MSDS. Therefore, consult local waste regulators for proper disposal. Do not discharge.

HERBICIDAL SOAP                    Page 6 of 4                    Issue Date: 03/05

| SECTION 14. | TRANSPORTATION |
|---|---|

D.O.T.:                                 Not D.O.T. Regulated.
Other Shipping Description:             Compounds, Tree or Weed Killing (Herbicide),
                                        Liquid.
                                        NMFC Item 50320, LTL Class 60

| SECTION 15. | REGULATORY INFORMATION |
|---|---|

CERCLA:  None.
SARA TITLE III, Section 313 Toxic Chemicals:  None.
Proposition 65: None.

| SECTION 16. | OTHER |
|---|---|

All information appearing in this document was based on data provided by third party sources
and was compiled to comply with the Federal Hazard Communication Standard and the
California Hazardous Substances Information and Training Act.  The information is believed to
be accurate as of the preparation date, but is not warranted as being the final authority in the
use of this product.  This information does not purport to be legal or medical advice.



## RACER™

### Concentrate
### Non-selective Herbicide

## FOR NONFOOD USE ONLY

FOR ORGANIC PRODUCTION

A rapid-acting, non-systemic, contact herbicide that suppresses a wide variety of undesirable vegetation such as weeds, vines and brush.  To be effective, leaves of undesirable vegetation must be uniformly sprayed and thoroughly wetted.

## KEEP OUT OF REACH OF CHILDREN

## WARNING "AVISO"
**"Si usted no entiende la etiqueta, busque a alguien para que se la explique a usted en detalle. (If you do not understand the label, find someone to explain it to you in detail.)"**

Active ingredient:
Ammonium Nonanoate . . . . . . . . . . . . . . . . . . . . . . . 40.0 wt.%
Other ingredients . . . . . . . . . . . . . . . . . . . . . . . . . . . 60.0 wt.%
Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 100.00 wt.%

For the suppression and control of weeds, vines and underbrush by home owners, master gardeners, nurseries, landscape and turf professionals, in greenhouses, lath or shade houses, and interiorscapers.

EPA Reg. No.79766-1

EPA Establishment No.79766-
This product is protected by U. S. Patent No. 6,323,156

Net Contents:  1 pint (16 fl. oz.)

## PRECAUTIONARY STATEMENTS

### HAZARDS TO HUMANS AND DOMESTIC ANIMALS

# WARNING

May be fatal if inhaled. Do not breathe spraymist. Causes substantial, but temporary eye injury. Causes skin irritation. Do not get in eyes, skin, or on clothing. Wash thoroughly with soap and water after handling. Remove and wash contaminated clothing before reuse.

| FIRST AID | |
|---|---|
| If inhaled | • Move person to fresh air<br>• If person is not breathing, call 911 or an ambulance, then give artificial respiration, preferably by mouth-to-mouth, if possible.<br>• Call a poison control center or doctor for treatment advice. |
| If in eyes | • Hold eye open and rinse slowly and gently with water for 15-20 minutes.<br>• Remove contact lenses, if present, after the first 5 minutes, then continue rinsing eye.<br>• Call a poison control center or doctor for treatment advice. |
| If on skin or clothing | • Take off contaminated clothing<br>• Rinse skin immediately with plenty of water for 15-20 minutes.<br>• Call a poison control center or doctor for treatment advice. |
| HOT LINE NUMBER | |
| Have the product container or label with you when calling a poison control center or doctor, or going for treatment. You may also contact 1-800-424-9300 for emergency medical advice. | |

**PERSONAL PROTECTIVE EQUIPMENT (PPE)**

**Applicators and other handlers must wear:**
- Coveralls worn over short-sleeve shirt and short pants
- Socks and chemical resistant footwear
- Chemical resistant gloves
- Protective eyewear
- Respirator with an organic vapor removing cartridge with a pre-filter approved for pesticides (MSHA/NIOSH approval prefix number TC-23C), or a canister approved for pesticides (MSHA/NIOSH approval prefix number TC-14G), or a NIOSH approved respirator with an organic vapor (OV) cartridge or canister with any N, R, P, or HE prefilter.
- When mixing and loading wear a chemical resistant apron
- For overhead exposure wear chemical resistant headgear

Discard clothing and other absorbent materials that have been drenched or heavily contaminated with this product's concentrate. Do not reuse them. Follow the manufacturer's instructions for cleaning/maintaining PPE. If no such instructions for washables, use detergents and hot water. Keep and wash PPE separately from other laundry.

**USER SAFETY RECOMMENDATIONS**

**Users should:**
- Wash hands before eating, drinking, chewing gum, using tobacco or using the toilet.
- Remove clothing/PPE immediately if pesticide gets inside. Then wash thoroughly and put on clean clothing.
- Remove PPE immediately after handling this product. Wash outside of gloves before removing. As soon as possible, wash thoroughly and change into clean clothing.

**ENVIRONMENTAL HAZARDS**

**For terrestrial uses:** This pesticide is toxic to fish and aquatic invertebrates. Use care when applying in areas adjacent to any body of water. Do not apply directly to water, to areas where surface water is present, or to intertidal areas below the mean high water mark. Do not contaminate water when disposing of equipment washwater or rinsate. Drift and runoff may be hazardous to aquatic organisms in water adjacent to treated areas. This product is toxic to bees exposed to direct treatment or residues on blooming crops or weeds. Do not apply this product if bees are visiting the treatment area.

# DIRECTIONS FOR USE

**It is a violation of Federal law to use this product in a manner inconsistent with its labeling. Do not apply this product in a way that will contact workers or other persons, either directly or through drift. Only protected handlers may be in the area during application. For any requirements specific to your State or Tribe, consult the State/Tribal agency responsible for pesticide regulation.**

---

AGRICULTURAL USE REQUIREMENTS

Use this product only in accordance with its labeling and with the Worker Protection Standard, 40 CFR Part 170. This standard contains requirements for the protection of agricultural workers on farms, forests, nurseries, and greenhouses, and handlers of agricultural pesticides. It contains requirements for training, decontamination, notification, and emergency assistance. It also contains specific instructions and exceptions pertaining to the statements on this label about personal protective equipment (PPE), and restricted-entry interval. The requirements in this box only apply to uses of this product that are covered by the Worker Protection Standard.

Do not enter or allow worker entry into treated areas during the restricted-entry interval (REI) of 24 hours.

PPE required for early entry to treated areas that is permitted under the Worker Protection Standard and that involves contact with anything that has been treated such as plants, soil, or water is:

- Coveralls worn over short-sleeve shirt and short pants
- Socks and chemical resistant footwear
- Chemical resistant gloves
- Protective eyewear

---

NON-AGRICULTURAL USE REQUIREMENTS

The requirements in this box apply to uses of this product that are NOT within the scope of the Worker Protection Standard for agricultural pesticides (40 CFR Part 170). The WPS applies when this product is used to produce agricultural plants on farms, forests, nurseries, or greenhouses.

Keep unprotected persons out of treated areas until sprays have dried.

# GENERAL INSTRUCTIONS AND INFORMATION

## DO NOT APPLY ON OR AROUND FOOD CROPS

**RACER**[TM] **Concentrate** is a non-selective, broad-spectrum, foliar applied, water-based herbicide that supresses the growth of actively growing undesirable vegetation by covering the leaves of such vegetation with a liquid spray consisting of **RACER**[TM] **Concentrate** diluted with water. **RACER**[TM] **Concentrate** does not migrate through the soil and is not translocated in plants. **To ensure satisfactory control, plant leaves must be thoroughly and uniformly covered with Racer spray solution.**

For use, **RACER**[TM] **Concentrate** is diluted with water to the specified concentration for effective control of the undesirable vegetation. Apply using standard methods of liquid herbicide application. Dilution must be in accordance with label instructions. Do not apply this product through any type of irrigation system.

**The degree of dilution for application is based on the concentration of active ingredient needed for the size of vegetation to be suppressed or the rate of herbicidal effect desired. The larger the vegetation, the higher the concentration (lower dilution) required for rapid action. See required concentration for variously sized weeds and grasses in Dosage and Application Rates Section. Hard to suppress weeds (deep-rooted perennials and some grasses) may require one or more later applications for complete control.**

Spray equipment options include hand-held, boom sprayers, pressure sprayers and hose-end sprayers. Spray nozzles that produce a uniform spray will give maximum coverage of the leaves, and thus highest activity. **RACER**[TM] **Concentrate** is completely soluble in water and requires only nominal mixing. Once mixed, no additional mixing or agitation is required.

**Mixing:** Fill sprayer tank with half the required amount of water, add the full amount of Racer to be used (see Dilution Factors below), then fill the sprayer tank with the rest of the water needed for the selected final concentration.

**NOTE:** In areas of hard water, the final mixture may appear milky. This condition does not change the effectiveness of the treatment. A clearly visible foam will appear on the leaves as the plants are sprayed. Overspray or drift onto desirable plants is usually not a serious problem because of the need for thorough leaf coverage for control. Repeat application as often as necessary to obtain desired control.

**Dosage and Application Rates**

For general weed and grass control, rates are based on the size of the plants and/or the speed of kill. The larger the plants, the higher the dosage rates needed to ensure maximum herbicidal activity. Also, the higher the concentration, the faster the plants wilt and turn brown. However, selective suppression of such weeds as crabgrass, some plantains and oxalis in established turf without killing desirable grass may be obtained at low concentrations.

| Size of Plants to be Controlled | Spray Concentration (wt.%) |
|---|---|
| Weeds in established turf | 0.5 - 0.75 |
| 3 inches or less | 2.0 - 3.0 |
| 3 -6 inches | 3.0 - 4.5 |
| Above 6 inches | 4.5 - 6.0 |

**NOTE:** Do not use spray concentrations higher than 6% in a pressure sprayer since severe foaming and bubble formation may occur at the nozzle heads.

### DILUTION FACTORS

| Desired Spray Concentration | Amount of RACER™ Concentrate per final spray volume | |
|---|---|---|
| | U.S. Quart | U.S. Gallon |
| 0.5% | ¾ tbs. | 3 tbs. |
| 2.5% | 4 tbs. | 8.0 fl.oz. |
| 4.0% | 3 fl. oz. | 13 fl. oz. |
| 5.0% | 4 fl. oz. | 16 fl. oz. (one pint) |

## STORAGE AND DISPOSAL

**DO NOT** contaminate water, food or feed by storage or disposal.

**Pesticide Storage:** Store container in cool place until used.

**Pesticide Disposal:** Wastes resulting from use of this product must be disposed of on-site or at an approved waste disposal facility.

**Container Disposal:** Triple rinse (or equivalent). Then offer for recycling or reconditioning, or puncture and dispose of in a sanitary landfill, or incineration, or, if allowed by state and local authorities, by burning. If burned, stay out of smoke.

**Homeowner Container Disposal:**

**If empty:** Do not reuse this container. Place in trash or offer for recycling if available.

**If partly filled:** Call your local solid waste agency or 1-800-CLEANUP for disposal instructions. Never place unused product down any indoor or outdoor drain.

For non-medical emergencies or spills, see **RACER**[TM] **Concentrate** MSDS or call CHEMTREC at 800-424-9300.

**Warranty and Disclaimer Notice:**
To the extent consistent with applicable law, Falcon Lab, LLC, makes no warranty or guarantee of any kind, expressed or implied concerning the effects of use of this product, other than those specified on this label. Buyers or users accept all responsibility for results due to misuse or improper handling of this product.

**Produced for:**
**Falcon Lab LLC**
**1103 Norbee Drive**
**Wilmington , DE 19803-4123**
**302-764-0392**
**www.falconlabllc.com**

# EXHIBIT 6

*Herbert M. Wolfson*
*Attorney At Law*
*1213 Brook Drive*
*Wilmington, Delaware 19803*



May 25, 2007

William C. Geary, III, Esq.
NUTTER McCLENNEN & FISH LLP
World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210-2604

### Re: Falcon's U. S. 6,323,156 v. Neudorff's U. S. 5,919,733

Dear Mr. Geary,

After preparing a draft of a response to your April 13, 2007 letter, I received your letter dated April 23.

1.      Attached to the April 23 letter was <u>Necessary Organic's</u> Material Safety Data Sheet (MSDS) for Concern® Fast-Acting Weed Killer dated July 13, 1998. Recited in this MSDS as the components of the Concern® Weed Killer is " a ready to use formulation of ammonium salts of fatty acids and isopropyl alcohol"

Table I of <u>Neudorff's</u> U. S. Patent 5,919,733 (filed April 4, 1997, issued July 6, 1999) recites an "Exemplary RTU Formulation" comprising 94.11% distilled water, 3.68% ammonium pelargonate (47% saponified), 2% isopropyl alcohol, etc."

According to the '733 patent, the formulation can be prepared as follows:

> *"Most of the water is poured into a container of an appropriate size, retaining approximately 5% of the total volume of water. The ammonium hydroxide (or base) is then added. Next the acid (pelargonic) is added gradually, while stirring the formulation. The*

1

> *gum component can then be dispersed in any alcohol component and gradually added to the main solution while stirring vigorously. After stirring for about 15 minutes the solution can be dispensed into appropriate containers."*

Thus, as their pending <u>Neudorff</u> patent points out, the "Fast Acting Weed Killer" in 1998 requires a solvent for the 53% of the water-immiscible pelargonic acid (47% saponified to ammonium pelargonate) to obtain the "clear odorless (?) liquid with an <u>odor of soap, ammonia</u>" as stated in the MSDS.

2.   Attached hereto is a list of "Neudorff EPA Registrations and Applications for Label Changes" as Attachment A. You will note that these registrations (Nos. 67702-7 and 67702-8) are all dated subsequent to the filing date (April 27, 2000) of Falcon's U. S. Patent 6,325,156.

You will also note that U. S. Patent 5,919,733 is recited as applying to most of these registration or label change applications. In your December 20, 2006 letter you acknowledge this incorrect identification and state:

> *"Neudorff is now in the process of requesting that Gardens Alive! (as well as the licensees of similar herbicidal products) remove any reference to this patent ('733) on the Weed-Aside™ product label."*

It would seem clear to any person of ordinary skill in the art that, not until sometime after November 27, 2001 (when the <u>Falcon</u> '156 patent issued), did <u>Neudorff</u> and/or their licensees realize that the use of an aqueous solution of a 100% saponified pelargonic acid, i.e. 3.68% ammonium pelargonate containing <u>less than 0.5% free pelargonic acid.</u> provided an unexpectedly better result than the partially saponified product containing much more than 0.5% free pelargonic acid as claimed in the <u>Neudorff</u> '733 patent.

2

3.    Recently, we have become aware of a request by Mr. Walter Talarek, an authorized agent for Neudorff, to the EPA for label modifications for HO1 Herbicidal Soap (Product No. 67702-7) the EPA Reg. No. for Concern and other Neudorff licensed products) dated June 28, 2006, a copy attached hereto as Attachment B. The ingredients of this product are stated to be "3.68% ammoniated soap of fatty acids and 96.32% inert ingredients." On page 4 of this application, the registrant is stated to be:

W. Neudorff GmbH KG, Postfach 1209,

An der Muhle 3

D-31860 Emmerthal, Germany

The product label on this Application, as requested by Mr. Talarek, lists the product as being covered by US Patent Number: 5,919,733. Neudorff may also wish to correct this identification.

I call your attention to the Explanation Section of the EPA Registration Application signed by Mr. Talarek on behalf of Neudorff where it is stated:

" *I understand that it is a violation of 18 USC Sec. 1001 to willfully make any false statement to EPA. I further understand that if this notification is not consistent with the terms of PR Notice 98-10 and 40 CFR 152.46, this product may be in violation of FIFRA and I may be subject to enforcement action and penalties under sections 12 and 14 of FIFRA.*"

4.    As stated in my previous letter, Falcon would like to settle this matter amicably. We continue to seek an audience with you and the Neudorff representatives in Wilmington, Delaware to discuss the advantages to Neudorff of obtaining a license with the right to sublicense Falcon's U. S. Patent 6,323,156.

5.    Besides acquiring the rights to place the correct patent, U. S. No. 6,325,156, in the various EPA applications and labels involving products 67702-7 and 67702-8 (see Section 2 of this letter) Neudorff will obtain the right to display "FOR ORGANIC PRODUCTION" on the label for these products (See Attachment C)

3

6.    I am also attaching a copy of <u>Falcon's</u> Patent No. 6,503,869 for <u>Neudorff's</u> consideration; Attachment D. This patent covers the use of a solution of a post-emergent herbicide, e.g. glyphosate and ammonium pelargonate..

This glyphosate product is directly competitive in price and performance with <u>Monsanto's</u> Roundup® for Home and Garden. Since the rights to <u>Falcon's</u> '869 patent would extend <u>Monsanto's</u> exclusive position covering the mixture of post-emergent herbicide (glyphosate) and pelargonic acid beyond 2011, when <u>Monsanto's</u> U. S. Patent 5,196,044 expires, to 2020, <u>Monsanto</u> is anxious to obtain rights and has already made an offer for an exclusive position with respect to the rights. On Tuesday, May 29, 2007, U.S. Patent 7,223,718, issues to <u>Falcon</u>. This patent covers the unexpectedly difficult-to-obtain concentrate (for shipping purposes) of the '869 combination of a post-emergent herbicide and ammonium pelargonate. The PCT Patent Application has been filed and the naming of the countries for substantive examination will expire September 30, 2007.

7.    <u>Neudorff</u> may also wish to consider <u>Falcon's</u> patent '869 with respect to their licensee's (<u>The Espoma Company</u>) offering of "Earth-tone 4n1 Weed Control" for sale (Attachment E). This fast-acting RTU weed killer, EPA Reg. No. 67702-18, is composed of "3.68% ammoniated soap of fatty acids, 0.50% maleic hydrazide and 95.82% inert ingredients." Maleic hydrazide and its salts are classified as post-emergent herbicides in the literature (see the *Herbicide Handbook* issued by the Weed Science Society of America, Seventh Edition, page 179) and were recognized as such in 1947. Thus, the <u>Espoma</u> product falls within the combination of a post-emergent herbicide and ammonium pelargonate, the use of which is claimed in the '869 patent.

The use of this product is also covered by <u>Falcon's</u> '156 patent claiming the use of an aqueous solution of the ammonum salt of at least one fatty acid, e.g. pelargonic acid, with less than 0.5 wt.%, preferably none, of the acid. It will be noted that none of the examples in Neudorff's U. S. Patent 6,286,097 covering the use of ammonium salts of fatty acids and maleic hydrazide or maleic hydrazide salts show the presence of free fatty acid. This again suggests that products under EPA Reg. Nos. 67702-7 and -8 do <u>not</u> contain free fatty acids despite your assertions to the contrary.

4

We are looking forward to meeting with the <u>Neudorff</u> representatives at their earliest convenience.

Very truly yours,

Herbert M. Wolfson
Attorney for Falcon Lab LLC

cc: Dr. Cameron D. Wilson, Neudorff North America

Dr. Andreas Prokop, Neudorff GmbH

Mr. Walter G. Telarek, Neudorff North America

Ms. Joan M. Smiley, Falcon Lab LLC

5

**Attachment A**

# Attachment A

## Neudorff EPA Registrations and Applications for Label

1. **June 28, 2000**, HO1 RTU Herbicidal Soap, Registration No. **67702-7**,
   3.68% Ammoniated soap of fatty acids
   96. 32% Inert ingredients

   No patent number on the requested label

2. **November 21, 2003**, HO1 Concentrate Herbicidal Soap, **67702-8**
   22% Ammoniated soap of fatty acids
   78% Other ingredients

   US Patent Number: 5,919,733

3. **July 9, 2003**, HO1 RTU Herbicidal Soap, **67702-7**
   3.68% Ammoniated soap of fatty acids
   96.32% Inert Ingredients

4. **February 20, 2004**, HO1 RTU Herbicidal Soap, **67702-7**
   3.68% Ammoniated soap of fatty acids
   96.32% Inert Ingredients

   US Patent Number: (blank)

5. **May 18, 2004**, HO1 RTU Herbicidal Soap, **67702-7**
   3.68% Ammoniated soap of fatty acids
   96.32% Inert ingredients

   US Patent Number: (blank)

6. **June 15, 2004**, HO1 Herbicidal Soap, **67702-7**
   3.68% Ammoniated soap of fatty acids
   96.32% Inert Ingredients

   US Patent Number: **6,486,097** ( A change in patent number for the same
   registration.)

7. **June 12, 2006**, HO1 Herbicidal Soap, **67702-7**
   3.68% Ammoniated soap of fatty acids
   96.32% Inert Ingredients

US Patent Number: 5,919,733  (A change back).

8. **July 18, 2006**, HO1 Herbicidal Soap, **67702-7**
   3.68% Ammoniated soap of fatty acids
   96.32% Inert Ingredients

   US Patent Number: 5,919,733

9. **September 11, 2006**, HO1 Herbicidal Soap, **67702-7**
   3.68% Ammoniated soap of fatty acids
   96.32% Inert Ingredients

   US Patent Number: 5,919,733

**Attachment B**

67702-7                     7-18-2006                                    1/4

Please read instructions on reverse before completing form.          Form Approved. OMB No. 2070-0060. Approval expires 2-28-    | Print Form |

&EPA | United States
Environmental Protection Agency
Washington, DC 20460 | □ Registration
□ Amendment
[X] Other | OPP Identifier Number

## Application for Pesticide - Section I

| 1. Company/Product Number | 2. EPA Product Manager | 3. Proposed Classification |
|---|---|---|
| 67702-7 | Joanne Miller | |
| 4. Company/Product (Name) | PM# | [X] None    □ Restricted |
| HO1 RTU Herbicidal Soap | 23 | |

5. Name and Address of Applicant *(Include ZIP Code)*
W. Neudorff GmbH KG
c/o Walter G. Talarek, PC
1008 Riva Ridge Drive
Great Falls, VA 22066-1620

□ *Check if this is a new address*

6. Expedited Reveiw. In accordance with FIFRA Section 3(c)(3)(b)(i), my product is similar or identical in composition and labeling to:

EPA Reg. No. _____

Product Name _____ OK

## Section - II

| □ Amendment - Explain below. | □ Final printed labels in reponse to Agency letter dated | NOTIFICATION |
| □ Resubmission in response to Agency letter dated _____ | □ "Me Too" Application. | JUL 18 2006 |
| [X] Notification - Explain below. | □ Other - Explain below. | |

Explanation: Use additional page(s) if necessary. (For section I and Section II.)  Notification of (1) addition of one optional marketing claim, (2) modification of one optional marketing claim, (3) addition of one optional warranty statement and (4) modification of one optional warranty statement per PR Notice 98-10. This notification is consistent with the provisions of PR Notice 98-10 and EPA regulations at 40 CFR 152.46, and no other changes have been made to the labeling or the confidential statement of formula of this product. I understand that it is a violation of 18 USC Sec. 1001 to willfully make any false statement to EPA. I further understand that if this notification is not consistent with the terms of PR Notice 98-10 and 40 CFR 152.46, this product may be in violation of FIFRA and I may be subject to enforcement action and penalties under sections 12 and 14 of FIFRA.

## Section - III

1. Material This Product Will Be Packaged In:

| Child-Resistant Packaging | Unit Packaging | Water Soluble Packaging | 2. Type of Container |
|---|---|---|---|
| □ Yes | □ Yes | □ Yes | □ Metal |
| □ No | □ No | □ No | □ Plastic |
| | | | □ Glass |
| * Certification must be submitted | If "Yes" Unit Packaging wgt. | No. per container | If "Yes" Package wgt | No. per container | □ Paper |
| | | | | | □ Other (Specify) _____ |

| 3. Location of Net Contents Information | 4. Size(s) Retail Container | 5. Location of Label Directions |
|---|---|---|
| □ Label    □ Container | | |

6. Manner in Which Label is Affixed to Product    □ Lithograph / Paper glued / Stenciled    □ Other _____

## Section - IV

1. Contact Point *(Complete items directly below for identification of individual to be contacted, if necessary, to process this application.)*

| Name | Title | Telephone No. (Include Area Code) |
|---|---|---|
| Walter G. Talarek | Authorized Agent | 703-759-4837 |

## Certification

I certify that the statements I have made on this form and all attachments thereto are true, accurate and complete. I acknowledge that any knowingly false or misleading statement may be punishable by fine or imprisonment or both under applicable law.

6. Date Application Received (Stamped)

| 2. Signature | 3. Title |
|---|---|
| *[signature]* | Authorized Agent |
| 4. Typed Name | 5. Date |
| Walter G. Talarek | June 28, 2006 |

EPA Form 8570-1 (Rev. 3-94) Previous editions are obsolete.    White - EPA File Copy (original)    Yellow - Applicant Co

# H01 RTU HERBICIDAL SOAP

Active Ingredient:
    Ammoniated soap of fatty acids ................... 3.68%
Inert Ingredients ............................................... 96.32%
Total                                                     100.00%

## KEEP OUT OF REACH OF CHILDREN

# CAUTION

H01 is a fast-acting weed, grass, algae and moss killer. It does not stain concrete or pavement. H01 is a non-selective herbicide that controls many common annual weeds. H01 suppresses the growth of some bi-annual and perennial weeds. It can be used in cultivated areas prior to planting grass, flowers and vegetable. Areas can be re-sown five days after treatment. H01 can be used at any time during the year. Best results are obtained with young, actively growing weeds, less than five inches in size.

## PRECAUTIONARY STATEMENTS
## HAZARDS TO HUMANS AND DOMESTIC ANIMALS
*CAUTION:* Causes moderate eye irritation. Harmful if inhaled. Avoid contact with eyes or clothing. Avoid breathing vapor. Wash thoroughly with soap and water after handling. Remove contaminated clothing and wash clothing before reuse.

| FIRST AID | |
|---|---|
| IF IN EYES | -Hold eye open and rinse slowly and gently with water for 15-20 minutes. Remove contact lenses, if present, after the first 5 minutes, then continue rinsing eye.<br>-Call a poison control center or doctor for treatment advice. |
| IF INHALED | -Move person to fresh air.<br>-If person is not breathing call 911 or an ambulance, then give artificial respiration, preferably mouth-to-mouth, if possible.<br>-Call a poison control center or doctor for further treatment advice. |
| Have the product container or label with you when calling a poison control center or doctor or going for treatment. | |

## ENVIRONMENTAL HAZARDS
This product may be hazardous to aquatic invertebrates. Do not apply directly to water.

## DIRECTIONS FOR USE
*It is a violation of Federal Law to use this product in a manner inconsistent with its labeling.*
Shake well before using. Do not dilute. Spray weeds thoroughly when weather is dry and warm (application rate: 6 – 9 oz/yd$^2$). If rain falls within three hours of application an additional application may be required. Repeat treatment every 2 to 3 weeks for control of new growth. Avoid spraying desirable plants. For optimum results spray weeds before they reach 5 inches in size. For control of dandelions and other large rooted weeds, first injure plant by splitting top of root; then apply 0.7 oz. of H01 onto damaged root (Optional wording: squirt 20 times with sprayer set on stream setting).

Controls: Annual bluegrass, chickweed, corn spurry, dandelion, groundsel, lamb's-quarters, large crabgrass, mouse-eared chickweed, mustards, plantain, redroot pigweed, round leaved mallow, sheep sorrel, sheperd's-purse, stinkweed, thistle.

3/4

Use Sites: patios, driveways, sidewalks, roofs and in planting beds prior to planting grass, flowers and vegetables.

---

**STORAGE AND DISPOSAL**
Do not contaminate water, food or feed by storage or disposal.
STORAGE: Store this product in its original container and keep in a secure storage area away from children and domestic animals.  Store unused material, tightly closed, in original container only, away from open flame. Do not store at temperatures below 39ºF.
PESTICIDE AND CONTAINER DISPOSAL:
**If empty:** Do not reuse this container.  Place in trash or offer for recycling if available.
**If partly filled:** Call your local solid waste agency or 1-800-CLEAN-UP for disposal instructions.
Never place unused product down any indoor or outdoor drain.

---

[Optional wording that may or may not appear on the label:
-Eliminates unwanted vegetation fast
-Won't stain bricks, concrete or asphalt
-Kills within hours
-Fast acting
-Kills weeds, grasses, algae and moss
-Formulated for fast and easy application
-Kills (Controls) [weeds, grass(es), algae and moss]
-Grass and weed killer.
-See results in 20 minutes!
-Weed control for outdoor uses
-For household use only
-Fast acting weed, grass, algae and moss killer can be used anytime of the year.
-Does not stain concrete or pavement
-Foam helps you see exactly where you have applied
-Areas can be planted in 5 days after treatment
-For use on patios, driveways, flowerbeds and sidewalks
-Kills weeds & grasses including Dandelion, Chickweed and Other Listed Weeds
-Made with Finalsan™, a trademark of W. Neudorff GmbH KG
-Made with Finalsan™ Herbicidal Soap, a trademark of W. Neudorff GmbH KG
-Contains Finalsan™, a trademark of W. Neudorff GmbH KG
-Contains Finalsan™ Herbicidal Soap, a trademark of W. Neudorff GmbH KG
-Finalsan™ is a trademark of W. Neudorff GmbH KG
-A herbicidal soap
-Herbicidal Soap
-Manufactured under a license of Neudorff
-www.neudorff.de



"]

[The registrant may use any of these optional statements:

"(NOTICE) Buyer assumes all responsibility for safety and use not in accordance with directions."

or

"We guarantee your satisfaction or your money back."

or

**"WARRANTY**



4/4

Seller warrants that this product conforms to the chemical description on this label and is reasonably fit for the purposes stated on this label only when used in accordance with the directions under normal use directions. This warranty does not extend to use of this product contrary to label directions, or under abnormal use conditions, or under conditions not reasonably foreseeable to seller. Buyer assumes all risk of any such use. Seller makes no other warranties, either expressed or implied."

or

"WARRANTY
The directions for use of this product are believed to be reliable and should be followed carefully. However, it is impossible to eliminate all risks inherently associated with use of this product. Crop injury, ineffectiveness or other unintended consequences may result because of such factors as timing and method of application, weather and crop conditions, presence of other materials, or other influencing factors, all of which are beyond the control of W. Neudorff GmbH KG and the Seller. Buyer and user acknowledge and assume all risks and liability resulting from the handling, storage and use of this material not in strict accordance with the directions given herein. In no case shall W. Neudorff GmbH KG or the Seller be liable for consequential, special, indirect, or incidental damages or losses resulting from the handling or use of this product. The foregoing is a condition of sale by W. Neudorff GmbH KG and Seller and is accepted as such by the Buyer."

or

Unconditionally guaranteed by W. Neudorff GmbH KG.  If for any reason you are not satisfied with this product, send proof of purchase to the address shown and we will gladly refund your purchase price.

Or

The [Brand Name ] Promise
Satisfaction guaranteed or your money back!  If you apply H01 RTU as directed and you are not completely satisfied, send proof of purchase from this package and the original cash register receipt to the address below.  We will refund the purchase price you paid.]

Registrant:    W. Neudorff GmbH KG, Postfach 1209, An der Muhle 3
               D-31860 Emmerthal, Germany

US Patent Number: 5,919,733

EPA REG. NO. 67702-7                    EPA EST. 67702-WG-1

NET CONTENTS



**Attachment C**



# RACER™
## Concentrate
## Non-selective Herbicide

## FOR NONFOOD USE ONLY

### FOR ORGANIC PRODUCTION

A rapid-acting, non-systemic, contact herbicide that suppresses a wide variety of undesirable vegetation such as weeds, vines and brush.  To be effective, leaves of undesirable vegetation must be uniformly sprayed and thoroughly wetted.

## KEEP OUT OF REACH OF CHILDREN

## WARNING "AVISO"
**"Si usted no entiende la etiqueta, busque a alguien para que se la explique a usted en detalle. (If you do not understand the label, find someone to explain it to you in detail.)"**

Active ingredient:
Ammonium Nonanoate . . . . . . . . . . . . . . . . . . . . . . 40.0 wt.%
Other ingredients . . . . . . . . . . . . . . . . . . . . . . . . . 60.0 wt.%
Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 100.00 wt.%

For the suppression and control of weeds, vines and underbrush by home owners, master gardeners, nurseries, landscape and turf professionals, in greenhouses, lath or shade houses, and interiorscapers.

EPA Reg. No.79766-1

EPA Establishment No.79766-
This product is protected by U. S. Patent No. 6,323,156

Net Contents:  1 pint (16 fl. oz.)

**Attachment D**

US006503869B1

(12) **United States Patent**      (10) **Patent No.:**     **US 6,503,869 B1**
Beste et al.                      (45) **Date of Patent:**          **Jan. 7, 2003**

(54) **ENHANCED POST-EMERGENT HERBICIDAL COMPOSITIONS CONTAINING AMMONIUM SALTS AND METHODS OF USING THE SAME**

(75) Inventors: **C. Edward Beste**, Rehoboth, DE (US); **Mike A. Priola**, Millsboro, DE (US); **Robert A. Smiley**, Wilmington, DE (US)

(73) Assignee: **Falcon Lab LLC**, Wilmington, DE (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/932,905**

(22) Filed: **Aug. 20, 2001**

**Related U.S. Application Data**

(60) Provisional application No. 60/226,516, filed on Aug. 21, 2000.

(51) Int. Cl.$^7$ ........................ **A01N 37/02**; A01N 37/06; A01N 43/82; A01N 47/36; A01N 57/02

(52) U.S. Cl. ...................... **504/127**; 504/135; 504/136; 504/139; 504/142

(58) Field of Search .................................. 504/127, 118, 504/129, 139, 135, 136, 142

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,975,110 A | 12/1990 | Puritch et al. | 504/142 |
| 4,975,113 A * | 12/1990 | Marrs et al. | 71/121 |
| 5,035,741 A | 7/1991 | Puritch et al. | 504/142 |
| 5,098,467 A | 3/1992 | Puritch et al. | 504/142 |
| 5,098,468 A | 3/1992 | Puritch et al. | 504/142 |
| 5,106,410 A | 4/1992 | Puritch et al. | 504/142 |
| 5,196,044 A | 3/1993 | Caulder et al. | 504/127 |
| 5,298,480 A * | 3/1994 | Watson et al. | 504/213 |
| 5,683,959 A | 11/1997 | Caulder et al. | 504/127 |
| 5,700,759 A | 12/1997 | Caulder et al. | 504/133 |
| 5,703,019 A | 12/1997 | Evans et al. | 504/320 |
| 5,872,078 A | 2/1999 | Kuchikata et al. | 504/206 |
| 5,919,733 A | 7/1999 | Sedun et al. | 504/320 |
| 5,919,734 A | 7/1999 | Jones | 504/320 |
| 5,948,731 A | 9/1999 | Evans et al. | 504/320 |
| 5,994,269 A | 11/1999 | Bugg et al. | 504/320 |
| 5,998,332 A | 12/1999 | Sato et al. | 504/127 |
| 6,034,034 A | 3/2000 | Caulder et al. | 504/130 |
| 6,136,856 A | 10/2000 | Savage et al. | 514/552 |
| 6,218,336 B1 | 4/2001 | Coleman | 504/118 |
| 6,228,807 B1 * | 5/2001 | Kuchikata et al. | 504/206 |
| 6,323,156 B1 | 11/2001 | Smiley | 504/320 |

* cited by examiner

Primary Examiner—S. Mark Clardy
(74) Attorney, Agent, or Firm—Locke Liddell & Sapp LLP

(57)              **ABSTRACT**

A method for enhancing the effectiveness of post-emergent herbicides consists of the addition, to the post-emergent herbicidal composition, of an effective amount of a compound of the formula $R_1COO^-X^+$ (I) wherein $R_1$ is a $C_7$ to $C_{11}$ hydrocarbyl group optionally substituted with one or more hydroxyl or $C_1$–$C_5$ hydrocarbyl groups, and X is ammonium. The advantages of using a compound of formula (I) with the post-emergent herbicide include a faster visual phytotoxic response, better weed control and use of less post-mergent herbicide.

**33 Claims, No Drawings**

US 6,503,869 B1

1

## ENHANCED POST-EMERGENT HERBICIDAL COMPOSITIONS CONTAINING AMMONIUM SALTS AND METHODS OF USING THE SAME

This application claims priority to provisional application serial No. 60/226,516, filed Aug. 21, 2000.

### FIELD OF THE INVENTION

A means of enhancing the effectiveness of post-emergent herbicides comprises the addition of an effective non-herbicidal amount of an ammonium salt of a $C_7$–$C_{11}$ aliphatic monocarboxylic acid to a post-emergent herbicide.

### BACKGROUND OF THE INVENTION

Herbicides are generally classified into two groups—those having significant foliar use and those primarily applied into the soil. Herbicides with significant foliar use, generally described as post-emergent herbicides, are further divided into three major categories based on translocation patterns and initial plant symptoms: (a) translocated herbicides showing initial symptoms on new growth; (b) translocated herbicides showing initial symptoms on older growth; and (c) non-translocated herbicides showing initial localized injury. Each of these categories may further be subdivided according to herbicidal mode of action, i.e., auxin-type growth regulators; aromatic amino acid (EPSDS) inhibitors; branched-chain amino acid (ALS/AHAS) inhibitors; carotenoid pigment inhibitors; lipid biosynthesis (ACCase) inhibitors; organic arsenicals; "classical" photosynthesis inhibitors; "rapidly acting" photosynthesis inhibitors; Photosystem I (PSI) energized cell membrane destroyers; protoporphyrinogen oxidase [Protox (PPO)] inhibitors; and glutamine synthesis inhibitors. Of these, the most popular are glyphosate and salts of glyphosate including the monoammonium, diammonium and isopropyl ammonium salts disclosed in U.S. Pat. Nos. 5,998,332; 4,507,250; 4,481,026; 4,405,531; 4,315,765; 4,140,513; 3,977,860; 3,799,580; and 3,853,530 (including the commercial products Roundup® and Touchdown®), sulfonylurea, (sold under the tradename Classic®) by E.I. duPont de Nemours and Co.), glufosinate, first reported as a herbicide in Schwerdtle,: et. al. "Z. Pflanzenkr. Pfanzenschutz. Sonderheft IX. p. 431 (and now including the commercial product Finale®), oxyfluorfen, disclosed in U.S. Pat. No. 3,798,276 (and now commercially sold as Goal®), imazamox, discovered by American Cyanamid (now commercially available as Raptor®), clethodim, first reported by Kincade, et. al. in Proc. Br. Crop Prot. Conf. Weeds in 1987 (now commercially sold as Select®), sethoxydim, discovered by Nippon Soda in Japan (now commercially sold as Poast®), quizalofop, disclosed in U.S. Pat. No. 4,629,493 (now commercially sold as Assure®), fenoxaprop, first reported by Bieringer, et. al. in Proc. Br. Crop Prot. Conf. Weeds in 1982 (now commercially sold as Fusion® and Acclaim), fluazifop, disclosed in British Patent 1,599,121 (now commercially sold as Horizon 2000 and Fusilade DX) and bipyridilium salts first disclosed in British Patent 813,531 (commercially sold as Paraquat® and Diquat®) amongst others.

Post-emergent herbicides are generally slow-acting and usually take days or even weeks to show a visual effect on the weeds and grasses to which they have been applied.

This is undesirable from the user's standpoint.

Accordingly, it is desirable to provide enhanced herbicidal compositions containing a post-emergent herbicide,

2

methods for enhancing the activity of existing herbicides and methods of controlling plant growth in order to overcome the inadequacies of the prior art.

A recent advance is disclosed in U.S. Pat. No. 5,994,269 which is directed to the addition of a water soluble salt to glyphosate. However, the time to achieve the reported visual herbicidal effect is long. Along with the need to obtain a faster time for visualization of the herbicidal effect, it is further desired to develop a means which mandates less of the herbicidal active ingredient than is now employed. The reduction in the amount of the herbicidal active ingredient is desired since such chemicals are generally toxic and. non-biodegradable.

### SUMMARY OF THE INVENTION

It has been discovered that the herbicidal activity of post-emergent herbicides is enhanced by the addition, to the post-emergent herbicide, of an ammonium salt of an aliphatic carboxylic acid. Such salts permit utilization of reduced amounts of the active ingredient while still providing effective weed control. Additionally, use of the composition of the invention reduces the time required for systemic phytotoxic symptoms to appear on the target weed.

The ammonium salt is a compound of the formula:

$$R_1COO^-X^+ \qquad (I)$$

wherein $R_1$ is a $C_7$ to $C_{11}$ hydrocarbyl group and X is ammonium ($NH_4^+$). In the formula (I), any of the hydrogen on $R_1$ may be substituted with one or more hydroxyl or $C_1$–$C_5$ hydrocarbyl group, such as an alkyl group. In a preferred embodiment, the compound of formula (I) is ammonium pelargonate, a highly water soluble salt which has low toxicity and high biodegradability.

### DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

The effectiveness of post-emergent herbicides is dramatically improved by addition of a compound of formula (I) to a post-emergent herbicide prior to its application to the vegetation. The compound of formula (I) is represented by the formula:

$$R_1COO^-X^+ \qquad (I)$$

wherein $R_1$ is a saturated or unsaturated $C_7$ to $C_{11}$ hydrocarbyl group, X is ammonium ($NH_4^+$) and any of the hydrogen on $R_1$ may be substituted with one or more hydroxyl or $C_1$–$C_5$ hydrocarbyl groups.

The composition applied to the vegetation of the invention may further contain a diluent. Any solvent in which formula (I) is soluble may be employed as a diluent. As a post-emergent, the herbicidal compositions of the invention are preferably applied to the locus of the unwanted vegetation as an aqueous solution.

When a compound of the formula (I) is added to a post-emergent herbicidal composition

   (a) either as a water solution or as a solid or

   (b) by diluting a commercial herbicidal concentrate to a herbicidally effective concentration [with a water solution of formula (I)]

and the resulting mixture is applied to weeds according to the herbicide manufacturers recommendation, the weeds exhibit a visual phytotoxic effect in less time than would be obtained with the herbicide in the absence of the compound of formula (I). As an

US 6,503,869 B1

3

example, weed and grass necrosis may approach 100% within 24 hrs. with glyphosate in combination with ammonium pelargonate, compared to 3–4 days or longer without the ammonium pelargonate.

Furthermore, with the addition of a compound of formula (I) such as ammonium pelargonate to the post-emergent herbicide, less of the post-emergent herbicide than specified by the manufacturer can be used to achieve the same herbicidal result as would be obtained using the herbicide suppliers' recommended amount in the absence of ammonium pelargonate.

The herbicidal composition of the invention containing a compound of formula (I) may be applied to the locus of the unwanted vegetation in effective amounts in the manner normally used with the herbicide without the addition of the compound of formula (I). Concentrations of the post-emergent herbicide in the herbicidal composition of the invention will vary depending on the herbicide and the weeds to be controlled but the concentration of the compound of formula (I) in the final herbicidal composition is preferably between from about 0.10 to about 3.0% by weight of the herbicidal composition, preferably between from about 0.5% to about 1.0% by weight. The "final herbicidal composition" refers to the composition actually applied to the unwanted vegetation.

This preferred amount of compound of formula (I) is independent of the selection of post-emergent herbicide in the composition. Thus, regardless if. the post-emergent herbicide is a sulfonyl urea, which typically is used in amounts approximating 5 to 10 grams per acre, or glyphosate, which typically is used in agricultural sprays in amounts approximating 0.75 to 1.0 weight percent, the amount of compound of formula (I) in the final herbicidal composition is between from about 0.10 to about 3.0 weight percent of the herbicidal composition.

Any post-emergent herbicide, regardless of its mode of action, may be used in combination with the ammonium salt of formula (I). These include those translocated herbicides showing initial symptoms on new growth (Table I); translocated herbicides showing initial symptoms on older growth (Table II); and non-translocated herbicides showing initial localized injury (Table III), as set forth in Ross and Lembi, *Applied Weed Science*, 2d edition, Prentice-Hall, 1999, pp. 156–157:

TABLE I

| TYPE | TRADENAME |
| --- | --- |
| Auxin-Type Growth Regulators Phenoxy acid herbicides | |
| 2,4-D | Numerous |
| 2,4-DB | Butoxone, Butyrac |
| 2,4-DP (dichlorprop) | Available only in mixtures |
| MCPA | Rhonox, Rhomene, Sword, Weedon MCPA |
| MCPB | Thistrol |
| MCPP (mecoprop) | MCPP 4K, Mecomec |
| Benzoic acid herbicides | |
| Dicamba | Banvel, Clarity, Vanquish |
| Picolinic acid (pyridinecarboxylic) herbicides and relatives | |
| Clopyralid | Lontrel, Reclaim, Stinger, Transline |
| Picloram | Tordon |
| Triclopyr | Garlon, Grandstand, Remedy, Turflon |
| No chemical family recognized | |

4

TABLE I-continued

| TYPE | TRADENAME |
| --- | --- |
| Naptalam Aromatic Amino Acid (EPSPS) inhibitors | Alanap |
| Glyphosate | Accord, Rodeo, Roundup, Roundup Ultra, Touchdown (sulfosate) |
| Branched-Chain Amino Acid (ALS/AHAS) Inhibitors Sulfonylurea herbicides | |
| Bensulfuron | Londax |
| Chlorimuron | Classic |
| Chlorsulfuron | Glean, Telar |
| Halosulfuron | Manage, Permit |
| Metasulfuron | Ally, Escort |
| Nicosulfuron | Accent |
| Primisulfuron | Beacon |
| Prosulfuron | Peak |
| Rimsulfuron | Matrix |
| Sulfometuron | Onst |
| Thifensulfuron | Pinnacle |
| Triasulfuron | Amber |
| Tribenuron | Express |
| Triflusulfuron | UpBeet |
| Imidazolinone herbicides | |
| Imazamethabenz | Assert |
| Imazamox | Raptor |
| Imazapic | Cadre, Plateau |
| Imazapyr | Arsenal, Chopper, Stalker |
| Imazaquin | Scepter, Image |
| Imazethepyr | Pursuit |
| Triezolopyrimidine sulfonanilide herbicides | |
| Cloransulam | FirstRate |
| Flumetsulam | Broadstrike, Python |
| Pyrimidinyl oxybenzoate herbicides | |
| Pyrithiobac | Staple |
| Carotenoid Pigment inhibitors No chemical family recognized | |
| Amitrole | Amitrol-T |
| Clomazone | Command |
| Fluridone | Sonar |
| Isoxazole herbicide | |
| Isoxaflutole | Balance |
| Pyridazinone herbicide | |
| Norflurazon | Predict, Solicam, Zorial |
| Lipid Biosynthesis (ACCase) Inhibitors Aryloxyphenoxy propionate herbicides | |
| Diclofop | Hoelon |
| Fenoxaprop | Acclaim, Whip 1EC |
| Fenoxaprop-P | Acclaim Extra, Option II, Whip 360 |
| Fluazifop-P | Fusilade II, Fusilade DX, Ornamic 170 |
| Haloxyfop | Verdict, Gallant |
| Quizalofop-P | Assure II |
| Cyclohexanedione herbicides | |
| Clethodim | Envoy, Prism, Select |
| Sethoxydim | Poast, Poast Plus, Prestige, Torpedo, Ultima, Vantage |
| Tralkoxydim | Achieve |
| Organic Arsenicals | |
| DSMA | Ansar, DSMA Liquid |
| MSMA | Ansar, Arsenate Liquid, Bueno, |

US 6,503,869 B1

<table>
<tr><td>5</td><td>6</td></tr>
</table>

**TABLE I-continued**

| TYPE | TRADENAME |
|---|---|
| | Daconate |
| Unclassified Herbicides | |
| Asulam | Asulox |
| Difenzoquat | Avenge |
| Fosamine | Krenite |
| Propanil | Stam; Stampede |

**TABLE II**

| "Classical" Photosynthesis Inhibitors S-Triazine herbicides | |
|---|---|
| Ametryn | Evik |
| Atrazine | Aatrex. Atrazine |
| Cyanazine | Bladex |
| Hexazinone | Velpar |
| Prometon | Pramitol |
| Prometryn | Caparol |
| Simazine | Princep |
| as-Triazine herbicide | |
| Metribuzin | Lexone, Sencor |
| Phenylurea herbicides | |
| Diuron | Karmex |
| Fluometuron | Cotoran |
| Linuron | Lorox |
| Tebuthiuron | Spike |
| Uracil herbicides | |
| Bromacil | Hyvar |
| Terbacil | Sinbar |
| "Rapidly Acting" Photosynthesis Inhibitors Benzothiadiazole herbicide | |
| Bentazon | Basagran |
| Benzonitrile herbicide | |
| Bromoxynil | Buctril |
| Phenylcarbamate herbicides | |
| Desmedipham | Betanex |
| Phenmedipham | Spin-Aid |
| Pyridazinone herbicide | |
| Pyrazon | Pyramin |
| Phenylpyridazine herbicide | |
| Pyridate | Tough |

**TABLE III**

| Photosystem I (PS I) Energized Cell Membrane Destroyers Bipyridilium herbicides | |
|---|---|
| Paraquat | Cyclone, Gramoxone Extra, Starfire |
| Diquat | Diquat, Reward |
| Protoporphyrinogen Oxidase [Protox (PPO)] Inhibitors Diphenylether herbicides | |
| Acifluorfen | Blazer, Status |
| Fomesafen | Flexstar, Reflex |
| Lactofan | Cobra |
| Oxyfluorfen | Goal |
| Oxadiazole herbicides | |
| Oxadiazon | Ronstar |
| Fluthiacet | Action |

**TABLE III-continued**

| N-phenylphthalimide herbicide | |
|---|---|
| Flumiclorac | Resource |
| Triazolinone herbicides | |
| Carfentrazone | Affinity. Aim |
| Sulfentrazone | Authority. Cover. Spartan |
| Glutamine Synthesis Inhibitors | |
| Glufosinate | Finale. Liberty. Rely |

Particularly desirable results have been evidenced in herbicidal compositions containing the compound of formula (I) and glyphosates (N-phosphonomethylglycines) and ammonium (particularly monoammonium and diammonium) salts thereof; sulfonyl urea herbicides, especially rimsulfuron containing herbicides; cyclohexanediones, such as sethoxydim containing herbicides; benzothiadiazole herbicides; diphenylether herbicides especially those containing fomesafen; and bipyridilium herbicides, such as paraquat and diquat.

The method of the invention may be used to control established vegetation in the vicinity of a seeded crop or in a weed concentrate area by contacting the foliage of the unwanted vegetation with the herbicidal composition.

Surfactants, wetting agents, dispersing agents, suspending agents, and/or emulsifying agents may further be employed with the herbicidal composition of the invention. Such materials are typically included in commercial herbicidal formulations, to which may be added the compound of formula (I).

Unwanted vegetation may be killed by applying to the locus of the vegetation the herbicidal composition of the invention. The herbicidal composition of the invention may be contacted with the unwanted vegetation by spraying or otherwise distributing the composition onto the foliage in accordance with the manufacturers' directions of the post-emergent herbicide [to which has been added the compound of formula (I)]. The herbicides of the invention exhibit several advantages not previously seen with other commercial herbicides. Most importantly, the invention dramatically reduces the kill time. Leaves of vegetation sprayed with herbicidal compositions of the invention usually start to shrivel or turn brown within hours of a single application. Necrosis is evident, usually in 24 hours. Typically unwanted vegetation is dead in less than 24 hours compared to 3 to 4 days when the post-emergent is solely used. Since use of the compound of formula (I) decreases the amount of post-emergent herbicide required, the invention dramatically reduces costs.

The following examples will illustrate the practice of the present invention in its preferred embodiments. Other embodiments within the scope of the claims herein will be apparent to one skilled in the art from consideration of the specification and practice of the invention as disclosed herein. It is intended that the specification, together with the examples, be considered exemplary only, with the scope and spirit of the invention being indicated by the claims which follow.

EXAMPLES

The following non-limiting examples, and comparative demonstrations, bring out the more salient features of this invention. All parts are given in terms of weight units except as may otherwise be indicated.

Example 1

Two 24 fluid oz. spray bottles of commercial ready-to-use ROUNDUP were obtained having a glyphosate content (in

US 6,503,869 B1

7

the form of its isopropylamine salt) of about 0.96%. From one bottle, 61 ml. of the contents were removed and replaced by 61 g. of a 33% by weight solution of ammonium pelargonate. This gave a final concentration of 0.87% glyphosate salt and 3.0% ammonium pelargonate. From the other bottle 61 ml. of the contents were removed and replaced with 61 ml. of water. Thus the glyphosate salt concentration in the second bottle was also 0.87%.

A plot of ground 2 ft. by 3 ft. containing grass species, crabgrass, clover, woodsorrel and other weeds was sprayed with the Roundup containing no added ammonium pelargonate. A similar adjacent plot was sprayed with the ROUNDUP containing ammonium pelargonate. Within 24 hrs the plot sprayed only with ROUNDUP showed little change in color although a few weeds were wilting. In the second plot sprayed with ROUNDUP and ammonium pelargonate, the entire plot had turned brown with many of the weeds completely shriveled up. After 14 days, all of the vegetation on both plots were dead showing that the ammonium pelargonate had a synergistic effect and that it did not affect the herbicidal properties of the ROUNDUP but only enhanced the rate of kill.

### Example 2

A field study was made on fescue suppression (fescue thatch, 9–10 in. height, blade length 10–16 in.) using a 0.2% by weight solution of ammonium pelargonate alone, glyphosate ammonium salt alone (ROUNDUP DF®) at application rates of both 0.21 lb. active ingredient/acre (ai/A) and 0.42 lb. ai/A and a combination of 0.2% ammonium pelargonate with the same rates of ROUNDUP DF. The spray rate was 15 gal./acre (gpa) in all cases. One week after spraying, the following results were obtained:

Ammonium Pelargonate

The necrosis was 0%, i.e. no vegetation was killed.

ROUNDUP DF

The necrosis was 17% at the 0.21 lb. rate while at 0.42 lb./acre the observed necrosis was 40%.

Ammonium Pelargonate Plus ROUNDUP DF

With a combination of 0.21 lb/acre ROUNDUP prepared in 0.2% ammonium pelargonate solution, the necrosis was 40%, a 2.35 times better control rate. At 0.5 lb/acre ROUNDUP in 0.2% ammonium pelargonate solution, the necrosis was 60%, or 1.5 times better control.

### Example 3

A second field study was made on fescue suppression using glyphosate ammonium salt (ROUNDUPO DF) and a combination of ammonium pelargonate with the glyphosate. The glyphosate alone (control) was applied at a rate of 0.32 lb./acre while the combination was 0.32 lb/acre glyphosate in a 2% w/w solution of ammonium pelargonate (AP). After 1 day, the necrosis in the control plot was 0% while in the glyphosate plus A.P. plot the necrosis was 35%. After 11 days the corresponding percentages were 25 and 85. After 23 days, necrosis on the control was 96% while the A.P. test plot was 98%. Thus, the addition of ammonium pelargonate to glyphosate reduced the time for necrotic symptoms to appear on fescue.

### Example 4

The effect of adding ammonium pelargonate to a diphenylether-herbicide fomesafen (Syngenta tradename REFLEX®), was studied on the control of the weed velvetleaf. The velvetleaf was grown in pots, three plants to a pot. Each test was replicated three times on plants 7–8

8

inches tall. In the control test, Reflex was sprayed on the velvetleaf at a rate of 0.048 ai/A (0.19 pt/A) with a spray volume of 24 gpa. In the additive test, Reflex was dissolved in 0.5% w/w aqueous ammonium pelargonate solution and sprayed at the same 0.048 ai/A rate. After 4 days, the necrosis on the control plots was an average of 10% while on the plants sprayed with Reflex plus ammonium pelargonate, the average necrosis was 88%. The amount of Reflex used in these tests was ¼th the manufacturers recommended rate for weed control.

### Example 5

The effect of adding ammonium pelargonate to a benzothiadiazole herbicide, bentazone (BASF tradename BASAGRAN®), was studied on the control of the weed velvetleaf. The velvetleaf were grown as described in Example 4, that is, 3 to a pot with the tests run on 7–8 inch plants and each test replicated three times. Basagran alone was applied at the rate of 0.5 pint of commercially supplied product per acre. The ammonium pelargonate additive effect was studied at the same application rate with the Basagran dissolved in 0.5% ammonium pelargonate solution. After 4 days, the average necrosis on the control pots was 7% while on the weeds treated with Basagran plus ammonium pelargonate, the necrosis was 42%. After 8 days, the corresponding necrosis observed were 35% and 53%. The amount of Basagran used was ¼th the manufacturers' recommended rate.

### Example 6

The effect of adding ammonium pelargonate to a sulfonylurea herbicide, rimsulfuron (DuPont tradename MATRIX®), was studied on velvetleaf. The velvetleaf were planted 6 to a pot and at the time of the test were 3.5 to 5 inches tall. The tests were replicated three times. In the control test, Matrix was applied at the rate of 0.5 oz. of commercial product per acre. In the additive test, the Matrix was added to 0.5% ammonium pelargonate solution which was then applied at the same 0.5 oz. per acre rate. After 14 days the weed control was 18% in the control plots versus 43% in the additive plots. After 21 days, the corresponding percentages were 7 and 37. The amount of Matrix used was ¼th the manufacturers recommended rate.

### Example 7

The effect of adding ammonium pelargonate to a cyclohexanedione herbicide, sethoxydim (BASF tradename POAST®), was studied on sweet corn in pots containing 4 corn plants per pot. Each test was replicated three times. In the control test, Poast was sprayed on the corn at the rate of 0.063 lb ai/A (½ pt) using an application rate of 24 gpa. The additive test was run with the Poast added to 0.5% ammonium pelargonate solution which was then sprayed at the same 0.063 lb ai/A rate on identical pots. After 4 days, the average corn control was 0% in the control plots while it was 27% in the additive plots. After ten days, the average corn control in the control plots was 43% while in the additive plots, it was 80%. After 15 days, the corresponding percentages were 13 and 88. The amount of Poast used was ⅓ the manufacturers' recommended rate.

### Example 8

To test enhanced control of the weed velvetleaf with glyphosate, velvetleaf was grown in pots containing 2 plants/pot to a height of 10 to 14 inches. ROUNDUP

US 6,503,869 B1

| 9 | 10 |

CUSTOM® was sprayed on three pots at a rate of 1.0 lb. ai/A using a spray volume rate of 24 gpa. Another three pots were sprayed with the same concentration of ROUNDUP CUSTOM dissolved in 0.5% ammonium pelargonate solution (A.P.) while a third test was run using the same concentration of ROUNDUP CUSTOM in 0.3% ammonium pelargonate solution. The results were:

| | % Control (Average) | |
| --- | --- | --- |
| | After 13 days | After 26 days |
| Roundup | 96 | 82 |
| Roundup in 0.5% A.P. | 99 | 93 |
| Roundup in 0.3% A.P. | 95 | 97 |

### Example 9

To test enhanced control of the weed ragweed with glyphosate, ragweed was grown in pots containing 1–2 plants per pot. When the plants were at the 5 pair of leaves stage with an average height of 7–8 inches, three pots were sprayed with ROUNDUP CUSTOM at a rate of 0.5 lb. ai/A using a spray volume of 24 gpa. Three more pots were sprayed at the same rate and volume with the ROUNDUP CUSTOM dissolved in 0.5% by weight ammonium pelargonate solution. After 25 days the observed control was an average of 73% with ROUNDUP CUSTOM alone while when dissolved in A.P. it was an average of 83%.

### Example 10

To test enhanced control of the weed morningglory with glyphosate, morningglory was grown in pots, 3 plants/pot, to a 4 leaf stage and a height of 3.5–4.5 inches. Three pots were sprayed with ROUNDUP CUSTOM at an 0.5 lb. ai/A rate using a 24 gpa spray volume. Another three pots were sprayed at the same rate with ROUNDUP CUSTOM dissolved in 0.5% by weight ammonium pelargonate solution. The results were:

| | % Control (Average) | | |
| --- | --- | --- | --- |
| | After 5 days | After 14 days | After 25 days |
| Roundup | 30 | 40 | 50 |
| Roundup in 0.5% A.P. | 38 | 85 | 63 |

From the foregoing, it will be observed that numerous variations and modifications may be effected without departing from the true spirit and scope of the novel concepts of the invention.

What is claimed is:

1. A method for the prevention or elimination of undesired vegetation which comprises applying to the locus of the undesired vegetation a herbicidally effective amount of an aqueous solution wherein the herbicide of the solution consists essentially of a post-emergent herbicide and at least one compound represented by the formula:

$$R_1COO^-X^+ \qquad (I)$$

wherein $R_1$ is a $C_7$ to $C_{11}$ hydrocarbyl group, optionally substituted with one or more hydroxyl or $C_1$–$C_5$ hydrocarbyl groups; and

X is ammonium.

2. The method of claim 1, wherein the amount of compound represented by the formula (I) in the composition is between from about 0.10 to about 3.0 percent by weight.

3. The method of claim 2, wherein the amount of compound represented by the formula (I) in the composition is between from about 0.50 to about 1.0 percent by weight.

4. The method of claim 2, wherein the compound of formula (I) is an ammonium salt of caprylic, pelargonic, capric, undecanoic, or lauric acid.

5. The method of claim 4, wherein the compound of formula (I) is ammonium pelargonate.

6. The method of claim 2, wherein the composition contains a mixture of two or more compounds of the formula $R_1COO^-X^+$.

7. The method of claim 2, wherein $R_1$ is a saturated hydrocarbyl group.

8. The method of claim 2, wherein the aqueous solution further contains a diluent.

9. The method of claim 2, wherein the post-emergent herbicide is glyphosate.

10. The method of claim 2, wherein the post-emergent herbicide is a monoammonium or diammonium salt of glyphosate.

11. The method of claim 2, wherein the post-emergent herbicide is a sulfonylurea.

12. The method of claim 2, wherein the post-emergent herbicide is a cyclohexanedione.

13. The method of claim 2, wherein the post-emergent herbicide is a benzothiadiazole.

14. The method of claim 2, wherein the post-emergent herbicide is a diphenylether.

15. A herbicidal composition comprising a post-emergent herbicide and at least one compound represented by the formula:

$$R_1COO^-X^+ \qquad (I)$$

wherein $R_1$ is a $C_7$ to $C_{11}$ hydrocarbyl group, optionally substituted

with one or more hydroxyl or $C_1$–$C_5$ hydrocarbyl groups; and

X is ammonium; and

further wherein the compound of formula (I) increases the herbicidal effect of the composition on the plant beyond that of a composition without the compound of formula (I).

16. The composition of claim 15, wherein the amount of the compound of formula (I) in the composition is between from about 0.10 to about 3.0 weight percent.

17. The composition of claim 16, wherein the amount of the compound of formula (I) in the composition is between from about 0.5 to about 1.0 percent by weight.

18. The composition of claim 16, wherein the compound of formula (I) is the ammonium salt of caprylic, pelargonic, capric, undecanoic, or lauric acid.

19. The composition of claim 18, wherein the compound of formula (I) is ammonium pelargonate.

20. The composition of claim 16, which contains a mixture of two or more compounds of the formula (I).

21. The composition of claim 16, wherein $R_1$ is a saturated hydrocarbyl group.

22. The composition of claim 16, wherein the post-emergent herbicide is a glyphosate.

23. The composition of claim 16, wherein the post-emergent herbicide is a monoammonium or diammonium salt of glyphosate.

24. The composition of claim 16, wherein the post-emergent herbicide is a sulfonylurea.

US 6,503,869 B1

| 11 | 12 |

**25.** The composition of claim **16**, wherein the post-emergent herbicide is a cyclohexanedione.

**26.** The composition of claim **16**, wherein the post-emergent herbicide is a benzothiadiazole.

**27.** The composition of claim **16**, wherein the post-emergent herbicide is a diphenylether.

**28.** A method of controlling plant growth which comprises applying to a plant a herbicidally effective amount of a herbicidal composition comprising a post-emergent herbicide and at least one compound represented by the formula:

$$R_1COO^-X^+ \qquad (I)$$

wherein $R_1$ is a $C_7$ to $C_{11}$ hydrocarbyl group, optionally substituted

with one or more hydroxyl or $C_1$–$C_5$ hydrocarbyl groups; and

X is ammonium, and

further wherein the amount of compound of formula (I) is sufficient to increase the herbicidal effect of the composition beyond that of the composition without the compound of formula (I).

**29.** The method of claim **28**, wherein the amount of the compound of formula (I) in the composition is between from about 0.10 to about 3.0 weight percent.

**30.** The method of claim **29**, wherein the amount of the compound of formula (I) in the composition is between from about 0.50 to about 1.0 weight percent.

**31.** The composition of claim **29**, wherein the composition contains a mixture of two or more compounds of the formula $R_1COO^-X^+$.

**32.** The method of claim **29**, wherein the compound of formula (I) is an ammonium salt of caprylic, pelargonic, capric, undecanoic or lauric acid.

**33.** The method of claim **32**, wherein the compound of formula (I) is ammonium pelargonate.

* * * * *

**Attachment E**

*Espoma*

# Earth-tone®
## 4n1 Weed Control

**KILLS WEEDS, GRASS, MOSS & ALGAE**

- Fast Acting—See Results in Hours
- Non-Selective Long-lasting Weed Control

Net 24 fl oz (1 pint) (.709ml)

**KEEP OUT OF REACH OF CHILDREN**
**WARNING**

---

*Espoma*

# Earth-tone®
## 4n1 Weed Control

**DIRECTIONS FOR USE**

It is a violation of Federal Law to use this product in a manner inconsistent with its labeling.

**APPLICATION:** Shake well before using. Spray weeds until foliage is wet. Thorough coverage is necessary. For best results, spray when air temperature is above 55°F. Apply the solution to the center of plant. Repeat treatment to control any new growth from seeds that sprout after treatment.

**OTHER PRODUCT INFORMATION:** Use any time during the year. Areas can be re-sown five days after treatment. Product can be used to kill weeds in the cracks of concrete or asphalt.

**USE ON:** Broadleaf weeds, grass, moss, and algae on ground and on buildings, sidewalks, fences, bark mulch, driveways, patios, foundations, gravel, vegetable and flower gardens, as foliage spray, and more.

**PESTS:** Controls or suppresses most weeds, grasses, mosses, algae such as crab grass, foxtail, barnyardgrass, black medic, broadleaf fileree, chickweed, dandelion, common lambs-quarters, corn spurry, groundsel, common lambs-quarters, curly dock, daisy, fleabane, henbit, horseweed, mustard, pigweed, prickly lettuce, prostrate knotweed, purslane, ragweed, red clover, redroot pigweed, shepherd's-purse, smartweed, sowthistle, speedwell, and more.

**SURFACE WATER ADVISORY:** This product may have a significant potential for runoff for several months or more after application. Do not apply directly to water or to areas where surface water is present. Do not contaminate water when disposing of equipment washwaters or rinsate.

**FIRST AID:**
**If in eyes:** Hold eye open and rinse slowly and gently with water for 15-20 minutes. Remove contact lenses, if present, after the first 5 minutes, then continue rinsing. Call a poison control center or doctor for treatment advice.
Have this product container or label with you when calling a poison control center or doctor or going for treatment. You may also contact 1-800-858-7378 for emergency medical treatment information.

**PRECAUTIONARY STATEMENTS**
**HAZARD TO HUMANS AND DOMESTIC ANIMALS**
**WARNING:** Causes moderate eye irritation. Harmful if swallowed. Do not get in eyes or on clothing. Wear protective eyewear. Avoid contact with skin, eyes or clothing. Wash thoroughly with soap and water after handling and before eating, drinking, chewing gum or using tobacco. Remove and wash contaminated clothing before reuse.

**ENVIRONMENTAL HAZARDS**
This product is toxic to aquatic invertebrates. Do not apply directly to water. Do not contaminate water by disposal of equipment washwaters or rinsate.

**STORAGE AND DISPOSAL**
**STORAGE:** Do not contaminate water, food or feed by storage or disposal. Keep in original container and keep in a secure storage area out of reach of children and domestic animals. Store unused material tightly closed, in original container only. Keep from freezing. Do not store at temperatures below 39°F.
**DISPOSAL:**
IF EMPTY: Do not reuse this container. Place in trash or offer for recycling if available.
IF PARTLY FILLED: Call your local solid waste agency or 1-800-CLEANUP for disposal instructions. Never place unused product down any indoor or outdoor drain.

EPA REG. NO. 67702-16-83098
EPA EST. NO. 67702-NJ-1

Distributed by The Espoma Company
6 Espoma Road, Millville, NJ 08332

Manufactured under a license of "W. Neudorff GmbH KG, Germany"

For more information on Earth-tone® 4n1 Weed Control and other Espoma products call 1-800-634-0603 or visit our website www.espoma.com.

NO LIVE COPY    NO LIVE COPY    NO LIVE COPY    NO LIVE COPY

**EXHIBIT 7**

*Herbert M. Wolfson*
*Attorney At Law*
*1213 Brook Drive*
*Wilmington, DE 19803*
*302-762-1476*



November 14, 2007

William G.Geary, III, Esq.
NUTTER McCLENNAN & FISH  LLP
World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210-2604

Dear Mr. Geary:

### Re: Nov. 8 Telephone Conversation

In the subject conversation, we discussed the following:

1. Infringement of Falcon's U. S. Patent 6,323,156 by Wal-Mart and your client, Neudorff GmbH.

2. Validity of Falcon's 6,323,156; and

3. A possible meeting of Falcon and Neudorff representatives.

<u>1.</u> Infringement

U. S. Patent 6,323,156 claims (*inter alia*):

**A <u>method</u> for eliminating undesirable vegetation by applying an effective amount of an aqueous solution containing ammonium pelargonate as the active ingredient wherein no more than 0.5% of the active ingredient is the free acid, i.e. pelargonic acid.**

I pointed out in my May 2 letter to you that the products sold for herbicidal use by such companies as the Schultz Co., Garden's Alive!, Inc., Woodstream Corp., The Scotts Co. and Lawn and Garden Products (Monterey) are composed of aqueous solutions containing from 3.68% to 22% or 19-23% ammonium pelargonate and containing no free pelargonic acid.

§ 271 (b) and (c) of Chapter 28, of Title 35 of the U. S. Patent Laws reads:

§ 271 (b) and (c) of Chapter 28, of Title 35 of the U. S. Patent Laws reads:

(c) Whoever offers to sell or sells within the United States or imports into the United States . . . a composition . . . for use in practicing a patented process . . . knowing the same to be especially made . . . for use in an infringement of such patent, and not a staple article or commodity of commerce suitable for substantial noninfringing use, shall be liable as a contributory infringer.

(b) Whoever actively induces infringement of a patent shall be liable as an infringer.

It would appear to be clear that Neudorff's activities constitute contributory infringement under § 271 (c) and their licensees, are infringers under § 271 (b) of at least claims 6 and 13 of the Falcon Patent.

2. Validity

In our phone conversation, you repeated the allegation that Necessary Organics, Inc. a licensee of Neudorff offered for sale and sold in the United States as early as October 1998, a product for herbicidal use that was substantially identical to that claimed in claims 6 and 13 of Falcon's U. S. Patent 6,323,156.

In response to my request for proof of sale of an aqueous solution of ammonium pelargonate (with substantially no pelargonic acid) for herbicidal use as claimed in the Falcon Patent, you sent two EPA registrations for a pesticide: EPA registration numbers 67702-7 and 67702-8 dated March 16, 1998 and May 19, 1998.

You also included a "spreadsheet recording sales from 10/9/1998 through 9/30/1999 for CONCERN Weed Killer".

You did not include any proof of a sale to a customer for herbicidal use of an aqueous solution of ammonium pelargonate with no more than 0.5% of pelargonic acid more than one year prior to April 27, 2000, the filing date of the Falcon Patent

EPA Reg. number 67702-7 names the Pesticide Product: HO1 Herbicidal Soap and specifies as the active ingredient: Ammonium soap of fatty acids . . . 3.68%.

EPA Reg. number 67702-8 names the Pesticide Product: HO1 Concentrate Herbicidal Soap and specifies as the active ingredient: Ammoniated soap of fatty acids . . . 22%.

In conditionally accepting (with comments) Neudorff's EPA Reg. Numbers 67702-7 and 67702-8, Ms. Joanne Miller, the Product Manager in the EPA's Registration Division stated:

"This product is conditionally registered . . . provided that you (Neudorff):

1. Submit and/or cite all data required for registration of your product ...

2. Make the following label changes before you release this product from actual production batches ...

3. Submit analyses of five batches of this product from actual production batches . . .

4. Comply with the generic data requirements of the Soap Salts Registration Eligibility Decision issued Sept. 1992 . . .

5. <u>Submit one copy of the revised final printed label for the record</u> **before** <u>you release the product for shipment.</u>

If these conditions are not complied with, the registration will be subject to cancellation . . ."

These documents do not support your allegation that the "CONCERN Weed Killer" was an aqueous solution of ammonium pelargonate containing no more than 0.5% of pelargonic acid.

1. "Ammonium soaps of fatty acids" does not correspond to the ammonium salt of a single acid, pelargonic acid.

2. In 1998, Neudorff is being asked to submit a label BEFORE releasing the weed killer for shipment; and there is nothing in the documents to indicate that this was done.

In short, you have provided nothing to support the allegation that "the invention (claimed in the Falcon Patent) was . . . in public use or on sale in this country, more than one year prior to the date of the application in the United States ( i.e. April 27, 1999)" as required in § 102 (b) of Chapter 10 of Title 35 – Patents.

3. <u>Meeting Between Falcon and Neudorff Representatives</u>

You have suggested a possible meeting to settle this matter amicably without resorting to expensive litigation and I agree. I suggest that Neudorff representatives from Canada and Germany meet with Falcon representatives in a hotel at the Philadelphia International Airport.

Before the meeting, I also suggest that Neudorff might supply spreadsheets recording sales of the subject weed killing product from November 27, 2001 (date of issuance of the Falcon Patent) to the present.

We are looking forward to an early response and a reasonable solution.

Respectfully,

Herbert M. Wolfson

cc:    Cameron D. Wilson, Neudorff North America
       Dr. Andreas Prokop, Neudorff GmbH
       Joan M. Smiley, Falcon Lab LLC

**From:**      Cameron Wilson <cam@neudorff.ca>
**To:**        "George S. Puritch" <george@ecocare.bc.ca>, Bill Geary <WCG@nutter.com>
**Date:**      11/5/2007 12:22:13 PM
**Subject:**   Oct 23-07 letter from Wolfson/Smiley

Bill,
George,

Attached is the letter I just received from Wolfson.  Please note I only
included the first page of the Smiley patent since you already have this
document.

I believe we'll need to respond to Wal-Mart and Spectrum as a result of this
letter.

Thanks,
Cam


Cam Wilson
Vice President
Operations & New Business
Neudorff North America
(250) 652-5888
www.neudorff.com

**CC:**        Andreas Prokop <A.Prokop@neudorff.de>, Diana Parker <diana@ecocare.bc.ca>

*Herbert M. Wolfson*
*Attorney At Law*
*1213 Brook Drive*
*Wilmington, Delaware 19803*

October 23, 2007

H. Lee Scott, Jr., President and CEO
Wal-Mart Stores, Inc.
Bentonville, AR  72716-8611

Sir:

**Re: Wal-Mart Sales of "Garden Safe Brand® Weed and Grass Killer"**

Since Wal-Mart sells the subject product in certain of your stores, I have been asked to call your attention to the enclosed U. S. Patent 6,323,156 (Inventor: R. A. Smiley) that issued November 27, 2001 and is assigned to Falcon Lab LLC, Wilmington, DE.

U.S. Patent 6,323,156 claims (*inter alia*):

**A method for eliminating undesirable vegetation by applying an effective amount of an aqueous solution containing ammonium pelargonate as the active ingredient wherein non more than 0.5% of the active ingredient is the free acid, i.e. pelargonic acid.**

Column 1, lines 62-64 of the patent read:

"In a most preferred embodiment, the herbicidal composition...<u>contains essentially no free fatty acid</u>."

According to the enclosed Material Safety Data Sheet (MSDS) for the subject product, it is an aqueous 3.68% solution of ammonium soaps of fatty acids (confirmed by chemical analysis to be primarily ammonium pelargonate) as the active ingredient with no free acid at an alkaline pH of 7.8.

Wal-Mart's sale of "Garden Safe Brand® Weed and Grass Killer" constitutes an infringement of Falcon Lab's U. S. Patent 6,323,156 under § 271(b) and (c) of Title 35, Chapter 28 of the U. S. Patent Laws as cited below:

### § 271. Infringement of patent

(a) Except as otherwise provided in this title, whoever without authority makes, uses, offers to sell, or sells any patented invention, within the United States or imports into the United States any patented invention during the term of the patent therefore, infringes the patent.

(b) Whoever actively induces infringement of a patent shall be liable as an infringer.

(c) Whoever offers to sell or sells within the United States or imports into the United States a component of a patented machine, manufacture, combination or composition, or a material or apparatus for use in practicing a patented process, constituting a material part of the invention, knowing the same to be especially made or especially adapted for use in an infringement of such patent, and not a staple article or commodity of commerce suitable for substantial noninfringing use, shall be liable as a contributory infringer.

Falcon is aware of the fact that the Schultz Company, a subsidiary of Spectrum Brands, is supplying this product to Wal-Mart under a registration license from W. Neudorff GmbH KG of Germany based originally on an admittedly irrelevant patent of Neudorff's. Both Spectrum Brands and Neudorff will receive copies of this letter.

Falcon Lab LLC hereby requests that Wal-Mart cease sales of the subject product until a license is obtained by Wal-Mart to U. S. Patent 6,323,156 or through Spectrum Brands or Neudorff under a similar license. Such a license is hereby offered to the recipients of this letter.

I look forward to a response within 30 days.

Respectfully,

Herbert M. Wolfson
Attorney for Falcon Lab

Cc:    Amy J. Yoder, Executive Vice-President
       Spectrum Brands
       13260 Corporate Exchange Drive
       Bridgeton, MO 63044

Cameron D. Wilson, Operations Manager
Neudorff North America
PO.Box 178
Brentwood Bay, BC Canada
V8M IR3
Canada

Joan M. Smiley, President
Falcon Lab LLC

US006323156B1

(12) **United States Patent**
Smiley

(10) Patent No.: US 6,323,156 B1
(45) Date of Patent: Nov. 27, 2001

(54) METHOD OF USING AMMONIUM FATTY ACID SALTS AS NON-SELECTIVE HERBICIDES

(75) Inventor: Robert A. Smiley, Wilmington, DE (US)

(73) Assignee: Falcon Lab LLC, Wilmington, DE (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 09/560,664

(22) Filed: Apr. 27, 2000

(51) Int. Cl.7 .............................................. A01N 37/00
(52) U.S. Cl. ............................................................. 504/320
(58) Field of Search ................................................ 504/320

(56) References Cited

U.S. PATENT DOCUMENTS

5,919,733 * 7/1999 Sedun et al. ..................... 504/320

* cited by examiner

Primary Examiner—Alton Pryor
(74) Attorney, Agent, or Firm—Locke Liddell & Sapp LLP

(57) ABSTRACT

A method for controlling undesired vegetation that comprises contacting the vegetation with a herbicidally effective amount of a composition containing the compound of the formula $R_1COO^-X^+$ wherein $R_1$ is a $C_6$ to $C_{19}$ hydrocarbyl group optionally substituted with one or more hydroxyl or $C_1-C_5$ hydrocarbyl groups, and X is ammonium.

20 Claims, No Drawings

Schultz Company
P. O. Box 4406
Bridgeton, MO 63044-0406

# Material Safety Data Sheet
Complies with OSHA's Hazard Communication Standard, 29 CFR 1910.1200

| Hazardous Material Identification System — (HMIS) | |
|---|---|
| HEALTH – 1 | REACTIVITY – 0 |
| FLAMMABILITY – 0 | PERSONAL – |

**I  Trade Name:** Garden Safe Brand Weed & Grass Killer

**Product Type:** Liquid Ready-to-Use Herbicide

**Product Item Number:** 93065

**Formula Code Number:** 21-0923

| EPA Registration Number | Manufacturer | Emergency Telephone Numbers | |
|---|---|---|---|
| 67702-7-39609 | Chemsico
8494 Chapin Industrial Drive
St. Louis, MO 63114 | For Chemical Emergency:
For Information:
Prepared by:
Date Prepared: | 1-800-633-2873
1-800-257-3379
C.A. Duckworth
JULY 21, 2006 |

## II  Hazards Ingredient/Identity Information

| Chemical | % | OSHA PEL | ACGIH TLV |
|---|---|---|---|
| Ammoniated soap of Fatty acids CAS #84776-33-0 | 3.68 | NA | NA |

## III  Physical and Chemical Characteristics

| | |
|---|---|
| Appearance & Odor: | Light yellow colored solution. Mild Odor |
| Boiling Point: | N/A |
| Melting Point: | NA |
| PH | 7.8 |
| Vapor Pressure: | NA |
| Specific Gravity: | 0.99 ($H_2O$=1) |
| Vapor Density: | greater than 1 (Air=1) |
| % Volatile (by vol.): | greater than 95% |
| Solubility in Water: | 100% |
| Evaporation Rate: | Less than 1 (Butyl Acetate=1) |

## IV  Fire and Explosive Hazards Data

| | |
|---|---|
| Flash Point: | >220 F (TCC) |
| Flame Extension: | NA |
| Flammable Limits: | NA |
| Autoignition Temperature: | NA |
| Fire Extinguishing Media: | Water fog, Carbon dioxide, Dry chemical |
| Decomposition Temperature: | NA |
| Special Fire-Fighting Procedures: | Use procedures for elimination of original source of fire. |
| Unusual Fire & Explosion Hazards: | Vapors are heavier than air. |

## V  Reactivity Data

| | |
|---|---|
| Stability: | Stable |
| Polymerization: | Will not occur |
| Conditions to Avoid: | None |
| Incompatible Materials: | N/A |
| Hazardous Decomposition or Byproducts: | N/A |

## VI  Health Hazard Data

Skin Contact; Harmful if inhaled. *First Aid:* Move person to fresh air. If person is not breathing call 911 or an ambulance. Give artificial respiration, preferably mouth-to-mouth. Call a Poison Control Center or doctor for treatment advice. Eye Contact: Causes moderate eye irritation. First Aid: Hold eye open and rinse slowly and gently with water for 15-20 minutes. Remove contact lenses if present after the first 5 minutes then continue rinsing eye. Call for a Poison Control Center or doctor for treatment advice.
Special Notes:    Have product container with you when calling.
Health conditions Aggravated by Exposure:    Skin disorders
Ingredients listed by NTP, OSHA, or IARC
as Carcinogens or Potential Carcinogens:    None

## VII  Precautions for Safe Handling and Use

Steps to be Taken in Case Material is Released or Spilled:
   Avoid breathing vapors. Avoid skin contact with liquid. Soak up with absorbent material.

Waste Disposal:
   If empty:  Do not reuse this container.  Place in trash or offer for recycling if available.  If partially filled: Call your local solid waste agency or 1-800-CLEANUP for disposal instructions.  Never pour unused product down any indoor or outdoor drain.

Handling & Storage Precautions:
   Do not contaminate water, food or feed by storage or disposal. Store in original container

## VIII  Control Measures

Read and follow label directions. They are your best guide to using this product effectively, and give necessary safety precautions to protect your health.

## IX  Transportation Data

DOT : Not Regulated by DOT (limited quantity exception)
IMDG: Not Regulated by IMDG (limited quantity exception)
IATA: Not Regulated by IATA (limited quantity exception)

The information and statements herein are believed to be reliable but are not to be construed as warranty or representation for which we assume legal responsibility. Users should undertake sufficient verification and testing to determine the suitability for their own particular purpose of any information or products referred to herein. NO WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE IS MADE.

**EXHIBIT 8**

 **Nutter**

William C. Geary III
Direct Line: 617-439-2766
Fax: 617-310-9766
E-mail: wgeary@nutter.com

November 27, 2007

Herbert M. Wolfson
Attorney at Law
1213 Brook Drive
Wilmington, DE  19803

Re:  22698-95

Dear Mr. Wolfson:

This is in response to your various correspondence, including your letters to me dated November 14, 2007, May 25, 2007, and May 2, 2007.  I have also received copies of your letters dated October 23, 2007 to Wal-Mart Stores, Inc. and November 5, 2007 to Lawn & Garden Products, Inc.  The purpose of this letter is to explain, once again, why Falcon Labs' U.S. Patent No. 6,373,156 (the `156 patent) is not relevant to the Gardens Alive! Weed Aside™ product, the Garden Safe® brand Weed & Grass Killer, or any other non-staining herbicidal product licensed by W. Neudorff G.m.b.H.  I refer to all such products, collectively, as the "Neudorff non-staining herbicides."

Before explaining the irrelevance of the `156 patent to the Neudorff non-staining herbicides, I would like to put an end to any discussion about the reference to Neudorff's U.S. Patent No. 5,919,733 (the "`733 patent") on the labels of Neudorff's non-staining herbicides.  As I explained in telephone conversations and previous correspondence, the `733 patent does not cover the Neudorff non-staining herbicides.  The `733 patent was identified on labels of the Neudorff non-staining herbicides by innocent error.  Neudorff has requested all licensees to remove any reference to the `733 patent from their labels, and a request to the EPA for authorization to change the label to omit reference to the `733 patent has been approved.  A copy of the July 20, 2007 notification from the EPA approving the label change for the HO1 RTU Herbicidal Soap (EPA Registration No. 67702-7) and the H01 Concentrate Herbicidal Soap (EPA Registration No. 67702-8) is attached as Exhibit A.  Since the master label no longer includes reference to the `733 patent, it will not be possible for licensees to list the `733 patent on any new products sold.

As you will appreciate, we have no control over product shipped before you brought this error to our attention and there may still be product in inventory in retail outlets that includes reference to the `733 patent on labels.

NUTTER McCLENNEN & FISH LLP • ATTORNEYS AT LAW

World Trade Center West • 155 Seaport Boulevard • Boston, Massachusetts 02210-2604 • 617-439-2000 • Fax: 617-310-9000
www.nutter.com



November 27, 2007
Page 2

### A.    *The Neudorff Non-Staining Herbicides Do Not Infringe the `156 Patent*

The `156 patent is limited to a method for controlling unwanted vegetation which involves applying a herbicidally effective amount of an aqueous solution which contains an ammonium salt of certain fatty acids, "wherein *no more than 0.5 wt. %* of the active ingredient is free fatty acid." We have already explained that the Neudorff non-staining herbicides, also referred to as the H01 products, are slightly undersaponified as manufactured and sold, contain more than 0.5 wt. % of the active ingredient as free fatty acids as defined by claim 1 of `156, and do not infringe the claims of `156 patent. Proof of the composition of the H01 formulation, as originally registered in 1998 with the EPA, is documented in the EPA record.

The "active ingredient" identified on the Neudorff non-staining herbicides label (approved by the EPA) does not identify the free fatty acid component and only includes "ammoniated soap of fatty acids" because the definition of an "active ingredient," under federal law is "one that prevents, destroys, repels or mitigates a pest...." The residual free fatty acids present in the Neudorff non-staining herbicides do not have herbicidal activity and thus do not qualify as an "active ingredient" under the EPA's definition.

However, the claims of the `156 patent are written in such a way that the amount of free fatty acid must be considered in relation to the amount of the salt. That is, the term "active ingredient," as used in the `156 patent includes ammonium salts of certain fatty acids as well as "no more than 0.5%" free fatty acids. The plain language of the claim dictates that the term "active ingredient" encompass any free fatty acids in the herbicidal composition that results from the reaction of an acid and a base that forms the salt. That is, the "active ingredient" as used in the `156 patent includes the herbicidally active salts produced from this reaction as well as any residual free fatty acids, regardless of their herbicidal activity.

### B.    *Invalidity of the `156 Patent*

In the event that you do not agree with our analysis of the `156 patent and the fact that it does not encompass the Neudorff non-staining herbicides, the `156 patent is invalid. That is, if the claims of the `156 patent are read to encompass the Neudorff non-staining herbicides, the claims are invalid as being anticipated by the CONCERN Fast-Acting Weed Killer product (one of the Neudorff non-staining herbicides) sold by Necessary Organics, Inc. that was on sale in the United States at least as early as 1998, more than one year before the filing date of the application that resulted in the `156 patent.

I have already supplied you with evidence that makes it clear that the CONCERN Fast-Acting Weed Killer product formulation is that which was accepted by the EPA on March 16, 1998 as registration No. 67702-7. It has not been changed since and thus the "active ingredients" (the soap and the free fatty acids) are identical to the Neudorff non-staining herbicides that are sold today, including the Weed Aside™ product and the Garden Safe® brand Weed & Grass Killer. The formulation approved by the EPA has not changed since 1998 and the products sold as Neudorff non-staining herbicides have likewise not changed since 1998.



November 27, 2007
Page 3

I would like to emphasize the following points, which are all well documented in the EPA record and elsewhere.

1.      The guarantee on the label for the Neudorff non-staining herbicides states that the product contains "ammoniated soap of fatty acids." This same "ammoniated soap of fatty acids" is identified in the formulation accepted by the EPA, present in the CONCERN Fast-Acting Weed Killer product, and present in any Neudorff non-staining herbicides currently sold. The common name "ammonium soap of fatty acids" is recognized by the EPA as being the common name of ammonium salts of $C_8$-$C_{18}$ and $C_{18'}$ fatty acids CAS 84776-33-0 (ref: EPA pesticide registration (PR) notice 97-5: use of common names for active ingredients on pesticide labeling).

As you are aware, claim 1 of Falcon's `156 patent reads as follows:

> *A method for the prevention or elimination of undesired vegetation which comprises applying to the vegetation a herbicidally effective amount of an aqueous solution which contains, as the active ingredient, a salt represented by the formula:*
>
> $R_1 COO^- X^+$
>
> *wherein $R_1$ is a $C_6$ to $C_{19}$ hydrocarbyl group, optionally substituted with a hydroxyl or a $C_1$ –$C_5$ hydrocarbyl group; and*
>
> *X is ammonium;*
>
> *wherein no more than 0.5 wt. % of the active ingredient is free fatty acid.*

The soaps present in the Neudorff non-staining herbicides sold as early as 1998 are the same as those required by claim 1 of the `156 patent. If you believe that the claims of the `156 patent encompass the Neudorff non-staining herbicides presently sold, the same composition and the same quantity of free fatty acid is present in the Neudorff non-staining herbicides sold in the United States as early as 1998. Thus, these claims are anticipated by the same formulation that was on sale and sold in the United States more than one year before the filing date of the application that resulted in the `156 patent.

2.      The Neudorff H01 RTU product that was registered with the EPA on March 16, 1998 (67702-7) had an alkaline pH of 7.85 while the concentrate H01 product (67702-8) that was registered with the EPA on May 19, 1998 had a manufacturing specification pH of 8.35. This is documented in the EPA files during registration in 1997-1998.

3.      No amendments regarding the active ingredients were ever made in the EPA Confidential Statement of Formulation (CSF) for Registration Nos. 67702-7 or 67702-8, and the Neudorff non-staining herbicides on the market today are the same as those that were sold in the United States as early as 1998. These facts are also documented in the EPA files.



November 27, 2007
Page 4

4.      The MSDS sheets have not been changed since the introduction of the Neudorff non-staining herbicides in 1998, and an original MSDS from Necessary Organics for the 67702-7 has already been sent to you.


5.      The Neudorff non-staining herbicides bearing Registration Nos. 67702-7 and 67702-8 are registered for the prevention or elimination of undesired vegetation and the label instructions teach the application to the vegetation of a herbicidally effective amount of an aqueous solution. This is the same as the method that the `156 patent purports to cover.

6.      Data establishing the Sale of the Neudorff non-staining herbicides in 1998

Your November 14, 2007 letter also states that in my previous correspondence I did "not include any proof of a sale to a customer for herbicidal use . . . more than one year prior to April 27, 2000." I disagree.

My April 13, 2007 letter included a spreadsheet that serves as a record of sales activity for the CONCERN Fast-Acting Weed Killer in the United States beginning as early as 1998. Columns N and O of this spreadsheet contain sales data for the CONCERN Fast-Acting Weed Killer product, identified as Necessary Organics' Item Nos. 98632 and 98664. The column N data is for a 32 ounce CONCERN Fast-Acting Weed Killer product (Item No. 98632) while column O has data for sales activity of a 64 ounce CONCERN Fast-Acting Weed Killer product (Item No. 98664). I attach as Exhibit B another copy of this spreadsheet as well a copy of Necessary Organics' 1999 Distributor price List, which identifies the Item Numbers of the CONCERN Fast-Acting Weed killer product.

Please refer to the rows of the spreadsheet that report data by "WEEK," particularly the row which shows data for "WEEK #7 11/20/98 TOTALS." This establishes that Necessary Organics reported selling in the United States 61 cases of the 32 ounce CONCERN Fast-Acting Weed Killer product and 2 cases of the 64 ounce CONCERN Fast-Acting Weed Killer product at least as early as November 20, 1998. This evidence is more than sufficient to establish that the CONCERN Fast-Acting Weed Killer product was sold in the United States more than one year before the April 27, 2000 filing date of the `156 patent, and we have already established that the CONCERN Fast-Acting Weed Killer product is identical to the Neudorff non-staining herbicides currently sold. There is no need for any other sales data, especially since you seem willing to accept spreadsheet sales data for sales after the date on which the `156 patent issued.

The fact that this product was sold well over a year before the filing date of the `156 patent indicates that it most certainly was used as a herbicide according to its label instructions more than one year before the filing date of the `156 patent.

November 27, 2007
Page 5



The information provided with this letter should convince Falcon to put an end to its threats to Neudorff's licensees and its intentional interference with Neudorff's business. Please confirm to me in writing that this harassment campaign will now end.


Very truly yours,

William C. Geary III


cc:     Cam Wilson (Neudorff North America)
        Andreas Prokop, Ph.D. (W. Neudorff GmbH KG)
        George Puritch, Ph.D. (Eco-Care Technologies, Inc.)

WCG/pev


1685044.1

# EXHIBIT A



UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
WASHINGTON, D.C.  20460

OFFICE OF
PREVENTION, PESTICIDES AND
TOXIC SUBSTANCES

## NOTIFICATION

### JUL 2 0 2007

JUL 2 0 2007

Walter G. Talarek PC
Authorized Agent for W. Neudorff GmbH KG
1008 Riva Ridge Road
Great Falls, VA  22066-1620

SUBJECT:    Applications for Pesticide Notification – Delete U.S. Patent Numbers
            H01 RTU Herbicidal Soap                EPA Reg. No. 67702-7
            H01 Concentrate Herbicidal Soap        EPA Reg. No. 67702-8
            Applications Dated June 25, 2007

Dear Mr. Talarek:

        The Agency is in receipt of your Applications for Pesticide Notification under Pesticide
Registration Notice (PRN) 98-10 for the above products.  The Registration Division (RD) has
conducted a preliminary screen of these requests for their applicability under PRN 98-10 and
finds that the actions requested fall within the scope of PRN 98-10.  The labels submitted with
the applications have been stamped "Notification" and will be placed in our records.

        In the future, you may want to change the Warranty Statements, i.e., add the phrase "To
the extent consistent with applicable law" per EPA guidance regarding acceptable Warranty
Statements.

        If you have any questions, please me directly at 703-305-6249 or Terri Stowe of my staff
at 703-305-6117.

                                        Sincerely,

                                        Linda Arrington
                                        Notifications & Minor Formulations Team Leader
                                        Registration Division (7505P)
                                        Office of Pesticide Programs

# H01 RTU HERBICIDAL SOAP

**NOTIFICATION**

**JUL 2 0 2007**

Active Ingredient:
        Ammoniated soap of fatty acids ................. 3.68%
Inert Ingredients .......................................... 96.32%
Total                                              100.00%

## KEEP OUT OF REACH OF CHILDREN

# CAUTION

H01 is a fast-acting weed, grass, moss, algae, and lichen killer. It does not stain concrete or pavement. H01 is a non-selective herbicide that controls many common annual weeds. H01 suppresses the growth of some bi-annual and perennial weeds. It can be used in cultivated areas prior to planting grass, flowers and vegetable. Areas can be re-sown five days after treatment. H01 can be used at any time during the year. Best results are obtained with young, actively growing weeds, less than five inches in size.

### PRECAUTIONARY STATEMENTS
### HAZARDS TO HUMANS AND DOMESTIC ANIMALS
*CAUTION:* Causes moderate eye irritation. Harmful if inhaled. Avoid contact with eyes or clothing. Avoid breathing vapor. Wash thoroughly with soap and water after handling. Remove contaminated clothing and wash clothing before reuse.

| FIRST AID | |
|---|---|
| IF IN EYES | -Hold eye open and rinse slowly and gently with water for 15-20 minutes. Remove contact lenses, if present, after the first 5 minutes, then continue rinsing eye.<br>-Call a poison control center or doctor for treatment advice. |
| IF INHALED | -Move person to fresh air.<br>-If person is not breathing call 911 or an ambulance, then give artificial respiration, preferably mouth-to-mouth, if possible.<br>-Call a poison control center or doctor for further treatment advice. |
| Have the product container or label with you when calling a poison control center or doctor or going for treatment. | |

### ENVIRONMENTAL HAZARDS
This product may be hazardous to aquatic invertebrates. Do not apply directly to water.

### DIRECTIONS FOR USE
*It is a violation of Federal Law to use this product in a manner inconsistent with its labeling.*
Shake well before using. Do not dilute. Spray weeds thoroughly when weather is dry and warm (application rate: 6 – 9 oz/yd$^2$). If rain falls within three hours of application an additional application may be required. Repeat treatment every 2 to 3 weeks for control of new growth. Avoid spraying desirable plants. For optimum results spray weeds before they reach 5 inches in size. For control of dandelions and other large rooted weeds, first injure plant by splitting top of root; then apply 0.7 oz. of H01 onto damaged root (Optional wording: squirt 20 times with sprayer set on stream setting).

Controls: Annual bluegrass, chickweed, corn spurry, dandelion, groundsel, lamb's-quarters, large crabgrass, mouse-eared chickweed, mustards, plantain, redroot pigweed, round leaved mallow, sheep sorrel, sheperd's-purse, stinkweed, thistle, moss, algae and lichens.

MASTER LABEL

## H01 CONCENTRATE HERBICIDAL SOAP

Active Ingredient:
    Ammoniated soap of fatty acids ...........     22%
Other Ingredients: ......................................    78%
Total:                                       100%

NOTIFICATION

JUL 2 0 2007

SUBLABEL A:  Home and Garden Use
SUBLABEL B: Commercial Agricultural Use

### KEEP OUT OF REACH OF CHILDREN

# WARNING

EPA REG. NO. 67702-8                    EPA EST. 67702-WG-1

Registrant: W. Neudorff GmbH KG
An der Mühle 3, Postfach 1209
D-31860 Emmerthal, Germany

Home and Garden Use: NET CONTENTS: 8 fl. oz., 16 fl. oz., 27 fl. oz., 32 fl. oz., 54 fl.
oz., 64 fl. oz., 1 gallon, 130 oz

Commercial Agriculture Use: NET CONTENTS: 1 gallon, 5 gallon, 30 gallon, 55 gallon,
211 gallon

# EXHIBIT B

COMPARISON SALES ALL TERRITORIES - REPS,SS,WKG, 140509

ALL WEEKS SUMMARY

Necessary Copies-6

# Concern®

## 1998 LAWN & GARDEN DISTRIBUTORS

**HAWAII**

Hawaiian Housewares, LTD.
Mutual Distributors
Pearl City, HI
808-453-8000

**ALASKA, WASHINGTON, OREGON**

Central Garden & Pet
Algona, WA
253-833-7771

D. F. Marks
Woodenville, WA
360-668-3502

L & L Nursery Supply, Inc.
Fife, WA
253-922-7714

Garden Distributors N.W.
Clackamas, OR
503-777-2244

**Northern CALIFORNIA, Northern NEVADA**

Humus
Richmond, CA
510-233-7745

**Southern CALIFORNIA, Southern NEVADA, ARIZONA**

L & L Nursery Supply, Inc.
Chino, CA
909-591-0461

Garden West Dist, Inc.
Phoenix, AZ
602-233-2966

**NEW MEXICO**

Greenhouse & Garden Supply
Albuquerque, NM
505-345-6700

Central Garden & Pet
Albuquerque, NM
505-822-8715

**MONTANA, IDAHO, WYOMING, UTAH, COLORADO**

Gardner Distributing Co.
Billings, MT
406-656-5000

**NEBRASKA, KANSAS, IOWA, MISSOURI**

Foster's, Inc.
Waterloo, IA
319-235-6548

Hawkeye Seed Co.
Cedar Rapids, IA
319-364-7118

Gard'N Wise Distributors
Wichita, KS
316-838-1451

Central Garden & Pet
N. Kansas City, MO
816-221-6169

Tobin Standard Seed
Kansas City, MO
816-342-3838

Springfield Seed & Floral, Inc.
Springfield, MO
417-866-0230

BWI-Springfield
Springfield, MO
417-881-3003

United Garden Center
St. Louis, MO
314-353-0444

Mid-West TLC
Gothenburg, NE
308-537-3385

**OKLAHOMA, TEXAS, ARKANSAS, LOUISIANA, MISSISSIPPI**

Nitro Phos Fertilizer, Inc.
Houston, TX
713-228-1865

B.W.I.-Dallas/Ft. Worth
Dallas, TX
972-242-4755

B.W.I.-Texarkana
Texarkana, TX
903-838-8561

B.W.I.-Companies
Nash, TX
903-831-4929

B.W.I.-Schulenburg
Schulenburg, TX
409-743-4551

Harvest Supply
Fort Worth, TX
817-429-6431

B.W.I.-Jackson
Jackson, MS
601-922-5214

**MICHIGAN**

J. Mollema & Son, Inc.
Grand Rapids, MI
616-541-3000

**ILLINOIS, INDIANA**

Olsen Distributing
Barrington, IL
847-381-9333

Siemer Distributing
Teutopolis, IL
217-857-3171

V.G. Supply
Park Ridge, IL
847-635-1000

Bloomington Wholesale
Garden Supply Co. (Worm's Way)
Bloomington, IN
800-316-1306

**WISCONSIN, MINNESOTA**

Carlin Sales Corp.
Milwaukee, WI
414-355-2300

Central Garden & Pet
Burnsville, MN
612-890-8367

Foster's
Rogers, MN
612-428-3514

**OHIO, Western PENNSYLVANIA, WEST VIRGINIA, KENTUCKY**

The Kruse Hardware Co.
Fairfield, OH
513-860-3600

U.S. Garden Sales, Inc.
Warrensville Hgts., OH
216-581-4400

Wetsel Seed Co.
Kittanning, PA
412-545-7181

Master Wholesale
Darlington, PA
412-827-2181

George W. Hill & Co.
Florence, KY
606-371-8423

**TENNESSEE, NORTH CAROLINA, SOUTH CAROLINA, ALABAMA, GEORGIA, FLORIDA**

Wyatt-Quarles Seed Co.
Garner, NC
919-772-4243

Piedmont Garden & Florist
Salisbury, NC
704-636-7790

Dillon Seed & Supply Co., Inc.
Dillon, SC
803-774-2494

Gro South of AL, Inc.
Montgomery, AL
334-265-5241

Gro South of GA, Inc.
Tucker, GA
770-938-1681

Central Garden & Pet
Orlando, FL
407-855-1933

Florida Seed
Lakeland, FL
941-686-6683

Pennington Seed
Columbia, SC
803-771-4222

**MAINE, VERMONT, NEW HAMPSHIRE, MASSACHUSETTS, CONNECTICUT, RHODE ISLAND**

Bramen Co.
Salem, MA
978-745-7765

Arett Sales Corp.
Waterbury, CT
203-755-0279

Commerce Inc.
Lincoln, RI
401-334-9700

**NEW YORK, NEW JERSEY, Eastern PENNSYLVANIA, MARYLAND, DELAWARE, VIRGINIA**

H. B. Davis Seed Co., Inc.
Albany, NY
518-489-5411

Page Seed Co.
Green, NY
607-656-4107

Arett Sales Corp/Good Prod Sale
Cherry Hill, NJ
609-751-1224

K. C. Schaefer Supply Co., Inc.
York, PA
717-741-5088

P. L. Rohrer & Bro., Inc.
Smoketown, PA
717-299-2571

Meyer Seed Co.
Baltimore, MD
410-342-4224

Commerce Distributing
Baltimore, MD
410-255-3500

Wetsel Seed Co.
Harrisonburg, VA
540-434-6753

Southern States
Richmond, VA
804-281-1362
800-446-9510

Necessary Organics, Inc. • One Nature's Way • New Castle, Virginia 24127-0305 • PHONE 540/864-5103 • FAX 540/864-5186
© All rights reserved, 1997. All ©, TM property of Necessary Organics, Inc.
DISTLIST #1v54/98

# *Concern*®

**1998
MANUFACTURER'S
REPRESENTATIVES**



**HAWAII**

Henry Lamoid Company, Ltd.
Henry Chalacombe
99-1301 Waihona Street
Pearl City, HI 96782
PHONE 808/455-8848
FAX 808/455-9755

**ALASKA, WASHINGTON, OREGON**

Lisdco, Inc.
Bill Hadfield
P.O. Box 3706
Portland, OR 97208
PHONE 503/236-3836
FAX 503/236-4555

Mike Herberholt
3823 40th Street CT, NW
Gig Harbor, WA 98335
PHONE 253/858-8888
FAX same as above

**CALIFORNIA,
NEVADA, ARIZONA**

Westerly Sales Co.
John O'Hara
18115 Valley Spring Road
Chino Hills, CA 91709
PHONE 714/573-1957
FAX 714/573-1723

**MONTANA, IDAHO,
WYOMING, UTAH, COLORADO**

ADB Marketing, Inc.
Allen Betz
Dan Telemantes
Dean Betz
1642 South Parker Road
Suite 204
Denver, CO 80231
PHONE 303/750-8540
FAX 303/750-8575

**NORTH DAKOTA,
SOUTH DAKOTA**

Necessary Organics, Inc.
Fran Addy
Nina Davis
One Nature's Way
New Castle, Virginia 24127-0305
PHONE 540/864-5103
FAX 540/864-5186

**NEW MEXICO**

Necessary Organics, Inc.
Fran Addy
Nina Davis
One Nature's Way
New Castle, Virginia 24127-0305
PHONE 540/864-5103
FAX 540/864-5186

**NEBRASKA, KANSAS,
IOWA, MISSOURI**

Necessary Organics, Inc.
Fran Addy
Nina Davis
One Nature's Way
New Castle, Virginia 24127-0305
PHONE 540/864-5103
FAX 540/864-5186

**OKLAHOMA, TEXAS,
ARKANSAS, LOUISIANA,
MISSISSIPPI**

ONS Marketing/Advertising, Inc.
Charil Soury
Greg Phillips
Jeff Schoof
Faxoes Coleman
2750 Northaven Rd., Suite 206
Dallas, TX 75229
PHONE 972/241-6552
FAX 972/484-6552

Glenn Wilcox
11827 S. Little John Cr.
Houston, TX 77071
PHONE 713/721-3936
FAX 713/721-0052

Don Ott
70 Landfall Lane
Conroe, TX 77302
PHONE 409/273-2059
FAX 409/273-4521

Marcus Clem
1003 E. Ash Lane, Apt. 2003
Euless, TX 76039
PHONE 512/392-8640

**OHIO, Western PENNSYLVANIA, WEST VIRGINIA,
KENTUCKY**

Berry Marketing, Inc.
Kent McBride
Bob Berry
Don Moninger
Mike Tackett
Justin Haines
77 East Wilson Bridge Road
Worthington, OH 43085
PHONE 614/888-1050
FAX 614/846-7090

Roy Fowler
356 Cavan Drive
Pittsburgh, PA 16236
PHONE 412/655-4945
FAX 412/653-4121 (11)

**TENNESSEE,
NORTH CAROLINA,
SOUTH CAROLINA,
ALABAMA, GEORGIA,
FLORIDA**

Southeastern Marketing Svs.
Lester Youngblood
13024 Idlewild Road, Suite 1
Matthews, NC 28105
PHONE 704/847-3206
FAX 704/847-3207

Stratton Pritchard
1935 Windham Park, NE
Atlanta, GA 30324
PHONE 404/874-8231
FAX 404/873-3464

Greg Staka
P. O. Box 622704
Oviedo, FL 32762
PHONE 407/366-1411
FAX 407/366-1421

Larry Delpo
3639 Beaver Run Drive
Collierville, TN 38017
PHONE 901/853-1194
FAX 901/854-0004

**MICHIGAN**

Jill
Jerri Weisman
7025 Timberview Trail
West Bloomfield, MI 48322
PHONE 248/788-4857
FAX 248/788-4987

**ILLINOIS, INDIANA**

Complete Marketing, Inc.
Dennis Remke
5810 Main Street
Morton Grove, IL 60053
PHONE 847/583-0139
FAX 847/583-0139

**WISCONSIN, MINNESOTA**

David Laxdon Sales
David Laxdon
Matt McGuire
5600 North Port Washington
#2088
Milwaukee, WI 53217
PHONE 414/964-7977
FAX 414/964-3100

**MAINE, VERMONT,
NEW HAMPSHIRE,
MASSACHUSETTS,
CONNECTICUT,
RHODE ISLAND**

Sobetka Enterprises, Inc.
Wayne Smith
David Smith
120 Summit Road
Abington, MA 02351
PHONE 781/878-1800
FAX 781/878-5958

**NEW YORK, NEW JERSEY,
Eastern PENNSYLVANIA,
MARYLAND, DELAWARE,
VIRGINIA**

J.A. Hammond Associates
Jay Hammond
Dwight Hammond
Mark Heath
RR 2, Box 2251
Polk Valley Road
Stroudsburg, PA 18360
PHONE 717/476-8580
FAX 717/476-8581

Necessary Organics, Inc. • One Nature's Way • New Castle, Virginia 24127-0305 • PHONE 540/864-5103 • FAX 540/864-5186
© All rights reserved, 1995. All ®, TM property of Necessary Organics, Inc.



*Effective October 1, 1998*
*To Order Call 800/447-5354*
*Fax 540/864-5186*
*or Email concern@swva.net*
*Visit our Website www.concerngarden.com*

# 1999 DISTRIBUTOR PRICE LIST

| ITEM # | PRODUCT | UNIT SIZE | CASE PAK | CASE WT. | SUGGESTED RETAIL | DISTRIBUTOR CASE | COST UNIT |
|---|---|---|---|---|---|---|---|
| **WEED CONTROL** | | | | | | | |
| *NEW* 98632 | Fast-Acting Weed Killer-RTU | 32 fl.oz. | 12 | 30 lb. | $5.99 | $32.40 | $2.70 |
| *NEW* 98664 | Fast-Acting Weed Killer-RTU | 64 fl.oz. | 8 | 38 lb. | $10.99 | $39.60 | $4.95 |
| *NEW* 97180 | Weed Prevention Plus-*New ShakerPAK™!* | 5 lb. | 8 | 42 lb. | $9.99 | $36.00 | $4.50 |
| **HOME PEST CONTROLS** | | | | | | | |
| *NEW* 98232 | Citrus Home Pest Control-RTU | 32 fl.oz. | 12 | 30 lb. | $5.99 | $32.40 | $2.70 |
| *NEW* 98264 | Citrus Home Pest Control-RTU | 64 fl.oz. | 8 | 38 lb. | $12.99 | $46.80 | $5.85 |
| **GARDEN PEST CONTROLS** | | | | | | | |
| *NEW* 98932 | Copper Soap Fungicide-RTU | 32 fl.oz. | 12 | 30 lb. | $5.99 | $32.40 | $2.70 |
| *NEW* 98824 | Pesticidal Spray Oil-concentrate | 24 fl.oz. | 12 | 22 lb. | $8.99 | $48.60 | $4.05 |
| 97024 | DE Crawling Insect Killer-shaker box | 1½ lb. | 12 | 22 lb. | $5.99 | $32.40 | $2.70 |
| 97064 | DE Crawling Insect Killer-economy bag | 4 lb. | 8 | 38 lb. | $9.99 | $36.00 | $4.50 |
| 98512 | Multi-Purpose Insect Killer-RTU | 12 fl.oz. | 12 | 12 lb. | $3.49 | $19.20 | $1.60 |
| 98532 | Multi-Purpose Insect Killer-RTU | 32 fl.oz. | 12 | 30 lb. | $5.99 | $32.40 | $2.70 |
| 98408 | Multi-Purpose Insect Killer-concentrate | 8 fl.oz. | 12 | 6 lb. | $9.99 | $54.00 | $4.50 |
| 98112 | Insect Killing Soap-RTU | 12 fl.oz. | 12 | 12 lb. | $3.49 | $19.20 | $1.60 |
| 98132 | Insect Killing Soap-RTU | 32 fl.oz. | 12 | 30 lb. | $5.99 | $32.40 | $2.70 |
| 98024 | Insect Killing Soap-concentrate | 24 fl.oz. | 12 | 22 lb. | $8.99 | $48.60 | $4.05 |
| 98332 | Rose & Flower Insect Killer-RTU | 32 fl.oz. | 12 | 30 lb. | $5.99 | $32.40 | $2.70 |
| 98732 | Tomato & Vegetable Insect Killer-RTU | 32 fl.oz. | 12 | 30 lb. | $5.99 | $32.40 | $2.70 |
| 96205 | Slug Stop Slug & Snail Barrier-squeeze tube | 5 oz. | 12 | 6 lb. | $5.99 | $32.40 | $2.70 |
| **PLANT FOODS** | | | | | | | |
| *NEW* 91057 | Vitalize 7-5-5 Granular-*New Shaker Box!* | 3.6 lb. | 12 | 45 lb. | $5.99 | $32.40 | $2.70 |
| 95024 | Vitalize 3-2-2 Fish & Kelp Blend-concentrate | 24 fl.oz. | 12 | 25 lb. | $5.99 | $32.40 | $2.70 |
| **COMPOST STARTER** | | | | | | | |
| 93016 | Compost BioActivator-one ton formula | 1 lb. | 12 | 15 lb. | $5.99 | $32.40 | $2.70 |

## DISTRIBUTOR TERMS

Minimum prepaid shipment 100 cases. 2% May 10 dating / Net 60 days.
Call Customer Service for Truckload and LTL pickup allowances.

Necessary Organics, Inc. • One Nature's Way • New Castle, Virginia 24127-0305 • PHONE 540/864-5103 • FAX 540/864-5186
ORDERS 800/447-5354 • EMAIL concern@swva.net • WEB SITE www.concerngarden.com

REV. 8/5/98
© All rights reserved, 1998. All ®, TM property of Necessary Organics, Inc. unless noted. ShakerPAK is a TM of Kapak Corp.
99PL-1.898 CONL-9001

*Prices & specifications subject to change.*



# 1999 PRODUCT SPECIFICATIONS

*Effective October 1, 1998*

| ITEM# | PRODUCT | UNIT SIZE | UNIT WT. | DIMENSION L x W x H | UNIT CU. IN. | UNIT UPC | CASE PAK | CASE WT. | DIMENSION L x W x H | CASE CU. FT. | CASE 12 dig CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 98632 | Fast-Acting Weed Killer-RTU | 32 fl. oz. | 2.31 lb. | 4⅝ x 3 x 11¾ | 171.65 | 0-33745-98632-2 | 12 | 30 lb. | 15 x 12¾ x 12¾ | 1.32 | 100-33745-98632-9 |
| 98664 | Fast-Acting Weed Killer-RTU | 64 fl. oz. | 4.40 lb. | 6¼ x 2¾ x 9¾ | 163.28 | 0-33745-98664-3 | 8 | 38 lb. | 14 x 12 x10 | .97 | 100-33745-98664-0 |
| 97180 | Weed Prevention Plus-ShakerPak™ | 5 lb. | 5.35 lb. | 10 x 4 x 19 | 760.00 | 0-33745-97180-9 | 8 | 42 lb. | 21¼ x 9¼ x 11 | 1.25 | 100-33745-97180-6 |
| 98232 | Citrus Home Pest Control-RTU | 32 fl. oz. | 2.31 lb. | 4⅝ x 3 x 11¾ | 171.65 | 0-33745-98232-4 | 12 | 30 lb. | 15⅝ x 10 x 12 | 1.10 | 100-33745-98232-1 |
| 98264 | Citrus Home Pest Control-RTU | 64 fl. oz. | 4.40 lb. | 6¼ x 2¾ x 9¾ | 163.28 | 0-33745-98264-5 | 8 | 38 lb. | 14 x 12 x10 | .97 | 100-33745-98264-2 |
| 98932 | Copper Soap Fungicide-RTU | 32 fl. oz. | 2.31 lb. | 4⅝ x 3 x 11¾ | 171.65 | 0-33745-98932-3 | 12 | 30 lb. | 15 x 12¾ x 12¾ | 1.32 | 100-33745-98932-0 |
| 98924 | Pesticidal Spray Oil-concentrate | 24 fl. oz. | 1.78 lb. | 4⅝ x 2 x 7⅞ | 63.57 | 0-33745-98924-1 | 12 | 22 lb. | 14 x 8⅝ x 8¾ | .57 | 100-33745-98924-8 |
| 97016 | DE Crawling Insect Killer-shaker can | 1 lb. | 1.31 lb. | 4¹⁵⁄₁₆ x 4¹⁵⁄₁₆ x 11 | 181.54 | 0-33745-97016-1 | 12 | 17 lb. | 16⅝ x 12⅝ x 12 | 1.48 | 100-33745-97016-8 |
| 97024 | DE Crawling Insect Killer-shaker box | 1½ lb. | 1.75 lb. | 6⅞ x 2¾ x 10 | 177.00 | 0-33745-97024-6 | 12 | 20 lb. | 16⅞ x 13¾ x 10¾ | 1.40 | 100-33745-97024-3 |
| 97064 | DE Crawling Insect Killer-economy bag | 4 lb. | 4.16 lb. | 8½ x 5 x 13¼ | 563.13 | 0-33745-97064-2 | 8 | 36 lb. | 21 x 18 x 9¾ | 2.13 | 100-33745-97064-9 |
| 98512 | Multi-Purpose Insect Killer-RTU | 12 fl. oz. | .91 lb. | 3⅝ x 2 x 9 | 56.25 | 0-33745-98512-7 | 12 | 12 lb. | 11¼ x 9¼ x 8⅝ | .53 | 100-33745-98512-4 |
| 98532 | Multi-Purpose Insect Killer-RTU | 32 fl. oz. | 2.31 lb. | 4⅝ x 3 x 11¾ | 171.65 | 0-33745-98532-5 | 12 | 30 lb. | 15 x 12¾ x 12¾ | 1.32 | 100-33745-98532-2 |
| 98408 | Multi-Purpose Insect Killer-concentrate | 8 fl. oz. | .51 lb. | 3 x 2 x 4¾ | 23.16 | 0-33745-98408-3 | 12 | 7 lb. | 9⅝ x 7⅜ x 5⅞ | .22 | 100-33745-98408-0 |
| 98112 | Insect Killing Soap-RTU | 12 fl. oz. | .93 lb. | 3⅝ x 2 x 9 | 56.25 | 0-33745-98112-9 | 12 | 12 lb. | 11¼ x 9¼ x 8⅝ | .53 | 100-33745-98112-6 |
| 98132 | Insect Killing Soap-RTU | 32 fl. oz. | 2.31 lb. | 4⅝ x 3 x 11¾ | 171.65 | 0-33745-98132-7 | 12 | 30 lb. | 15 x 12¾ x 12¾ | 1.32 | 100-33745-98132-4 |
| 98024 | Insect Killing Soap-concentrate | 24 fl. oz. | 1.78 lb. | 4⅝ x 2 x 7⅞ | 63.57 | 0-33745-98024-5 | 12 | 22 lb. | 14 x 8⅝ x 8¾ | .57 | 100-33745-98024-2 |
| 98332 | Rose & Flower Insect Killer-RTU | 32 fl. oz. | 2.31 lb. | 4⅝ x 3 x 11¾ | 171.65 | 0-33745-98332-1 | 12 | 30 lb. | 15 x 12¾ x 12¾ | 1.32 | 100-33745-98332-8 |
| 98732 | Tomato & Vegetable Insect Killer-RTU | 32 fl. oz. | 2.31 lb. | 4⅝ x 3 x 11¾ | 171.65 | 0-33745-98732-9 | 12 | 30 lb. | 15 x 12¾ x 12¾ | 1.32 | 100-33745-98732-6 |
| 98205 | Slug Stop Slug & Snail Barrier | 5 oz. | .45 lb. | 5¾ x 1¼ x 9¼ | 98.11 | 0-33745-98205-8 | 12 | 6 lb. | 10¼ x 6 x 11⅝ | .40 | 100-33745-98205-7 |
| 91057 | Vitalize 7-5-5 Granular-shaker box | 3.6 lb. | 3.85 lb. | 6⅞ x 2¾ x 10 | 177.00 | 0-33745-91057-0 | 12 | 22 lb. | 16⅞ x 13¾ x 10¾ | 1.40 | 200-33745-91057-4 |
| 95024 | Vitalize 3-2-2 Liquid Blend-concentrate | 24 fl. oz. | 2.00 lb. | 4⅝ x 2 x 7⅞ | 63.57 | 0-33745-95024-2 | 12 | 22 lb. | 14 x 8⅝ x 8¾ | .57 | 100-33745-95024-2 |
| 93016 | Compost BioActivator | 1 lb. | 1.16 lb. | 3¾ x 3¾ x 5⅝ | 72.27 | 0-33745-93016-5 | 12 | 15 lb. | 15 x 11¼ x 6¼ | .62 | 100-33745-93016-2 |

*Specifications subject to change without notice.*

Necessary Organics, Inc. • One Nature's Way • New Castle, Virginia 24127-0305 • PHONE 540/864-5103 • FAX 540/864-5186
EMAIL concern@swva.net • WEB SITE www.concerngarden.com

© All rights reserved. 1998 . #4 ®. TM property of Necessary Organics, Inc. unless noted. ShakerPAK is a TM of Hapak Corp.
999RC508.888





**Kills Within HOURS**

Won't Stain Bricks, Concrete or Asphalt

**Herbicidal Soap**

Active Ingredients:
Armonidated Soap of Fatty Acids ... 3.69%
Inert Ingredients ... 96.39%
Total ... 100.00%

## KILLS WEEDS, ALGAE AND MOSS
## ELIMINATES UNWANTED VEGETATION FAST



**FACT SHEET**
*Fast-Acting Weed Killer*

| | |
|---|---|
| **Description:** | ***Concern Fast-Acting Weed Killer*** is a non-selective herbicide that is made from ammoniated salts of fatty acids in a water base. |
| **Target Pests:** | Chickweed, corn spurry, dandelion, groundsel, lambsquarters, mustards, plantain, redroot pigweed, round leaved mallow, sheep sorrel, shepherd's purse, stinkweed, thistle |
| **For Use On:** | Patios, driveways, sidewalks, roofs and in planting beds prior to planting grass, flowers and vegetables. |
| **Formulation:** | Herbicidal soap |
| **Active Ingredients:** | Ammoniated soap of fatty acids |
| **Packaging:** | The ready-to-use 32 oz. spray bottle will treat up to 48 sq. ft.; the 64 oz. bottle will treat up to 96 sq. ft. |

| **Retail Price:** | 32 oz. ready-to-use | $5.99 |
|---|---|---|
| | 64 oz. with detachable sprayer | $10.99 |

| | |
|---|---|
| **Distribution:** | Garden centers, hardware stores, natural food stores and fine catalogs nationwide. |

Necessary Organics, Inc. • One Nature's Way • New Castle, Virginia 24127-0305 • PHONE 540/864-5103 • FAX 540/864-5186
ORDERS 800/447-5354 • EMAIL concern@swva.net • WEB SITE www.concerngarden.com
© All rights reserved, 1997. All ®, TM property of Necessary Organics, Inc.
*Prices & specifications subject to change.*
WFACSFt PM-8/97 CONL/005

**EXHIBIT 9**

*Herbert M. Wolfson*
*Attorney At Law*
*1213 Brook Drive*
*Wilmington, DE 19803*
*302-762-1476*

December 18, 2007

William C. Geary, III, Esq.
NUTTER McCLENNEN & FISH LLP
World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210-2604

**<u>Re: Infringement of Falcon's U. S. 6,323,156</u>  (the '156 Patent)**

Dear Mr. Geary,

        Before responding to the assertions of non-infringement and invalidity in your letter dated November 27, let me make several items clear.

1.        Contrary to your concluding paragraph, <u>Falcon has never threatened any of Neudorff's licensees</u>. Falcon asked me to bring the '156 patent to the attention of Gardens Alive! and  several other companies selling Neudorff licensed products. These companies were offering aqueous solutions containing either 3.68% or 22% ammonium nonanoate (pelargonate) as the active ingredient for sale and promoting these products as weed killers, an infringement of the <u>'156 patent</u> under § 271 (b) and (c) of the U. S. Patent Laws.
        Claims 4, 8, 13 and 17 of the <u>'156 patent</u> cover: "a method for eliminating weeds by applying an ammonium salt of the free fatty acid, nonanoic acid, as the active ingredient where no more than 0.5% of this active ingredient is the acid." Nonanoic acid is <u>insoluble</u> in water at concentrations greater than 0.5%. Based on the analysis of the contents of Gardens Alive!'s and other Neudorff licensor's weed control products, the aqueous solutions being offered for sale contain ammonium nonanoate as the active ingredient and <u>no free nonanoic acid</u>.

2.        As far as Falcon intentionally interfering with Neudorff's licensing business, Falcon merely pointed out that Neudorff's U. S. Patent 5,919,733 ('733 patent), which appeared on their licensees' product labels, did not apply to the contents of the product containers. The '733 patent claims a herbicidal composition of an <u>undersaponified</u> ammonium soap of nonanoic acid wherein the ratio of acid to ammonium salt is 3:4 to 2:1. From 33 wt. % to 57 wt. % in the aqueous composition is free nonanoic acid. Any free nonanoic acid in the licensee's compositions, as confirmed by various methods of chemical analysis, was undetectable.

In your December 20, 2006 letter, as representative of Neudorff, you <u>thanked</u> me for bringing this error to your attention, and stated that Neudorff was in the process of requesting all licensees of these herbicidal products to remove any reference to the '733 patent from their product labels.

You have now provided a July 20, 2007 notification from the EPA approving Neudorff's request for authorization to change the label to omit reference to the '733 patent for H01 RTU Herbicidal Soap (EPA Registration No. 67702-7) and H01 Concentrate Herbicidal Soap (EPA Registration No. 67702-8).

It should be noted that:

1. H01 RTU (Ready to Use) Herbicidal Soap's Active Ingredient on the label is 3.68% of "ammoniated soap of fatty acids" and

2. H01 Concentrate Herbicidal Soap's Active Ingredient on the label is 22% of "ammoniated soap of fatty acids."

These percentages are strikingly similar to the percentages of <u>ammonium nonanoate</u> in the products being offered for sale by Neudorff's licensees.

3.    <u>Non-Infringement and Invalidity of the '156 Patent</u>.

"The H01 formulation, as originally registered in 1998 with the EPA is documented in the EPA record"; **and H01 products are "<u>slightly undersaponified</u>" and "<u>contain more than 0.5% of the active ingredient as free fatty acids</u>."** Since Neudorff non-staining herbicides (Neudorff's licensees' products) are "also referred to as H01 products, they do <u>not</u> infringe the '156 patent." The foregoing quotations are stated on page 3 of your November 27 letter.

This argument for invalidity of the <u>'156 patent</u> is confusing. You state that "In the event that you do not agree with our analysis of the '156 patent," ( i.e that Falcon believes Neudorff's licensees' products contain only ammonium nonanoate and no acid) "the claims are invalid as being anticipated by the CONCERN® Fast-Acting Weed Killer…that was on sale as early as 1998…" **Your premise then is that the CONCERN® formulation contained <u>only ammonium nonanoate and no acid</u> (not undersaponified acid as stated above) and "was accepted by the EPA on March 16, 1998 as Reg. No. 67702-7" and was sold in 1998, more than one year prior to the filing date of the <u>'156 patent</u>.**

4.    <u>The Statements in Your Effort to Prove Non-infringement and Invalidity of the "156 Patent</u>.

" Proof of the composition of the H01 formulation, as originally requested in 1998 with the EPA, is documented in the EPA record" This statement appears under A. on page 2 of your November 27 letter.

Under B. on page 2 appears "The formulation approved by the EPA has not changed since 1998 and the products sold … have likewise not changed since 1998."

On page 3, under 2., you state that the H01 RTU product was registered on March 16, 1998 as Reg. No. 67702-7; and H01 product 67702-8 was registered on May 19, 1998. "This is documented in the EPA files during registration in 1997 -1998."

"No amendments regarding the active ingredients were ever made ... and Neudorff's herbicides are the same as those that were sold in the U. S. as early as 1998. These facts are also documented in the EPA files." These statements are under No. 3 on page 3 of your letter.

Under No. 5 on page 4, you point out that in the confidential documents submitted to the EPA, both herbicides (Reg. No's. 67702-7 and 67702-8) teach the method of applying these products to vegetation for weed killing; and this is the same as the method claims of Falcon's '156 patent.

5.    **Falcon's Use of the Freedom of Information Act to Determine the Truth**

Falcon, under the U. S. Freedom of Information Act (FOIA) has obtained the available documents that comprise the EPA record regarding Neudorff's registration application that resulted in Reg. No. 67702-8. Some of these documents are attached hereto as exhibits.

To summarize, Mr. Talarek, Neudorff's agent, applied for registration of the H01 Concentrate Herbicidal Soap on January 29, 1998. He states in his cover letter that this product contains ammonium nonanoate (ammonium pelargonate) "as the sole active ingredient." (Exhibit A)

On May 19, 1998, the product was conditionally registered. Among the conditions were:

"5. Submit one copy of the revised printed label for the record before you release the product for shipment;" and "If these conditions are not complied with, the registration will be subject to cancellation ... Your release for shipment of the product constitutes acceptance of these conditions." (Exhibit B)

On August 25, 1999, responding to a Neudorff proposal to amend the claim for H01 Herbicidal Soap, the EPA suggested a further change and again stated: "Submit one copy of your final printed labeling incorporating the change before you release the product for shipment." (Exhibit C)

Reg. No. 67702-8 for H01 Concentrated Herbicidal Soap with an Active Ingredient as 22% ammoniated soap of fatty acids (amended April 13, 1999 from 22% ammonium nonanoate) was finally accepted in an EPA letter dated June 6, 2000. (Exhibit D)

6.    **Conclusions**

a. It is clear that Neudorff did not release the H01 products comprised of aqueous solutions of ammonium nonanoate for shipment in 1998 nor prior to August 25, 1999 based on the EPA response of August, 1999 to Neudorff's proposal to amend.

b. There is no proof that Necessary Organics sold Concern® as an H01 product (ammonium nonanoate solution) in 1998. If Neudorff had shipped such a product in 1998, the EPA would have cancelled Reg. No. 67702-8 according to the May 19, 1998 conditional registration. It is more likely that, in 1998, Concern®, as sold by Necessary Organics was not completely soluble in water (contained free acid as in the '733 patent) and required an emulsifier or organic solvent to help disperse the acid to enable Concern® to be sprayable.

c. U. S Patent 6,232,156 is valid and is being infringed.

7.    Falcon Lab does not wish a complete accounting at this time from Neudorff and/or its licensees based on sales since November 27, 2001, the date of issuance of the '156 patent. Falcon may want Neudorff and or its licensees to take a license under the subject patent based on sales to April 27, 2020, the date of its expiration.

A bio-herbicidal product named Racer$^{TM}$ has been registered with the EPA by Falcon Lab based on ammonium nonanoate as the sole active ingredient.

8.    Again, I request that Neudorff representatives meet with me and Falcon representatives in Wilmington, Delaware or at the nearby Philadelphia International Airport to resolve this matter amicably. If we do not receive a response from you by January 15, 2008, I am authorized to go directly to Neudorff's licensees' to allow them to consider licensing the '156 patent and Falcon's EPA registration at reasonable terms.

Sincerely,

Herbert M. Wolfson

cc: Joan Smiley, Falcon Lab LLC
    Cameron Wilson, Neudorff North America
    Andreas Prokop, Ph.D., W. Neudorff GmbH KG

## EXHIBIT A

LAW OFFICES OF

**WALTER G. TALAREK, P.C.**
1008 RIVA RIDGE DRIVE
GREAT FALLS, VIRGINIA 22066

PHONE: (703) 759-4837
FAX: (703) 759-5548

67702-1

January 29, 1998

444830-00

DELIVERED BY COURIER
Joanne Miller
Product Manager, Team 23
Fungicide-Herbicide Branch
c/o Document Processing Desk (7504C)
Office of Pesticide Programs (APPL)
U. S. Environmental Protection Agency
Room 266A, Crystal Mall 2
1921 Jefferson Davis Highway
Arlington, VA 22202

Re:    Application for Registration of H01 Concentrate Hebicidal Soap

Dear Ms. Miller:

With this letter I am submitting W. Neudorff GmbH KG's ("Neudorff") application for registration of "H01 Concentrate Herbicidal Soap". This product is an end-use concentrate product containing ammonia nonanoate soap, which is an ammoniated soap of fatty acids, as the sole active ingredient. The product is a broad-spectrum herbicide which controls weeds, algae and moss around domestic and commercial crops, sidewalks, buildings and fences. The sidewalk, building and fence uses for this product are new uses for this active ingredient. The product is diluted by mixing it with nine parts water. The product is applied by spraying.

Ammonia nonanoate soap falls within the class of pesticides called ammonium salts of higher fatty acids [$C_8$-$C_{18}$ saturated and $C_{18}$ unsaturated], which is covered by EPA's Reregistration Eligibility Document ("RED") on Soap Salts, 540/RS-93-231 (September 1992). As such, Neudorff has relied on this document in defining the data requirements applicable to the registration of its product.

Neudorff is using the selective method of support with the cite-all option to fulfill the data requirements applicable to its product. Product-specific product chemistry and acute toxicology data

1

284

# EXHIBIT B



ENVIRONMENTAL PROTECTION AGENCY
Office of Pesticide Programs
Registration Division (7505C)
401 "M" St., S.W.
Washington, D.C. 20460

| EPA Reg. Number: | Date of Issuance: |
|---|---|
| 67702-8 | MAY 1 9 1998 |

NOTICE OF PESTICIDE:

___X___ Registration

_____ Reregistration

(under FIFRA, as amended)

Term of Issuance:

Conditional

Name of Pesticide Product:

H01 Concentrate
Herbicidal Soap

Name and Address of Registrant (include ZIP Code):

W. Neudorff GmbH KG
c/o Walter G. Talarek, PC
1008 Riva Ridge Drive
Great Falls, VA 22066-1620

Note: Changes in labeling differing in substance from that accepted in connection with this registration must be submitted to and accepted by the Registration Division prior to use of the label in commerce. In any correspondence on this product always refer to the above EPA registration number.

On the basis of information furnished by the registrant, the above named pesticide is hereby registered/reregistered under the Federal Insecticide, Fungicide and Rodenticide Act.

Registration is in no way to be construed as an endorsement or recommendation of this product by the Agency. In order to protect health and the environment, the Administrator, on his motion, may at any time suspend or cancel the registration of a pesticide in accordance with the Act. The acceptance of any name in connection with the registration of a product under this Act is not to be construed as giving the registrant a right to exclusive use of the name or to its use if it has been covered by others.

This product is conditionally registered in accordance with FIFRA sec. 3(c)(7)(A) provided that you:

1. Submit and/or cite all data required for registration of your product under FIFRA sec. 3(c)(5) when the Agency requires all registrants of similar products to submit such data.

2. Make the following label changes before you release the product for shipment:

    a. Revise the EPA Registration Number to read "EPA Reg. No. 67702-8".

    b. In the paragraph under Hazards To Humans and Domestic Animals, revise the statement which currently reads "Harmful if swallowed" to read "Harmful if inhaled". [Note: EPA's letter, dated April 22, 1998, required the "Harmful if swallowed" statement in error.]

| Signature of Approving Official: | Date: |
|---|---|
|  | MAY 1 9 1998 |

EPA Form 8570-6

227

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY

page 2
EPA Reg. No. 67702-8

    c. Convert the application rates which are currently given in quarts/yd$^2$ to fluid ounces/yd$^2$:

       "0.18 quart/yd$^2$" should be "5.8 fluid ounces/yd$^2$"; and
       "0.26 quart/yd$^2$" should be "8.3 fluid ounces/yd$^2$"

    3. Submit analyses of five batches of this product from actual production batches. This information is being required because the certified limits of the active ingredient derived from laboratory analyses exceed the standard range for certified limits specified at 40 CFR §158.175.

    4. Comply with the generic data requirements of the Soap Salts Reregistration Eligibility Decision (RED), issued September, 1992. A copy of the table from the RED listing the generic data gaps for ammonium salts of fatty acids is enclosed. These data gaps must be satisfied to maintain existing ammonium soap salt product registrations. We recommend that you contact Ms. Margaret Rice of OPP's Special Review and Reregistration Division [mail code 7508W; phone no. (703)-308-8039] for further information.

    5. Submit one copy of the revised final printed label for the record before you release the product for shipment.

    If these conditions are not complied with, the registration will be subject to cancellation in accordance with FIFRA sec. 6(e). Your release for shipment of the product constitutes acceptance of these conditions.

    A stamped copy of the label is enclosed for your records.

               Joanne I. Miller
               Product Manager (23)
               Herbicide Branch
               Registration Division (7505C)

Enclosures

RD:STANTON:PM Team 23:Rm. 237:CM-2:305-5218:Disk #7:67702-8.REG

| CONCURRENCES | | | | | | |
|---|---|---|---|---|---|---|
| SYMBOL ▸ | 7505C | | | | | |
| SURNAME ▸ | S. Stanton | | | | | |
| DATE ▸ | May 18, 1998 | | | | | |

EPA Form 1320-1 (12-70)

228

OFFICIAL FILE COPY

# H01 CONCENTRATE HERBICIDAL SOAP

Active Ingredient:
    Ammoniated soap of fatty acids ........... 22%
Inert Ingredients: ....................................... 78%
**Total:**                    100%

ACCEPTED
with COMMENTS
In EPA Letter Dated
MAY 1 9 1998

Under the Federal Insecticide,
Fungicide, and Rodenticide Act
as amended, for the pesticide
registered under EPA Reg. No.
67702- 8

**ELIMINATES UNWANTED VEGETATION QUICKLY**
**WON'T STAIN BRICKS, CONCRETE OR ASPHALT**
**KILLS WITHIN HOURS**
**FAST ACTING**
**KILLS WEEDS, ALGAE AND MOSS**

**KEEP OUT OF REACH OF CHILDREN**

**WARNING**

## STATEMENT OF PRACTICAL TREATMENT

If In Eyes: Hold eyelids open and flush with gentle, steady stream of water for 15 minutes. Get medical attention.

If On Skin: Wash with plenty of soap and water. Get medical attention.

If Inhaled: Remove victim to fresh air. If not breathing, give artificial respiration, preferably mouth-to-mouth. Get medical attention.

If Swallowed: Call a doctor or get medical attention. Do not induce vomiting or give anything by mouth to an unconscious person. Drink promptly a large quantity of milk, eggwhites, gelatin solution, or if these are not available, drink large quantities of water. Avoid alcohol.

## PRECAUTIONARY STATEMENTS - Household
### HAZARDS TO HUMANS AND DOMESTIC ANIMALS

*WARNING*: Causes substantial but temporary eye injury. Causes skin irritation. Prolonged or frequent skin contact may cause allergic reactions in some individuals. Avoid breathing vapor or spray mist. Harmful if swallowed. Do not get in eyes, on skin or on clothing. Wear eye protection (goggles, face shield or safety glasses), long-sleeved shirt, long pants, socks shoes and rubber gloves. After this product is diluted in accordance with label directions, eye protection, gloves and long sleeves are not required. Wash thoroughly with soap and water after handling. Remove contaminated clothing and wash before reuse.

## PRECAUTIONARY STATEMENTS - Commercial/Agriculture
### HAZARDS TO HUMANS AND DOMESTIC ANIMALS

*WARNING*: Causes substantial but temporary eye injury. Causes skin irritation. Prolonged or frequent skin contact may cause allergic reactions in some individuals. Avoid breathing vapor or spray mist. Harmful if swallowed. Do not get in eyes, on skin or on clothing.

**Personal Protective Equipment (PPE) Requirements:** Applicators and other handlers must wear: coveralls worn over short-sleeved shirt and short pants, socks, chemical-resistant footwear, waterproof gloves and protective eyewear. When cleaning equipment a chemical-resistant apron should also be worn.

Follow manufacturer's instructions for cleaning/maintaining PPE. If no such instructions for washables, use detergent and hot water. Keep and wash PPE separately from other laundry.

Discard clothing and other absorbent materials that have been drenched or heavily contaminated with this product's concentrate. Do not reuse them.

---

**User Safety Recommendations**

Remove clothing immediately if pesticide gets inside. Then wash thoroughly and put on clean clothing.

Remove PPE immediately after handling this product. Wash the outside of gloves before removing. As soon as possible, wash thoroughly and change into clean clothing.

---

**ENVIRONMENTAL HAZARDS - Household**

This product may be hazardous to aquatic invertebrates. Do not apply directly to water. Do not contaminate water when disposing of equipment washwaters or rinsate.

**ENVIRONMENTAL HAZARDS - Commercial/Agriculture**

This product may be hazardous to aquatic invertebrates. Do not apply directly to water, or to areas where surface water is present, or to intertidal areas below the mean high water mark. Do not contaminate water when cleaning equipment or disposing equipment washwaters.

**DIRECTIONS FOR USE - Household**

*It is a violation of Federal Law to use this product in a manner inconsistent with its labeling.*

**DIRECTIONS FOR USE - Commercial/Agriculture**

It is a violation of Federal Law to use this product in a manner inconsistent with its labeling.

Do not apply this product in a manner that will contact workers or other persons, either directly or through drift. Only protected workers may be in the area during application. For any requirements specific to your State or Tribe, consult the agency responsible for pesticide regulation.

Read and follow all applicable directions and precautions on this label before using.



230

**Agricultural Use Requirements**

Use this product in accordance with its labeling and with the Worker Protection Standard, 40 CFR part 170. This standard contains requirements for the protection of agricultural workers on farms, forests, nurseries, and greenhouses, and handlers of agricultural pesticides. It contains requirements for training, decontamination, notification, and emergency assistance. It also contains specific instructions and exceptions pertaining to the statements on this label about personal protective equipment (PPE), restricted-entry interval, and notification to workers. The requirements in this box only apply to uses of this product that are covered by the Worker Protection Standard (WPS).

**Entry-Restrictions:** Do not enter or allow worker entry into treated areas during the restricted-entry interval of 24 hours.

PPE required for early-entry to treated areas that is permitted under the Worker Protection Standard and that involves contact with anything that has been treated, such as plants, soil, or water, wear: coveralls worn over short-sleeved shirts and short pants, socks, chemical-resistant footwear, waterproof gloves and protective eyewear.

**Non-Agricultural Use Requirements**

The requirements in this box apply to uses of this product that are NOT within the scope of the worker protection Standard for agricultural pesticides (40 CFR Part 170). The WPS applies when this product is used to produce agricultural plants on farms, forests, nurseries, or greenhouses.

Keep unprotected persons out of treated areas until sprays have dried.

For early reentry to treated areas and that involves contact with anything that has been treated such as plants, soil, or water, wear: coveralls, shoes, socks, and waterproof gloves.

**Application Directions - Household**

Shake well before using.

Dilute the concentrate by mixing one part concentrate with 5 parts water.

To control small weeds without tap roots, apply diluted H01 at a rate of 0.18 quart/yd$^2$. For small weeds with tap roots or large weeds, apply H01 at a rate of 0.26 quart/yd$^2$. Any standard hand-held or backpack sprayer can be used. Spray weeds thoroughly, using a coarse nozzle setting to reduce drift. For best



control of individual weeds, spray the center of the plant. Plant damage will be visible from a few hours to 2 days after spraying. Repeat treatment every 2 to 3 weeks to control new weeds growing from seed and re-growth from biannual and perennial weeds. Thoroughly spray weeds with re-growth. Avoid spraying desirable plants.

H01 can be used at any time during the year. The best results are obtained with young, actively growing weeds, less that 5 inches high. H01 works best during warm and dry conditions. Application during cold weather may delay appearance of plant damage. If rain falls within 3 hours of treatment, an additional spray may be required.

Thoroughly wash equipment after use.

**Use Sites:**
Grapes, small fruits, tomatoes, vegetables (e.g., artichokes, beans, corn, ginseng, herbs, peas, peanuts, potatoes, sugarbeets, sunflowers, sweet potatoes and yams).

Ornamental herbaceous plants, ornamental lawns and turf, ornamental woody shrubs and vines and ornamental shade trees.

Around and on buildings, sidewalks, fences, bark mulch, driveways, patios and gravel.

**Pests:**
Weeds controlled or suppressed by H01 include the following:

| | |
|---|---|
| chickweed | *Stellaria media* |
| corn spurry | *Spergula arvensis* |
| groundsel | *Senecio* spp. |
| lamb's-quarters | *Chenopodium album* |
| mouse-eared chickweed | *Cerastium vulgatum* |
| mustards | *Brassica* spp. |
| plantain | *Plantago* spp. |
| redroot pigweed | *Amaranthus retroflexus* |
| round leaved mallow | *Malva* spp. |
| sheep sorrel | *Rumex acetosella* |
| shepherd's-purse | *Capsella bursa-pastoris* |
| stinkweed | *Thlaspi arvense* |

H01 is a fast-acting weed, algae and moss killer. It does not stain concrete, pavement, stucco or wood. H01 is a non-selective herbicide that controls many common annual weeds. H01 suppresses the growth of some bi-annual and perennial weeds. It can be used in cultivated areas prior to planting grass, flowers and vegetables. Areas can be re-sown five days after treatment. It can

also be used on weeds, algae or moss growing on or around buildings, sidewalks, fences, trees, bark mulch, driveways, patios and gravel. H01 can be used at any time during the year. Best results are obtained with young, actively growing weeds, less than five inches in size.

---

**STORAGE AND DISPOSAL - Household**
STORAGE: Store unused material, tightly closed, in original container only, away from open flame. Do not store at temperatures below 39°F.
DISPOSAL: Securely wrap original container in several layers of newspaper and discard in trash.

---

**Application Directions - Commercial/Agriculture**

Shake well before using.

Dilute the concentrate by mixing one part concentrate with 5 parts water.

To control small weeds without tap roots, apply diluted H01 at a rate of 0.18 quart/yd$^2$. For small weeds with tap roots or large weeds, apply H01 at a rate of 0.26 quart/yd$^2$. Any standard hand-held or backpack sprayer can be used. Spray weeds thoroughly, using a coarse nozzle setting to reduce drift. For best control of individual weeds, spray the center of the plant. Plant damage will be visible from a few hours to 2 days after spraying. Repeat treatment every 2 to 3 weeks to control new weeds growing from seed and re-growth from biannual and perennial weeds. Thoroughly spray weeds with re-growth. Avoid spraying desirable plants.

H01 can be used at any time during the year. The best results are obtained with young, actively growing weeds, less that 5 inches high. H01 works best during warm and dry conditions. Application during cold weather may delay appearance of plant damage. If rain falls within 3 hours of treatment, an additional spray may be required.

Thoroughly wash equipment after use.

**Use Sites:**
Terrestrial Food and Feed Crops: Grapes, cereal grains, vegetable crops, orchards, field crops (e.g.: artichokes, beans, corn, cotton, ginseng, herbs, hops, peas, peanuts, potatoes, small fruits, sugarbeets, sunflowers, sweet potatoes, tobacco, tomatoes and yams) and grass or non-grass forage/fodder/hay.

Terrestrial Non-Food Crops: Ornamental herbaceous plants, ornamental lawns and turf, ornamental woody shrubs and vines and ornamental shade trees.



Terrestrial Non-Crop Sites:  Around and on buildings, sidewalks, fences, bark mulch, driveways, patios and gravel.

**Pests:**
Weeds controlled or suppressed by H01 include the following:

| | |
|---|---|
| chickweed | *Stellaria media* |
| corn spurry | *Spergula arvensis* |
| groundsel | *Senecio* spp. |
| lamb's-quarters | *Chenopodium album* |
| mouse-eared chickweed | *Cerastium vulgatum* |
| mustards | *Brassica* spp. |
| plantain | *Plantago* spp. |
| redroot pigweed | *Amaranthus retroflexus* |
| round leaved mallow | *Malva* spp. |
| sheep sorrel | *Rumex acetosella* |
| shepherd's-purse | *Capsella bursa-pastoris* |
| stinkweed | *Thlaspi arvense* |

H01 is a fast-acting weed, algae and moss killer.  It does not stain concrete, pavement, stucco or wood.  H01 is a non-selective herbicide that controls many common annual weeds.  H01 suppresses the growth of some bi-annual and perennial weeds. It can be used in cultivated areas prior to planting grass, flowers and vegetables.  Areas can be re-sown five days after treatment.  It can also be used on weeds, algae or moss growing on or around buildings, sidewalks, fences, trees, bark mulch, driveways, patios and gravel.  H01 can be used at any time during the year.  Best results are obtained with young, actively growing weeds, less than five inches in size.

---

**STORAGE AND DISPOSAL - Commercial/Agriculture**
Do not contaminate water, food or feed by storage or disposal.
STORAGE: Store in a secure place, away from open fire or flame.  Keep container closed and reseal after use.  Product may be damaged by freezing. Do not store product below 39°F.  If spilled, use absorbent materials and dispose of in an approved manner.
DISPOSAL
PESTICIDE DISPOSAL:  Wastes resulting from the use of this product may be disposed of on site or at an approved waste disposal facility.
CONTAINER DISPOSAL: Triple rinse (or equivalent).  Then offer for recycling or reconditioning, or puncture and dispose of in a sanitary landfill, or by incineration, or, if allowed by state and local authorities, by burning.  If burned, stay out of smoke.

---

**NOTICE TO BUYER**

234

Seller warrants that this product conforms to the chemical description on this label and is reasonably fit for purposes stated on this label only when used in accordance with directions under normal use conditions. This warranty does not extend to use of this product contrary to label directions, or under abnormal use conditions, or under conditions not reasonably foreseeable to seller. Buyer assumes all risk of any such use. Seller makes no other warranties, either expressed or implied.

Buyer assumes all responsibility for safety and use not in accordance with directions.

Registrant:    W. Neudorff GmbH KG, Postfach 1209, An der Mühle 3,
               D-31860 Emmerthal, Germany

US Patent Number:
EPA Reg. No. 67702-                              EPA Est. No. 67702-WG-1

## NET CONTENTS

EXHIBIT C          ITED STATES ENVIRONMENTAL PROTECTI(   3ENCY

AUG 25 1999

W. Neudorff GmbH KG
c/o Mr. Walter Talarek, PC
1008 Riva Ridge Drive
Great Falls, VA 22066-1620

Dear Mr. Talarek:

SUBJECT:    Amendment to Add Claim Regarding Biodegradability and Revise First
                    Aid Statements in Accordance with Agency Letter, Dated 2/8/99
                    H01 Concentrate Herbicidal Soap
                    EPA File Symbol: 67702-8
                    Your Application Dated August 13, 1999

        The labeling referred to above, submitted in connection with registration under the Federal
Insecticide, Fungicide, and Rodenticide Act, as amended, is acceptable, provided you make the
following change:

1.        Delete the front panel claim "H01 decomposes to form ammonia and fatty acids, both of
          which are used as nutrients by microbes and plants."  Pursuant to the regulations at 40 CFR
          §156(a)(5), a pesticide product is considered "misbranded" if its labeling contains claims as
          to the safety of the pesticide, such as "safe", "nontoxic", "harmless", etc. or non-numerical
          and/or comparative statements on the safety of the product, such as "contains all natural
          ingredients", "among the least toxic chemicals known", "biodegradable", "pollution
          approved", etc.  The statement referred to above ("H01 decomposes to form ... by microbes
          and plants") is considered such a safety claim and must, therefore, be deleted.

        A stamped copy of the label is enclosed for your records.  Submit one copy of your final
printed labeling incorporating this change before you release the product for shipment.

        The Agency has recently revised its recommended First Aid statements for pesticide products
and intends to issue a PR Notice announcing the changes in the near future.  In the interim we are
encouraging registrants to begin using the new statements.  The new statements were developed as
part of the Consumer Labeling Initiative in close cooperation with poison control center personnel
and other medical experts.  While it is not mandatory that you revise your label at this time, you are
strongly encouraged to substitute the revised statements (below) for those statements currently on
the label at your next label printing:

RD:STANTON:PM Team 23:Rm. 237:CM-2:305-5218:Disk #11:S567015.let

| | | CONCURRENCES | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SYMBOL ▸ | 7505C | | | | | | | |
| SURNAME ▸ | S. Stanton | | | | | | | |
| DATE ▸ | Aug 25, 1999 | | | | | | | |

EPA Form 1320-1 (12-70)                                                    OFFICIAL FILE COPY 201

-2-

## FIRST AID

| If swallowed: | • Call a poison control center or doctor immediately for treatment advice.<br>• Have person sip a glass of water if able to swallow.<br>• Do not induce vomiting unless told to by a poison control center or doctor. |
|---|---|
| If in eyes: | • Hold eye open and rinse slowly and gently with water for 15-20 minutes. Remove contact lenses, if present, after the first 5 minutes, then continue rinsing.<br>• Call a poison control center or doctor for treatment advice. |
| If on skin: | • Take off contaminated clothing.<br>• Rinse skin immediately with plenty of water for 15-20 minutes.<br>• Call a poison control center or doctor for treatment advice. |
| If inhaled: | • Move person to fresh air.<br>• If person is not breathing, call 911 or an ambulance, then give artificial respiration, preferably mouth-to-mouth if possible.<br>• Call a poison control center or doctor for further treatment advice. |

Have the product container or label with you when calling a poison control center or doctor or going for treatment.

Sincerely yours,

*Susan L. Stanton, for*

Joanne I. Miller
Product Manager (23)
Herbicide Branch
Registration Division (7505C)

Enclosure

# H01 CONCENTRATE HERBICIDAL SOAP

Active Ingredient:
  Ammoniated soap of fatty acids ........... 22%
Inert Ingredients: .................................. 78%
Total:                                                  100%

ACCEPTED
with COMMENTS
In EPA Letter Dated

AUG 25 1999

Under the Federal Insecticide,
Fungicide, and Rodenticide Act
as amended, for the pesticide
registered under EPA Reg. No.
_6770&-P_

ELIMINATES UNWANTED VEGETATION QUICKLY
WON'T STAIN BRICKS, CONCRETE OR ASPHALT
KILLS WITHIN HOURS
FAST ACTING
KILLS WEEDS, ALGAE AND MOSS
H01 DECOMPOSES TO FORM AMMONIA AND FATTY ACIDS, BOTH OF WHICH ARE USED
AS NUTRIENTS BY MICROBES AND PLANTS

KEEP OUT OF REACH OF CHILDREN

# WARNING

## STATEMENT OF PRACTICAL TREATMENT
If In Eyes: Hold eyelids open and flush with gentle, steady stream of water for 15 minutes. Get medical attention.
If On Skin: Wash with plenty of soap and water. Get medical attention.
If Inhaled: Remove victim to fresh air. If not breathing, give artificial respiration, preferably mouth-to-mouth. Get medical attention.
If Swallowed: Call a doctor or get medical attention. Do not induce vomiting or give anything by mouth to an unconscious person. Drink promptly a large quantity of milk, eggwhites, gelatin solution, or if these are not available, drink large quantities of water. Avoid alcohol.

## PRECAUTIONARY STATEMENTS - Household
HAZARDS TO HUMANS AND DOMESTIC ANIMALS
*WARNING*: Causes substantial but temporary eye injury. Causes skin irritation. Prolonged or frequent skin contact may cause allergic reactions in some individuals. Harmful if inhaled. Avoid breathing vapor or spray mist. Do not get in eyes, on skin or on clothing. Wear eye protection (goggles, face shield or safety glasses), long-sleeved shirt, long pants, socks shoes and rubber gloves. After this product is diluted in accordance with label directions, eye protection, gloves and long sleeves are not required. Wash thoroughly with soap and water after handling. Remove contaminated clothing and wash before reuse.

## PRECAUTIONARY STATEMENTS - Commercial/Agriculture
HAZARDS TO HUMANS AND DOMESTIC ANIMALS
*WARNING*: Causes substantial but temporary eye injury. Causes skin irritation. Prolonged or frequent skin contact may cause allergic reactions in some

individuals. Avoid breathing vapor or spray mist. Harmful if inhaled. Do not get in eyes, on skin or on clothing.

**Personal Protective Equipment (PPE) Requirements:** Applicators and other handlers must wear: coveralls worn over short-sleeved shirt and short pants, socks, chemical-resistant footwear, waterproof gloves and protective eyewear. When cleaning equipment a chemical-resistant apron should also be worn.

Follow manufacturer's instructions for cleaning/maintaining PPE. If no such instructions for washables, use detergent and hot water. Keep and wash PPE separately from other laundry.

Discard clothing and other absorbent materials that have been drenched or heavily contaminated with this product's concentrate. Do not reuse them.

---

**User Safety Recommendations**
Remove clothing immediately if pesticide gets inside. Then wash thoroughly and put on clean clothing.
Remove PPE immediately after handling this product. Wash the outside of gloves before removing. As soon as possible, wash thoroughly and change into clean clothing.

---

**ENVIRONMENTAL HAZARDS - Household**
This product may be hazardous to aquatic invertebrates. Do not apply directly to water. Do not contaminate water when disposing of equipment washwaters or rinsate.

**ENVIRONMENTAL HAZARDS - Commercial/Agriculture**
This product may be hazardous to aquatic invertebrates. Do not apply directly to water, or to areas where surface water is present, or to intertidal areas below the mean high water mark. Do not contaminate water when cleaning equipment or disposing equipment washwaters.

**DIRECTIONS FOR USE - Household**
*It is a violation of Federal Law to use this product in a manner inconsistent with its labeling.*

**DIRECTIONS FOR USE - Commercial/Agriculture**

It is a violation of Federal Law to use this product in a manner inconsistent with its labeling.

Do not apply this product in a manner that will contact workers or other persons, either directly or through drift. Only protected workers may be in the area during application. For any requirements specific to your State or Tribe, consult the agency responsible for pesticide regulation.

204

Read and follow all applicable directions and precautions on this label before using.

---

**Agricultural Use Requirements**

Use this product in accordance with its labeling and with the Worker Protection Standard, 40 CFR part 170. This standard contains requirements for the protection of agricultural workers on farms, forests, nurseries, and greenhouses, and handlers of agricultural pesticides. It contains requirements for training, decontamination, notification, and emergency assistance. It also contains specific instructions and exceptions pertaining to the statements on this label about personal protective equipment (PPE), restricted-entry interval, and notification to workers. The requirements in this box only apply to uses of this product that are covered by the Worker Protection Standard (WPS).

**Entry-Restrictions:** Do not enter or allow worker entry into treated areas during the restricted-entry interval of 24 hours.

PPE required for early-entry to treated areas that is permitted under the Worker Protection Standard and that involves contact with anything that has been treated, such as plants, soil, or water, wear: coveralls worn over short-sleeved shirts and short pants, socks, chemical-resistant footwear, waterproof gloves and protective eyewear.

---

**Non-Agricultural Use Requirements**

The requirements in this box apply to uses of this product that are NOT within the scope of the worker protection Standard for agricultural pesticides (40 CFR Part 170). The WPS applies when this product is used to produce agricultural plants on farms, forests, nurseries, or greenhouses.

Keep unprotected persons out of treated areas until sprays have dried.

For early reentry to treated areas and that involves contact with anything that has been treated such as plants, soil, or water, wear: coveralls, shoes, socks, and waterproof gloves.

---

**Application Directions - Household**

Shake well before using.

Dilute the concentrate by mixing one part concentrate with 5 parts water.

To control small weeds without tap roots, apply diluted H01 at a rate of 5.8 fluid ounces/yd$^2$. For small weeds with tap roots or large weeds, apply H01 at a rate

of 8.3 fluid ounces/yd$^2$.  Any standard hand-held or backpack sprayer can be used.  Spray weeds thoroughly, using a coarse nozzle setting to reduce drift. For best control of individual weeds, spray the center of the plant.  Plant damage will be visible from a few hours to 2 days after spraying.  Repeat treatment every 2 to 3 weeks to control new weeds growing from seed and re-growth from biannual and perennial weeds.  Thoroughly spray weeds with re-growth.  Avoid spraying desirable plants.

H01 can be used at any time during the year.  The best results are obtained with young, actively growing weeds, less that 5 inches high.  H01 works best during warm and dry conditions.  Application during cold weather may delay appearance of plant damage.  If rain falls within 3 hours of treatment, an additional spray may be required.

Thoroughly wash equipment after use.

**Use Sites:**
Grapes, small fruits, tomatoes, vegetables (e.g., artichokes, beans, corn, ginseng, herbs, peas, peanuts, potatoes, sugarbeets, sunflowers, sweet potatoes and yams).

Ornamental herbaceous plants, ornamental lawns and turf, ornamental woody shrubs and vines and ornamental shade trees.

Around and on buildings, sidewalks, fences, bark mulch, driveways, patios and gravel.

**Pests:**
Weeds controlled or suppressed by H01 include the following:

| | |
|---|---|
| chickweed | *Stellaria media* |
| corn spurry | *Spergula arvensis* |
| groundsel | *Senecio* spp. |
| lamb's-quarters | *Chenopodium album* |
| mouse-eared chickweed | *Cerastium vulgatum* |
| mustards | *Brassica* spp. |
| plantain | *Plantago* spp. |
| redroot pigweed | *Amaranthus retroflexus* |
| round leaved mallow | *Malva* spp. |
| sheep sorrel | *Rumex acetosella* |
| shepherd's-purse | *Capsella bursa-pastoris* |
| stinkweed | *Thlaspi arvense* |

H01 is a fast-acting weed, algae and moss killer.  It does not stain concrete, pavement, stucco or wood.  H01 is a non-selective herbicide that controls many common annual weeds.  H01 suppresses the growth of some bi-annual and

Terrestrial Non-Food Crops:  Ornamental herbaceous plants, ornamental lawns and turf, ornamental woody shrubs and vines and ornamental shade trees.

Terrestrial Non-Crop Sites:  Around and on buildings, sidewalks, fences, bark mulch, driveways, patios and gravel.

**Pests:**
Weeds controlled or suppressed by H01 include the following:

| | |
|---|---|
| chickweed | *Stellaria media* |
| corn spurry | *Spergula arvensis* |
| groundsel | *Senecio* spp. |
| lamb's-quarters | *Chenopodium album* |
| mouse-eared chickweed | *Cerastium vulgatum* |
| mustards | *Brassica* spp. |
| plantain | *Plantago* spp. |
| redroot pigweed | *Amaranthus retroflexus* |
| round leaved mallow | *Malva* spp. |
| sheep sorrel | *Rumex acetosella* |
| shepherd's-purse | *Capsella bursa-pastoris* |
| stinkweed | *Thlaspi arvense* |

H01 is a fast-acting weed, algae and moss killer.  It does not stain concrete, pavement, stucco or wood.  H01 is a non-selective herbicide that controls many common annual weeds.  H01 suppresses the growth of some bi-annual and perennial weeds.  It can be used in cultivated areas prior to planting grass, flowers and vegetables.  Areas can be re-sown five days after treatment.  It can also be used on weeds, algae or moss growing on or around buildings, sidewalks, fences, trees, bark mulch, driveways, patios and gravel.  H01 can be used at any time during the year.  Best results are obtained with young, actively growing weeds, less than five inches in size.

---

**STORAGE AND DISPOSAL - Commercial/Agriculture**
Do not contaminate water, food or feed by storage or disposal.
STORAGE: Store in a secure place, away from open fire or flame.  Keep container closed and reseal after use.  Product may be damaged by freezing. Do not store product below 39°F.  If spilled, use absorbent materials and dispose of in an approved manner.
DISPOSAL
PESTICIDE DISPOSAL:  Wastes resulting from the use of this product may be disposed of on site or at an approved waste disposal facility.
CONTAINER DISPOSAL: Triple rinse (or equivalent).  Then offer for recycling or reconditioning, or puncture and dispose of in a sanitary landfill, or by incineration, or, if allowed by state and local authorities, by burning.  If burned, stay out of smoke.

---

## NOTICE TO BUYER

Seller warrants that this product conforms to the chemical description on this label and is reasonably fit for purposes stated on this label only when used in accordance with directions under normal use conditions.  This warranty does not extend to use of this product contrary to label directions, or under abnormal use conditions, or under conditions not reasonably foreseeable to seller.   Buyer assumes all risk of any such use.   Seller makes no other warranties, either expressed or implied.

Buyer assumes all responsibility for safety and use not in accordance with directions.

Registrant:     W. Neudorff GmbH KG, 1008 Riva Ridge Drive, Great Falls, VA
                22066-1620

US Patent Number:
EPA Reg. No. 67702-8                            EPA Est. No. 67702-WG-1

## NET CONTENTS

EXHIBIT D

Page 1/8

## ~~nu1~~ CONCENTRATE HERBICIDAL SOAP

Active Ingredient:
    Ammoniated soap of fatty acids ...........22%
Inert Ingredients: ...................................... 78%
**Total:**                       100%

**ELIMINATES UNWANTED VEGETATION QUICKLY
WON'T STAIN BRICKS, CONCRETE OR ASPHALT
KILLS WITHIN HOURS
FAST ACTING
KILLS WEEDS, ALGAE AND MOSS**

**ACCEPTED
with COMMENTS
In EPA Letter Dated**

**JUN   6 2000**

Under the Federal Insecticide,
Fungicide, and Rodenticide Act
as amended, for the pesticide
registered under EPA Reg. No.
67702-8

**KEEP OUT OF REACH OF CHILDREN**

# WARNING

| FIRST AID | |
|---|---|
| IF IN EYES | ·Hold eye open and rinse slowly and gently with water for 15-20 minutes. Remove contact lenses, if present, after the first 5 minutes, then continue rinsing.<br>·Call a poison control center or doctor for treatment advice. |
| IF ON SKIN | ·Take off contaminated clothing.<br>·rinse skin immediately with plenty of water for 15-20 minutes.<br>·Call a poison control center or doctor for treatment advice. |
| IF SWALLOWED | ·Call a poison control center or doctor immediately for treatment advice.<br>·Have person sip a glass of water if able to swallow.<br>·Do not induce vomiting unless told to by a poison control center or doctor. |
| IF INHALED | ·Move person to fresh air.<br>·If person is not breathing call 911 or an ambulance, then give artificial respiration, preferably mouth-to-mouth if possible.<br>·Call a poison control center or doctor for further treatment advice. |
| Have the product container or label with you when calling a poison control center or doctor or going for treatment. | |

## PRECAUTIONARY STATEMENTS - Household
## HAZARDS TO HUMANS AND DOMESTIC ANIMALS

*WARNING*: Causes substantial but temporary eye injury. Causes skin irritation. Harmful if inhaled. Avoid breathing vapor or spray mist. Do not get in eyes, on skin or on clothing. Wear eye protection (goggles, face shield or safety glasses), long-sleeved shirt, long pants, socks shoes and rubber gloves. After this product is diluted in accordance with label directions, eye protection, gloves and long sleeves are not required. Wash thoroughly with soap and water after handling. Remove contaminated clothing and wash before reuse.

## PRECAUTIONARY STATEMENTS - Commercial/Agriculture
### HAZARDS TO HUMANS AND DOMESTIC ANIMALS
*WARNING*: Causes substantial but temporary eye injury. Causes skin irritation. Avoid breathing vapor or spray mist. Harmful if inhaled. Do not get in eyes, on skin or on clothing.

**Personal Protective Equipment (PPE) Requirements:** Applicators and other handlers must wear: coveralls worn over short-sleeved shirt and short pants, socks, chemical-resistant footwear, waterproof gloves and protective eyewear. When cleaning equipment a chemical-resistant apron should also be worn.

Follow manufacturer's instructions for cleaning/maintaining PPE. If no such instructions for washables, use detergent and hot water. Keep and wash PPE separately from other laundry.

Discard clothing and other absorbent materials that have been drenched or heavily contaminated with this product's concentrate. Do not reuse them.

> **User Safety Recommendations**
> Remove clothing immediately if pesticide gets inside. Then wash thoroughly and put on clean clothing.
> Remove PPE immediately after handling this product. Wash the outside of gloves before removing. As soon as possible, wash thoroughly and change into clean clothing.

### ENVIRONMENTAL HAZARDS - Household
This product may be hazardous to aquatic invertebrates. Do not apply directly to water. Do not contaminate water when disposing of equipment washwaters or rinsate.

### ENVIRONMENTAL HAZARDS - Commercial/Agriculture
This product may be hazardous to aquatic invertebrates. Do not apply directly to water, or to areas where surface water is present, or to intertidal areas below the mean high water mark. Do not contaminate water when cleaning equipment or disposing equipment washwaters.

## DIRECTIONS FOR USE - Household

*It is a violation of Federal Law to use this product in a manner inconsistent with its labeling.*

## DIRECTIONS FOR USE - Commercial/Agriculture

It is a violation of Federal Law to use this product in a manner inconsistent with its labeling.

Do not apply this product in a manner that will contact workers or other persons, either directly or through drift. Only protected workers may be in the area during application. For any requirements specific to your State or Tribe, consult the agency responsible for pesticide regulation.

Read and follow all applicable directions and precautions on this label before using.

---

**Agricultural Use Requirements**

Use this product in accordance with its labeling and with the Worker Protection Standard, 40 CFR part 170. This standard contains requirements for the protection of agricultural workers on farms, forests, nurseries, and greenhouses, and handlers of agricultural pesticides. It contains requirements for training, decontamination, notification, and emergency assistance. It also contains specific instructions and exceptions pertaining to the statements on this label about personal protective equipment (PPE), restricted-entry interval, and notification to workers. The requirements in this box only apply to uses of this product that are covered by the Worker Protection Standard (WPS).

**Entry-Restrictions:** Do not enter or allow worker entry into treated areas during the restricted-entry interval of 24 hours.

PPE required for early-entry to treated areas that is permitted under the Worker Protection Standard and that involves contact with anything that has been treated, such as plants, soil, or water, wear: coveralls worn over short-sleeved shirts and short pants, socks, chemical-resistant footwear, waterproof gloves and protective eyewear.

---

174

> **Non-Agricultural Use Requirements**
>
> The requirements in this box apply to uses of this product that are NOT within the scope of the worker protection Standard for agricultural pesticides (40 CFR Part 170). The WPS applies when this product is used to produce agricultural plants on farms, forests, nurseries, or greenhouses.
>
> Keep unprotected persons out of treated areas until sprays have dried.
>
> For early reentry to treated areas and that involves contact with anything that has been treated such as plants, soil, or water, wear: coveralls, shoes, socks, and waterproof gloves.

**Application Directions – Household**

Shake well before using.

[The registrant may use either of the following application directions paragraphs, either:]

"Mix one part H01 with 5 parts water (26 oz. in 1 gallon of water). Apply the mixed solution at 2.5 – 7.5 gallons/1,000 ft$^2$. For annual weeds, use at the lower rates. For perennial and more established weeds, use at higher rate. Any standard hand-held or backpack sprayer can be used. Spray weed thoroughly, using a coarse nozzle setting to reduce drift. Thorough coverage is extremely important. For spot treatment of individual weeds, apply the mixed solution to the center of plant to the point of runoff. Plant damage will be visible from a few hours to 2 days after spraying. Repeat treatment every 2 to 3 weeks to control new weeds growing from seed and re-growth from bi-annual and perennial weeds. Avoid spraying desirable plants."

OR

"Mix 26 oz. of H01 in 1 gallon of water and spray weeds until runoff. Apply the mixed solution at 2.5 – 7.5 gallons/1,000 ft$^2$. Any standard hand-held or backpack sprayer can be used. Spray weed thoroughly, using a coarse nozzle setting to reduce drift. Thorough coverage is extremely important. For spot treatment of individual weeds, apply the mixed solution to the center of plant to the point of runoff. Plant damage will be visible from a few hours to 2 days after spraying. Repeat treatment every 2 to 3 weeks to control new weeds growing from seed and re-growth from bi-annual and perennial weeds. Avoid spraying desirable plants."

H01 can be used at any time during the year. The best results are obtained with young, actively growing weeds, less that 5 inches high. H01

works best during warm and dry conditions.   Application during cold weather may delay appearance of plant damage.  If rain falls within 3 hours of treatment, an additional spray may be required.

Thoroughly wash equipment after use.

**Use Sites:**

[The registrant may use either of the following use site descriptions, either:]

"Grapes, small fruits, tomatoes, vegetables (e.g., artichokes, beans, corn, ginseng, herbs, peas, peanuts, potatoes, sugarbeets, sunflowers, sweet potatoes and yams).

Ornamental herbaceous plants, ornamental lawns and turf, ornamental woody shrubs and vines and ornamental shade trees."

OR

"Use on weeds within vegetable and flower gardens, landscaped areas, and lawns.  Also use on weeds in the vicinity of small fruits and fruit trees."

Around and on buildings, sidewalks, fences, bark mulch, driveways, patios and gravel.

**Pests:**
Weeds controlled or suppressed by H01 include the following:

| | |
|---|---|
| chickweed | *Stellaria media* |
| corn spurry | *Spergula arvensis* |
| groundsel | *Senecio* spp. |
| lamb's-quarters | *Chenopodium album* |
| mouse-eared chickweed | *Cerastium vulgatum* |
| mustards | *Brassica* spp. |
| plantain | *Plantago* spp. |
| redroot pigweed | *Amaranthus retroflexus* |
| round leaved mallow | *Malva* spp. |
| sheep sorrel | *Rumex acetosella* |
| shepherd's-purse | *Capsella bursa-pastoris* |
| stinkweed | *Thlaspi arvense* |

H01 is a fast-acting weed, algae and moss killer.  It does not stain concrete, pavement, stucco or wood.  H01 is a non-selective herbicide that controls many common annual weeds. H01 suppresses the growth of some bi-annual and perennial weeds. It can be used in cultivated areas prior to

planting grass, flowers and vegetables. Areas can be re-sown five days after treatment. It can also be used on weeds, algae or moss growing on or around buildings, sidewalks, fences, trees, bark mulch, driveways, patios and gravel. H01 can be used at any time during the year. Best results are obtained with young, actively growing weeds, less than five inches in size.

---

**STORAGE AND DISPOSAL - Household**
STORAGE: Store unused material, tightly closed, in original container only, away from open flame. Do not store at temperatures below 39°F.
DISPOSAL: Securely wrap original container in several layers of newspaper and discard in trash.

---

**Application Directions - Commercial/Agriculture**

Shake well before using.

Mix one part H01 with 5 parts water (26 oz. in 1 gallon water). Apply the mixed solution at 75 – 200 gallons/acre (2.0 – 5.0 gallons/1,000 ft$^2$). Spray weed thoroughly, using a coarse nozzle setting to reduce drift. Thorough coverage is extremely important. For spot treatment of individual weeds, apply the mixed solution to the center of plant to the point of runoff. Plant damage will be visible from a few hours to 2 days after spraying. Repeat treatment every 2 to 3 weeks to control new weeds growing from seed and re-growth from bi-annual and perennial weeds. Avoid spraying desirable plants.

H01 can be used at any time during the year. The best results are obtained with young, actively growing weeds, less that 5 inches high. H01 works best during warm and dry conditions. Application during cold weather may delay appearance of plant damage. If rain falls within 3 hours of treatment, an additional spray may be required.

Thoroughly wash equipment after use.

**Use Sites:**
Terrestrial Food and Feed Crops: Grapes, cereal grains, vegetable crops, orchards, field crops (e.g.: artichokes, beans, corn, cotton, ginseng, herbs, hops, peas, peanuts, potatoes, small fruits, sugarbeets, sunflowers, sweet potatoes, tobacco, tomatoes and yams) and grass or non-grass forage/fodder/hay.

Terrestrial Non-Food Crops: Ornamental herbaceous plants, ornamental lawns and turf, ornamental woody shrubs and vines and ornamental shade trees.

**EXHIBIT 10**

 **Nutter**

William C. Geary III
Direct Line: 617-439-2766
Fax: 617-310-9766
E-mail: wgeary@nutter.com

**VIA FEDEX**
December 20, 2007

Herbert M. Wolfson
Attorney at Law
1213 Brook Drive
Wilmington, DE 19803

Re: 22698-95

Dear Mr. Wolfson:

My letter dated November 27, 2007 made it clear that Falcon Labs' U.S. Patent No. 6,373,156 (the `156 patent) is of no relevance to the Neudorff non-staining herbicides, which include the Gardens Alive! Weed Aside™ product, the Garden Safe® brand Weed & Grass Killer, and any similarly formulated non-staining herbicidal product licensed by W. Neudorff G.m.b.H. to other parties and sold through other distributors and/or retailers. At this point, I cannot see how you could maintain any reasonable disagreement with the position set out therein.

Despite previous letters that explained why the `156 patent is not infringed by the Neudorff non-staining herbicides and/or invalid as a result of sales in the United States of the Neudorff non-staining herbicides dating back to as early as 1998, Falcon Labs sent a letter dated October 23, 2007 to Wal-Mart Stores, Inc. and Spectrum Brands, Inc. asserting that the Garden Safe® brand Weed & Grass Killer distributed by Spectrum Brands and sold by Wal-Mart infringed the `156 patent. This letter further demanded that Wal-Mart cease all sales of the Garden Safe® brand Weed & Grass Killer.

Falcon Lab's conduct in authorizing you to make the assertions in your October 23 letter constitutes intentional interference with the contractual relations among Neudorff, Spectrum and Wal-Mart and alternatively constitutes intentional interference with advantageous business relations. More specifically, both you and Falcon have been on notice of all facts sufficient to establish that the `156 patent is not infringed in these circumstances and, to the extent any infringement could be deemed to occur, that the sale of the relevant product in 1998 invalidates the `156 patent. Nonetheless, while knowing this, you directly claimed in your communication to Wal-Mart that the infringement was occurring. Your specific purpose in doing so was to cause economic harm to Neurdoff and Spectrum. As such, Falcon Labs will be liable for all resulting damages to Neurdoff.



December 20, 2007
Page 2

Neudorff wishes to avoid the expense and distraction of a lawsuit, but will act to protect its business interests and will hold Falcon Labs responsible for any economic harm that it suffers as a result of this conduct. However, we can avoid any litigation by Falcon Labs confirming, in writing and no later than Thursday December 27, 2007 that the '156 patent presents no obstacle to the use, manufacture and sale of Neudorff non-staining herbicides, and particularly the Garden Safe® brand Weed & Grass Killer.

I invite you to contact me with any questions you may have.


Very truly yours,


William C. Geary III


cc:     Cam Wilson (Neudorff North America)
        Andreas Prokop, Ph.D. (W. Neudorff GmbH KG)
        George Puritch, Ph.D. (Eco-Care Technologies, Inc.)

WCG/pev


1693630.2

United Industries Corporation
A Spectrum Brands Company
13260 Corporate Exchange Drive
St. Louis, MO 63044



November 27, 2007

H. Lee Scott, Jr.
President and CEO
Wal-Mart Stores, Inc.
Bentonville, AR 72716-8611

Dear Mr. Scott:

United Industries Corporation ("United"), a subsidiary of Spectrum Brands, recently received a copy of a letter dated October 23, 2007, from Herbert M. Wolfson, attorney for Falcon Lab, LLC ("Falcon"), alleging that Wal-Mart's sale of the Garden Safe® Brand Weed and Grass Killer Ready-to-Use product (the "Product") amounts to infringement of Falcon's US Patent No 6,323,156 (the "156 Patent") . As you may know, Wal-Mart purchases the Product from United.

United purchases the material comprising the Product from Neudorff North America ("Neudorff"), and then packages it for Wal-Mart. Upon our receipt of the Falcon letter, United contacted Neudorff. Neudorff assured United that the Product does not infringe the 156 Patent, and stated that it has informed Falcon of this fact formally. Neudorff further stated that they were troubled by the Falcon allegations, and were taking steps to put the matter to rest.

United takes seriously its commitments as a supplier to Wal-Mart and its other customers, and has no reason to believe that the Product infringes upon the 156 Patent, or any other intellectual property owned by any other party. We will continue to keep you informed of developments in this matter. Should you receive any further communication regarding this matter from Falcon (or any other third party), please forward it to the signatory below.

Sincerely yours,

Michael G. Pfefferkorn
Divisional Counsel
mike.pfefferkorn@spectrumbrands.com

**WAL★MART**®

# Legal

Heidi L. Belongia, In-House Contract Attorney to Wal-Mart Legal
heidi.belongia@walmartlegal.com

*Attorney at Foley & Lardner, LLP*

702 SW 8th Street (MS 0215)
Bentonville, AR 72716-0215
Direct 479.204.6574
Main 479.273.4505
www.walmart.com

December 17, 2007

<u>Via Email</u>

Michael G. Pfefferkorn
Divisional Counsel
United Industries Corporation
A Spectrum Brands Company
13260 Corporate Exchange Drive
St. Louis, MO 63044
Mike.pfefferkorn@spectrumbrands.com

Re: *Alleged Patent Infringement – Garden Safe Weed and Grass Killer*

Dear Mr. Pfefferkorn:

Thank you for your letter of November 27, 2007. As you know, Wal-Mart has also received the attached claim letter from Herbert M. Wolfson, attorney for Falcon Lab, LLC ("Falcon"), alleging that sales of the Garden Safe Brand Weed and Grass Killer at Wal-Mart stores may infringe Falcon's intellectual property rights. As you state in your letter, Wal-Mart purchases that product from United Industries Corporation, as a division of Spectrum Brands Company ("Spectrum").

Pursuant to the terms of Spectrum's Supplier Agreement with Wal-Mart, Spectrum is obligated to defend, indemnify, and hold Wal-Mart harmless from all claims, liabilities, losses, and expenses including reasonable attorney's fees and costs arising from sales of Spectrum's products. This letter will serve as notice of the claim and request that Spectrum honor these obligations under the Supplier Agreement. Wal-Mart also requests that you provide notice to the applicable insurance carrier and copy Wal-Mart on such notice. Please confirm to me by signing the attached Indemnity Acknowledgement Form by December 24, 2007 that Spectrum will honor these obligations. In addition, please confirm that you have contacted the claimant by that date.

If this matter is not fully resolved by December 31, 2007, Wal-Mart will need Spectrum to provide it with a clearance opinion from qualified outside counsel, or other acceptable proof of non-infringement, in order to continue selling the product. If we do not receive an acceptable opinion or other proof that we deem sufficient to establish non-infringement, we will be forced to pull any products on hand from the stores and return them to you for reimbursement.

As required under the Supplier Agreement, Wal-Mart also expects that Spectrum will hire acceptable Wal-Mart approved counsel to represent the company's interests if necessary.

Wal-Mart values its supplier relationships very highly, and Spectrum is one of our valued supplier-partners. Wal-Mart trusts that Spectrum will promptly fulfill its obligations in this matter. Please feel free to call or email me directly if you would like to discuss this matter further.

Sincerely,

Heidi L. Belongia
In-House Contract Attorney to Wal-Mart Legal

Enclosure

Cc:     Grant Lightle

**Indemnity Acknowledgement Form**

Spectrum ("Supplier") confirms receipt of the attached demand from Wal-Mart Stores, Inc. ("Wal-Mart") for indemnification pursuant to the terms of the Supplier Agreement between Supplier and Wal-Mart (the "Supplier Agreement"). By the signature below of Supplier's authorized representative, Supplier acknowledges that the matter addressed in the letter falls within the scope of its indemnification obligations under paragraph 14 of the Supplier Agreement and confirms that Supplier will defend and indemnify Wal-Mart and its subsidiaries and affiliates and hold them harmless for any and all liability or costs incurred in connection with such matter.

By: _____

Printed Name: _____

Title: _____

A signed copy of this form (including the accompanying correspondence) should be returned by email to Joanne Greenway at _joanne.greenway@walmartlegal.com_. As part of Wal-Mart's sustainability commitment, unless requested, it is not necessary to send a duplicate hard copy by mail.

# EXHIBIT 11

*Herbert M. Wolfson*
*Attorney At Law*
*1213 Brook Drive*
*Wilmington, DE 19803*
*302-762-1476*



January 8, 2008

William C. Geary, III, Esq.
NUTTER McCLENNEN & FISH LLP
World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210-2604

<u>Re: Infringement of Falcon's U. S. 6,323,156</u>  ( a. 4/27/2000  i. 11/27/2001)
(the '156 Patent)

In your latest letter of 12/20/07, you state in the first paragraph:

1.      "The '<u>156 patent</u> is of no relevance to the Neudorff non-staining herbicides,
which include the Gardens Alive! Weed-Aside™ product . . . and any similarly
formulated non-staining herbicidal product licensed by Neudorff to other parties
and sold through other distributors and/or retailers." *

2.      You also explain "that Neudorff's non-staining herbicides, <u>also referred to as the
H01 products,</u> are slightly **under** **saponified** ** as manufactured and sold, and
contain more than 0.5 wt. % of the active ingredient as free fatty acid . . ."

3.      You continue: "Proof of the compositions of the H01 formulation as originally
registered with the EPA is documented in the EPA record"***

        Before further reviewing my December 18 letter, let me provide once again the
six (6) claims of the '156 patent in simple terms. My client asserts that at least one of
these claims is being infringed by Neudorff's licensees' of the H01 products. Claims 4, 6,
8, 13, 15 and 17 cover the use of ammonium nonanoate (also known as ammonium
pelargonate) as the only active ingredient, (in H01 products according to the EPA
records), with 0 to 0.5 wt. %  or  0 to 0.1 wt. % of free fatty acid as weed killers.

        *   See Appendix 1
        **  See Appendix 2
        ***See Appendix 3

1

4.          As pointed out in previous letters, Falcon Lab has complete chemical analyses of
Weed-Aside$^{TM}$ proving that there is <u>no</u> free acid present and that the sole active
ingredient is <u>ammonium nonanoate</u>. Falcon Lab has also tried and failed to duplicate your
contention that Weed-Aside$^{TM}$ contains more than 0.5 wt. % free acid since nonanoic
acid or pelargonic acid is completely water insoluble, even at 0.5 wt.%. When water-clear
"Weed-Aside" is diluted with water, another completely water-clear solution is obtained,
clearly indicating the absence of any water-insoluble component such as pelargonic acid.


5.          The class CAS# 84776-33-0 for "ammonium salts of fatty acids" for the active
ingredient cited in the H01 products represents ammonium salts of 11 different fatty
acids, one or more of which are <u>not</u> herbicidal, e.g. ammonium stearate ($C_{18}$ fatty acid).
Thus, the term "ammonium salts of fatty acids" as the active ingredient on H01 labels
does not describe the exact identity of the active ingredient in the H01 products, a
problem Necessary Organics Inc. was previously accused of in 1999 about Concern
Weed Prevention Plus, another one of their products (see page 2 of the enclosed letter
from the American Association of Pesticide Safety Educators to the EPA, Oct. 20, 1999).


**A.    Infringement of the '156 Patent**

          In my December 18 letter to you with copies to the Neudorff executives, I
provided documents that you conveniently omitted from your review of the EPA records
for the H01 products in presenting your proofs.


          <u>Exhibit A</u> was Mr. Telarek's submission of Neudorff's application for EPA
registration dated January 29,1998. The H01 product being registered contained
"<u>ammonium nonanoate</u>", a completely ammoniated soap of pelargonic acid (or in your
terms as we understand them, saponified) as the sole active ingredient. It did not contain
more than 0.5 wt.% of free acid as this was never discussed with the EPA (according to
our records) and its presence in the H01 products would have required it to be listed on
the label as an active ingredient.


          Mr. Talarek also pointed out that ammonium nonanoate falls within the class of
soaps called "ammonium salts of fatty acids" that had previously been registered as "deer
and rabbit repellants". It was not revealed which or how many of the 11 compounds
represented by this class of soaps were the active ingredients in the repellants. However,
Mr. Talarek chose to list "ammonium salts of fatty acids" as the active ingredient in the
H01's products rather than the actual active ingredient "ammonium noanaoate", disclosed
in the data supplied to the EPA. This decision basically maintains the true identity of the
active ingredient as a "trade secret" which is not allowed under 40 CFR § 156.10 (g) (3).
This law specifically requires the chemical name of the active ingredient to be printed on
the label.

2

There would seem to be no doubt that Neudorff's H01 products, that Mr. Talarek states in his cover letter in his submission for EPA registration contains "ammonium nonanoate" as the sole active ingredient for killing weeds reads clearly on any one of claims 4, 6 and 8 of the '156 patent to ammonium nonanoate wherein no more than 0.5 wt.% of the active ingredient is free fatty acid and claims 13, 15 and 18 wherein no more than 0.1 wt. % of the active ingredient is free fatty acid.

B.    **Invalidity of the "156 Patent**

In your November 27, 2007 letter you state:

"The claims are invalid as being anticipated by the CONCERN® Fast-Acting Weed Killer product (one of Neudorff's non-staining herbicides) sold by Necessary Organics, Inc. that was on sale in the U. S. at least as early as 1998, more than one year before the filing date (4/27/2000) of the application that resulted in the '156 patent"; and you continue: "Concern Fast-Acting Weed Killer product formulation is that which was accepted by the EPA on March 16, 1998 as Registration No. 67702-7."

In Exhibit B the EPA pointed out that the H01 formulations were EPA registered with five (5) conditions attached; and <u>"If these conditions are not complied with, the registration will be subject to cancellation."</u>

The fifth condition required Neudorff to "submit one copy of the revised printed label . . . BEFORE the release of the product for shipment."

Exhibit C was an EPA response to Mr. Telarek's proposal to amend the EPA registration for an H01 product. The response dated August 25, 1999 again stated:

"Submit one copy of your final printed label incorporating this change BEFORE you release the product for shipment"

Since Registration No's 67702-7 and -8 were not cancelled, we conclude that the EPA conditions were complied with and Neudorff was able to seek state registration after which they could legally release these products sometime after August, 1999. This date is less than one year before April 27, 2000, the filing date of the '156 Patent. Thus, even had the products been labeled correctly as containing "ammonium nonanoate" which they were not, the sale of Neudorff's H01 products could not have legally occurred before August 1999, too late to invalidate the '156 Patent.

In your further effort to prove sales of the Neudorff H91 products in 1998, you provided the Material Safety Data Sheet (MSDS) for CONCERN® Fast-Acting Weed Killer dated July 13, 1998 along with the following statement:

"The MSDS sheets have not been changed since the introduction of the Neudorff non-staining herbicides in 1998"

Attached are the following Exhibits:

1.    **Exhibit D**.

The MSDS for the Neudorff H01 product of Neudorff's licensee, Gardens Alive!, Inc. in which the stated components comprise: "22.11% ammonium salts of fatty acids". Upon analysis, this product was found to be an aqueous solution containing 22.11 wt. % ammonium nonanoate.

2.    **Exhibit E**

The MSDS for the product of Neudorff's licensee, Lawn and Garden Product, Inc. issued October 1999 called "Quik Weed Killer". Its component is stated to be "Pelargonic Acid", Attached to this exhibit is a page from Neudorff's recital of products available in 1998. One was "Finalsan", a non-selective contact herbicide that has as its "active substance" pelargonic acid.

3.    **Exhibit F$_{1,2}$**

The MSDS for Concern® Fast-Acting Weed Killer, issued July 13, 1998 from the manufacturer, Necessary Organics Inc.. Its components are "ammonium salts of fatty acids and isopropyl alcohol"

Exhibit F$_2$ for Concern® Fast-Acting Weed Killer issued May 28, 2003 to the Neudorff licensee Woodstream Corp. states its components are: "ammonium salts of fatty acids". The isopropyl alcohol is no longer listed. When analyzed by Falcon Lab, it was found to be an aqueous solution of 3.6 wt.% ammonium nonanoate as the sole active ingredient. This corresponds to one of Neudorff's H01 products that was conditionally approved for registration in 1998.

## CONCLUSIONS

(a) Mr. Geary has proposed, for the purpose of proving non-infringement, that "Neudorff's non-staining herbicides, also referred to as the H01 product, are slightly under saponified as manufactured and sold, containing more than 0.5 wt.

4

% of the active ingredient as free acid . . .Proof of the composition of the H01 product formulation, as originally registered in 1998 with the EPA, is documented in the EPA record" and

(b) For the purpose of proving invalidity, Mr. Geary has written in his November 27, 2007 letter:

"If the claims of the '156 patent are read to encompass Neudorff's non-staining herbicides, the claims are invalid as being anticipated by the CONCERN Fast-Acting Weed Killer product (now one of the Neudorff non-staining herbicides) sold by Necessary Organics, Inc. that was on sale in the U. S. as early as 1998, more than one year before the filing of the application that resulted in the '156 patent."

To resolve the inconsistency between the above statements of Mr. Geary, we have included as Exhibits G and H, two specific labels of Neudorff's licensee, Lawn and Garden Product, Inc.

In Exhibit G, the active ingredient is 3.68% "ammoniated soap of fatty acids" in an aqueous solution with the EPA Reg. No. 67702-7

In Exhibit H, the active ingredient is "22% "ammoniated soap of fatty acids" with the EPA Reg. No. 67702-8

Both labels display U. S. Patent No. 5,919,733, and state "Manufactured under a license of W. Neudorff GmbH KG, Germany. The Exhibit H label states: "Made with Finalsan$^{TM}$ herbicidal soap, a trademark of W. Neudorff ."

Finalsan$^{TM}$ is the trademark for pelargonic acid and Lawn and Garden Products Inc's MSDS issued October 1999 informs us that "Quik Weed Killer's" herbicidal component is solely pelargonic acid.

Referring to U. S. Patent 5,919,733, the '733 patent, filed April 4, 1997 but not issuing until July 6, 1999, the patent covers a herbicidal composition consisting essentially of an under saponified ammonium soap of pelargonic acid, wherein the active ingredient has a soap to free fatty acid ration in the range of about 3:4 to 2:1, i.e. about 43% to 67% ammonium pelargonate and 57% to 33% pelargonic acid.

The '733 patent also suggests:

"The formulation may optionally include solvents at a concentration range of 0 to 5 percent by weight. Exemplary solvents include alcohols, such as isopropyl alcohol, ethanol, propanol, butanol, methanol, propylene glycol, glycerol, and tetrahydrofurfuryl alcohol, and vegetable oils, such as canola oil. The solvents are believed to be useful to increase the antifoaming activity of any anti-foaming agent. The solvent may also contribute to improved storability of the formulation."

In Table 1, the Exemplary RTU Formulations Concentration (% by wt.) include 94.11 distilled water, 3.68 (47% saponified) ammonium pelargonate, 2.0 isopropyl alcohol.

Patent Example 2 – The purpose of this test was to determine which ammonium composition of various fatty acids stain concrete. "Each solution contained the active ingredient noted below in specific amounts, as well as 3% isopropyl alcohol."

Noting Exhibit F for CONCERN® Fast-Acting Weed Killer listed its components in the MSDS as "ammonium salts of fatty acids" AND "isopropyl alcohol", one skilled in the art would conclude that the "ready-to-use" sprayable formulation was composed of an under saponified ammonium soap of pelargonic acid, along with a solvent for the acid, isopropyl alcohol, as covered by the '733 patent. As Cameron Wilson and Frederick Sedun, the inventors of the '733 patent know, the amount of pelargonic acid in the under saponified soap, 33 – 57%, would require a solvent such as isopropyl alcohol to help solubilize the acid in the RTU solution with ammonium pelargonate.

This information about Exhibit F along with the information in Exhibit D, Neudorff's licensee in October 1999 listed pelargonic acid as the sole ingredient in its MSDS and the listing of the '733 patent on that licensee's label in 2006 (before Falcon notified Neudorff that it didn't apply to the contents) makes one conclude that Neudorff complied with the conditions set forth in the conditional EPA Registration No.s 67702-7 and 67702-8 by "releasing the products for shipment" after August 25, 1999. Prior to that date, sales by Neudorff's licesees were either pelargonic acid (Exhibit D) or the "under saponified" soap of pelargonic acid (Exhibit F)

Again, we wish to settle this matter amicably, which we believe can be done for the benefit of both companies. But it can only be accomplished by a meeting between Falcon Lab management and Neudorff management. I again suggest that such a meeting take place at the Philadelphia International Airport, but we will consider other reasonable locations. If we do not receive a prompt response from you concerning this invitation, I am authorized to go directly to Neudorff's licensees' to allow them to consider licensing the '156 patent and apply for me-too registrations at reasonable terms.

6

Sincerely,

Herbert M. Wolfson

Cc: Dr. Cameron D. Wilson, Neudorff North America

Dr. Andreas Prokop, Neudorff GmbH

Ms. Joan Smiley, Falcon Lab LLC

Attachment 1

In your various communications, you have not provided any proof that a method for killing weeds with "**ammonium nonanoate**" (CAS * 84776-33-0) was **publicly known** until '156 was published. If you have such proof, please provide it, since your arguments, so far, have consisted mainly of questionable statements about products that contained **publicly unknown** active ingredients, even after EPA registration. As a patent attorney, we would expect you to be aware of the requirements for the absence of pertinent public-accessible prior art as a requirement for patentability.

Attachment 2

The term "saponification" refers to a soap manufacturing process that only applies to the cleavage of triglycerides (fats) by sodium or potassium hydroxide producing glycerol as a by-product. Ammonia cannot be used to cleave triglycerides to ammonium salts by the process of saponification. Obviously, the H01 products are not made from fats, so the term "under saponified" applies chemically only to sodium and potassium salts. "Under saponified" should be defined if you intend it to mean something other than the literature definition but we will use the term as you use it, i.e. that you believe that free acid is still present in a basic solution of ammonium salts.

Attachment 3

This is true, but they are not what you said they were. You were notified in my letter of December 18, 2007 that the EPA records (particularly Exhibit A -Mr. Talarek's registration submission of 1/19/98) do not support this statement since the composition of the H01 products is clearly revealed in the 378 pages of correspondence between Neudorff's agent and the EPA provided to Falcon Lab under the Freedom of Information Act regarding the registration of the H01 products. The H01 products are aqueous solutions of ammonium nonanoate.

EXHIBIT A

LAW OFFICES OF

WALTER G. TALAREK, P.C.
1008 RIVA RIDGE DRIVE
GREAT FALLS, VIRGINIA 22066

PHONE: (703) 759-4837
FAX: (703) 759-5546

*67702-I*

444830-00

January 29, 1998

DELIVERED BY COURIER
Joanne Miller
Product Manager, Team 23
Fungicide-Herbicide Branch
c/o Document Processing Desk (7504C)
Office of Pesticide Programs (APPL)
U. S. Environmental Protection Agency
Room 266A, Crystal Mall 2
1921 Jefferson Davis Highway
Arlington, VA 22202

Re:   Application for Registration of H01 Concentrate Hebicidal Soap

Dear Ms. Miller:

With this letter I am submitting W. Neudorff GmbH KG's ("Neudorff")
application for registration of "H01 Concentrate Herbicidal Soap". This
product is an end-use concentrate product containing ammonia
nonanoate soap, which is an ammoniated soap of fatty acids, as the
sole active ingredient. The product is a broad-spectrum herbicide
which controls weeds, algae and moss around domestic and
commercial crops, sidewalks, buildings and fences. The sidewalk,
building and fence uses for this product are new uses for this active
ingredient. The product is diluted by mixing it with nine parts water.
The product is applied by spraying.

Ammonia nonanoate soap falls within the class of pesticides called
ammonium salts of higher fatty acids [$C_8$-$C_{18}$ saturated and $C_{18}$
unsaturated], which is covered by EPA's Reregistration Eligibility
Document ("RED") on Soap Salts, 540/RS-93-231 (September 1992).
As such, Neudorff has relied on this document in defining the data
requirements applicable to the registration of its product.

Neudorff is using the selective method of support with the cite-all
option to fulfill the data requirements applicable to its product.
Product-specific product chemistry and acute toxicology data

1

284

# EXHIBIT B



| ENVIRONMENTAL PROTECTION AGENCY<br>Office of Pesticide Programs<br>Registration Division (7505C)<br>401 "M" St., S.W.<br>Washington, D.C. 20460 | EPA Reg.<br>Number: | Date of Issuance:<br>MAY 1 9 1998 |
|---|---|---|

**NOTICE OF PESTICIDE:**

   X   Registration

       Reregistration

(under FIFRA, as amended)

| | |
|---|---|
| 67702-8 | |
| Term of Issuance:<br>Conditional | |
| Name of Pesticide Product:<br>H01 Concentrate<br>Herbicidal Soap | |

**Name and Address of Registrant (include ZIP Code):**

W. Neudorff GmbH KG
c/o Walter G. Talarek, PC
1008 Riva Ridge Drive
Great Falls, VA 22066-1620

Note: Changes in labeling differing in substance from that accepted in connection with this registration must be submitted to and accepted by the Registration Division prior to use of the label in commerce. In any correspondence on this product always refer to the above EPA registration number.

On the basis of information furnished by the registrant, the above named pesticide is hereby registered/reregistered under the Federal Insecticide, Fungicide and Rodenticide Act.

Registration is in no way to be construed as an endorsement or recommendation of this product by the Agency. In order to protect health and the environment, the Administrator, on his motion, may at any time suspend or cancel the registration of a pesticide in accordance with the Act. The acceptance of any name in connection with the registration of a product under this Act is not to be construed as giving the registrant a right to exclusive use of the name or to its use if it has been covered by others.

    This product is conditionally registered in accordance with FIFRA sec. 3(c)(7)(A) provided that you:

    1.  Submit and/or cite all data required for registration of your product under FIFRA sec. 3(c)(5) when the Agency requires all registrants of similar products to submit such data.

    2. Make the following label changes before you release the product for shipment:

        a.  Revise the EPA Registration Number to read "EPA Reg. No. 67702-8".

        b.  In the paragraph under Hazards To Humans and Domestic Animals, revise the statement which currently reads "Harmful if swallowed" to read "Harmful if inhaled". [Note: EPA's letter, dated April 22, 1998, required the "Harmful if swallowed" statement in error.]

| Signature of Approving Official: | Date:<br>MAY 1 9 1998 |
|---|---|

EPA Form 8570-6

227

UNITED STATES ENVIRONMENTAL PROTEC.  . AGENCY

page 2
EPA Reg. No. 67702-8

    c. Convert the application rates which are currently given
       in quarts/yd$^2$ to fluid ounces/yd$^2$:

       "0.18 quart/yd$^2$" should be "5.8 fluid ounces/yd$^2$"; and
       "0.26 quart/yd$^2$" should be "8.3 fluid ounces/yd$^2$"

    3.  Submit analyses of five batches of this product from
actual production batches.  This information is being required
because the certified limits of the active ingredient derived
from laboratory analyses exceed the standard range for certified
limits specified at 40 CFR §158.175.

    4.  Comply with the generic data requirements of the Soap
Salts Reregistration Eligibility Decision (RED), issued
September, 1992.  A copy of the table from the RED listing the
generic data gaps for ammonium salts of fatty acids is enclosed.
These data gaps must be satisfied to maintain existing ammonium
soap salt product registrations.  We recommend that you contact
Ms. Margaret Rice of OPP's Special Review and Reregistration
Division [mail code 7508W; phone no. (703)-308-8039] for further
information.

    5.  Submit one copy of the revised final printed label for
the record before you release the product for shipment.

    If these conditions are not complied with, the registration
will be subject to cancellation in accordance with FIFRA sec.
6(e).  Your release for shipment of the product constitutes
acceptance of these conditions.

    A stamped copy of the label is enclosed for your records.


                          Joanne I. Miller
                          Product Manager (23)
                          Herbicide Branch
                          Registration Division (7505C)

Enclosures


RD:STANTON:PM Team 23:Rm. 237:CM-2:305-5218:Disk #7:67702-8.REG

| CONCURRENCES | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SYMBOL ▸ | 7505C | | | | | | | |
| SURNAME ▸ | S. Stanton | | | | | | | |
| DATE ▸ | May 18, 1998 | | | | | | | 228 |

EPA Form 1320-1 (12-70)                                    OFFICIAL FILE COPY

# H01 CONCENTRATE HERBICIDAL SOAP

Active Ingredient:
    Ammoniated soap of fatty acids ...........   22%
Inert Ingredients: ......................................   <u>78%</u>
Total:                                  100%

**ACCEPTED**
**with COMMENTS**
**In EPA Letter Dated**
**MAY 1 9 1998**

Under the Federal Insecticide,
Fungicide, and Rodenticide Act
as amended, for the pesticide
registered under EPA Reg. No.
67702-8

**ELIMINATES UNWANTED VEGETATION QUICKLY**
**WON'T STAIN BRICKS, CONCRETE OR ASPHALT**
**KILLS WITHIN HOURS**
**FAST ACTING**
**KILLS WEEDS, ALGAE AND MOSS**

**KEEP OUT OF REACH OF CHILDREN**

# WARNING

## STATEMENT OF PRACTICAL TREATMENT

If In Eyes: Hold eyelids open and flush with gentle, steady stream of water for 15 minutes. Get medical attention.
If On Skin: Wash with plenty of soap and water. Get medical attention.
If Inhaled: Remove victim to fresh air. If not breathing, give artificial respiration, preferably mouth-to-mouth. Get medical attention.
If Swallowed: Call a doctor or get medical attention. Do not induce vomiting or give anything by mouth to an unconscious person. Drink promptly a large quantity of milk, eggwhites, gelatin solution, or if these are not available, drink large quantities of water. Avoid alcohol.

## PRECAUTIONARY STATEMENTS - Household
### HAZARDS TO HUMANS AND DOMESTIC ANIMALS
*WARNING*: Causes substantial but temporary eye injury. Causes skin irritation. Prolonged or frequent skin contact may cause allergic reactions in some individuals. Avoid breathing vapor or spray mist. Harmful if swallowed. Do not get in eyes, on skin or on clothing. Wear eye protection (goggles, face shield or safety glasses), long-sleeved shirt, long pants, socks shoes and rubber gloves. After this product is diluted in accordance with label directions, eye protection, gloves and long sleeves are not required. Wash thoroughly with soap and water after handling. Remove contaminated clothing and wash before reuse.

## PRECAUTIONARY STATEMENTS - Commercial/Agriculture
### HAZARDS TO HUMANS AND DOMESTIC ANIMALS
*WARNING*: Causes substantial but temporary eye injury. Causes skin irritation. Prolonged or frequent skin contact may cause allergic reactions in some individuals. Avoid breathing vapor or spray mist. Harmful if swallowed. Do not get in eyes, on skin or on clothing.

May 12, 1998

**NOTE TO FILE: H01 CONCENTRATE HERBICIDAL SOAP**
**FILE SYMBOL: 67702-I**

This product contains ammoniated soap of fatty acids as the active ingredient. Ammoniated soaps of fatty acids are covered by the Soap Salts RED, issued September, 1992. At the time of the RED there were 2 ammoniated soap salt end-use products (400-383, currently 64864-24; and 400-429, currently 64864-26). These products (both 15% a.i.) were registered for use as deer and rabbit repellents on a wide variety of food and non-food sites (grapes, cereal grains, unspecified vegetables, unspecified orchards, unspecified field crops, grass forage/fodder/hay and non-grass forage/fodder/hay, ornamental herbaceous plants, ornamental lawns and turf, ornamental woody shrubs and vines and ornamental shade trees). All of these sites were determined to be eligible for reregistration, including the food use sites, even though a formal exemption from the requirement of a tolerance had never been established for ammoniated soap salts. According to the RED, a request for exemption was submitted to EPA and EPA reviewed it and had no objections, but a rule was never drafted. The RED indicates that the oversight would be corrected.

H01 Concentrate Herbicidal Soap (a 22% product) is proposed for use on sites determined to be eligible for reregistration. However, the pests controlled by this product are weeds instead of deer and rabbits. Since the sites are the same and only the pests are different, we have concluded that the proposed sites are acceptable. This product is essentially a spot application weed killer with directions for use given in terms of oz. of product per sq. yd. The rates are higher than rates for products used as deer and rabbit repellents; however, since tolerances are not an issue and the product is not intended as a wide-area broadcast application, the increased rates are not of concern (this was discussed with Carl Grabel, who agreed the higher rates for weed control were acceptable). It should be noted that many of the former use sites on the deer/rabbit repellent labels have been deleted since the RED was issued due to a lack of supporting efficacy data. Since efficacy data are not required to support herbicidal uses, these sites may be retained on ammonium soap salt products used as herbicides.

*Susan L. Stanton*

Susan L. Stanton
PM Team 23

245

EXHIBIT C    ITED STATES ENVIRONMENTAL PROTECTION AGENCY

AUG 2 5 1999

W. Neudorff GmbH KG
c/o Mr. Walter Talarek, PC
1008 Riva Ridge Drive
Great Falls, VA 22066-1620


Dear Mr. Talarek:

SUBJECT:    Amendment to Add Claim Regarding Biodegradability and Revise First
            Aid Statements in Accordance with Agency Letter, Dated 2/8/99
            H01 Concentrate Herbicidal Soap
            EPA File Symbol: 67702-8
            Your Application Dated August 13, 1999

     The labeling referred to above, submitted in connection with registration under the Federal
Insecticide, Fungicide, and Rodenticide Act, as amended, is acceptable, provided you make the
following change:

1.    Delete the front panel claim "H01 decomposes to form ammonia and fatty acids, both of
      which are used as nutrients by microbes and plants." Pursuant to the regulations at 40 CFR
      §156(a)(5), a pesticide product is considered "misbranded" if its labeling contains claims as
      to the safety of the pesticide, such as "safe", "nontoxic", "harmless", etc. or non-numerical
      and/or comparative statements on the safety of the product, such as "contains all natural
      ingredients", "among the least toxic chemicals known", "biodegradable", "pollution
      approved", etc. The statement referred to above ("H01 decomposes to form ... by microbes
      and plants") is considered such a safety claim and must, therefore, be deleted.

     A stamped copy of the label is enclosed for your records. Submit one copy of your final
printed labeling incorporating this change before you release the product for shipment.

     The Agency has recently revised its recommended First Aid statements for pesticide products
and intends to issue a PR Notice announcing the changes in the near future. In the interim we are
encouraging registrants to begin using the new statements. The new statements were developed as
part of the Consumer Labeling Initiative in close cooperation with poison control center personnel
and other medical experts. While it is not mandatory that you revise your label at this time, you are
strongly encouraged to substitute the revised statements (below) for those statements currently on
the label at your next label printing:

RD:STANTON:PM Team 23:Rm. 237:CM-2:305-5218:Disk #11:S567015.let

| CONCURRENCES | | | | | | | |
|---|---|---|---|---|---|---|---|
| SYMBOL ▸ | 7505C | | | | | | |
| SURNAME ▸ | S. Stanton | | | | | | |
| DATE ▸ | Aug 25, 1999 | | | | | | |

EPA Form 1320-1 (12-70)

# H01 CONCENTRATE HERBICIDAL SOAP

Active Ingredient:
    Ammoniated soap of fatty acids ........... 22%
Inert Ingredients: ....................................... 78%
Total: 100%

ACCEPTED
with COMMENTS
In EPA Letter Dated

AUG 25 1999

Under the Federal Insecticide,
Fungicide, and Rodenticide Act
as amended, for the pesticide
registered under EPA Reg. No.

*67702-5*

ELIMINATES UNWANTED VEGETATION QUICKLY
WON'T STAIN BRICKS, CONCRETE OR ASPHALT
KILLS WITHIN HOURS
FAST ACTING
KILLS WEEDS, ALGAE AND MOSS
H01 DECOMPOSES TO FORM AMMONIA AND FATTY ACIDS, BOTH OF WHICH ARE USED
AS NUTRIENTS BY MICROBES AND PLANTS

## KEEP OUT OF REACH OF CHILDREN

# WARNING

## STATEMENT OF PRACTICAL TREATMENT

If In Eyes: Hold eyelids open and flush with gentle, steady stream of water for 15 minutes. Get medical attention.

If On Skin: Wash with plenty of soap and water. Get medical attention.

If Inhaled: Remove victim to fresh air. If not breathing, give artificial respiration, preferably mouth-to-mouth. Get medical attention.

If Swallowed: Call a doctor or get medical attention. Do not induce vomiting or give anything by mouth to an unconscious person. Drink promptly a large quantity of milk, eggwhites, gelatin solution, or if these are not available, drink large quantities of water. Avoid alcohol.

## PRECAUTIONARY STATEMENTS - Household
### HAZARDS TO HUMANS AND DOMESTIC ANIMALS

*WARNING:* Causes substantial but temporary eye injury. Causes skin irritation. Prolonged or frequent skin contact may cause allergic reactions in some individuals. Harmful if inhaled. Avoid breathing vapor or spray mist. Do not get in eyes, on skin or on clothing. Wear eye protection (goggles, face shield or safety glasses), long-sleeved shirt, long pants, socks shoes and rubber gloves. After this product is diluted in accordance with label directions, eye protection, gloves and long sleeves are not required. Wash thoroughly with soap and water after handling. Remove contaminated clothing and wash before reuse.

## PRECAUTIONARY STATEMENTS - Commercial/Agriculture
### HAZARDS TO HUMANS AND DOMESTIC ANIMALS

*WARNING:* Causes substantial but temporary eye injury. Causes skin irritation. Prolonged or frequent skin contact may cause allergic reactions in some

Exhibit D



**MATERIAL SAFETY DATA SHEET**

Page 1 of 3

### SECTION 1: PRODUCT AND COMPANY IDENTIFICATION

| | |
|---|---|
| **PRODUCT NAME:** | Weed-Aside ™ Weed Killer |
| **IDENTIFICATION NUMBER:** | 8206, 8207 |
| **CHEMICAL NAME** | salts of fatty acids |
| **CHEMICAL FAMILY** | salts of carboxylic acids |
| **USE OF THE PREPARATION:** | weed control |
| | |
| **MANUFACTURER:** | Gardens Alive®, Inc. |
| **ADDRESS:** | 5100 Schenley Place, Lawrenceburg, IN  47025 |
| **TELEPHONE NUMBER:** | (812) 537-8665, Ext. 2285 |
| | |
| **ISSUE DATE** | July 3, 2003 |
| **SUPERCEDES DATE:** | N/A |

### SECTION 2: HAZARDOUS INGREDIENTS

| Components | % | Hazard Information |
|---|---|---|
| Ammonium salts of fatty acids | 22.11% | Eye irritant |

### SECTION 3: PHYSICAL AND CHEMICAL CHARACTERISTICS (FIRE AND EXPLOSION DATA)

| | |
|---|---|
| Solubility in Water: | miscible in all proportions |
| Appearance and Odor: | clear, colorless, odour of soap, ammonia |
| Flash Point (°C): | n/a |
| Specific Gravity, 25°C: | 1.00 |
| pH: | 8.4±0.10 |
| Extinguishing Media for Fires: | water, $CO_2$  foams |
| Special Fire Fighting Procedures: | normal extinguishing procedures |

N/A - not applicable, NAV - not available, ca. - approximately

### SECTION 4: PHYSICAL HAZARDS

| | |
|---|---|
| Stability: | product is stable |
| Conditions to Avoid: | exposure to excessive heat |
| Materials to Avoid: | none known |
| Hazardous Decomposition Products: | $CO_2$, CO, $NO_x$ $NH_3$ |
| Hazardous Polymerization Conditions: | none known |



**MATERIAL SAFETY DATA SHEET**

Page 3 of 3

### SECTION 16: OTHER INFORMATION

DISCLAIMER: The information in this Material Safety Data Sheet (MSDS) is believed to be correct as of the date issued. By making the MSDS available, Gardens Alive®, Inc. does not make any express or implied warranty (including any warranty of merchantability or fitness for a particular purpose) regarding the MSDS, its accuracy or the product to which it relates. Anyone using this information agrees that Gardens Alive! shall not be held liable (based on its negligence or otherwise) for any personal injury or other damage relating to, or arising from such use, including direct, incidental, or consequential damage and such user agrees to indemnify Gardens Alive! for any claims arising out of its use.

Exhibit F

# MATERIAL SAFETY DATA SHEET

QUIK WEED KILLER                    Page 1 of 4                    Issue Date: 10/99

| SECTION 1. | PRODUCT AND COMPANY IDENTIFICATION |
|---|---|

Chemical Product
QUIK WEED KILLER
EPA Reg. No. 53219-7-54705
Common Name:        Pelargonic acid.
Chemical Description:    Nonionic acid.
TSCA/CAS No.:        The primary CAS No. is 112-05-0

Manufactured For
Lawn and Garden Products, Inc.
P. O. Box 35000
Fresno, CA  93745-5000

Emergency Phone Numbers
Emergency Telephone:  DAYS: (559) 499-2100      EVES.: (559) 435-2163
CHEMTREC (24-Hour Emergency Number):  (800) 424-9300
EPA National Response Center:  (800) 424-8802

| SECTION 2. | HAZARDOUS INGREDIENTS |
|---|---|

| CHEMICAL | CAS NO. | % | TLV OR PEL | RQ (lbs) |
|---|---|---|---|---|
| Pelargonic acid | 112-05-0 | 57.0 | N.A.* | N.P.* |

* N.A. - Not Available.
* N.P. - Not Pertinent.

| SECTION 3. | EMERGENCY/HAZARDS OVERVIEW |
|---|---|

Colorless to faint yellow liquid with wax-like odor.  Avoid oxidizing materials.  Decomposition may
produce carbon dioxide and carbon monoxide.  Not D.O.T. regulated.

   HEALTH: 2        REACTIVITY: 0        FLAMMABILITY: 1        ENVIRONMENT: 1
        (0 = Insignificant   1 = Slight   2 = Moderate   3 = High   4 = Extreme)

| SECTION 4. | FIRST AID |
|---|---|

| | |
|---|---|
| Eyes: | Hold eyelids open and flush with steady gentle stream of water for at least 15 minutes.  If irritation persists, seek medical attention. |
| Skin: | Wash thoroughly with soap and water.  Remove contaminated clothing and wash before reuse.  Seek medical attention if irritation persists. |
| Ingestion: | *Call a physician or get medical attention.  Do not induce vomiting.*  Do not give anything by mouth to an unconscious person.  Drink promptly a large quantity of milk, egg white, gelatin solution, of if these are not available, large quantities of water.  Avoid alcohol. |
| Inhalation: | Move to fresh air.  If symptoms develop, seek medical attention. |

NOTE TO PHYSICIAN: Probable mucosal damage may contraindicate the use of gastric lavage.

Translated version of http://www.neudorff-profi.de/index.php?id=94    http://translate.google.com/translate?hl=en&sl=de&u=http://www.ne.



This page was automatically translated from German.
View Original Web Page

Back to search results
Remove frame

## Finalsan

### Active substance

186.7 g/l Pelargonsäure

### Short description

**Total weeds annihilator against in and zweikeimblättrige weeds, Moose and algae.
Also against Moos in the lawn applicable**

- Total herbicide against in and zweikeimblättrige weeds
- Also against Moose and algae effectively
- Works already within fewer hours
- At low and high temperatures applicable
- Favorable environmental characteristics
- Active substance of natural origin

### Operational areas, expenditure quantity, waiting period, environmental data

to the permission overview

### Finalsan generally

### Information to the active substance

**Origin**

The active substance of Finalsan is the Pelargonsäure. Pelargonsäure, also Nonansäure mentioned, belongs to the fatty acids. Pelargonsäure occurs in nature e.g. in natural oils and in plants of the stork bill plants (Geraniaceae).

$$H_3C-C-C-C-C-C-C-C-C{\Large\substack{O\\ OH}}$$

Structural formula Pelargonsäure

### Impact

Finalsan is a not-selective contact herbicide. The active substance of Finalsan, the Pelargonsäure, penetrates the layer of wax (Kutikula) of the sheets. Subsequently, the lipophilic part of the fatty acid destroys the cell membranes of the epidermis cells of the plant. Thereby it comes to a fast delivery of cell contents materials, so that the plants rapidly dry.



Exhibit F$_1$

# MATERIAL SAFETY DATA SHEET

## Concern® Fast-Acting Weed Killer

### 1. COMPONENTS:

Concern® Fast-Acting Weed Killer is a ready to use formulation of ammonium salts of fatty acids and isopropyl alcohol.

### 2. PHYSICAL PROPERTIES:

Concern® Fast-Acting Weed Killer is a clear, odorless liquid with an odor of soap, ammonia. The product is stable with no known hazardous polymerization conditions. It is easily mixed with water.

### 3. HAZARD DATA: 29CFR 1910.1200

NFPA HAZARD SIGNAL:

| Health | Flammability |
|--------|--------------|
| 1 | 0 |
| 0 | 0 |
| Stability | Specific Hazard |

HAZARDS CODE

0  Insignificant
1  Slight
2  Moderate
3  High
4  Extreme

DOT HAZARD CLASS: None
A HAZARD WASTE CLASS: III CAUTION

### 4. SAFE USAGE DATA:

PROTECTIVE EQUIPMENT
  Eyes: None required.
  Respiratory: None required.
  Gloves: None required
VENTILATION
  General Mechanical: Specific ventilation is not normally necessary.
  Local Exhaust: Not normally necessary.
PRECAUTIONS
  Handling & Storage: Store at ambient temperatures, tightly capped. Avoid exposure to excessive heat.

### 5. EMERGENCY RESPONSE:

FIRE:
  Extinguishing Media: Water, carbon dioxide, foams
  Special Procedures: Normal extinguishing procedures.
  Hazardous Decomposition Products: Carbon dioxide, carbon monoxide, nitrates, ammonia.
EXPOSURE:
  First-Aid Measures:
    Inhalation: Remove to fresh air. If irritation persists, consult a physician.
    Skin: Wash with soap and water.
    Eyes: Flush eyes for at least 15 minutes, consult a physician.
    Ingestion: Drink plenty of water.
SPILLS: Absorb large spills with absorbent materials. Will be very slippery.
WASTE DISPOSAL METHOD: Dispose of in accordance with local regulations.

### 6. HEALTH HAZARD INFORMATION:

EFFECTS OF OVER-EXPOSURE:
  Skin: May cause irritation; prolonged or frequent contact may cause allergic reaction.
  Eyes: Can be expected to cause moderate irritation.
  Ingestion: May cause irritation.
  Inhalation: Can be expected to cause irritation if fine droplets are inhaled.
  Medical Conditions Aggravated: Chronic skin, eye or respiratory disease.
EMERGENCY TREATMENT: Remove from exposure. Contact physician.

MANUFACTURER:

Necessary Organics, Inc.
One Nature's Way
New Castle, Virginia  24127-0305

EMERGENCY PHONE #: 540/864-5103
DATE: 7/13/98
SIGNATURE: *Carrie Gaudard*

The information presented above is believed to be correct and is the most accurate information available to us at this time. However, Necessary Organics, Inc. makes no warranty, express or implied and assumes no liability for this information and the product described herein.

CAS = Chemical Abstracts Service
CFR = Code of Federal Regulations
NFPA = National Fire Protection Association

DOT = U.S. Department of Transportation
EPA = U.S. Environmental Protection Agency
TLV = Threshold Limit Value

All ®, TM property of Necessary Organics, Inc.
© All rights reserved, 1995.
MSDS PM5



**Woodstream Corporation**
**69 North Locust Street**
**Lititz, PA 17543**

Exhibit F₂

S...eet
41
...ency Phone        800-424-9300
...mergency Phone     703- 527-3887
...ne                 800-800-1819
                      717-626-2125

## SECTION I: MATERIAL IDENTIFICATION

| | |
|---|---|
| Product Number/Size: | 98632    32    Ounce (fluid) |
| Trade Name: | Fast-Acting Weed Kill 32o |
| Also Known As: | Fast-Acting Weed Killer |
| Description: | Liquid Herbicide RTU |
| Chemical Composition: | Liquid RTU |
| Regulatory Licenses: | EPA Reg. No. 67702-7-50932 |

## SECTION II: INGREDIENTS

| Hazardous Ingredient (s)* | % BY WT | CAS # | OSHA/TWA | PEL/STEL | ACGIH/TWA | TLV/STEL |
|---|---|---|---|---|---|---|
| Ammonium Salts of Fatty Acids | 3.68 | N/A | NE | NE | NE | NE |

*all ingredients in quantities > 1.0% (0.1% for carcinogens or teratogens) that are potentially hazardous per OSHA definitions.

## SECTION III: PHYSICAL DATA

| | | | |
|---|---|---|---|
| Boiling Point: | >200 F | Viscosity: | Not Available |
| Vapor Pressure (mm Hg): | Not Available | Odor: | Mild Soap/Ammonia |
| Vapor Density (AIR=1): | Not Available | Specific Gravity (Water=1): | Not Available |
| Bulk Density: | Not Available | Percent, Volitile by Volume %: | Not Available |
| Freezing Point: | Not Available | Evaporation Rate (Xylene=1): | Not Available |
| Solubility in Water: | Complete | Physical State: | Liquid |
| Appearance: | Clear Liquid | pH: | Not Available |

## SECTION IV: FIRE AND EXPLOSION HAZARD DATA

| | | | |
|---|---|---|---|
| Flash Point (method): | >200 F | NFPA Health Rating: | 1 |
| Autoignition Temp.: | Not Available | NFPA Fire Rating: | 0 |
| Flammable Lel: | Not Available | NFPA Reactivity Rating: | 0 |
| Flammable Uel: | Not Available | Extinguishing Material: | Water, foams, carbon dioxide. |
| Hazardous Products of Combustion: | Carbon Oxides, Nitrous Oxides, Ammonia | | |

## SECTION V: HEALTH HAZARD DATA

| | |
|---|---|
| General Statement: | Material is not considered to be hazardous per 29 CFR 1910.1200. |
| Occupational Exposure Limit: | See Section II |
| Effects of Over Exposure: | None Expected |
| Carcinogenicity: | None listed per OSHA, NTP, or IARC. |
| Chronic Effects: | Ethanol has been shown to be a developmental toxin from chronic ingestion; such effects are not anticipated from appropriate use of this product. |
| Rec. Exp. Limits: | See Section II |
| Potential Health Effects: | None Expected |
| Acute Oral: | >5000 mg/kg |
| Acute Dermal: | >5000 mg/kg |
| Acute Inhalation: | >2 mg/liter |
| Eye Irritation: | Not an irritant |
| Skin Irritation: | Not an irritant |
| Sensitization: | Not a sensitizer |

Exhibit G



- **Kills Weeds, Algae And Moss**
- **Eliminates Unwanted Vegetation Fast**
- **Won't Stain Bricks, Concrete Or Asphalt**
- **Fast-Acting — Kills Within Hours**

ACTIVE INGREDIENT:
  Ammoniated soap of fatty acids .........................................3.68%
INERT INGREDIENTS: ........................................................ 96.32%
     TOTAL .......................................... 100.00%

EPA Reg. No. 67702-7-54705       EPA Est. No. 48498-CA-1

U.S. Patent Number 5,919,733
Sold under a license of W. Neudorff GmbH KG, Germany

### NET CONTENTS: _____

For medical or transportation emergencies,
call CHEMTREC at 1-800-424-9300

Manufactured For:
### LAWN AND GARDEN PRODUCTS, INC.
P. O. Box 35000 • Fresno, CA 93745 • (559) 499-2100
www.montereylawngarden.com

## KEEP OUT OF REACH OF CHILDREN
# CAUTION

| FIRST AID | |
|---|---|
| **If In Eyes:** | • Hold eye open and rinse slowly and gently with water for 15-20 minutes. Remove contact lenses, if present, after the first 5 minutes, then continue rinsing.<br>• Call a poison control center or doctor for treatment advice. |
| **If Inhaled:** | • Move person to fresh air.<br>• If person is not breathing call 911 or an ambulance, then give artificial respiration, preferably mouth-to-mouth if possible.<br>• Call a poison control center or doctor for further treatment advice. |
| Have the product container or label with you when calling a poison control center or doctor or going for treatment. | |

## PRECAUTIONARY STATEMENTS
### HAZARDS TO HUMANS AND DOMESTIC ANIMALS
**CAUTION:** Causes moderate eye irritation. Harmful if inhaled. Avoid contact with eyes or clothing. Avoid breathing vapor. Wash thoroughly with soap and water after handling. Remove contaminated clothing and wash clothing before reuse.

### ENVIRONMENTAL HAZARDS
This product may be hazardous to aquatic invertebrates. Do not apply directly to water.

QUIK-RTU is a fast-acting weed, algae and moss killer. It does not stain concrete or pavement. QUIK-RTU is a non-selective herbicide that controls many common annual weeds. QUIK-RTU suppresses the growth of some biannual and perennial weeds. It can be used in cultivated areas prior to planting grass, flowers and vegetables. Areas can be re-sown five days after treatment. QUIK-RTU can be used at any time during the year. Best results are obtained with young, actively growing weeds, less than five inches in size.

### DIRECTIONS FOR USE

It is a violation of Federal Law to use this product in a manner inconsistent with its labeling.

Shake well before using. Do not dilute.

Spray weeds thoroughly when weather is dry and warm. If rain falls within three hours of application an additional application may be required. Repeat treatment every 2 to 3 weeks for control of new growth. Avoid spraying desirable plants. For optimum results, spray weeds before they reach 5 inches in size.

**Controls:** Annual bluegrass, chickweed, corn spurry, groundsel, lamb's quarters, large crabgrass, mouse-eared chickweed, mustards, redroot pigweed, round leaved mallow, sheep sorrel, shepherd's-purse, stinkweed, thistle.

**Use Sites:** Patios, driveways, sidewalks, roofs and in planting beds prior to planting grass, flowers and vegetables.

### STORAGE AND DISPOSAL

Do not contaminate water, food or feed by storage or disposal.

**STORAGE:** Store unused material, tighly closed, in original container only, away from open flame. Do not store at temperatures below 39°F.

**PESTICIDE AND CONTAINER DISPOSAL:** Securely wrap original container in several layers of newspaper and discard in trash.

Buyer assumes all responsibility for safety and use not in accordance with directions.

Exhibit H

...tronic distribution. Always refer to produ... ...el on container for specific directions for use.

# HERBICIDAL SOAP

### KILLS MOSS, ALGAE & WEEDS

#### ELIMINA LOS MUSGOS, ALGAS Y MALAS HIERBAS

- Won't Stain Bricks, Concrete or Asphalt
- Kills Within Hours
- *No Deja Manchas en Ladrillos, Concreto o Asfalto*
- *El Efecto es en Horas*

### Makes 6 Gallons of Finished Spray
*Prepare 6 Galones del Producto Final*



Active Ingredient:
Ammoniated soap of fatty acids ................................................. 22%
Other Ingredients: ....................................................................... 78%
Total: ................................. 100%

EPA Reg. No. 67702-8-54705      EPA Est. No. 48498-CA-1
U.S. Patent Number 5,919,733

Manufactured under a license of W. Neudorff GmbH KG, Germany
Made with Finalsan™ herbicidal soap, a trademark of W. Neudorff
GmbH KG, Germany.



NET CONTENTS: 1 GAL 2 FL OZ/130 FL OZ/3.84 L
CONTENIDO NETO: 1 GALÓN 2 ONZAS LIQUIDAS / 130 OZ FL

Distributed by/Distribuido por:
**LAWN AND GARDEN PRODUCTS, INC.**
P. O. Box 35000 • Fresno, CA 93745 • (559) 499-2100
www.montereylawngarden.com

## KEEP OUT OF REACH OF CHILDREN
# WARNING

| FIRST AID |
|---|
| **If In Eyes:** Hold eye open and rinse slowly and gently with water for 15-20 minutes. Remove contact lenses, if present, after the first 5 minutes, then continue rinsing eye. Call a poison control center or doctor for treatment advice. |
| **If On Skin or Clothing:** Take off contaminated clothing. Rinse skin immediately with plenty of water for 15-20 minutes. Call a poison control center or doctor for treatment advice. |
| **If Swallowed:** Call a poison control center or doctor immediately for treatment advice. Have person sip a glass of water if able to swallow. Do not induce vomiting unless told to by a poison control center or doctor. Do not give anything by mouth to an unconscious person. |
| **If Inhaled:** Move person to fresh air. If person is not breathing call 911 or an ambulance, then give artificial respiration, preferably mouth-to-mouth if possible. Call a poison control center or doctor for further treatment advice. |
| Have the product container or label with you when calling a poison control center or doctor or going for treatment. |

## PRECAUTIONARY STATEMENTS
### HAZARDS TO HUMANS AND DOMESTIC ANIMALS

**WARNING:** Causes substantial but temporary eye injury. Causes skin irritation. Harmful if inhaled. Avoid breathing vapor or spray mist. Do not get in eyes, on skin or on clothing. Wear eye protection (goggles, face shield or safety glasses), long-sleeved shirt, long pants, socks, shoes and rubber gloves. After this product is diluted in accordance with label directions, eye protection, gloves and long sleeves are not required. Wash thoroughly with soap and water after handling. Remove contaminated clothing and wash before reuse.

### ENVIRONMENTAL HAZARDS

This product may be hazardous to aquatic invertebrates. Do not apply directly to water. Do not contaminate water when disposing of equipment washwaters or rinsate,

## DIRECTIONS FOR USE

It is a violation of Federal Law to use this product in a manner inconsistent with its labeling.

HERBICIDAL SOAP is a fast-acting weed, algae and moss killer. It does not stain concrete, pavement, stucco or wood. HERBICIDAL SOAP is a non-selective herbicide that controls many common annual weeds. HERBICIDAL SOAP suppresses the growth of some bi-annual and perennial weeds. It can be used in cultivated areas prior to planting grass, flowers and vegetables. Areas can be re-sown five days after treatment. It can also be used on weeds, algae or moss growing on or around buildings, sidewalks, fences, trees, bark mulch, driveways, patios and gravel. HERBICIDAL SOAP can be used at any time during the year. Best results are obtained with young, actively growing weeds, less than five inches in size.

### APPLICATION DIRECTIONS:

Shake well before using.

Mix 26 oz. of HERBICIDAL SOAP in 1 gallon of water and spray weeds until runoff. Apply the mixed solution at 2.5 - 7.5 gallons/1,000 sq. ft. (3-9 fl. oz./sq. yd.). Any standard hand-held or backpack sprayer can be used. Spray weed thoroughly, using a coarse nozzle setting to reduce drift. Thorough coverage is extremely important. For spot treatment of individual weeds, apply the mixed solution to the center of plant to the point of runoff. Plant damage will be visible from a few hours to 2 days after spraying. Repeat treatments every 2 to 3 weeks to control new weeds growing from seed and re-growth from bi-annual and perennial weeds. Avoid spraying desirable plants.

HERBICIDAL SOAP can be used at any time during the year. The best results are obtained with young, actively growing weeds, less than 5 inches high. HERBICIDAL SOAP works best during warm and dry conditions. Application during cold weather may delay appearance of plant damage. If rain falls within 3 hours of treatment, an additional spray may be required.

### USE SITES:

Use on weeds within vegetable and flower gardens, landscaped areas, and lawns. Also use on weeds in the vicinity of small fruits and fruit trees.

Around and on buildings, sidewalks, fences, bark mulch, driveways, patios and gravel.

### PESTS:

Weeds controlled or suppressed by HERBICIDAL SOAP include the following:

| | |
|---|---|
| Chickweed | Plantain |
| Corn spurry | Redroot pigweed |
| Groundsel | Round leaved mallow |
| Lamb's-quarters | Sheep sorrel |
| Mouse-eared chickweed | Shepherd's-purse |
| Mustards | Stinkweed |

US006323156B1

(12) **United States Patent**
Smiley

(10) Patent No.:     **US 6,323,156 B1**
(45) Date of Patent:          Nov. 27, 2001

(54) **METHOD OF USING AMMONIUM FATTY ACID SALTS AS NON-SELECTIVE HERBICIDES**

(75) Inventor: **Robert A. Smiley**, Wilmington, DE (US)

(73) Assignee: **Falcon Lab LLC**, Wilmington, DE (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/560,664**

(22) Filed: **Apr. 27, 2000**

(51) Int. Cl.7 ........................................... A01N 37/00
(52) U.S. Cl. ................................................ 504/320
(58) Field of Search ................................... 504/320

(56)                  **References Cited**

U.S. PATENT DOCUMENTS

5,919,733 * 7/1999 Sedun et al. ..................... 504/320

* cited by examiner

Primary Examiner—Alton Pryor
(74) Attorney, Agent, or Firm—Locke Liddell & Sapp LLP

(57)                  **ABSTRACT**

A method for controlling undesired vegetation that comprises contacting the vegetation with a herbicidally effective amount of a composition containing the compound of the formula $R_1COO^- X^+$ wherein $R_1$ is a $C_6$ to $C_{19}$ hydrocarbyl group optionally substituted with one or more hydroxyl or $C_1$–$C_5$ hydrocarbyl groups, and X is ammonium.

**20 Claims, No Drawings**

US 6,323,156 B1

**5**

COMPARATIVE

EXAMPLE 10

The same variety of weeds set forth in Example 7 were treated with a 10% solution of potassium pelargonate made by neutralizing 80 gm. Pelargonic acid in 200 ml. water with 50% aqueous potassium hydroxide to a pH of 7 as indicated by pH paper followed by dilution with water to 1 liter of solution. None of the weeds were affected by the potassium pelargonate solution even after a week. Thus, ammonium pelargonate has herbicidal properties while the potassium salts has none.

What is claimed is:

1. A method for the prevention or elimination of undesired vegetation which comprises applying to the vegetation a herbicidally effective amount of an aqueous solution which contains, as the active ingredient, a salt represented by the formula:

$$R_1COO^-X^+ \qquad (I)$$

wherein $R_1$ is a $C_6$ to $C_{19}$ hydrocarbyl group, optionally substituted with a hydroxyl or a $C_1$–$C_5$ hydrocarbyl group; and

X is ammonium;

wherein no more than 0.5 wt. % of the active ingredient is free fatty acid.

2. The method of claim 1, wherein the composition contains two or more compounds of formula $R_1COO^-X^+$.

3. The method of claim 1, wherein $R_1$ is a $C_7$ to $C_{11}$ hydrocarbyl group.

4. The method of claim 3, wherein the compound of formula (I) is ammonium pelargonate.

5. The method of claim 1, wherein the composition contains two or more salts represented by formula (I) wherein $R_1$ is selected from $C_8$, $C_9$, and $C_{10}$ hydrocarbyl groups.

6. The method of claim 5, wherein one of the salts is ammonium pelargonate.

7. The method of claim 1, wherein the composition further comprises a diluent.

8. The method of claim 7, wherein the diluent is water and the compound of formula (I) is ammonium pelargonate.

9. The method of claim 1, wherein the vegetation is quack grass, buttercup, common cinquefoil, multi flora rose, common yellow woodsorrel, prostrate spurge, poison ivy, poison hemlock, common speedwell, broadleaf plantain, Japanese honeysuckle, dandelion, wild violet, Bermuda grass,

**6**

nutsedge, wild garlic, knotweed, red sorrel, lambs quarters, pokeweed, carpetweed, crabgrass, buckhorn plantain, nimblewill or common chickweed.

10. A method for the prevention or elimination of undesired vegetation which comprises applying to the vegetation a herbicidally effective amount of an aqueous solution which contains, as the active ingredient, a salt represented by the formula:

$$R_1COO^-X^+ \qquad (I)$$

wherein $R_1$ is a $C_6$ to $C_{19}$ hydrocarbyl group, optionally substituted with a hydroxyl or a $C_1$–$C_5$ hydrocarbyl group; and

X is ammonium;

wherein no more than 0.1 wt. % of the active ingredient is free fatty acid.

11. The method of claim 10, wherein the composition contains two or more salts of the formula $R_1COO^-X^+$.

12. The method of claim 10, wherein $R_1$ is a $C_7$ to $C_{11}$ hydrocarbyl group.

13. The method of claim 12, wherein the salt of formula (I) is ammonium pelargonate.

14. The method of claim 10, wherein the composition contains two or more salts represented by formula (I) wherein $R_1$ is selected from $C_8$, $C_9$, and $C_{10}$ hydrocarbyl groups.

15. The method of claim 14, wherein one of the salts is ammonium pelargonate.

16. The method of claim 10, wherein the composition further comprises a diluent.

17. The method of claim 16, wherein the diluent is water and the compound of formula (I) is ammonium pelargonate.

18. The method of claim 10, wherein the vegetation is quack grass, buttercup, common cinquefoil, multi flora rose, common yellow woodsorrel, prostrate spurge, poison ivy, poison hemlock, common speedwell, broadleaf plantain, Japanese honeysuckle, dandelion, wild violet, Bermuda grass, nutsedge, wild garlic, knotweed, red sorrel, lambs quarters, pokeweed, carpetweed, crabgrass, buckhorn plantain, nimblewill or common chickweed.

19. The method of claim 1, wherein the composition contains from about 5 to about 10 percent by weight of the compound of formula (I).

20. The method of claim 1, wherein the composition contains from about 10 to about 15 percent by weight of the compound of formula (I).

\* \* \* \* \*

11/15/2007  08:55     037595548          WALTER    .AREK                                    PAGE  02



UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
WASHINGTON, D.C.  20460

OFFICE OF
PREVENTION, PESTICIDES AND
TOXIC SUBSTANCES

## NOTIFICATION

JUL 2 0 2007

JUL 2 0 2007

Walter G. Talarek PC
Authorized Agent for W. Neudorff GmbH KG
1008 Riva Ridge Road
Great Falls, VA  22066-1620

SUBJECT:     Applications for Pesticide Notification – Delete U.S. Patent Numbers
             H01 RTU Herbicidal Soap              EPA Reg. No. 67702-7
             H01 Concentrate Herbicidal Soap      EPA Reg. No. 67702-8
             Applications Dated June 25, 2007

Dear Mr. Talarek:

The Agency is in receipt of your Applications for Pesticide Notification under Pesticide
Registration Notice (PRN) 98-10 for the above products. The Registration Division (RD) has
conducted a preliminary screen of these requests for their applicability under PRN 98-10 and
finds that the actions requested fall within the scope of PRN 98-10. The labels submitted with
the applications have been stamped "Notification" and will be placed in our records.

In the future, you may want to change the Warranty Statements, i.e., add the phrase "To
the extent consistent with applicable law" per EPA guidance regarding acceptable Warranty
Statements.

If you have any questions, please me directly at 703-305-6249 or Terri Stowe of my staff
at 703-305-6117.

Sincerely,

Linda Arrington
Notifications & Minor Formulations Team Leader
Registration Division (7505P)
Office of Pesticide Programs



American Association of Pesticide Safety Educators

October 20, 1999

Marcia E Mulkey
7501 C
USEPA Headquarters
401 M Street, S.W.
Washington, DC 20460

Dear Ms.Mulkey:

Under the exemption authority of section 25(b) of FIFRA. the Environmental Protection Agency
issued a final rule in the *Federal Register* of March 6, 1996 (61 FR 9976), exempting certain
minimum risk pesticides from regulation.  As such, Section 25(b) pesticide labels are now in the
marketplace.

The American Association of Pesticide Safety Educators (AAPSE) requests the Environmental
Protection Agency modify the above mentioned final rule (61 FR 9976) and existing draft pesticide
registration notice on Section 25(b) pesticide labels and establish a minimal approval process before
such labels are available in the marketplace.

The establishment and usage of Section 25(b) pesticide labels has initiated issues of concern in three
areas: 1) state lead agency activities in pesticide registration, compliance and enforcement, 2)
consumer exposure to Section 25(b) pesticides, consumer perceptions and recognition of such
pesticides and 3) Cooperative Extension educational programs for certified applicators and
consumers.

State lead agencies and their pesticide registration functions are severely at risk under current Section
25(b) regulatory guidance.  A FIFRA pesticide label must be registered with the state lead agency
before sale and use in each state.  According to a 1996 APPCO survey, most states require all
pesticides, including Section 25(b) labels, to be registered by the state.  Some state laws require each
pesticide label to bear an EPA registration number and a signal word; those that do not bear the
registration number or signal word are considered misbranded in those states and therefore, illegal.

Without EPA registration numbers, no means of identification unique to each product label is available
to these agencies.  While state lead agencies may assign an internal identification number to such
products, that does not allow state agencies to compare records with other states or the EPA on

products which have no mutually agreed upon registration number.

Occasionally, pesticide products formulated in a specific lot must be recalled by the manufacturer and removed from market shelves. The additional absence of EPA establishment numbers prevents university researchers and commercial businesses from determining the formulation source when this issue is brought to their attention. There is no means of tracking the distribution of the product in marketing channels if EPA or a state lead agency determines that a Section 25(b) label is to be removed from the market.

A second serious concern is the impact of Section 25(b) labels upon the consumer. Labels are on the market with illegal ingredient statements, little or no guidelines for the use of personal protective equipment, and no assurance that the product has had a cursory review before entering the marketplace. No pesticide label signal word is present to guide users on toxicity, protective clothing and equipment. False and misleading statements now occur on pesticide labels that confuse consumers. Labels providing the impression that the product is non-toxic are a grave concern as by default they encourage unnecessary human and environmental exposure.

According to CFR guidance, in order to be exempted from FIFRA a pesticide product must not include any false or misleading labeling statements. See Appendix A concerning labeling guidance as per 40CFR 156.10(a)(5)(i)-(viii).

There are Section 25(b) labels in the marketplace that do mislead consumers and provide false statements. See Appendices B and C for excerpts from two Section 25(b) labels. The labels cannot be specifically identified for your reference because neither has an EPA registration number. Examples of misleading and/or false statements are:

1.  Concern Weed Prevention Plus manufactured by Necessary Organics, Inc.

    This label provides conflicting health statements. It makes reference that the product is "safe" and exempted from "herbicide regulations." In contrast, another reference on the same label states "possible allergic reaction to inhalation of dust." No PPE is recommended or required. No reference is made to the possible use of respirators or dust masks. According to a draft Pesticide Registration Notice on Section 25(b) labels, "This kind of statement leads the consumer to believe that the Federal Government has made such a determination for a particular product..." and would be considered as misleading.

2.  Concern Weed Prevention Plus manufactured by Necessary Organics, Inc.

    A fundamental rationale in the use of pesticides is to always follow the application rate on the label and never apply more than the labeled rate. This label undermines this principle by encouraging the applicator to "use twice the recommended rate for better control."

3.  Tree Tanglefoot Pest Barrier manufactured by The Tanglefoot Company

This Section 25 (b) label states "E.P.A. Est. 1621-MI-1" and provides the strong impression that this is a valid EPA establishment number. No EPA registration number is on the label. The apparent counterfeit number is similar to the EPA establishment number on another FIFRA pesticide product by the same company (Tanglefoot Bird Repellent, EPA Reg. No. 1621-17, EPA Est. No. 1621-MI-1). The placement of a fictional establishment number implies the Environmental Protection Agency has reviewed the Section 25(b) label.

Allowable active ingredients for Section 25(b) labels may be of a toxicological concern for consumers. Eugenol is an example. It is one of the active ingredients in EcoPRO D Dust Insecticide produced by EcoSmart Technologies, Inc. of Roswell, GA. See Appendix D for additional information. A material data safety sheet on eugenol available on the Internet at http://MSDS.PDC.CORNELL.EDU/msds/siri/q246/ql88.html indicates eugenol has a $LD_{50}$ of 2.68 mg/kg and that "eugenol is irritating to eyes. Repeated contact may cause allergic dermatitis." Such statements from a MSDS raises questions about its inclusion in the approved EPA active ingredient list for Section 25(b) pesticides.

The advent of Section 25(b) labels encourages illegal business practices. Because these labels have no minimum advance approval, a manufacturer may formulate and begin sale of a pesticide product without EPA oversight. Hence, pesticide labels can be in the marketplace formulated with illegal active and/or inert ingredients and the consumer is at risk. According to draft Pesticide Registration Notice on Section 25(b) labels, active ingredients must be listed by name and percentage by weight. An example of an illegal ingredient statement is below:

Tree Tanglefoot Pest Barrier manufactured by The Tanglefoot Company

The ingredient statement reads "Ingredients: Castor oil, Natural Gum Resins, Vegetable Wax."

In the above example, no distinction is made between active or inert ingredients. No active ingredient concentration is provided. Neither natural gum resins or vegetable wax are included in the allowed EPA active or inert ingredient lists for Section 25(b) pesticides.

Other flawed Section 25(b) labels exist. For your reference, several examples of these labels were provided to Sheryl Reilly, EPA by Ed White, Indiana State Chemist and EPA Region 5 representative to SFIREG.

Cooperative Extension and land grant universities began pesticide applicator training in 1976. Since that time, certain fundamental principles relative to pesticide labels have been incorporated into these educational programs. For example, a pesticide label must be approved in advance by the EPA before sale in the marketplace. The product review and subsequent approval is indicated by the presence of the EPA registration number on the label.

In addition, an EPA establishment number has identified (in code) the formulator of the product. Both certified applicators and consumers appreciate the presence of these two numbers and have realized a

level of confidence that products must be approved before sale. Existing guidance for Section 25(b) labels provide no assurance to Cooperative Extension, certified applicators, consumers or state lead agencies that minimum standards have been met before the product is on the market.

Section 25(b) labels rarely have personal protective equipment statements. To our knowledge, none have a pesticide signal word such as caution. Cooperative Extension educational programs promote the importance of effective pest management and safe pesticide handling practices, both for the user and the environment. The Section 25(b) labels hinder fundamental recognition of these principles associated with pesticide usage and impede efforts to educate the consumer on how to read and understand labels or use these products safely and effectively.

Because Section 25(b) pesticide products are allowed onto the market without an advance minimal approval, the potential for liability as incurred by the Environmental Protection Agency is heightened. As in the examples presented above, consumers can easily be misled by the label and wooed into a false sense of security because of incomplete active ingredient statements, the lack of a "caution" signal word, and no recommendations (or requirements) for personal protective equipment. Consumer health is at risk. A minimal EPA approval of the label, would assure no illegal active or inert ingredients enter the marketplace and jeopardize consumers.

We hereby request the Environmental Protection Agency modify final rule (61 FR 9976) and the draft Section 25(b) Pesticide Registration (PR) notice by establishing the following minimum standards:

1. The assignment of a recognizable EPA Registration Number (for example, EPA Reg. No. 25B
   - XXX-XXXX-XX) on all Section 25(b) pesticide labels *before* distribution and sale of the product in the marketplace.

2. The issuance of a Section 25(b) EPA Registration Number shall be based on minimum established criteria:
   a. That the active and inert ingredients in a given product are determined to be allowed as per 40 CFR 152.25(g)(1) and (3)
   b. The label contain an ingredient statement listing active ingredient(s) by common chemical name and percent by weight plus the concentration of the inert ingredients
   c. No false or misleading statements are present on the label
   d. The label contain an appropriate signal word, such as "caution"
   e. The label include a statement of required minimum personal protective equipment
   f. A statement appears on the label that indicates the product has not been subject to full testing by the Environmental Protection Agency or the Food and Drug Administration.
3. The use of an EPA establishment number is strongly encouraged on Section 25(b) labels.

State regulators, consumers, applicators and the Environmental Protection Agency would benefit greatly from tighter Section 25(b) label requirements. With only the above minimal review of a Section 25(b) pesticide label and the assignment of an EPA registration number in advance of product

sale and usage, the EPA would:

- allow state lead agencies to be in compliance with their respective pesticide registration requirements
- allow specific identification of individual Section 25(b) labels to aid states' registration processes
- assure active and inert ingredients are correctly listed in ingredient statements for proper identification by regulators, consumers and applicators
- prevent illegal pesticide active or inert ingredients from entering the marketplace
- reduce its own liability by strengthening regulatory guidance to states and by taking necessary steps to protect consumers
- reduce unnecessary pesticide exposure to consumers through personal protective equipment requirements and the placement of the "caution" signal word on labels,
- eliminate false and misleading statements that confuse consumers
- allow ease of tracing a label in the marketplace during product recalls
- support long-established Cooperative Extension educational principles that the presence of EPA registration and establishment numbers are indicators of quality and health protection assurance
- support Cooperative Extension in its educational programs to promote the use of approved pesticide labels, to use PPE during pesticide applications, to use specific application rates according to the label and to accurately portray product "claims."

We request this action by EPA to correct the deficiencies in the Section 25(b) pesticide label regulatory criteria. The American Association of Pesticide Safety Educators submits this request with the support of the Association of American Pesticide Control Officials. Both organizations recognize the need for tighter criteria on Section 25(b) pesticide labels.

Sincerely,

Amy E. Brown Ph.D.
Chair, Issues and Evaluation Committee and
President Elect
University of Maryland
Department of Entomology
Plant Sciences Building
College Park, MD 20742

0. Norman Nesheim, Ph.D.
President

University of Florida
Building 847, Box 110710
Gainesville, FL 32611

cc       Stephen L Johnson, EPA
         Susan Wayland, EPA
         Phyllis Flaherty, EPA
         Kevin Keaney, EPA
         Ned Zuelsdorff, AAPCO
         Toby Jones, SFIREG
         Phil Gray, AAPCO / SFIREG
         AAPSE ListServ

Appendix A

According to 40 CFR 156.10(a)(5)(i)-(viii) Labeling Statements:

(5) False or misleading statements.  Pursuant to section 2(q)(1)(A) of the Act, a pesticide or a device declared subject to the Act pursuant to 153.240, is misbranded if its labeling is false or misleading in any particular including both pesticidal and non- pesticidal claims.  Examples of statements or representations in the labeling which constitute misbranding include:

(i)   A false or misleading statement concerning the composition of the product;

(ii) A false or misleading statement concerning the effectiveness of the product as a
        pesticide or device;

(iii) A false or misleading statement about the value of the product for purposes other
        than as a pesticide or device;

(iv) A false or misleading comparison with other pesticides or devices;

(v) Any statement directly or indirectly implying that the pesticide or device is
        recommended or endorsed by any agency of the Federal Government:

(vi) The name of a pesticide which contains two or more principal active ingredients if
        the name suggests one or more, but not all such principal active ingredients, even though the
        names of the other ingredients are stated elsewhere in the labeling;

(vii) A true statement used in such a way as to give a false or misleading impression to
        the purchaser;

(viii) Label disclaimers which negate or detract from labeling statements required under conditions
        of exemption:

Appendix B

Excerpts from Concern Weed Prevention Plus Section 25(b) label

"Corn gluten meal 100%"

"Hazards to Humans & Domestic Animals Caution: Possible allergic reaction to inhalation of dust in affected individuals"

"So Safe the U.S. Environmental Protection Agency Exempted it from Herbicide Regulations"

"Application Rate: Apply 5 lbs per 250 sq. ft. (25' x 10') to turf or garden soil.  If you choose, you can use twice the recommended rate for even better control with no fear of burning your plants"

Container weight - 5 pounds

Manufacturer:
Necessary Organics, Inc.
One Natures' Way
New Castle, VA 24127-0305
concern@swva.net
www.concerngarden.com

Appendix C

Excerpts from Tree Tanglefoot Pest Barrier label

"Sticky Barrier Protects Trees
Gypsy Moths - Ants - Cankerworms - Other Crawling Insects"

"Ingredients: Castor oil, Natural Gum Resins, Vegetable Wax"

"E.P.A. Est. 1621-MI-I 1/96"

Manufacturer:
The Tanglefoot Company
Grand Rapids, MI 49504

Appendix D

Excerpts from EcoPRO D Dust Insecticide label

> "Active Ingredient: Hexa-Hydroxyl'
> from Plant Essential Oils:
>     Eugenol            7.0%
>     2-Phenethyl Proplonate         2.5%
>     Other Ingredients        90.5%"

> "Other Ingredients: Vermiculite, Calcium Carbonate, Sodium Bicarbonate,
>     Hi-Sil 233, Fragrance"

> "Quick Knockdown"
> "Residual Protection"
> "Non-staining & Non-Corrosive"
> "EPA 25(b)(2) Exempt Product"

Manufacturer:
        EcoSmart Technologies, Inc.
        555 Sun Valley Drive, Ste F-3
        Roswell, GA 30076

_____ Moss/Algae RTU (RTU #2)
_____ Distilled water 98.0% by wt. Potassium perlargonate
2.0% by wt. (90% saponified) _____

This exemplary RTU formulation can be prepared by dissolving potassium hydroxide in water and then adding pelargonic acid while stirring until the acid has completely reacted with the base to form a clear solution.

An exemplary concentrated formulation that is effective against mosses and algae is as follows.

_____ Moss/Algae Concentrate
_____ Propylene Glycol 50.0% by wt. Potassium
Perlargonate 50.0% by wt. (90% saponified) _____

This concentrated formulation can be prepared by first mixing the propylene glycol and potassium hydroxide. Pelargonic acid is then added while stirring. The acid is allowed to completely react with the base, forming a clear solution.

The compositions of the present invention are useful in that they can be made from only naturally occurring ingredients, e.g., fatty acid, ammonium hydroxide, and water. As a result, these formulations can be readily broken down in the soil without risk of any environmental damage.

The following examples further describe the invention.

EXAMPLE 1

This test compared concrete staining and grass phytotoxicity of a range of ammonium soap compositions with fatty acid emulsions. Every formulation contained 1% propanol and 1% of Aerosol A-196 (Cyanamid) emulsifier. The formulations were sprayed onto concrete and turf at a rate of 1.0 L/m.sup.2. Commercially available fatty acid/salt based herbicides (TopGun (Safer, Ltd.), SpeedWeed (Pan Britannica Industries, Ltd.) and DeMoss (Safer, Ltd.)) were used as per their label recommendations. Every solution was sprayed onto 3 areas of grass and 2 areas of concrete. After drying overnight on concrete, the stains were washed with a garden hose and subjected to 5 days of natural rain before the "After Wash" concrete staining evaluation. The recorded rainfall on each of the five days between spraying and final evaluation was 2.2, 0.8, 2.6, 2.0, and 13.0 mm, respectively.

In each evaluation, a "0" to "9" rating scale was used to evaluate concrete staining, with "0" indicating no visible residue and "9" indicating severe white residue. Similarly, a "0" to "9" rating scale was used to evaluate plant phytotoxicity, with "0" indicating no plant damage and "9" indicating all of the sprayed plant surfaces were killed. The results are illustrated in Table 3.

TABLE 3 _____ Concrete Staining Grass Ammonium soap composition (0 to 9) Phytotoxicity (soap:acid) Initial After Wash (0 to 9) _____ C8NH.sub.4 soap (1.12%:0.00%) 0 0 3.5 C8NH.sub.4 soap (0.56%:0.50%) 0 0 7.0 C8K soap (1.26%:0.00%) 0 0 1.8 C8K soap (0.63%:0.50%) 0 0 7.4 C8 acid (0.00%:1.00%) 0 0 8.9 C9NH.sub.4 soap (1.11%:0.00%) 0 0 3.8 C9NH.sub.4 soap (0.55%:0.50%) 0 0 7.3 C9K soap (1.24%:0.00%) 3 0 1.4 C9K soap (0.62%:0.50%) 5 0 8.5 C9 acid (0.00%:1.00%) 3 0 9.0 C10NH.sub.4 soap (1.10%:0.00%) 2 0 5.3 C10NH.sub.4 soap (0.55%:0.50%) 3 0 7.2 C10 acid (0.00%:1.00%) 7 0 8.7 C10 K soap (1.22%:0.00%) 3 0 1.1 C10 K soap (0.61%:0.50%) 8 0 8.5 C11:1NH.sub.4 soap (1.09%:0.00%) 3 0 7.8 C11:1NH.sub.4 soap (0.54%:0.50%) 3 0 8.7 C11:1 K soap (1.21%:0.00%) 4 0 1.8 C11:1 K soap (0.60%:0.50%) 8 0 8.5 C11:1 acid (0.00%:1.00%) 2 0 8.9 C12NH.sub.4 soap (1.09%:0.00%) 8 3 0.8 C12NH.sub.4 soap (0.54%:0.50%) 9 4 0.8 C12 K soap (1.21%:0.00%) 4 0 1.8 C12 K soap (0.60%:0.50%) 8 0 8.5 C12 acid (0.00%:1.00%) 9 6 0.8 Coconut NH.sub.4 soap (1.09%:0.00%) 4 3 1.3 Coconut NH.sub.4 soap



( 1 of 1 )

| | |
|---|---|
| **United States Patent** | **5,919,733** |
| **Sedun , et al.** | **July 6, 1999** |

## Non-staining herbicidal soap

### Abstract

An effective, environmentally compatible herbicidal composition utilizes under saponified ammonium soaps of fatty acids having from 6 to 11 carbon atoms. Potassium and sodium soap compositions, at 90 to 100% saponification, are effective to kill mosses, lichen, liverworts and algae, without damage to higher plants. The compositions are herbicidally effective and do not stain substrates, such as patios, walks, stairs, walls and the like, to which it is applied.

Inventors: **Sedun; Frederick S.** (Saanichton, CA), **Wilson; Cameron D.** (Victoria, CA)
Assignee: **W. Neudorff GmbH KG (DE)**
Appl. No.: **08/833,374**
Filed: **April 4, 1997**

Current U.S. Class: **504/320**
Current International Class: A01N 37/02 (20060101); A01N 37/06 (20060101); A01N 037/00 ()
Field of Search: 504/320

### References Cited [Referenced By]

### U.S. Patent Documents

| | | |
|---|---|---|
| 4774234 | September 1988 | Puritch et al. |
| 4975110 | December 1990 | Puritch et al. |
| 5035741 | July 1991 | Puritch et al. |
| 5093124 | March 1992 | Kulenkamphff |
| 5098467 | March 1992 | Puritch et al. |
| 5098468 | March 1992 | Puritch et al. |

United States Patent: 5919733                    http://patft.uspto.gov/netacgi/nph-Parser?Sect1=PTO1&Sect2=HIT...

5106410                    April 1992                    Puritch et al.

**Foreign Patent Documents**

2247621                    Sep., 1990                    GB

**Other References**

Shepard, H.H, The Chemistry and Toxicology of Insecticides, Burgess Publication Co.,
Minneapolis (1947), pp. 227-230. .
Savage et al., (CA 125:295228, WO 9628022). .
Savage et al., CA 122:74589, US Patent 5366995. .
Savage et al., CA 118:54335, WO 9219104. .

*Primary Examiner:* Dees; Jose' G.
*Assistant Examiner:* Qazi; Sabiha N.
*Attorney, Agent or Firm:* Nutter, McClennen & Fish, LLP

*Claims*

What is claimed is:

1. A herbicidal composition, consisting essentially of:

a herbicidally effective amount of an active ingredient selected from the group consisting of under
saponified ammonium soaps of sorbic acid, caprylic acid, pelargonic acid, capric acid, undecylenic acid
and mixtures thereof, wherein the active ingredient has a soap to free fatty acid ratio in the range of
about 3:4 to 2:1,

the composition being herbicidally effective on a range of algae, liverworts, mosses and higher plants
and exhibiting no residual staining of substrates to which it is applied.

2. The composition of claim 1 further comprising an emulsifier present at 0.1 to 5.0 percent by weight of
the composition.

3. The composition of claim 2 further comprising an anti-foaming agent present at a concentration range
of 0.1 to 1.0 percent by weight of the composition.

4. The composition of claim 3 further comprising a gum component present at 0.1 to 1.0 percent by
weight of the composition.

5. The composition of claim 4 further comprising a solvent present at a concentration of 0.1 to 5.0
percent by weighting of the composition.

6. The composition of claim 1 wherein a ready-to-use formulation contains in the range of about 1.0 to
10.0 percent by weight of the under saponified soap.

7. The composition of claim 1 wherein the active ingredient is an ammonium soap of pelargonic acid
having, in a ready-to-use formulation, approximately 1.25 to 2.50 percent by weight of a saponified
active ingredient and approximately 0.625 to 3.33 percent by weight of a free fatty acid active ingredient.

8. A herbicidally active composition, consisting essentially of:

an active ingredient selected from the group consisting of under saponified ammonium soaps of sorbic acid, caprylic acid, pelargonic acid, capric acid, undecylenic acid and mixtures thereof, wherein the active ingredient has a soap to free fatty acid ratio in the range of about 3:4 to 2:1;

an emulsifier;

a gum component;

an antifoaming agent,

the composition being herbicidally effective on a range of algae, liverworts, mosses and higher plants and exhibiting no residual staining of substrates to which it is applied.

9. The composition of claim 5 wherein the active ingredient contains in a ready-to-use formulation, about 1.5 to 2.25 percent by weight of a saponified component and about 0.75 to 3.0 percent by weight of a free fatty acid.

10. A herbicidal composition, consisting essentially of

an emulsifier present at 0.1 to 5.0 percent by weight of the composition;

a gum component present at 0.1 to 1.0 percent by weight of the composition;

an antifoamning agent present at 0.1 to 1.0 percent by weight of the composition;

an emulsifier present at 0.1 to 5.0 percent by weight of the composition; and

a herbicidally effective amount of an under saponified active ingredient selected from the group consisting of ammonium sorbate, ammonium caprylate, ammonium pelargonate, ammonium caprate, ammonium undecylenate and mixtures thereof, wherein the active ingredient contains in the range of about 1.0 to 10.0 percent by weight of a saponified component and about 0.5 to 7.0 percent by weight of a free fatty acid, the composition exhibiting no residual staining of substrates to which it is applied.

## *Description*

## CROSS REFERENCE TO RELATED APPLICATIONS

Not applicable.

## STATEMENT REGARDING FEDERALLY SPONSORED RESEARCH

Not applicable.

## BACKGROUND OF THE INVENTION

The invention relates to herbicidally effective compositions, and particularly to those that include naturally occurring active ingredients.

Many herbicides are known and used in agricultural, commercial and household applications to control and/or eliminate a variety of unwanted weeds and other plants. Historically, the most effective and widely used herbicides are petrochemical-based products. Although effective herbicides, these

compounds have come under close scrutiny because some can be harmful to humans and other animals.

Herbicides and other pesticides have more recently been formulated from naturally occurring active ingredients such as fatty acids or fatty acid salts. Some herbicides use fatty acids and fatty acid salts as co-active ingredients with other compounds. Examples of such compositions are disclosed in British Patent No. 2,247,621 and U.S. Pat. Nos. 4,774,234; 4,975,110; 5,035,741; and 5,106,410.

Herbicides are commonly applied to driveways, sidewalks, patios, walls, and similar structures to eliminate any weeds or mosses growing in joints or cracks in such structures. Certain known fatty acid and fatty acid salt herbicides can leave behind an unsightly white residue when applied to these substrates. Such known herbicides, although chemically effective, have been a major source of customer complaint because they leave behind an aesthetically unpleasing residue.

There is thus a need for herbicidal compositions that are effective to control weeds, without leaving behind unsightly residue on substrates to which the compositions are applied.

SUMMARY OF THE INVENTION

The invention provides a herbicidally effective composition that utilizes naturally occurring active ingredients. The active ingredients comprise, in a herbicidally effective amount, under saponified soaps of fatty acids such as sorbic acid, caprylic acid, pelargonic acid, capric acid, undecylenic acid and mixtures thereof. The ratio of soap to free acid in the active ingredient is in the range of 3:4 to 9:1. Preferably, the active ingredients are ammonium, sodium or potassium soaps of the desired acids.

The composition, in a ready-to-use formulation, includes about 1.0 to 10.0 percent by weight of the under saponified soap having a ratio of soap to free acid in the range of about 3:4 to 9:1.

The composition of the invention provides a herbicide that is effective against a broad range of algae, liverworts, mosses and higher plants. The composition is particularly well suited for application to hard substrates, such as walks, walls, stairs, patios, and the like, upon which unwanted weeds are actively growing. A particular advantage of the composition is that the herbicidally effective composition is formed from under saponified soaps of fatty acids, and it does not leave behind any permanent residue on the substrates to which it is applied. This provides an important advantage because many naturally occurring herbicidal compositions are not acceptable for use on such substrates due to the chemical damage and residue they leave behind.

DETAILED DESCRIPTION OF THE INVENTION

The invention provides a herbicidal composition that, although relying on under saponified soaps of fatty acids, does not cause residual staining to substrates to which it is applied. The composition uses as an active ingredient one or a mixture of under saponified soaps. The herbicidal composition may also include additional components to enhance processability and shelf-life, such as emulsifiers, anti-foaming agents, gums and solvents. Such additional components are not believed to contribute any herbicidal activity to the composition.

The active ingredients for use as herbicides against higher plants preferably are under saponified soaps of fatty acids having from 6 to 11 carbon atoms. Preferred under saponified soaps are made from fatty acids including sorbic acid, caprylic acid, pelargonic acid, capric acid, undecylenic acid and mixtures thereof. These compounds are saponified with a base such as ammonium hydroxide, potassium hydroxide, sodium hydroxide, monethanolamine, diethanolamine and triethanolamine. Preferred active ingredients are under saponified ammonium or potassium soaps of sorbic, caprylic, pelargonic, capric, undecylenic acids and mixtures thereof. The ratio of soap to free fatty acid is preferably in the range of 3:4 to 9:1.

A ready-to-use formulation for use as a herbicide for higher plants, mosses, lichens, liverworts and

algae includes under saponified fatty acid ingredients at a concentration in the range of about 1.0 to 10.0% by weight where the ratio of soap to fatty acid is in the range of about 3:4 to 9:1. A preferred composition has about 1.25 to 2.50% by weight of soap and 0.625 to 3.33% by weight free fatty acid. A preferred composition of ammonium pelargonate soap active ingredient has about 1.50 to 2.25% by weight ammonium pelargonate soap and about 0.75 to 3.0 free pelargonic acid. This composition also includes one or more anti-foaming agents, gums and a solvent. An emulsifier may be included as well.

Suitable emulsifiers, which may be present at 0 to 5 percent by weight, include Aerosols.RTM. A-196 (available from American Cyanamid) and Tween.RTM. 81 and Tween.RTM. 85 (both available from ICI). Emulsifiers can be useful to improve stability and dilution.

Antifoaming agents may be present at 0 to 1 percent by weight. Exemplary antifoaming agents include Antifoam CM Concentrate and Antifoam 8810 FG Concentrate, both of which are available from Harcos Chemical. Although this additive is not necessary, it has been found to reduce the amount of foam generated during manufacture, dilution, and spraying.

A gum component may be present at 0 to 1 percent by weight to increase the viscosity of the formulation. The gum also increases the droplet size, when the formulation is sprayed through a nozzle. Larger droplets are less likely to drift to non-target plants or to nearby people or animals. Exemplary gums include Rhodopol 23 (Rhone Poulenc), VanGel B (R. T. Vanderbilt), and Kelzan S (Merck & Co.).

The formulation may optionally include solvents at a concentration range of 0 to 5 percent by weight. Exemplary solvents include alcohols, such as isopropyl alcohol, ethanol, propanol, butanol, methanol, propylene glycol, glycerol, and tetrahydrofurfuryl alcohol, and vegetable oils, such as canola oil. The solvents are believed to be useful to increase the antifoaming activity of any anti-foaming agent. The solvent may also contribute to improved storability of the formulation.

Examples of preferred, ready-to-use (RTU) formulations are set forth below in Table 1.

TABLE 1 _____ Exemplary RTU Formulations
Concentration (% by wt.) Ingredient Form. 1 Form. 2 _____
Distilled water 94.11 94.11 Ammonium Pelargonate 3.68 3.68 (47% saponified) Antifoam 8810FG 0.125 0.125 Kelzan S 0.080 -- Isopropyl alcohol 2.000 -- Rhodopol 23 -- 0.080 Propanol -- 2.000

_____

The RTU formulations can be prepared as follows. Most of the water is poured into a container of an appropriate size, retaining approximately 5% of the total volume of water. The ammonium hydroxide (or base) is then added. Next the acid is added gradually, while stirring the formulation. Any antifoaming agent is then mixed with the remaining water and added to the main solution. The gum component can then be dispersed in any alcohol component and gradually added to the main solution while stirring vigorously. After stirring for about 15 minutes the solution can be dispensed into appropriate containers.

An exemplary concentrated formulation is illustrated in Table 2.

TABLE 2 _____ Exemplary Concentrate Ingredient % by wt.
_____ Distilled water 61.95 Ammonium Pelargonate 36.80
(47% saponified) Antifoam 8810 FG 1.25 _____

The concentrate is prepared by adding all but about 5% of the water to a container of an appropriate size, followed by the addition of the base. The acid is then added gradually added while stirring the solution. The antifoam component is then mixed with the remaining water and added to the main solution. After stirring for about 15 minutes the solution can be dispensed to appropriate containers.

An exemplary ready-to-use formulation that is effective against mosses and algae is as follows.

United States Patent: 5919733                    http://patft.uspto.gov/netacgi/nph-Parser?Sect1=PTO1&Sect2=HIT...

(0.54%:0.50%) 6 6 0.6 Coconut K soap (1.18%:0.00%) 8 7 0.5 Coconut K soap (0.59%:0.50%) 9 9 1.0 Coconut acid (0.00%:1.00%) 9 9 3.4 TopGun 2 1 8.6 SpeedWeed 9 1 6.7 DeMoss 8 8 0.7 Base Formulation 0 0 0.1 Water 0 0 0.0 _____

EXAMPLE 2

The purpose of this test was to determine which ammonium soap compositions of various fatty acids stain concrete. Each solution contained the active ingredient noted below in specified amounts, as well as 3% isopropyl alcohol. The solutions were sprayed onto areas of an exposed concrete sidewalk at a rate of 0.5 L/m.sup.2. After drying, the formulations were washed with a garden hose and evaluated. A final evaluation was made 3 weeks after spraying. The data are illustrated below in Table 4.

TABLE 4 _____ Concrete Staining Ammonium Soap Composition (0 to 9) (soap:acid) Initial After Wash 3 Weeks _____ C8NH.sub.4 soap (3.35%:0.00%) 0 0 0 C8NH.sub.4 soap (2.68%:0.60%) 0 0 0 C8NH.sub.4 soap (2.01%:1.20%) 0 0 0 C8NH.sub.4 soap (1.34%:1.80%) 0 0 0 C8 K soap (3.78%:0.00%) 0 0 0 C8 K soap (3.02%:0.60%) 0 0 0 C8 K soap (2.26%:1.20%) 3 0 0 C8 K soap (1.51%:1.80%) 4 0 0 C9NH.sub.4 soap (3.32%:0.00%) 0 0 0 C9NH.sub.4 soap (2.65%:0.60%) 0 0 0 C9NH.sub.4 soap (1.99%:1.20%) 0 0 0 C9NH.sub.4 soap (1.33%:1.80%) 0 0 0 C9 K soap (3.72%:0.00%) 0 0 0 C9 K soap (2.98%:0.60%) 6 0 0 C9 K soap (2.23%:1.20%) 7 4 0 C9 K soap (1.49%:1.80%) 9 4 0 C10NH.sub.4 soap (3.30%:0.00%) 0 0 0 C10NH.sub.4 soap (2.64%:0.60%) 0 0 0 C10NH.sub.4 soap (1.98%:1.20%) 0 0 0 C10NH.sub.4 soap (1.32%:1.80%) 0 0 0 C10 K soap (3.66%:0.00%) 0 0 0 C10 K soap (2.93%:0.60%) 0 0 0 C10 K soap (2.20%:1.20%) 5 2 0 C10 K soap (1.47%:1.80%) 9 6 3 C11:1NH.sub.4 soap (3.26%:0.00%) 0 0 0 C11:1NH.sub.4 soap (2.61%:0.60%) 0 0 0 C11:1NH.sub.4 soap (1.95%:1.20%) 0 0 0 C11:1NH.sub.4 soap (1.30%:1.80%) 0 0 0 C11:1 K soap (3.62%:0.00%) 0 0 0 C11:1 K soap (2.89%:0.60%) 0 0 0 C11:1 K soap (2.17%:1.20%) 0 0 0 C11:1 K soap (1.45%:1.80%) 7 2 0 Coconut NH.sub.4 soap (3.24%:0.00%) 5 5 3 Coconut NH.sub.4 soap (2.59%:0.60%) 9 7 7 Coconut NH.sub.4 soap (1.94%:1.20%) 6 5 8 Coconut NH.sub.4 soap (1.30%:1.80%) 9 8 8 Coconut K soap (3.54%:0.00%) 6 3 3 Coconut K soap (2.83%:0.60%) 4 4 3 Coconut K soap (2.12%:1.20%) 9 8 8 Coconut K soap (1.41%:1.80%) 9 9 9 C9 soap RTU #2 (1.82%:1.86%) 0 0 0 DeMoss 7 6 5 Water 0 0 0

_____

EXAMPLE 3

This test was conducted to study the concrete staining and grass phytotoxicity of several ammonium C9 soap (NH.sub.4 C9) compositions. All of the test solutions contained 4% isopropyl alcohol, 5% of Aerosol A-196 (Cyanamid) emulsifier. The solutions were sprayed onto concrete at a rate of 1.0 L/m.sup.2, and allowed to dry. The treated concrete areas were evaluated the following morning. In the afternoon and evening, 28.6 mm of rain fell. The next morning another assessment was made of the treated concrete. The solutions were also sprayed onto 0.1 m.sup.2 areas of established turf at a rate of 0.5 L/m.sup.2. Turf phytotoxicity ratings were made 9 days after spraying. The data are illustrated below in Table 5.

TABLE 5 _____ Concrete Staining C9 Ammonium (0 to 9) Turf Soap Composition Before After Phytotoxicity (soap:acid) Rain Rain (0 to 9) _____ (0.00%:4.00%) 3 0 9 (0.89%:3.20%) 8 0 9 (1.77%:2.40%) 5 0 9 (2.22%:2.00%) 0 0 8 (2.66%:1.60%) 0 0 7 (3.54%:0.80%) 0 0 4 (4.43%:0.00%) 0 0 4 Base Formulation 0 0 0 DeMoss 8 8 0 TopGun 9 0 9 Water 0 0 0

_____

EXAMPLE 4

The purpose of this test was to study the concrete staining of ammonium C11:1 soap compositions. Each formulation contained the active ingredient in the concentration identified below, as well as 3%

isopropyl alcohol. The formulations were applied to a 0.1 m.sup.2 area of concrete sidewalk at a rate of 50 ml per 0.1 m.sup.2. TopGun and DeMoss were applied at their recommended rates of 7.26 g. product to 42.74 g. water, and 4.76 g. product to 95.24 g water, respectively. The data are illustrated in Tables 6A and 6B.

TABLE 6A _____ C11:1 Ammonium White Stain White Stain soap composition After 1 Day After 1 Month (soap:acid) (0 to 9) (0 to 9)
_____ (3.26%:0.00%) 0 0 (2.61%:0.60%) 0 0 (1.95%:1.20%) 0 0 (1.63%:1.50%) 0 0 (1.30%:1.80%) 2 0 (0.98%:2.10%) 5 0 TopGun 7 0 DeMoss 8 3 Water 0 0
_____

TABLE 6B _____ C11:1 K soap White Stain White Stain composition After 1 Day After 1 Month (soap:acid) (0 to 9) (0 to 9)
_____ (3.62%:0.00%) 0 0 (2.89%:0.60%) 2 0 (2.17%:1.20%) 3 0 (1.81%:1.50%) 7 0 (1.45%:1.80%) 7 0 (1.08%:2.10%) 8 0 C11:1 Na soap 5 0 (1.68%:1.50%) C9 soap RTU #2 0 0 (1.82%:1.86%) _____

EXAMPLE 5

This test evaluated the concrete staining of SuperFast, TopGun, DeMoss, and an ammonium C11:1 soap composition containing 1.63% soap and 1.50% acid, 3.0% isopropyl alcohol and 0.25% CM Concentrate antifoam. DeMoss (40% soap) was diluted its recommended dilution of for moss on concrete of 4.76 g. product to 95.24 g. water. SuperFast (3% potassium soaps of fatty acids) was used without dilution. TopGun (18% fatty acids) was diluted to its recommended dilution of 7.26 g. product with 42.74 g. water. The formulations were each sprayed onto a 0.1 m.sup.2 area of concrete sidewalk using a hand pump sprayer at a rate of 50 ml per 0.1 m.sup.2. Two areas of concrete were used for every formulation. The amount of white residue was evaluated after 24 hours. After evaluation, the areas were thoroughly washed with water with a garden hose and re-evaluated after another 24 hours. A fmal evaluation was made 1 month after applying the formulations. The data are shown in Table 7.

TABLE 7 _____ Concrete Staining (0 to 9) 1 Month Treatment Before Wash After Wash Weathering _____ Ammonium C11:1 0 0 0 soap composition SuperFast 8 5 0 TopGun 6 2 0 DeMoss 6 6 6 Water 0 0 0
_____

The ammonium C11:1 soap composition did not stain concrete. The other formulations left a white residue after washing. After 1 month of normal weathering, the DeMoss-treated area still had a visible residue.

EXAMPLE 6

The purpose of this test was to compare the grass phytotoxicity and concrete staining of an ammonium C9 soap and potassium C9 soap compositions with the commercial products SpeedWeed, TopGun and DeMoss. The ammonium C9 composition contained 1.66% ammonium soap and 1.5% C9 acid, 3.0% isopropyl alcohol and 0.25% CM Concentrate antifoam. TopGun and DeMoss were applied at their recommended rates of 7.26 g. product to 42.74 g. water, and 4.76 g. product to 95.24 g. water, respectively. SpeedWeed was applied without dilution. The solutions were applied to concrete and turf at a rate of 0.25 L/m.sup.2. Grass phytotoxicity was evaluated 2 days after spraying, concrete staining was evaluated after drying and again following a thorough washing. The data are shown in Table 8.

TABLE 8 _____ Concrete Staining Grass (0 to 9) Treatment Phytotoxicity Before Wash After Wash _____ Ammonium C9 soap 7 0 0 (1.66%:1.50%) Potassium C9 soap 0 0 0 (2.00%:0.00%) SpeedWeed 6 9 9 TopGun 5 8 5 DeMoss 0 8 8 Water 0 0 0 _____

http://patft.uspt~ ~ov/netacgi/nph-Parser?Sect1=PTO1&Sect2=HIT...

## EXAMPLE 7

The purpose of this test was to compare the plant phytotoxicity and concrete staining of several commercially-available herbicides with an ammonium C9 soap composition and a potassium C9 soap composition. The ammonium C9 composition contained 1.66% ammonium soap, 1.5% C9 acid, 3.0% isopropyl alcohol and 0.25% CM Concentrate antifoam. The potassium C9 soap contained 2.0% potassium C9 soap, 0% C9 acid, 3% isopropyl alcohol and 0.25% CM Concentrate antifoam. The commercial fatty acid products were diluted as per their label directions.

The solutions were applied to concrete, weeds and turf at a rate of 0.20 L/m.sup.2. The data displayed in Table 9 were collected at 1, 2, and 3 days after application for concrete staining and at 3 days for grass and weed phytotoxicity.

TABLE 9 _____ Evaluation (before wash) (after wash) (after rain) _____ CONCRETE STAINING 1 day 2 days 3 days TopGun (diluted 1:7) 8 6 1 SpeedWeed RTU 9 9 3 SuperFast RTU 9 9 3 DeMoss (diluted 1:20) 9 9 8 Ammonium C9 soap 0 0 0 composition Potassium C9 soap 0 0 0 composition Water 0 0 0 GRASS PHYTOTOXICITY 1 Day 3 Days TopGun (diluted 1:7) 8.9 8.8 SpeedWeed RTU 8.9 8.9 SuperFast RTU 8.9 8.9 Ammonium C9 soap 8.8 8.8 composition DeMoss (diluted 1:32) 0.0 0.0 Water 0.0 0.0 CLOVER PHYTOTOXICITY (Trifolium pretense) 3 hours 1 day 3 days TopGun 9.0 9.0 9.0 Ammonium C9 soap 8.0 8.5 8.5 composition GROUNDSEL PHYTOTOXICITY (Senico vulgaris) 3 hours 1 day 3 days TopGun 9.0 9.0 9.0 Ammonium C9 soap 7.0 9.0 9.0 composition BROAD-LEAF PLANTAIN PHYTOTOXICITY (Plantago major) 3 hours 1 day 3 days TopGun 9.0 9.0 9.0 Ammonium C9 soap 9.0 9.0 9.0 composition FALSE DANDELION PHYTOTOXICITY (Hyperchoerls redicata) 3 hours 1 day 3 days TopGun 1.0 9.0 9.0 Ammonium C9 soap 3.0 9.0 9.0 composition _____

## EXAMPLE 8

The purpose of this test was to compare the concrete staining of ammonium soaps of C6:2 (sorbate) and C9 (nonanoate) with DeMoss. The Sorbate formulations included the active ingredients in the concentrations noted below as well as 0.03% Silwet L-77 (Union Carbide Chemicals and Plastics Co.). The C9 ammonium soap RTU was that identified above as Formulation 1 in Table 1. The C9 ammonium soap concentrate was that identified above in Table 2. All of the solutions were applied to concrete at a rate of 1.0 L/m.sup.2. Concrete staining was evaluated after drying overnight and after washing with water. The data are illustrated in Table 10.

TABLE 10 _____ Concrete Staining (0 to 9) Composition Before Wash After Wash _____ C6:2 Ammonium Soap 0 0 (2.02% soap:1.75% acid) C6:2 Ammonium Soap 0 0 (5.77% soap:5.00% acid) C9 Ammonium Soap RTU 0 0 (1.82% soap:1.86% acid) C9 Ammonium Soap Concentrate 0 0 (18.2% soap:18.6% acid) DeMoss (Concentrate diluted 1:19) 9 9 _____

## EXAMPLE 9

The purpose of this test was to compare the phytotoxicity of ammonium soaps of C6:2 (sorbate) and C9 (nonanoate) to nasturtium. The sorbate formulations included the active ingredients in the concentrations listed below, as well as 0.03% Silwet L-77. Each solution was sprayed onto four 3-week old nasturtiums until "run-off," and allowed to dry. The next day the amount of necrotic tissue (phytotoxicity) was assessed using a "0" to "9" scale, with a "9" indicating plant death. The data are shown in Table 11.

TABLE 11 _____ Phytotoxicity Formulation (0 to 9) _____ C9 Ammonium Soap (0.98% soap:1.00% acid) 8 C6:2 Ammonium Soap (1.15% soap:1.00% acid) 6 Untreated 0

United States Patent: 5919733

http://patft.uspto.gov/netacgi/nph-Parser?Sect1=PTO1&Sect2=HIT...

---

## EXAMPLE 10

The purpose of this test was to compare the concrete staining and grass phytotoxicity of completely saponified soaps, under saponified soaps, and acid solutions. The solutions of soaps and mixtures of soaps and acids were made using the indicated fatty acid, ammonium hydroxide and water. No other ingredients, such as alcohols or other solvents, were used.

For the solutions of acids, emulsified canola oil was used as a solvent. These formulations contained the fatty acid (2%), canola oil (4%), Tween 81 emulsifier (0.625%, ICI) and Tween 85 emulsifier (0.375%, ICI), and water (93 %). No other ingredients were used. A solution of canola oil, emulsifiers and water was included as a control.

Three other C9 fatty acid formulations were evaluated to compare the influence of gums and 2% isopropyl alcohol on concrete staining and grass phytotoxicity. Formulation C9-1 was the exemplary RTU formulation 1 noted in Table 1, sprayed without dilution (1.82% soap; 1.86% acid) and diluted to 0.99% soap; 1.01% acid. Formulation C9-2 was the exemplary concentrate formation noted in Table 2 and diluted to 1.82% soap; 1.86% acid and 0.99% soap; 1.01% acid. Formulation C9-3 was the exemplary concentrate formulation noted in Table 2 and diluted to (1.82% soap; 1.86% acid) and (0.99% soap; 1.01% acid), with 2% isopropyl alcohol included in the diluted solutions.

Topgun, Speed Weed and DeMoss were made as per label directions and included in the test as standards.

Areas of concrete were sprayed using these solutions, at a rate of 0.5 L/m.sup.2. The concrete staining was assessed after drying. During the following 2 days, 18 mm of rain fell on the concrete. Following the rain, the concrete was allowed to dry and concrete staining was again assessed.

The test solutions were also sprayed onto turf at a rate of 1.0 L/m.sup.2. Grass phytotoxicity was assessed 2 days after spraying, using a "0" to "9" scale.

The data are illustrated in Table 12.

TABLE 12 _____ Concrete Staining Formulation NH.sub.4 (0 to 9) Turf soap acid Before After Phytotoxicity conc. conc. Rain Rain (0 to 9) _____ C8 2.0% 0.00% 0 0 3 C8 1.0 1.0 0 0 5 C8 0.0 2.0 0 0 7 C9 2.0 0.0 0 0 2 C9 1.0 1.0 1 0 7 C9 0.0 2.0 0 0 7 C10 2.0 0.0 1 0 2 C10 1.0 1.0 2 0 6 C10 0.0 2.0 5 0 8 C11 2.0 0.0 1 0 3 C11 1.0 1.0 1 0 7 C11 0.0 2.0 0 0 8 C12 2.0 0.0 5 7 1 C12 1.0 1.0 5 7 1 C12 0.0 2.0 9 6 1 Coconut 2.0 0.0 6 8 3 Coconut 1.0 1.0 9 9 1 Coconut 0.0 2.0 9 6 1 C9-1 0.99 1.01 0 0 7 C9-2 0.99 1.01 0 0 6 C9-3 0.99 1.01 0 0 6 C9-1 1.82 1.86 0 0 9 C9-2 1.82 1.86 0 0 9 C9-3 1.82 1.86 0 0 9 TopGun (2.62% acids) 6 1 9 SpeedWeed (2.4% acids) 8 5 9 DeMoss (2% soap) 8 8 1 Canola only 0 0 0 Water 0 0 0 _____

## EXAMPLE 11

The purpose of this test was to compare the concrete staining and grass phytotoxicity of completely ammonium saponified soaps, under saponified ammonium soaps, and acid solutions of C9 fatty acid.

For the solutions of C9 fatty acid, emulsified canola oil was used as a solvent. The formulations contained C9 fatty acid (3.62% to 4.00%), ammonium hydroxide (0.0% to 2.94% of a 27% solution), canola oil (4%), Tween 81 (0.625%, ICI) and Tween 85 (0.375%, ICI), and water to 100%. No other ingredients were used. A solution of canola oil, emulsifiers and water was included as a control.

TopGun, Speed Weed and DeMoss were made as per label directions and included in the test as

1/8/08 9:04 AM

standards.

The procedure outlined in Example 10 was followed and the data are illustrated in Table 13.

TABLE 13 _____ Formulation (0 to 9) Turf (soap acid) Before After Phytotoxicity (conc. conc.) Rain Rain (0 to 9) _____ C9 4.0% 0.0% 0 0 4 C9 3.5 0.5 0 0 4 C9 3.0 1.0 0 0 8 C9 2.5 1.5 0 0 8 C9 2.0 2.0 0 0 9 C9 1.5 2.5 0 0 9 C9 1.0 3.0 5 0 9 C9 0.5 3.5 6 0 9 C9 0.0 4.0 5 0 9 TopGun 6 0 8 SpeedWeed 5 0 7 DeMoss 5 6 0 Canola only 0 0 0 Water 0 0 0 _____

EXAMPLE 12

The purpose of this test was to study the concrete staining and phytotoxicity of potassium pelargonate - pelargonic acid compositions. The solutions were made from potassium hydroxide, pelargonic acid and water. No other ingredients were used. The concrete was sprayed at 0.5 L/m.sup.2 and the turf was sprayed at 1.0 1/m.sup.2. After drying, the concrete received 0.2 mm of rain. Following the light rain, the concrete dried and was assessed. The concrete was then thoroughly washed with water from a garden hose.

The data are illustrated in Table 14.

TABLE 14 _____ Concrete Staining Potassium Soap (0 to 9) Compositions Initial Light After (Saponification) (soap:acid) Stain Rain Wash _____ KC9 (100%) (2.00%:0.00%) 0 0 0 KC9 (95%) (1.90%:0.08%) 0 0 0 KC9 (90%) (1.80%:0.16%) 0 0 0 KC9 (85%) (1.70%:0.24%) 3 0 0 KC9 (80%) (1.60%:0.32%) 5 0 0 KC9 (75%) (1.50%:0.40%) 6 0 0 KC9 (70%) (1.40%:0.48%) 6 1 0 KC9 (65%) (1.30%:0.56%) 6 3 0 KC9 (60%) (1.20%:0.64%) 7 7 0 KC9 (55%) (1.10%:0.73%) 7 7 0 KC9 (50%) (1.00%:0.81%) 7 7 0 KC9 (45%) (0.90%:0.89%) 7 7 0 KC9 (40%) (0.80%:0.97%) 7 4 0 DeMoss 2% soap 9 9 9 Speed Weed 8 8 7 5 Water 0 0 0 0 _____

EXAMPLE 13

The purpose of this test was to compare the moss and turf phytotoxicity, and concrete staining of soap acid mixtures of KC8, KC9 and NH.sub.4 C9, with DeMoss. The moss was sprayed at 1.0L/m.sup.2, and the grass sprayed at 0.1 L/m.sup.2. Part B is a repeat of the test using some of the treatments of Part A.

The data are shown in Table 15.

TABLE 15 _____ Moss Grass Concrete Stain Ammonium and Potassium Phytotoxicity Phyto- (0-9) Soap Compositions (0 to 9) toxicity Before After (soap:acid) 1 day 2 days (0 to 9) Wash Wash _____ Part A KC8 soap (4.00%:0.00%) 2 9 2 KC9 soap (4.00%:0.00%) 5 9 2 NH.sub.4 C9 (1.82%:1.86%) 8 9 8 DeMoss (4.00%:0.00%) 5 9 0 KC8 soap (2.00%:0.00%) 2 9 0 0 0 KC9 soap (2.00%:0.00%) 8 9 0 0 0 NH.sub.4 C9 (0.91%:0.93%) 9 9 8 0 0 DeMoss (2.00%:0.00%) 7 9 1 6 6 Water 0 0 0 0 0 Part B KC8 soap (2.00%:0.00%) 5 7 1 0 0 KC9 soap (2.00%:0.00%) 7 9 1 0 0 NH.sub.4 C9 (0.91%:0.93%) 9 9 1 0 DeMoss (2.00%:0.00%) 6 8 7 6 Water 0 0 0 0 _____

EXAMPLE 14

The purpose of this test was to compare the moss and turf phytotoxicity, and concrete staining of KC9 soap (100% saponified) and DeMoss. The moss and grass was sprayed at 1.0 L/m.sup.2. The data are illustrated in Table 16.

United States Patent: 5919733

http://patft.uspto.gov/netacgi/nph-Parser?Sect1=PTO1&Sect2=HIT...

TABLE 16 _____ Moss Concrete Stain Phytotoxicity (0-9) (0 to 9) Before After 1 day 2 days 14 days Wash Wash _____ KC9 (1.25% soap) 3 5 9 0 0 DeMoss (1.25% soap) 9 9 9 8 8 Water 0 0 0 0 0

EXAMPLE 15

The purpose of this test was to compare the moss and turf phytotoxicity, and concrete staining of KC9, NaC9, KC8 and NaC8 soaps (90% saponified) and DeMoss. The concrete was sprayed of 0.5 L/m2, and the moss and grass at 1.0 L/m2. With DeMoss, the recommended concentration for concrete is 2.00% soap, and for moss and grass is 1.25% soap.

TABLE 17 _____ Concrete Staining Moss Sodium and Potassium (0 to 9) Phytotoxicity Soap Compositions Initial After (0-9) (soap:acid) Stain Wash 2 Days 5 Days _____ KC9 1.80%:0.20% 2 0 NaC9 1.80%:0.20% 1 0 KC8 1.80%:0.20% 0 0 NaC8 1.80%:0.20% 0 0 DeMoss 2.00%:0.00% 9 9 KC9 1.13%:0.12% 8 9 NaC9 1.13%:0.12% 6 9 KC8 1.13%:0.12% 5 9 NaC8 1.13%:0.12% 5 9 DeMoss 1.25%:0.00% 2 9 Water 0 0 0 0 _____

One of ordinary skill in the art will appreciate that modifications may be made to the compositions of the present invention without departing from its intended scope. All percentages recited herein are percentages by weight, unless otherwise noted. All references cited herein are expressly incorporated by reference in their entirety.

\* \* \* \* \*

Images

View Cart  Add to Cart

Top

Home  Quick  Advanced  Pat Num  Help

1/8/08 9:04 AM

# EXHIBIT 12

 **Nutter**

William C. Geary III
Direct Line: 617-439-2766
Fax: 617-310-9766
E-mail: wgeary@nutter.com

**VIA FEDEX**

February 1, 2008

Herbert M. Wolfson
Attorney at Law
1213 Brook Drive
Wilmington, DE 19803

Re: 22698-95

Dear Mr. Wolfson:

Further to the January 24, 2008 telephone conference between representatives of Falcon Lab and Neudorff, I am hopeful that the further information I provide in this letter will satisfy you and Falcon Lab that the non-staining herbicide products currently licensed by Neudorff to other distributors, including the Gardens Alive! Weed Aside™ product and the Garden Safe® brand Weed & Grass Killer, are the same as the CONCERN® product that was first sold in the United States in 1998. As in past letters, I will collectively refer to the non-staining herbicide products sold by certain distributors under agreement with Neudorff as the "Neudorff non-staining herbicides."

During the January 24 telephone conference you and Dr. Smiley continued to dispute that there was any sale in the United States of the CONCERN® product in 1998, and you asserted that if there was such a sale, you doubted that the composition sold in 1998 (and in 1999 more than one year before the filing date of the '156 patent) is the same as the current Neudorff non-staining herbicides. However, you did acknowledge that the claims of Falcon's '156 patent would be invalid if the CONCERN® product was first sold in 1998 (or at a date in 1999 more than one year before the filing date of the '156 patent) and if the active ingredient used in the Neudorff non-staining herbicides sold today is the same as that used in the 1998 CONCERN® product.

I address below the issues that you raised during our conference call. I believe that the further information that I provide with this letter will satisfy you that Falcon's '156 patent is of no relevance to the Neudorff non-staining herbicides.

*1.    Was the CONCERN® Product Sold in 1998?*

Through sales data supplied to Neudorff by Necessary Organics, explained in my November 20, 2007 letter, we have established that the CONCERN® product was first sold in the United States in 1998. However, Falcon Lab has so far refused to accept this evidence. As we locate additional sales records, we will forward these to you separately.

NUTTER McCLENNEN & FISH LLP ∘ ATTORNEYS AT LAW

World Trade Center West ∘ 155 Seaport Boulevard ∘ Boston, Massachusetts 02210-2604 ∘ 617-439-2000 ∘ Fax: 617-310-9000
www.nutter.com

Herbert M. Wolfson
February 1, 2008
Page 2



While you may dispute the date of sale of the CONCERN® product, you have never questioned that it was sold in the United States.

> **2.    What Active Ingredient Was Used in the CONCERN® Product?**

The CONCERN® product (formally known as Concern Fast Acting Weed Killer Ready to Use) was assigned Distributor Company Number 50932 by the EPA.  This product is the same as Neudorff's H01 RTU Herbicidal Soap registered herbicide, and it uses the same EPA Registration Number (67702-7) as the H01 RTU Herbicidal Soap.  Exhibit A is a letter from Neudorff to the California Environmental Protection Agency (CEPA) dated November 4, 1998 granting permission to Necessary Organics to cite Neudorff's data on file with the California Department of Pesticide Regulation for purposes of registering the Concern Fast Acting Weed Killer Ready to Use product in California.  This letter establishes that the CONCERN® product is identical in composition and labeling to Neudorff's H01 RTU Herbicidal Soap.

In the course of selling the CONCERN® product, Necessary Organics identified it by its Item Nos. 98632 (for 32 ounce containers) and 98664 (for 64 ounce containers) as indicated by the 1999 Distributor Price List attached as Exhibit B.  You will note that this price list is effective as of ***October 1, 1998***, which at least establishes an offer for sale at least by October 1, 1998.

The Confidential Statement of Formula (CSF) that Neudorff submitted to the EPA identifies the active ingredient for the products covered by EPA Registration Number 67702-7 (the CONCERN® product and Neudorff's H01 RTU Herbicidal Soap) as "Ammoniated Soap of Fatty Acids (CAS # 84776-33-0)."  (We will be happy to send you a copy of this document once you provide us with an acceptable Non-Disclosure Agreement.)  As you should be aware from your own review of the EPA file for the H01 RTU Herbicidal Soap, Walter Talarek's cover letter to the EPA dated August 29, 1997 (attached as Exhibit C), submitted with the application to register the H01 RTU Herbicidal Soap, identified the product as follows: "containing ammonia nonanoate soap, which is an ammonium soap of fatty acids, as the sole active ingredient."

Based on the information presented above and in Exhibits A-C, there can be no dispute as to the active ingredient used in the CONCERN® product.  Because the CONCERN® product shares the same EPA registration as the H01 RTU Herbicidal Soap (EPA Reg. No. 67702-7), it must have the same active ingredient as the H01 RTU Herbicidal Soap that was clearly identified in materials submitted to the EPA.  That is, the active ingredient in the CONCERN® product was ammonia nonanoate soap, which the EPA characterized in the class of "ammoniated soap of fatty acids," (CAS # 84776-33-0).

> **3.    What is the Composition of the Current Neudorff Non-Staining Herbicides?**

We explained to you in previous correspondence and during our January 24 telephone conference that the active ingredient for the H01 RTU Herbicidal Soap (EPA Reg. No. 67702-7) has never changed.  Ammonia nonanoate soap is the active ingredient now, just as it was when the CONCERN® product was first sold.

You cannot seriously dispute this fact.  We have explained above that since the current Neudorff non-staining herbicides use the same EPA Registration Number as the CONCERN® product, the

Herbert M. Wolfson
February 1, 2008
Page 3



active ingredient must be the same in both products.  You even acknowledge in your earlier correspondence that the current Neudorff non-staining herbicides use as the active ingredient "3.68% ammoniated soaps of fatty acids," which is exactly the same active ingredient listed on the label for the CONCERN® product (attached as Exhibits D and E).  On pages 3-4 of your letter dated May 2, 2007, for example, you refer to the MSDSs for the Garden Safe Brand Weed and Grass Killer (Schultz Company), Scotts® Nature's Care (The Scotts Company), and Concern Fast Acting Weed Killer (Woodstream Corporation) products, and state that each uses this active ingredient.  Your May 2 letter also attaches the MSDSs for each of these companies, and each references the same EPA Registration Number (except for the suffix, which is a number specific to the Distributor company) assigned to the 1998 CONCERN® product.

We trust that this issue is now resolved and that Falcon will finally refrain from making allegations that its '156 patent is infringed by any Neudorff non-staining herbicide.

Very truly yours,

William C. Geary III


cc:     Cam Wilson (Neudorff North America)
        Andreas Prokop, Ph.D. (W. Neudorff GmbH KG)
        George Puritch, Ph.D. (Eco-Care Technologies, Inc.)

WCG/pev
Attachments:  Exhibits A-E



1704535.1

# EXHIBIT A

*of Catherine*


*naturgemäß gärtnern*

W. Neudorff GmbH KG · Postfach 1209 · 31857 Emmerthal

November 4, 1998

Mr. James Herota, Registration Specialist
Pesticide Registration Branch
California Environmental Protection Agency
Department of Pesticide Regulation
830 K Street
Sacramento, California 95814

RE:    **Concern Copper Soap Fungicide for Flowers, Fruits & Vegetables (EPA Reg. 67702-1-50932)**
**Concern Fast Acting Weed Killer (EPA Reg. 67702-7-50932)**
**Concern Pesticidal Spray Oil (EPA Reg. 67702-4-50932)**

Dear Mr. Herota:

W. NEUDORFF GMBH KG („Neudorff") hereby grants permission to Necessary Organics, Inc. of New Castle, Virginia to cite its data on file with the California Department of Pesticide Regulation in obtaining a supplemental registration in the State of California for the following products:

   Concern Copper Soap Fungicide for Flowers, Fruits & Vegetables
   EPA Reg. 67702-1-50932

   Concern Fast Acting Weed Killer
   EPA Reg. 67702-7-50932

   Concern Pesticidal Spray Oil
   EPA Reg. 67702-4-50932

These products are identical in composition and labeling (with certain minor exceptions allowed by law) to Neudorff's products:

   NEU 1140 F RTU Copper Soap
   CalEPA DPR reg. 67702-1-AA

   HO1 RTU Herbicidal Soap
   EPA Reg. 67702-7

   NEU 1160 Vegetable Oil Insecticide
   EPA Reg. 67702-4

*W. Neudorff GmbH KG · Postfach 1209 - 31857 Emmerthal*

**NEUDORFF** ®
*naturgemäß gärtnern*

-2-

This authorization shall be limited to an internal review of W. Neudorff GmbH KG´s registration data by the appropriate CDPR personnel. In addition, no part of the data in our product files shall become a part of the file of any other product, including the above listed Necessary Organics Inc. products, nor shall it be disclosed to anyone without prior written approval of W. Neudorff GmbH KG.

Regards,

W NEUDORFF GMBH KG

Detlef Meyer

cc: Carrie Crawford - Necessary Organics, Inc.

# EXHIBIT B



*Effective October 1, 1998*
**To Order Call** *800/447-5354*
**Fax** *540/864-5186*
*or Email concern@swva.net*
*Visit our Website www.concerngarden.com*

# 1999 DISTRIBUTOR PRICE LIST

| ITEM # | PRODUCT | UNIT SIZE | CASE PAK | CASE WT. | SUGGESTED RETAIL | DISTRIBUTOR CASE | COST UNIT |
|---|---|---|---|---|---|---|---|
| **WEED CONTROL** | | | | | | | |
| *NEW* 98632 | Fast-Acting Weed Killer-RTU | 32 fl.oz. | 12 | 30 lb. | $5.99 | $32.40 | $2.70 |
| 98664 | Fast-Acting Weed Killer-RTU | 64 fl.oz. | 8 | 38 lb. | $10.99 | $39.60 | $4.95 |
| *NEW* 97180 | Weed Prevention Plus-*Now ShakerPAK™!* | 5 lb. | 8 | 42 lb. | $9.99 | $36.00 | $4.50 |
| **HOME PEST CONTROLS** | | | | | | | |
| *NEW* 98232 | Citrus Home Pest Control-RTU | 32 fl.oz. | 12 | 30 lb. | $5.99 | $32.40 | $2.70 |
| *NEW* 98264 | Citrus Home Pest Control-RTU | 64 fl.oz. | 8 | 38 lb. | $12.99 | $46.80 | $5.85 |
| **GARDEN PEST CONTROLS** | | | | | | | |
| *NEW* 98932 | Copper Soap Fungicide-RTU | 32 fl.oz. | 12 | 30 lb. | $5.99 | $32.40 | $2.70 |
| *NEW* 98824 | Pesticidal Spray Oil-concentrate | 24 fl.oz. | 12 | 22 lb. | $8.99 | $48.60 | $4.05 |
| 97024 | DE Crawling Insect Killer-shaker box | 1½ lb. | 12 | 22 lb. | $5.99 | $32.40 | $2.70 |
| 97064 | DE Crawling Insect Killer-economy bag | 4 lb. | 8 | 36 lb. | $9.99 | $36.00 | $4.50 |
| 98512 | Multi-Purpose Insect Killer-RTU | 12 fl.oz. | 12 | 12 lb. | $3.49 | $19.20 | $1.60 |
| 98532 | Multi-Purpose Insect Killer-RTU | 32 fl.oz. | 12 | 30 lb. | $5.99 | $32.40 | $2.70 |
| 98408 | Multi-Purpose Insect Killer-concentrate | 8 fl.oz. | 12 | 6 lb. | $9.99 | $54.00 | $4.50 |
| 98112 | Insect Killing Soap-RTU | 12 fl.oz. | 12 | 12 lb. | $3.49 | $19.20 | $1.60 |
| 98132 | Insect Killing Soap-RTU | 32 fl.oz. | 12 | 30 lb. | $5.99 | $32.40 | $2.70 |
| 98024 | Insect Killing Soap-concentrate | 24 fl.oz. | 12 | 22 lb. | $8.99 | $48.60 | $4.05 |
| 98332 | Rose & Flower Insect Killer-RTU | 32 fl.oz. | 12 | 30 lb. | $5.99 | $32.40 | $2.70 |
| 98732 | Tomato & Vegetable Insect Killer-RTU | 32 fl.oz. | 12 | 30 lb. | $5.99 | $32.40 | $2.70 |
| 96205 | Slug Stop Slug & Snail Barrier-squeeze tube | 5 oz. | 12 | 6 lb. | $5.99 | $32.40 | $2.70 |
| **PLANT FOODS** | | | | | | | |
| *NEW* 91057 | Vitalize 7-5-5 Granular-*New Shaker Box!* | 3.6 lb. | 12 | 45 lb. | $5.99 | $32.40 | $2.70 |
| 95024 | Vitalize 3-2-2 Fish & Kelp Blend-concentrate | 24 fl.oz. | 12 | 25 lb. | $5.99 | $32.40 | $2.70 |
| **COMPOST STARTER** | | | | | | | |
| 93016 | Compost BioActivator-one ton formula | 1 lb. | 12 | 15 lb. | $5.99 | $32.40 | $2.70 |

## DISTRIBUTOR TERMS

Minimum prepaid shipment 100 cases. 2% May 10 dating / Net 60 days.
Call Customer Service for Truckload and LTL pickup allowances.

Necessary Organics, Inc. • One Nature's Way • New Castle, Virginia 24127-0305 • PHONE 540/864-5103 • FAX 540/864-5186
ORDERS 800/447-5354 • EMAIL concern@swva.net • WEB SITE www.concerngarden.com

REV. 8/5/98
© All rights reserved, 1998. All ®, TM property of Necessary Organics, Inc. unless noted. ShakerPAK is a TM of Kapak Corp.
99PL-1.898 CONL-9001

*Prices & specifications subject to change.*



**Concern® — NATURAL GARDEN PRODUCTS**

## 1999 PRODUCT SPECIFICATIONS

*Effective October 1, 1998*

| ITEM# | PRODUCT | UNIT SIZE | UNIT WT. | DIMENSION L x W x H | UNIT CU. IN. | UNIT UPC | CASE PAK | CASE WT. | DIMENSION L x W x H | CASE CU. FT. | CASE 12 of 5 CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 98632 | Fast-Acting Weed Killer-RTU | 32 fl. oz. | 2.31 lb. | 4⅛ x 3 x 11¾ | 171.60 | 0-33745-98632-2 | 12 | 30 lb. | 15 x 12⅜ x 12⅝ | 1.32 | 100-33745-98632-9 |
| 98664 | Fast-Acting Weed Killer-RTU | 64 fl. oz. | 4.40 lb. | 6¼ x 2⅞ x 9⅜ | 163.28 | 0-33745-98664-3 | 8 | 38 lb. | 14 x 12 x10 | .97 | 100-33745-98664-0 |
| 97180 | Weed Prevention Plus-ShakerPak™ | 5 lb. | 5.35 lb. | 10 x 4 x 19 | 760.00 | 0-33745-97180-9 | 8 | 42 lb. | 21¼ x 9¼ x 11 | 1.25 | 100-33745-97180-6 |
| 98232 | Citrus Home Pest Control-RTU | 32 fl. oz. | 2.31 lb. | 4⅛ x 3 x 11¾ | 171.85 | 0-33745-98232-4 | 12 | 30 lb. | 15⅝ x 10 x 12 | 1.10 | 100-33745-98232-1 |
| 98264 | Citrus Home Pest Control-RTU | 64 fl. oz. | 4.40 lb. | 6¼ x 2⅞ x 9⅜ | 163.28 | 0-33745-98264-5 | 8 | 38 lb. | 14 x 12 x10 | .97 | 100-33745-98264-2 |
| 98932 | Copper Soap Fungicide-RTU | 32 fl. oz. | 2.31 lb. | 4⅛ x 3 x 11¾ | 171.85 | 0-33745-98932-3 | 12 | 30 lb. | 15 x 12⅜ x 12⅝ | 1.32 | 100-33745-98932-0 |
| 98824 | Pesticidal Spray Oil-concentrate | 24 fl. oz. | 1.78 lb. | 4⅝ x 2 x 7⅝ | 63.57 | 0-33745-98824-1 | 12 | 22 lb. | 14 x 8⅝ x 8⅛ | .57 | 100-33745-98824-8 |
| 97016 | DE Crawling Insect Killer-shaker can | 1 lb. | 1.31 lb. | 4¹¹⁄₁₆ x 4¹¹⁄₁₆ x 11 | 181.54 | 0-33745-97016-1 | 12 | 17 lb. | 16⅞ x 12⅝ x 12 | 1.48 | 100-33745-97016-8 |
| 97024 | DE Crawling Insect Killer-shaker box | 1½ lb. | 1.75 lb. | 6¹¹⁄₁₆ x 2¾ x 10 | 177.00 | 0-33745-97024-6 | 12 | 20 lb. | 16⅞ x 13¾ x 10¾ | 1.40 | 100-33745-97024-3 |
| 97064 | DE Crawling Insect Killer-economy bag | 4 lb. | 4.18 lb. | 8½ x 5 x 13¼ | 563.13 | 0-33745-97064-2 | 8 | 36 lb. | 21 x 18 x 9¾ | 2.13 | 100-33745-97064-7 |
| 98512 | Multi-Purpose Insect Killer-RTU | 12 fl. oz. | .91 lb. | 3⅛ x 2 x 9 | 56.25 | 0-33745-98512-7 | 12 | 12 lb. | 11¾ x 9¼ x 8⅝ | .58 | 100-33745-98512-4 |
| 98532 | Multi-Purpose Insect Killer-RTU | 32 fl. oz. | 2.31 lb. | 4⅛ x 3 x 11¾ | 171.85 | 0-33745-98532-5 | 12 | 30 lb. | 15 x 12⅜ x 12⅝ | 1.32 | 100-33745-98532-2 |
| 98408 | Multi-Purpose Insect Killer-concentrate | 8 fl. oz. | .51 lb. | 3 x 2 x 4¾ | 23.16 | 0-33745-98408-3 | 12 | 7 lb. | 9⅝ x 7⅝ x 5⅝ | .22 | 100-33745-98408-0 |
| 98112 | Insect Killing Soap-RTU | 12 fl. oz. | .93 lb. | 3⅛ x 2 x 9 | 56.25 | 0-33745-98112-9 | 12 | 12 lb. | 11¾ x 9¼ x 8⅝ | .58 | 100-33745-98112-6 |
| 98132 | Insect Killing Soap-RTU | 32 fl. oz. | 2.31 lb. | 4⅛ x 3 x 11¾ | 171.85 | 0-33745-98132-7 | 12 | 30 lb. | 15 x 12⅜ x 12⅝ | 1.32 | 100-33745-98132-4 |
| 98024 | Insect Killing Soap-concentrate | 24 fl. oz. | 1.78 lb. | 4⅝ x 2 x 7⅝ | 63.57 | 0-33745-98024-5 | 12 | 22 lb. | 14 x 8⅝ x 8⅛ | .57 | 100-33745-98024-2 |
| 98332 | Rose & Flower Insect Killer-RTU | 32 fl. oz. | 2.31 lb. | 4⅛ x 3 x 11¾ | 171.85 | 0-33745-98332-1 | 12 | 30 lb. | 15 x 12⅜ x 12⅝ | 1.32 | 100-33745-98332-8 |
| 98732 | Tomato & Vegetable Insect Killer-RTU | 32 fl. oz. | 2.31 lb. | 4⅛ x 3 x 11¾ | 171.85 | 0-33745-98732-9 | 12 | 30 lb. | 15 x 12⅜ x 12⅝ | 1.32 | 100-33745-98732-6 |
| 96205 | Slug Stop Slug & Snail Barrier | 5 oz. | .45 lb. | 5¾ x 1¾ x 9¾ | 98.11 | 0-33745-96205-0 | 12 | 6 lb. | 10¾ x 6 x 11⅝ | .40 | 100-33745-96205-7 |
| 91057 | Vitalize 7-5-5 Granular-shaker box | 3.6 lb. | 3.85 lb. | 6¾ x 2¾ x 10 | 177.00 | 0-33745-91057-0 | 12 | 22 lb. | 16⅞ x 13¾ x 10¾ | 1.40 | 200-33745-91057-4 |
| 95024 | Vitalize 3-2-2 Liquid Blend-concentrate | 24 fl. oz. | 2.00 lb. | 4⅝ x 2 x 7⅝ | 63.57 | 0-33745-95024-8 | 12 | 22 lb. | 14 x 8⅝ x 8⅛ | .57 | 100-33745-95024-2 |
| 93016 | Compost Bio-Activator | 1 lb. | 1.16 lb. | 3⅝ x 3⅝ x 5¼ | 72.27 | 0-33745-93016-5 | 12 | 15 lb. | 15 x 11¼ x 6¼ | .62 | 100-33745-93016-2 |

Necessary Organics, Inc. • One Nature's Way • New Castle, Virginia 24127-0305 • PHONE 540/864-5103 • FAX 540/864-5186
EMAIL concern@swva.net • WEB SITE www.concerngarden.com

© All rights reserved, 1998. All the TM property of Necessary Organics, Inc. unless noted. ShakerPAK is a TM of Kapak Corp.

*Specifications subject to change without notice.*

# EXHIBIT C

LAW OFFICES OF

WALTER G. TALAREK, P.C.
1008 RIVA RIDGE DRIVE
GREAT FALLS, VIRGINIA 22066

PHONE: (703) 759-4837
FAX: (703) 759-5548

August 29, 1997

DELIVERED BY COURIER
Joanne Miller
Product Manager, Team 23
Fungicide-Herbicide Branch
c/o Document Processing Desk (7504C)
Office of Pesticide Programs (APPL)
U. S. Environmental Protection Agency
Room 266A, Crystal Mall 2
1921 Jefferson Davis Highway
Arlington, VA 22202

Re:    Application for Registration of H01 RTU Herbicidal Soap

Dear Ms. Miller:

With this letter I am submitting W. Neudorff GmbH KG's ("Neudorff") application for registration of "H01 RTU Herbicidal Soap". This product is a ready-to-use ("RTU") end-use product containing ammonia nonanoate soap, which is an ammoniated soap of fatty acids, as the sole active ingredient. The product is a broad-spectrum herbicide which controls weeds, algae and moss around sidewalks, buildings and fences. The uses for this product are new uses for an old conventional pesticide. The product is applied by spraying.

Ammonia nonanoate soap falls within the class of pesticides called ammonium salts of higher fatty acids [$C_8$-$C_{18}$ saturated and $C_{18}$ unsaturated], including ammonium oleate, covered by EPA's Reregistration Eligibility Document ("RED") on Soap Salts, 540/RS-93-231 (September 1992). As such, Neudorff has relied on this document in defining the data requirements applicable to the registration of its product.

Neudorff is using the selective method with the cite-all option to fulfill the data requirements applicable to its product. Product-specific product chemistry data are being submitted on the end-use product. With regard to acute toxicology data, Neudorff is submitting

1

acute oral, dermal and inhalation toxicity and dermal sensitization studies conducted on the concentrated form of this product, i. e., "H01 Herbicidal Soap Concentrate", in support of this application and requesting that EPA bridge from the results of those studies to what would be expected if these studies had been conducted on the RTU. Eye and skin irritation studies conducted on the RTU are also being submitted. With regard to the generic data, Neudorff is relying on the Soap Salts RED to define the applicable data and is requesting waivers for all product chemistry, toxicology, occupational and residential exposure, residue chemistry and environmental fate data which may be applicable to its product. With regard to any applicable generic ecological effects data, Neudorff is relying on the RED and using the cite-all option. See the enclosed "Data Requirements Listings for the Selective Method of Support" and "Correspondence Document".

Once an EPA File Symbol is issued for this application, Neudorff will send a letter to Mr. Peter Caulkins of EPA requesting a 1998 priority review for this application under PR Notice 97-2. This application will be designated as Neudorff's highest priority for 1998.

Please feel free to call me if you have any questions or need further information about this product.

Sincerely yours,

Walter G. Talarek

Enclosures

2

# EXHIBIT D



# *Concern*
# FAST-ACTING WEED KILLER™

## Kills Within
# HOURS

**Won't Stain
Bricks, Concrete
or Asphalt**

Active Ingredients
Ammoniated Soap of Fatty Acids .....63.68%
Inert Ingredients ..........................26.32%
Total .......................................100.00%

**Herbicidal Soap**



# KILLS WEEDS, ALGAE AND MOSS
# ELIMINATES UNWANTED VEGETATION FAST

# EXHIBIT E

Please read instructions on reverse before comp.    form.          Form Approved.     3 No. 2070-0060.   Approval expires 05-31-38

| | United States | | Registration | OPP Identifier Number |
|---|---|---|---|---|
| **⊕EPA** | **Environmental Protection Agency** | | Amendment | |
| | Washington, DC 20460 | | [X] Other | |

## Application for Pesticide - Section I

| 1. Company/Product Number | 2. EPA Product Manager | 3. Proposed Classification |
|---|---|---|
| 67702-7 | Joanne Miller | |
| 4. Company/Product (Name) | PM# | [X] None          [ ] Restricted |
| HO1 RTU Herbicidal Soap | 23 | |

| 5. Name and Address of Applicant *(Include ZIP Code)* | 6. Expedited Review. In accordance with FIFRA Section 3(c)(3) |
|---|---|
| W. Neudorff GmbH KG | (b)(i), my product is similar or identical in composition and labeling |
| c/o Walter G. Talarek, PC | to: |
| 1008 Riva Ridge Drive | EPA Reg. No. _____ |
| Great Falls, VA 22066-1620 | |
| [ ] *Check if this is a new address* | Product Name _____ |

## Section - II

| [ ] Amendment - Explain below. | [X] Final printed labels in response to |
|---|---|
| | Agency letter dated          March 16, 1998 |
| [ ] Resubmission in response to Agency letter dated _____ | [ ] "Me Too" Application. |
| [ ] Notification - Explain below. | [ ] Other - Explain below. |

Explanation: Use additional page(s) if necessary. (For section I and Section II.)

Five copies of the final printed label are attached.

## Section - III

| 1. Material This Product Will Be Packaged In: | | | 2. Type of Container |
|---|---|---|---|
| Child-Resistant Packaging | Unit Packaging | Water Soluble Packaging | [ ] Metal |
| [ ] Yes | [ ] Yes | [ ] Yes | [ ] Plastic |
| [ ] No | [ ] No | [ ] No | [ ] Glass |
| | | | [ ] Paper |
| *Certification must be submitted* | If "Yes"      No. per | If "Yes"      No. per | [ ] Other (Specify) |
| | Unit Packaging wgt.   container | Package wgt     container | |

| 3. Location of Net Contents Information | 4. Size(s) Retail Container | 5. Location of Label Directions |
|---|---|---|
| [ ] Label     [ ] Container | | [ ] On Label |
| | | [ ] On Labeling accompanying product |

| 6. Manner in Which Label is Affixed to Product | [ ] Lithograph | [ ] Other |
|---|---|---|
| | [ ] Paper glued | |
| | [ ] Stenciled | |

## Section - IV

1. Contact Point  *(Complete items directly below for identification of individual to be contacted, if necessary, to process this application.)*

| Name | Title | Telephone No. (Include Area Code) |
|---|---|---|
| Walter G. Talarek | Authorized Agent | 703-759-4837 |

### Certification

| I certify that the statements I have made on this form and all attachments thereto are true, accurate and complete. I acknowledge that any knowingly false or misleading statement may be punishable by fine or imprisonment or both under applicable law. | 6. Date Application Received |
|---|---|
| | (Stamped) |

| 2. Signature | 3. Title |
|---|---|
| *[signature]* | Authorized Agent |
| Typed Name | 5. Date |
| Walter G. Talarek | November 11, 1998 |

EPA Form 8570-1 (Rev. 8-94) Previous editions are obsolete.          White - EPA File Copy (original)       Yellow - Applicant Copy

# H01 RTU HERBICIDAL SOAP

## ELIMINATES UNWANTED VEGETATION FAST
## WON'T STAIN BRICKS, CONCRETE OR ASPHALT
## KILLS WITHIN HOURS
### FAST ACTING
### KILLS WEEDS, ALGAE AND MOSS

Active Ingredient:
Ammoniated soap of fatty acids:...................3.68%
Inert Ingredients .......................................96.32%
Total:........................................................100.00%

## KEEP OUT OF REACH OF CHILDREN
## CAUTION

## STATEMENT OF PRACTICAL TREATMENT
If In Eyes: Flush eyes with plenty of water. Call physician if irritation persists. If Inhaled: Remove victim to fresh air. If not breathing, give artificial respiration, preferably mouth-to-mouth. Get medical attention.

## PRECAUTIONARY STATEMENTS
## HAZARDS TO HUMANS AND DOMESTIC ANIMALS
*CAUTION*: Causes moderate eye irritation. Harmful if inhaled. Avoid contact with eyes or clothing. Avoid breathing vapor. Prolonged or frequent repeated skin contact may cause allergic reactions in some individuals. Wash thoroughly with soap and water after handling. Remove contaminated clothing and wash clothing before reuse.
## ENVIRONMENTAL HAZARDS
This product may be hazardous to aquatic invertebrates. Do not apply directly to water.

Registrant:   W. Neudorff GmbH KG, Postfach 1209, An der Mühle 3,
D-31860 Emmerthal, Germany

US Patent Number:

EPA Reg. No. 67702-7                    EPA Est. No. 67702-WG-1

NET CONTENTS

---

H01 is a fast-acting non-selective herbicide and algae and moss killer. It does not stain bricks, concrete or pavement. H01 suppresses the growth of some bi-annual and perennial weeds. It can be used in cultivated areas prior to planting grass, flowers and vegetables. Areas can be re-sown five days after treatment. H01 can be used at any time during the year. Best results are obtained with young, actively growing weeds, less than five inches in size.

## DIRECTIONS FOR USE
*It is a violation of Federal Law to use this product in a manner inconsistent with its labeling.*
Shake well before using.   Do not dilute.   Spray weeds thoroughly when weather is dry and warm (application rate: 6 - 9 oz/yd²). If rain falls within three hours of application an additional application may be required. Repeat treatment every 2 to 3 weeks for control of new growth.   Avoid spraying desirable plants.   For optimum results spray weeds before they reach 5 inches in size. For control of dandelions and other large rooted weeds, first injure plant by splitting top of root; then apply 0.7 oz. of H01 onto damaged root.

Controls:   chickweed, corn spurry, dandelion, groundsel, lamb's-quarters, mouse-eared chickweed, mustards, plantain, redroot pigweed, round leaved mallow, sheep sorrel, shepherd's-purse, stinkweed, thistle

Use Sites:  patios, driveways, sidewalks, roofs and in planting beds prior to planting grass, flowers and vegetables.

## STORAGE AND DISPOSAL
Do not contaminate water, food or feed by storage or disposal.
STORAGE:  Store unused material, tightly closed, in original container only, away from open flame. Do not store at temperatures below 39°F.
PESTICIDE AND CONTAINER DISPOSAL:  Securely wrap original container in several layers of newspaper and discard in trash.

Buyer assumes all responsibility for safety and use not in accordance with directions.