UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

W. Neudorff GmbH KG,                )
                                    )
                Plaintiff,          )      Civil Action No.  08-CV-333
                                    )
        v.                          )
                                    )
Falcon Lab LLC                      )
                                    )
                Defendant.          )
                                    )

**PLAINTIFF'S DISCLOSURE STATEMENT**
**PURSUANT TO FED. R. CIV. P. 7.1**

Plaintiff, W. Neudorff GmbH KG, pursuant to Federal Rule of Civil Procedure

7.1, hereby represents that it does not have a parent corporation and that no publicly held

company owns 10% or more of it stock.


Date: June 6, 2008                          Respectfully submitted,

                                            John C. Phillips, Jr., Esquire (Bar No. 110)
                                            Brian E. Farnan (Bar No. 4089)
                                            Phillips, Goldman & Spence, P.A.
                                            1200 North Broom Street
                                            Wilmington, DE 19806
                                            Phone: (302) 655-4200


Of Counsel:
Stephen J. Brake
Rachel J. Sherman
Nutter McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
T:      617-439-2000
F:      617-310-9000