UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W. Neudorff GmbH KG, )<br>)<br>) Civil Action No. 08-CV-333<br>Plaintiff, )<br>v. )<br>)<br>Falcon Lab LLC )<br>)<br>Defendant. )<br>) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on June 10, 2008, a copy of the following documents:

**Motion for Preliminary Injunction**

**Memorandum in Support of Plaintiff's Motion for Preliminary Injunction**

was served via hand delivery upon:

Robert A. Smiley, Registered Agent
Falcon Lab LLC
1103 Norbee Drive
Wilmington, DE 19803

Date: June 10, 2008

Respectfully submitted,

/s/ Brian E. Farnan
John C. Phillips, Jr., Esquire (Bar No.110)
Brian E. Farnan (Bar No. 4089)
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
Phone: (302) 655-4200

Of Counsel:

Stephen J. Brake
Rachel J. Sherman
Nutter McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
T:     617-439-2000
F:     617-310-9000