**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| W. NEUDORFF GMBH KG | ) | |
| | ) | |
|           **Plaintiff,** | ) | |
| | ) | |
| v. | ) | C.A. No. 1:08-cv-00333-SLR |
| | ) | |
| FALCON LAB LLC | ) | |
| | ) | |
|           **Defendant.** | ) | |
| | ) | |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Rudolf E. Hutz of the firm of Connolly Bove Lodge & Hutz LLP, 1007 North Orange Street, P. O. Box 2007, Wilmington, Delaware 19899-2207, hereby enters his appearance in this action on behalf of defendant, Falcon Lab LLC.

Dated: June 20, 2008

          /s/ Rudolf E. Hutz
Rudolf E. Hutz (Bar ID 484)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899-2207
(302) 658-9141
Email: rhutz@cblh.com
*Attorneys for the Defendant*

618423_1