**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| W. NEUDORFF GMBH KG           )<br>                                                          )<br>              **Plaintiff,**            )<br>                                                          )<br>v.                                                      )     C.A. No. 1:08-cv-00333-SLR<br>                                                          )<br>FALCON LAB LLC                       )<br>                                                          )<br>              **Defendant.**          )<br>                                                          ) | |

**CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Falcon Lab LLC respectfully advises that Falcon Lab LLC is not a publicly held corporation, it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated:  June 20, 2008                                    Respectfully submitted,

                                                                         */s/ Rudolf E. Hutz*
                                                                        Rudolf E. Hutz (Bar ID 484)
                                                                        CONNOLLY BOVE LODGE & HUTZ LLP
                                                                        The Nemours Building
                                                                        1007 North Orange Street
                                                                        P.O. Box 2207
                                                                        Wilmington, DE  19899-2207
                                                                        (302) 658-9141
                                                                        Email: rhutz@cblh.com
                                                                        *Attorneys for the Defendant*

618434_1