**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| W. NEUDORFF GMBH KG | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:08-cv-00333-SLR |
| | ) | |
| FALCON LAB LLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED by the parties, through their attorneys, that the time for defendant Falcon Lab LLC to (1) answer, move or otherwise respond to the Amended Complaint in this action and (2) respond to the Motion for Preliminary Injunction filed by plaintiff W. Neudorff GmbH KG on June 5, 2008, shall be extended up to and including July 21, 2008.

 /s/ John C. Phillips, Jr.                              /s/ Rudolf E. Hutz
John C. Phillips, Jr. (Bar ID 110)          Rudolf E. Hutz (Bar ID 484)
PHILLIPS, GOLDMAN & SPENCE, P.A.   CONNOLLY BOVE LODGE & HUTZ LLP
1200 North Broom Street                       The Nemours Building
Wilmington, DE 19806                            1007 North Orange Street
(302) 655-4200                                       P.O. Box 2207
*Attorneys for the Plaintiff*                     Wilmington, DE  19899-2207
                                                              (302) 658-9141
                                                              *Attorneys for the Defendant*

It is so ordered this _____ day of June 1008.

_____
United States District Judge

618422_1