IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W. NEUDORFF GMBH KG ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 1:08-cv-00333-SLR |
| ) | |
| FALCON LAB LLC ) | |
| ) | |
| Defendant. ) | |

### STIPULATION FOR SECOND EXTENSION OF TIME

IT IS HEREBY STIPULATED by the parties, through their attorneys, that the time for defendant Falcon Lab LLC to (1) answer, move or otherwise respond to the Amended Complaint in this action and (2) respond to the Motion for Preliminary Injunction filed by plaintiff W. Neudorff GmbH KG on June 5, 2008, shall be further extended up to and including August 4, 2008.

/s/ *John C. Phillips, Jr.*
John C. Phillips, Jr. (Bar ID 110)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
*Attorneys for the Plaintiff*

/s/ *Rudolf E. Hutz*
Rudolf E. Hutz (Bar ID 484)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
*Attorneys for the Defendant*

It is so ordered this _____ day of July 2008.

_____
United States District Judge

623637_1