# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W. NEUDORFF GMBH KG ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 1:08-cv-00333-SLR |
| ) | |
| FALCON LAB LLC ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION FOR THIRD EXTENSION OF TIME

Because the parties have been engaged in discussions to resolve the dispute and are in the process of drafting suitable papers to effect such a resolution, it is hereby stipulated by the parties, through their attorneys, that the time for defendant Falcon Lab LLC to (1) answer, move or otherwise respond to the Amended Complaint in this action and (2) respond to the Motion for Preliminary Injunction filed by plaintiff W. Neudorff GmbH KG on June 5, 2008, shall be further extended up to and including September 4, 2008.

 /s/ John C. Phillips, Jr.  
John C. Phillips, Jr. (Bar ID 110)  
PHILLIPS, GOLDMAN & SPENCE, P.A.  
1200 North Broom Street  
Wilmington, DE 19806  
(302) 655-4200  
*Attorneys for the Plaintiff*

 /s/ Rudolf E. Hutz  
Rudolf E. Hutz (Bar ID 484)  
CONNOLLY BOVE LODGE & HUTZ LLP  
The Nemours Building  
1007 North Orange Street  
P.O. Box 2207  
Wilmington, DE 19899-2207  
(302) 658-9141  
*Attorneys for the Defendant*

It is so ordered this _____ day of August 2008.

_____  
United States District Judge

626003_1