IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W. NEUDORFF GMBH KG                    ) | |
|                                                                      ) | |
|                              **Plaintiff,**           ) | |
|                                                                      ) | |
| v.                                                                 ) | C.A. No. 1:08-cv-00333-SLR |
|                                                                      ) | |
| FALCON LAB LLC                                     ) | |
|                                                                      ) | |
|                              **Defendant.**         ) | |
|                                                                      ) | |

**STIPULATION FOR FOURTH EXTENSION OF TIME**

Because the parties continue to be engaged in discussions to resolve the dispute and have exchanged draft papers and are in further discussions to effect such a resolution, it is hereby stipulated by the parties, through their attorneys, that the time for defendant Falcon Lab LLC to (1) answer, move or otherwise respond to the Amended Complaint in this action and (2) respond to the Motion for Preliminary Injunction filed by plaintiff W. Neudorff GmbH KG on June 5, 2008, shall be further extended up to and including September 30, 2008.

| | |
|---|---|
| /s/ John C. Phillips, Jr. | /s/ Rudolf E. Hutz |
| John C. Phillips, Jr. (Bar ID 110) | Rudolf E. Hutz (Bar ID 484) |
| PHILLIPS, GOLDMAN & SPENCE, P.A. | CONNOLLY BOVE LODGE & HUTZ LLP |
| 1200 North Broom Street | The Nemours Building |
| Wilmington, DE 19806 | 1007 North Orange Street |
| (302) 655-4200 | P.O. Box 2207 |
| *Attorneys for the Plaintiff* | Wilmington, DE 19899-2207 |
| | (302) 658-9141 |
| | *Attorneys for the Defendant* |

It is so ordered this _____ day of August 2008.

_____
United States District Judge

631730_1